Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | RHA Stroud, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Stroud Regional Medical Center |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 26-0532635 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2308 Highway 66 West Stroud, OK 74079 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Lincoln | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | http://stroudhospital.com/ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **RHA Stroud, Inc.**                                    Case number (*if known*) _____
              Name

---

**7.    Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **RHA Anadarko, Inc.**                    Relationship    **Affiliate**

District    **Western District of Oklahoma**    When    **10/25/20**    Case number, if known _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor    **RHA Stroud, Inc.**                                    Case number *(if known)* _____
          Name

**11.  Why is the case filed in**     *Check all that apply:*
     **this district?**
                                    ☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ☒ No
     **have possession of any**
     **real property or personal**  ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**                 **Why does the property need immediate attention?** *(Check all that apply.)*

                                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                 What is the hazard? _____

                                              ☐ It needs to be physically secured or protected from the weather.

                                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                              ☐ Other _____

                                              **Where is the property?**    _____
                                                                           Number, Street, City, State & ZIP Code

                                              **Is the property insured?**
                                              ☐ No
                                              ☐ Yes.    Insurance agency    _____
                                                        Contact name        _____
                                                        Phone               _____

---

▇  **Statistical and administrative information**

**13.  Debtor's estimation of**     *Check one:*
     **available funds**
                                    ☐ Funds will be available for distribution to unsecured creditors.

                                    ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
     **creditors**             ☒ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

**15.  Estimated Assets**      ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☒ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000    ☒ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor    RHA Stroud, Inc.                                                    Case number (*if known*)
          Name

Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2020**
               MM / DD / YYYY

X _____          **Charles Eldridge**
  Signature of authorized representative of debtor    Printed name

  Title    **President**

**18. Signature of attorney**

X _____          Date  **October 25, 2020**
  Signature of attorney for debtor                    MM / DD / YYYY

  **Michael Rubenstein, Esq.**
  Printed name

  **Rubenstein & Pitts PLLC**
  Firm name

  **1503 E. 19th St.**
  **Edmond, OK 73013**
  Number, Street, City, State & ZIP Code

  Contact phone    **405-340-1900**        Email address    **mrubenstein@oklawpartners.com**

  **7806 OK**
  Bar number and State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy

**Fill in this information to identify the case:**

Debtor name    RHA Stroud, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2020**             X _____
                                         Signature of individual signing on behalf of debtor

                                         Charles Eldridge
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

*The Debtor relied on financial data available to it at the time it prepared the List of Creditors Who Have the 20 Largest Unsecured Claims. However, the Debtor will be amending this list once it is able to receive from its management company all of its books and records.

**Fill in this information to identify the case:**

Debtor name   RHA Stroud, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas USA, LLC 259 N. Radnor-Chester Rd. Suite 100 Wayne, PA 19087 | | Trade debt | | | | $0.00 |
| Elaine's Transportation Co. 3717 Vickie Dr. Oklahoma City, OK 73115 | | Trade debt | | | | $0.00 |
| Empire Paper Company 2708 Central FWY E Wichita Falls, TX 76301 | | Trade debt | | | | $0.00 |
| First Physician Bus. Solutions-Stroud 4323 NW 63rd St. Oklahoma City, OK 73116 | | Trade debt | Contingent Unliquidated Disputed | | | $0.00 |
| First Physicians Business Solutions c/o J. Clay Christensen, Esq. Christensen Law Group, PLLC 3401 N.W. 63rd ST, Suite 600 Oklahoma City, OK 73116 | | Trade debt | Contingent Unliquidated Disputed | | | $0.00 |

Debtor  RHA Stroud, Inc.                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Physicians Realty Group, LLC c/o J. Clay Christensen, Esq. Christensen Law Group, PLLC 3401 N.W. 63rd ST, Suite 600 Oklahoma City, OK 73116 | | Rent | Contingent Unliquidated Disputed | | | $10,324,000.00 |
| First Physicians Resources - Stroud 14201 Wireless Way Suite B-100 Oklahoma City, OK 73134 | | Trade debt | Contingent Unliquidated Disputed | | | $0.00 |
| Henry Schein Box 371952 Pittsburgh, PA 15250-7952 | | Trade debt | | | | $0.00 |
| Keystone Solutions, Inc. 6901 Shawnee Misskion Pkwy #215 Mission, KS 66202 | | Trade debt | | | | $0.00 |
| McKesson Medical Surgical, Inc. 9954 Maryland Drive Suite 400 Henrico, VA 23233 | | Trade debt | | | | $0.00 |
| Medline Industries Inc Dept CH 14400 Palatine, IL 60055-4400 | | Trade debt | | | | $0.00 |
| Organogenesis, Inc. 150 Dan Rd. Canton, MA 02021 | | Trade debt | | | | $0.00 |
| Rural Hospital Acquisition, LLC c/o J. Clay Christensen, Esq. Christensen Law Group, PLLC 3401 N.W. 63rd Street, Suite 600 Oklahoma City, OK 73116 | | Loan | Contingent Unliquidated Disputed | | | $8,097,684.06 |
| Smith & Son Building Center 117 SE 2nd ST. Anadarko, OK 73005 | | Trade debt | | | | $0.00 |

Debtor    RHA Stroud, Inc.

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stability Biologics 2026 Fransworth Dr. Nashville, TN 37205 | | Trade debt | | | | $0.00 |
| US Foodservice | | Trade debt | | | | $0.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

In re    **RHA Stroud, Inc.**                                                  Case No.

                                                             Debtor(s)                 Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept ...............................................................    $           **0.00**

       Prior to the filing of this statement I have received ............................................    $           **0.00**

       Balance Due ...........................................................................................................    $           **0.00**

2.  The source of the compensation paid to me was:

         ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

         ■ Debtor        ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 25, 2020**
*Date*

                                **Michael Rubenstein, Esq.**    OBA# 7806
                                *Signature of Attorney*
                                **Rubenstein & Pitts PLLC**
                                **1503 E. 19th St.**
                                **Edmond, OK 73013**
                                **405-340-1900**
                                **mrubenstein@oklawpartners.com**
                                *Name of law firm*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Oklahoma

In re   RHA Stroud, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| One Cura Wellness, Inc.<br>8502 East Chapman Ave.<br>Suite 431<br>Orange, CA 92869 | | | 100% membership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   October 25, 2020

Signature   Charles Eldridge

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Oklahoma

In re    RHA Stroud, Inc.                                      Case No. _____

                                          Debtor(s)              Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RHA Stroud, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**One Cura Wellness, Inc.**
**8502 East Chapman Ave.**
**Suite 431**
**Orange, CA 92869**

☐ None [*Check if applicable*]

**October 25, 2020**

Date

Michael Rubenstein, Esq.    OBA # 7806

Signature of Attorney or Litigant

Counsel for   **RHA Stroud, Inc.**

**Rubenstein & Pitts PLLC**

**1503 E. 19th St.**
**Edmond, OK 73013**
**405-340-1900**
**mrubenstein@oklawpartners.com**

# RHA STROUD, INC

## d/b/a STROUD REGIONAL MEDICAL CENTER

### RESOLUTIONS OF BOARD OF DIRECTORS

THE UNDERSIGNED, being the Board of Directors (the "Directors") of RHA STROUD, INC., a Domestic Non-Profit Corporation (the "Company"), pursuant to applicable provisions of the Oklahoma General Corporation Act, Title 18, Section 1001 and the Company's articles of incorporation and bylaws, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Directors of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Western District of Oklahoma (the "Bankruptcy Court"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that the Directors, Charles Eldridge, Sean Gill, Matthew Burke and Courtney Beirne (the "Authorized Persons") are each authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person executing the petitions on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the aforesaid Chapter 11 case (the "Case"); and it is further

RESOLVED, that the law firm of Akerman LLP be, and hereby is, employed under a general retainer as attorneys for the Company in the Case as bankruptcy counsel and for all other relevant purposes; and it is further

RESOLVED, that the law firm of Rubinstein and Pitts, PLLC be, and hereby is, employed under a general retainer as Oklahoma local counsel for the Company in the Case as bankruptcy counsel for all local Oklahoma issues and for all other relevant purposes; and it is further

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Case on such terms as are deemed necessary, proper or desirable; and it is further

46473652;3

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Persons of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 14th day of October, 2020.

Name: Charles M. Eldridge

Name: Sean Gill

Name: Matthew Burke

Name: Courtney Beirne

46473652:2

2

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Persons of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 14th day of October, 2020.

Name: Charles M. Eldridge

Name: Sean Gill

Name: Matthew Burke

Name: Courtney Beirne

2

46473652:2

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Persons of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 14th day of October, 2020.

Name: Charles M. Eldridge

Name: Sean Gill

Name: Matthew Burke

Name: Courtney Beirne

46473652;2

2