IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>RHA Stroud, Inc.,[1]<br>    Debtor.<br>_____/ | Case No.: 20-13482<br>Chapter 11<br><br>[Joint Administration Pending] |
| In re:<br><br>RHA Anadarko Inc.,<br><br>    Debtor.<br>_____/ | Case No.: 20-13483<br>Chapter 11 |

**ORDER GRANTING DEBTORS' APPLICATION FOR ENTRY OF
ORDER (I) SHORTENING TIME FOR OBJECTION DEADLINE,
(II) APPROVING NOTICE PROCEDURES, AND (III) SETTING
<u>EXPEDITED HEARING OF FIRST DAY MOTIONS</u>**

This matter comes on for consideration based on the *Debtors' Application for Entry of Order (I) Shortening Time for Objection Deadline, (II) Approving Notice Procedures, and (III) Setting Expedited Hearing of First Day Motions* (the "Application") filed by Debtors RHA

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 421 NW 13th St., Suite 210, Oklahoma, OK 73103.

55143937;1

Stroud, Inc. d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko Inc., RHA Anadarko, Inc. a/k/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals"). The Court has jurisdiction to consider the Application and for cause shown finds that the Application should be granted.

IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED to the extent set for the herein.

    2.    The following First Day Motions filed by the Debtors are set for hearing on **Tuesday, October 27, 2020 at 2:00 p.m. (CST),** before the Honorable Sarah Hall, at 215 Dean A. McGee Ave., 9th Floor Courtroom, Oklahoma City, Oklahoma 73102:

        i.    Debtors' Emergency Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015;

        ii.    Debtors' Emergency Motion for Entry of Order Authorizing Debtors in the Ordinary Course to Use Cash Management System and Maintain Use of Pre-Petition Lockbox Accounts; and

        iii.    Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Hospitals to Use Cash Collateral, (II) Granting Conditional Adequate Protection to the Secured Party, (III) Scheduling a Further Interim Hearing and (IV) Scheduling a Final Hearing and (V) Granting Related Relief.

    3.    The notice procedures for the First Day Motions outlined in the Application are approved.

    4.    Responses and objections to the interim relief sought in the First Day Motions shall be filed no later than **Tuesday, October 27, 2020 at 11:00 a.m. (CST).**

    5.    If no response or objection is timely filed to the First Day Motions, the Court may grant the requested relief without a hearing or further notice.

    6.    The Court further directs the debtor to include the following in the Notice of Expedited Hearing and Objection Deadline:

55143937;1

i. Pursuant to Rule 43, Fed. R. Civ. P. (applicable to the contested matter pursuant to Rule 9017, Fed. R. Bankr. P.) and the on-going COVID-19 pandemic, the evidentiary hearing scheduled for **October 27, 2020, at 2:00 p.m. (C.S.T.),** will be conducted via video-conference. In order to participate, all counsel and participants must have access to a computer with a camera and microphone. It is also recommended that you have a phone available on the day of the hearing in the event technical problems arise and communication is required.

ii. Witnesses will be sworn in, and their testimony will have the same effect and be binding upon the witness in the same manner as if the witnesses was sworn in by the Courtroom Deputy in person in open court.

iii. If a witness has documents, other than exhibits, in their possession and control during their testimony, counsel sponsoring the witness must provide a list of such documents to the Court and opposing counsel at the start of the hearing.

iv. On or before **Tuesday, October 27, 2020, at 11:00 a.m. (C.S.T.)**, counsel is directed to provide to cheryl_shook@okwb.uscourts.gov their preferred email address as well as the email address of any party or witness that will not be in the same location as counsel during the hearing. Chambers will use these email addresses to provide access to the video-conference evidentiary hearing.

v. On or before **1:00 p.m. (C.S.T.) on October 27, 2020**, the Court will issue an invitation for the video-conference evidentiary hearing containing a link for a "Microsoft Teams Meeting" that should be used to access the video-conference evidentiary hearing. You do not need to download the Microsoft Teams app to participate in the video-conference.

vi. When first using Microsoft Teams Meeting, you will need to allow the program to access your microphone and camera.

vii. If the "Rule" is invoked for the video-conference evidentiary hearing, it will be sponsoring counsel's responsibility to ensure that all non-party witnesses comply.

viii. The hearing will include live video and audio feeds so efforts should be made to appear professional and to eliminate unnecessary background noise. Unless speaking, all participants are requested to mute their microphone.

ix. Each counsel, party, and witness is responsible for timely joining the video-conference hearing and for establishing a new connection if, at any point, their connection is disrupted or terminated.

x. All parties, counsel, and members of the public are strictly prohibited from recording or broadcasting any hearing, in whole or in part, in any manner.

7. This Court shall retain jurisdiction over all maters arising from ore related to the interpretation and implementation of this Order.

Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

55143937;1

APPROVED:

By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
1503 E. 19th Street
Edmond, OK  73013
Telephone:  (405) 340-1900
Facsimile:   (405) 340-1001
mrubenstein@oklawpartners.com

55143937;1