IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re. ) | Case No.: 20-13482-SAH |
| ) | Chapter 11 |
| RHA Stroud, Inc.,[1] ) | |
| ) | [Jointly Administered] |
| Debtor. ) | |
| _____ ) | |

**DEBTORS' APPLICATION FOR ENTRY OF ORDER (I) SHORTENING TIME FOR OBJECTION DEADLINE AND (II) SETTING EXPEDITED HEARING ON DEBTORS' EXPEDITED MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 1107(a) FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING CRITICAL <u>VENDOR PAYMENT PROCEDURES</u>**

Debtors RHA Stroud, Inc. d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko Inc., RHA Anadarko, Inc. a/k/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals"), by and through their undersigned counsel, pursuant to Local Rule 9006-1, respectfully file this *Application for Entry of Order (I) Shortening Time for Objection Deadline and (II) Setting Expedited Hearing on Debtors' Expedited Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures* (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

55143656;4

**JURISDICTION**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The statutory predicates for the relief requested herein are Federal Rule of Bankruptcy Procedure 9006 and Local Rule 9006-1.

**BACKGROUND**

4. On October 25, 2020 the ("Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11, title 11, United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code").

5. The Debtors are operating their business and managing their affairs as debtors-in-possession under 11 U.S.C. § 1107(a) and 1108.

6. The facts and circumstances surrounding the filing of these cases are set forth in the *Declaration of Charles M. Eldridge in Support of First Day Motions* (Doc. No. 6) and incorporated herein by reference as though set forth in full.

7. The Debtors will be filing a *Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures* (the "Critical Vendor Motion"), which Debtors request be heard at the already scheduled November 17, 2020 hearing in this case.

## RELIEF REQUESTED AND BRIEF IN SUPPORT

Pursuant to Local Bankruptcy Rule 9006-1, the Debtors represent the following:

1. **Cause for Request**. The Debtors request an expedited hearing because certain of the Debtors' vendors are refusing or are anticipated to soon refuse to continue doing business with the Debtors because of pre-petition obligations to those certain vendors. Certain of these vendors are essential to the Debtors' ability to continue treating and serving patients, and without these vendors, the Debtors risk not only harm to patients, but also irreparable harm to these estates because the Debtors will be unable to continue operating as a going concern. Accordingly, the Debtors respectfully request that the Court enter an Order shortening time for objections to the Critical Vendor Motion and setting an expedited interim hearing on the Critical Vendor Motion for **Tuesday, November 17, 2020 at 1:30 p.m. (C.S.T.),** and that objections to such interim relief be due by **Friday, November 13, 2020 at 4:00 p.m. (C.S.T.)**.

2. **Date Due Without Requested Reduction**. Absent the relief requested herein, parties in interest would be given fourteen (14) days to assert objections to the relief requested in the Critical Vendor Motion.

3. **Previous Applications.** The Court previously entered an Order (Doc. No. 8) shortening the time for objections and expediting a hearing on the Debtors' "first day" motions filed in this case.

4. **Consent of Interested Parties.** The Debtors have sought the consent of the United States Trustee and First Physicians. On Friday, November 6, 2020 counsel for the Debtors provided a draft of the Critical Vendor Motion to the United States Trustee and counsel to First Physicians and requested comments. After reviewing the proposed Critical Vendor Motion, First Physicians' counsel stated:

> <u>We do disagree with many of the allegations made in your motion and will respond accordingly</u>. Aside from that, we believe an interim hearing on critical vendors can and should occur before the 17th given the impact on the hospitals and concerns about interruptions. However, if an interim hearing won't be had until the 17th, we propose using the 17th for the sole interim relief sought, and moving the final hearings on cash collateral and cash management to December 15, to be heard at the same time as our Motion to Dismiss.

(emphasis added).

The Debtors on Monday, November 9, 2020 requested First Physicians' counsel to provide specifics on what allegations he disagreed with so that the parties could attempt to amicably resolve the issues. In response, counsel for First Physicians did not provide any clarity on the allegations he previously stated he disagreed with, but did provide counsel with estimated numbers relating to the potential critical vendors and stated "[w]e do reserve all rights relating to the motion and will respond as needed, but agree that critical vendors need to be paid now."

The Debtors do <u>not</u> agree to moving the previously set final hearings on cash collateral and cash management to December 15, 2020 since the use of cash collateral and cash management expire on November 17, 2020.

## **CONCLUSION**

WHEREFORE, for the reasons stated herein, the Debtors respectfully request that the Court enter an order (i) shortening the time for parties in interest to object to the interim relief sought in the Critical Vendor Motion, (ii) setting an expedited hearing on the Critical Vendor Motion and (iii) granting such other relief as is just and proper. A proposed order approving this Application attached hereto as **Exhibit A**.

Dated:  November 10, 2020                           Respectfully submitted,

**RUBENSTEIN & PITTS, PLLC**

By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Leif Swedlow, OBA #17710
1503 E. 19th Street
Edmond, OK  73013
Telephone:  (405) 340-1900
Facsimile:  (405) 340-1001
mrubenstein@oklawpartners.com
lswedlow@oklawpartners.com

**AKERMAN LLP**

By:  s/ David W. Parham
David W. Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
*(Admitted Pro Hac Vice)*

s/ Esther McKean
Esther McKean
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
esther.mckean@akerman.com
*(Admitted Pro Hac Vice)*

s/ Catherine Kretzschmar
Catherine Kretzschmar
Florida Bar No. 85843
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
catherine.kretzschmar@akerman.com
*(Admitted Pro Hac Vice)*

Proposed Attorneys for Debtors

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of November, 2020, a true and correct copy of the Debtors' Application for Application for Entry of an Order (I) Shortening Time for Objection Deadline and (II) Setting Expedited Hearing of Debtors' Expedited Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures filed on November 10, 2020, was served upon counsel registered with the CM/ECF System and was forwarded via U.S. Mail, first class, postage prepaid to the those parties listed on the attached matrix.

                                                      By: s/ Michael A. Rubenstein
                                                      Michael A. Rubenstein, OBA #7806

55143656;4

| | | |
|---|---|---|
| AIRGAS USA, LLC<br>259 N RADNOR-CHESTER ROAD<br>SUITE 100<br>WAYNE , PA  19087 | AKERMAN LLP<br>ESTHER A. MCKEAN ESQ.<br>420 S ORANGE AVE SUITE 1200<br>ORLANDO, FL 32802 | AKERMAN LLP<br>CATHERINE KRETZSCHMAR ESQ<br>350 EAST LAS OLAS BLVD  SUITE 1600<br>FORT LAUDERDALE, FL 33301 |
| AKERMAN LLP<br>DAVID W. PARHAM ESQ<br>2001 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201 | B BRAUN MEDICAL INC<br>824 TWELFTH AVE<br>BETHLEHEM , PA  18018 | BAXTER HEALTHCARE CORPORATION<br>ONE BAXTER PARKWAY<br>DEERFIELD , IL  60015 |
| BRIDGE HEALTHCARE FINANCE LLC<br>C/O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 | CHRISTOPHER TAYBACK<br>KRISTEN BIRD<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 SOUTH FIGUEROA STREET 10TH FLOOR<br>LOS ANGELES , CA  90017 | CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>801 ADLAI STEVENSON<br>SPRINGFIELD , IL  62706 |
| ELAINE'S TRANSPORTATION COMPANY<br>3717 VICKIE DRIVE<br>OKLAHOMA CITY , OK  73115 | EMPIRE PAPER COMPANY<br>C/O JASON ESTES<br>2708 CENTRAL FWY E<br>WICHITA FALLS , TX  76301 | EVANS NATIONAL LEASING INC<br>ONE GRIMSBY DRIVE<br>HAMBURG , NY  14075 |
| FINANCIAL PACIFIC LEASING LLC<br>GARY BERGSTROM<br>PO BOX 4568<br>FEDERAL WAY , WA  98063-4568 | FINANCIAL PACIFIC LEASING LLC<br>C/O DENISE MCKITTRICK<br>3455 S 344TH WAY<br>STE 300<br>FEDERAL WAY , WA  98063 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>4323 NW 63RD ST<br>OKLAHOMA CITY , OK  73116 |
| FIRST PHYSICIANS BUSINESS SOLUTIONS<br>ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>STROUD LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 | FIRST PHYSICIANS BUSINESS SOLUTIONS LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 |
| FIRST PHYSICIANS CAPITAL GROUP INC<br>9663 SANTA MONICA BLVD<br>SUITE 959<br>BEVERLY HILLS, CA  90210 | FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELESS WAY SUITE B-100<br>OKLAHOMA CITY, OK 73134 | FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELES WAY<br>SUITE B-100<br>OKLAHOMA CITY , OK  73134 |
| FIRST PHYSICIANS REALTY GROUP LLC<br>C/O J CLAY CHRISTENSEN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY , OK  73116 | FIRST PHYSICIANS RESOURCES ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 | FIRST PHYSICIANS RESOURCES LLC<br>14201 WIRELES WAY<br>SUITE B-100<br>OKLAHOMA CITY , OK  73134 |
| FIRST PHYSICIANS RESOURCES STROUD LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 | FIRST PHYSICIANS SERVICES ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY, OK  73128 | FIRST PHYSICIANS SERVICES LLC<br>14201 WIRELES WAY<br>SUITE B-100<br>OKLAHOMA CITY , OK  73134 |

FIRST PHYSICIANS SERVICES LLC
C/O CAPITOL DOCUMENT SERVICES INC
1833 S MORGAN ROAD
OKLAHOMA CITY, OK 73128

FIRST PHYSICIANS SERVICES STROUD LLC
C/O CAPITOL DOCUMENT SERVICES INC
1833 S MORGAN ROAD
OKLAHOMA CITY, OK 73128

GE HFS LLC
901 MAIN AVENUE
THE TOWERS
NORWALK, CT 06851

GE HFS LLC
PO BOX 414 W-490
MILWAUKEE, WI 53201

GE HFS LLC
9900 W INNOVATION DRIVE
MILWAUKEE, WI 53226-4856

GE HFS LLC
20225 WATER TOWER BLVD
BROOKFIELD, WI 53045-3530

GENERAL ELECTRIC CAPITAL CORPORATION
901 MAIN AVENUE
NORWALK, CT 06851

GENERAL ELECTRIC CAPITAL CORPORATION
LEGAL DEPT
207 MERIT 7
NORWALK, CT 06851

GENERAL ELECTRIC CAPITAL CORPORATION
PO BOX 35701
BILLINGS, MT 59107-5701

GENERAL ELECTRIC CAPITAL CORPORATION
C/O CT CORPORATION SYSTEM
3011 AMERICAN WAY
MISSOULA, MT 59808

GENERAL ELECTRIC CAPITAL CORPORATION
3333 HESPER RD
BILLINGS, MT 5-102-6744

HANMI BANK
3660 WILSHIRE BLVD #PH-A
LOS ANGELES, CA 90010

HANMI BANK
c/o Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Dr.
Suite 150N
Sacramento, CA 95833

HANMI BANK
Vivian I Kim GC & Corp Secty
3660 WILSHIRE BLVD
#PH-A
LOS ANGELES, CA 90010

HENRY SCHEIN
BOX 371952
PITTSBURGH, PA 15250-7952

HENRY SCHEIN
Walter Siegel (VP & Gen Counsel)
135 DURYEA RD
Melville, NY 11747

INTERNAL REVENUE SERVICE
55 N ROBINSON AVE
OKLAHOMA CITY, OK 73102

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

T P HOWELL
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

JOHNSON & JOHNSON CORP
FOR ORTHO CLINICAL DIAG INC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08901

JOHNSON & JOHNSON CORP
FOR ORTHO CLINICAL DIAG INC
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

JOHNSON & JOHNSON CORP
Michael H Ullmann
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

JOHNSON AND JOHNSON FINANCE CORP
501 GEORGE STREET
NEW BRUNSWICK, NJ 08901

JOHNSON AND JOHNSON FINANCE CORP
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

JOHNSON AND JOHNSON FINANCE CORP
Michael H Ullmann
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

KEYSTONE SOLUTIONS INC
6901 SHAWNEE MISSKION PKWY #215
MISSION, KS 66202

KYLE BATTER
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 TWIN DOLPHIN DR 5TH FLOOR
REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| LISA M MOLSBEE<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY , OK  73116 | MCKESSON MEDICAL SURGICAL INC<br>6555 STATE HWY 161<br>IRVING , TX  75039 | MCKESSON MEDICAL SURGICAL INC<br>9954 MARYLAND DRIVE<br>RICHMOND, VA  23233 |
| MCKESSON MEDICAL SURGICAL INC<br>Lisa Wong (GC & Corp Compliance Officer)<br>9954 MARYLAND DRIVE<br>RICHMOND, VA  23233 | MEDICARE PART A<br>CASHIER<br>PO BOX 890114<br>CAMP HILL, PA  17089-0114 | MEDICARE PART A<br>C/O NOVITAS SOLUTIONS<br>2020 Technology Parkway<br>Mechanicsburg, PA  17050 |
| MEDICARE PART A<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 North 2nd Street<br>Harrisburg, PA  17101 | MEDLINE INDUSTRIES INC<br>DEPT CH 14400<br>PALATINE , IL  60055-4400 | MEDLINE INDUSTRIES INC<br>LEGAL DEPT<br>Alex Liberman, GC<br>One Medline Place<br>Mundelein, IL  60060 |
| MEDLINE INDUSTRIES INC<br>C/O ASHLEY<br>THREE LAKES DRIVE<br>NORTHFIELD, IL  60093 | MEDTRONIC USA<br>710 MEDTRONIC PARKWAY<br>MINNEAPOLIS , MN  55432 | MEDTRONIC USA<br>c/o Corporation Service company<br>2345 Rice Street Suite 230<br>Roseville, MN  55113-5603 |
| MITCHELL BLACKBURN<br>ATTORNEY AT LAW<br>1700 ONE LEADERSHIP SQ<br>OKLAHOMA CITY , OK  73102 | NFS LEASING INC<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY , MA  01915 | NFS LEASING INC<br>Ashley Whyman (VP & General Counsel)<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY , MA  01915 |
| OKLA STATE DEPT OF HEALTH<br>100 VALLEY DRIVE<br>PAULS VALLEY , OK  73075 | OKLA STATE DEPT OF HEALTH<br>LEGAL DEPT<br>Chief Counsel - Kim Bailey<br>1000 NE 10TH ST<br>OKLAHOMA CITY , OK  73117 | OKLA STATE DEPT OF HEALTH<br>1000 NE 10TH ST<br>OKLAHOMA CITY , OK  73104 |
| OKLAHOMA COUNTY<br>SERVICE AGENT CAROLYN CAUDILL<br>OKLAHOMA COUNTY CLERK<br>320 ROBERT S KERR ROOM 203<br>OKLAHOMA CITY , OK  73102-3430 | OKLAHOMA COUNTY<br>FORREST "BUTCH" FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S. KERR ROOM 307<br>OKLAHOMA CITY , OK  73102-3430 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION<br>LEGAL DIVISION<br>PO BOX 53039<br>OKLAHOMA CITY , OK  73152-3039 |
| OKLAHOMA HEALTH CARE AUTHORITY<br>ATTN CENTRAL FILES<br>4545 N LINCOLN BLVD STE 124<br>OKLAHOMA CITY , OK  73105 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL OFFICE<br>100 NORTH BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY , OK  73102-86-1 | ORGANOGENESIS INC<br>85 DAN RD<br>CANTON , MA  02021 |
| ORTHO-CLINICAL DIAGNOSTICS INC<br>1001 US HIGHWAY 202<br>RARITAN , NJ  08869 | PEOPLE'S UNITED BANK<br>ONE POST OFFICE SQUARE<br>SUITE 3710<br>BOSTON , MA  02109 | PEOPLE'S UNITED BANK<br>ROBERT E TRAUTMANN (SR EX VP & GC<br>850 MAIN ST<br>13 FL<br>BRIDGEPORT, CT 06604 |

PRIME ALLIANCE BANK
1868  500 WEST
WOODS CROSS , UT  84010

PRIME ALLIANCE BANK
STEVEN SELLERS
1868  500 WEST
WOODS CROSS ,  84010

RICHARD BROSNICK
AKERMAN LLP
666 FIFTH AVE 20TH FLOOR
NEW YORK, NY  10103

RUBENSTEIN & PITTS PLLC
MICHAEL A RUBENSTEIN
LEIF SWEDLOW
1503 E 19TH STREET
EDMOND , OK 73013

RURAL HOSPITAL ACQUISITION LLC
C/O J CLAY CHRISTENSEN ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY , OK  73116

RURAL HOSPITAL ACQUISITION LLC
4323 NW 63RD ST STE 100
OKLAHOMA CITY , OK  73116

RURAL HOSPITAL ACQUISITION LLC
C/O Capitol Document Service
1833 S. Morgan Rd.
OKLAHOMA CITY , OK  73128

RURAL HOSPITAL ACQUISITION LLC
3555 NW 58TH STREET 700
OKLAHOMA CITY , OK  73112

SMITH & SON BUILDING CENTERS INC
117 SE 2ND ST
ANADARKO , OK  73005

SOCIAL SECURITY ADMINISTRATION
ATTN BANKRUPTCY COORDINATOR
OFFICE OF THE GEN COUNSEL REGION VI
1301 YOUNG STREET STE A702
DALLAS, TX  75202-5433

SOUTHERN PLAINS MEDICAL CENTER INC
2222 W Iowa Ave
Chickasha , OK  73018

SOUTHERN PLAINS MEDICAL CENTER INC
625 WILDMEADOW DRIVE
EDMOND , OK  73003

STABILITY BIOLOGICS
2026 FRANSWORTH DR
NASHVILLE , TN  37205

STABILITY BIOLOGICS
BRIAN MARTIN
2026 FRANSWORTH DR
NASHVILLE , TN  37205

STERIS CORPORATION
5960 HEISLEY RD
MENTOR , OH  44060

STERIS CORPORATION
C/O CATHI MAJEWSKI - Legal Dept.
5960 HEISLEY RD
MENTOR , OH  44060

STERIS CORPORATION
J. ADAM ZANGERLE
5960 HEISLEY RD
MENTOR , OH  44060

STROUD NATIONAL BANK
PO BOX 450
STROUD , OK  74079

STROUD NATIONAL BANK
300 W MAIN ST
STROUD, OK 74079-3612

STRYKER CAPITAL
CT LIEN SOLUTION
PO BOX 29071
GLENDALE , CA  91209-9071

STRYKER CAPITAL INC
6151 WEST CENTURY BLVD, SUITE 906
LOS ANGELES , CA  90045

STRYKER CAPITAL INC
ATTN JENNIFER MONIQUE COTTON
6151 WEST CENTURY BLVD, SUITE 906
LOS ANGELES , CA  90045

STRYKER CAPITAL INC
6151 WEST CENTURY BLVD, SUITE 906
LOS ANGELES , CA  90045

THE FIRST STATE BANK
3030 NW EXPRESSWAY
SUITE 130
OKLAHOMA CITY , OK  73112

THERMO FISHER FINANCIAL SERVICES INC
CAPITOL CORPORATE SERVICES INC
44 SCHOOL STREET SUITE 505
BOSTON , MA 02108

THERMO FISHER FINANCIAL SERVICES INC
81 WYMAN STREET
WALTHAM , MA  02454

THERMO FISHER FINANCIAL SERVICES INC
168 THIRD AVE
WALTHAM , MA  02451

| | | |
|---|---|---|
| TRIAD BANK NA<br>PO BOX 35567<br>TULSA , OK  74153 | TRIAD BANK NA<br>7646 E 61ST ST<br>TULSA , OK 74133-1159 | UNITED STATES TRUSTEE<br>215 DEAN  MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY , OK  73102 |
| US BANCORP<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>WILMINGTON , DE  19801 | US BANCORP<br>TWO APPLETREE SQUARE<br>SUITE 325<br>BLOOMINGTON , MN  55425 | US BANCORP<br>LEGAL DEPT<br>James L "Jim" Chosy VP AND GEN COUNSEL<br>800 Nicollet Mall Ste 1500<br>Minneapolis, MN  55402 |
| US BANCORP<br>C/O CT Corporation System<br>1010 DALE ST N<br>ST PAUL , MN  55117-5603 | US FOODSERVICE<br>7950 SPENCE ROAD<br>FAIRBURN , GA  30213 | US FOODSERVICE<br>KRISTIN COLEMAN<br>9399 WEST HIGGINS ROAD<br>SUITE 500<br>ROSEMONT, IL 60018-6600 |
| VALLIANCE BANK<br>1601 NW EXPRESSWAY<br>OKLAHOMA CITY , OK  73118 | VALLIANCE BANK<br>1501 24TH ABE NW<br>NORMAN  , OK  73069 | WELLS FARGO BANK NA<br>LEGAL DEPT<br>420 Montgomery St<br>San Francisco, CA  94104 |
| WELLS FARGO BANK NA<br>C/O Corporation Service Company<br>2345 Rice Street Suite 230<br>Roseville, MN  55113 | WELLS FARGO BANK NA<br>625 Marquette Ave FL 16<br>MINNEAPOLIS , MN  55402-2308 | WELLS FARGO BANK NA<br>MAC N9311-161 SIXTH AND MARQUETTE<br>MINNEAPOLIS , MN  55479 |
| WELLS FARGO BANK NA<br>LEGAL ORDER PROCESSING<br>P. O. Box 1416<br>Charlotte, NC 28201 | WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT ST MAC N0005-004<br>DES MOINES , IA   50309 | WELLS FARGO FINANCIAL LEASING INC<br>SYLWIA DABROWSKA PERRY (SR. COUNSEL)<br>800 WALNUT ST.<br>DES MOINES , IA   50309 |
| WELLS FARGO FINANCIAL LEASING INC<br>CRAIG LONG<br>800 WALNUT ST.<br>DES MOINES , IA   50309 | RHA Stroud, Inc.<br>2308 Highway 66 West<br>Stroud, OK 74079-6729 | FINANCIAL PACIFIC LEASING LLC<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 |
| GE HFS LLC<br>CT CORPORATION SYSTEM<br>301 S BEDFORD ST SUITE 1<br>MADISON WI 53703-3691 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | NOVITAS SOLUTIONS<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 NORTH 2ND STREET<br>HARRISBURG PA 17101-1092 |

TRIAD BANK NA
3030 NW EXPRESSWAY SUITE 130
TULSA OK 74153

UnitedHealthcare Insurance Comp
ATTN: CDM/Bankruptcy
185 Asylum Street 03B
Hartford, CT 06103-3402

Leif Swedlow
Rubenstein & Pitts, PLLC
1503 East 19th St.
Edmond, OK 73013-6737

Michael A Rubenstein
Rubenstein & Pitts, PLLC
1503 East 19th St.
Edmond, OK 73013-6737

FIRST PHYSICIANS BUSINESS SOLUTIONS
c/o Brock Z. Pittman, Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS BUSINESS SOLUTIONS
c/o Jeffrey E. Tate Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS BUSINESS SOLUTIONS
c/o Jonathan M. Miles Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS BUSINESS SOLUTIONS
c/o J. Clay Christensen Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS RESOURCES
c/o Brock Z. Pittman Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS RESOURCES
c/o Jeffrey E. Tate Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS RESOURCES
c/o Jonathan M. Miles Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS RESOURCES
c/o J. Clay Christensen Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY, OK 73116

FIRST PHYSICIANS REALTY GROUP LLC
C/O BROCK Z. PITTMAN
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS REALTY GROUP LLC
C/O JEFFREY E. TATE, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS REALTY GROUP LLC
C/O JONATHAN M. MILES, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS REALTY GROUP LLC
C/O J CLAY CHRISTENSEN ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS SERVICES LLC
C/O BROCK Z. PITTMAN ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS SERVICES LLC
C/O  JEFFREY E. TATE, ESQ.
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS SERVICES LLC
C/O  JONATHAN M. MILES, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

FIRST PHYSICIANS SERVICES LLC
C/O  J. CLAY CHRISTENSEN, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD ST SUITE 600
OKLAHOMA CITY , OK 73116

RURAL HOSPITAL ACQUISITION LLC
C/O J BROCK Z. PITTMAN, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY , OK 73116

RURAL HOSPITAL ACQUISITION LLC
C/O J JEFFREY E. TATE, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY , OK 73116

RURAL HOSPITAL ACQUISITION LLC
C/O JONATHAN M. MILES, ESQ
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY , OK 73116

US Attorney's Office
210 West Park Avenue  Suite 400
Oklahoma City, OK 73102