IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| In re. | ) | Case No.: 20-13482-SAH |
|  | ) | Chapter 11 |
| RHA Stroud, Inc.,[1] | ) |  |
|  | ) | [Jointly Administered] |
| Debtor. | ) |  |
| _____ | ) |  |

**ORDER GRANTING DEBTORS' APPLICATION FOR ENTRY OF ORDER (I)
SHORTENING TIME FOR OBJECTION DEADLINE AND (II) SETTING EXPEDITED
HEARING ON DEBTORS' EXPEDITED MOTION PURSUANT TO 11 U.S.C. §§ 105(a)
AND 1107(a) FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING
CRITICAL VENDOR PAYMENT PROCEDURES**

This matter comes on for consideration based on the *Debtors' Application for Entry of
Order (I) Shortening Time for Objection Deadline and (II) Setting Expedited Hearing of
Debtors' Expedited Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim
and Final Orders Establishing Critical Vendor Payment Procedures* (the "Application")[2] filed
by Debtors RHA Stroud, Inc. d/b/a Stroud Regional Medical Center and RHA Anadarko Inc.,
RHA Anadarko, Inc. a/k/a The Physicians' Hospital in Anadarko.  The Court has jurisdiction to
consider the Application and for cause shown finds that the Application should be granted.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud,
Inc. (2635) and RHA Anadarko, Inc. (2528).  The principal place of business for the Debtors is 2308 Highway 66
West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.
[2] Unless otherwise noted, capitalized terms from the Application are incorporated by reference herein.

**EXHIBIT A**

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED to the extent set for the herein.

2.      The Critical Vendor Motion filed by the Debtors is set for hearing on **Tuesday, November 17, 2020 at 1:30 p.m. (C.S.T.),** before the Honorable Sarah Hall, at 215 Dean A. McGee Ave., 9th Floor Courtroom, Oklahoma City, Oklahoma 73102.

3.      Responses and objections to the interim relief sought in the Critical Vendor Motion shall be filed no later than **Friday, November 13, 2020 at 4:00 p.m. (C.S.T.).**

4.      If no response or objection is timely filed to the Critical Vendor Motion, the Court may grant the requested relief without a hearing or further notice.

5.      The Court further directs the debtor to include the following in the Notice of Expedited Hearing and Objection Deadline:

   i.      Pursuant to Rule 43, Fed. R. Civ. P. (applicable to the contested matter pursuant to Rule 9017, Fed. R. Bankr. P.) and the on-going COVID-19 pandemic, the evidentiary hearing scheduled for **November 17, 2020, at 1:30 p.m. (C.S.T.),** will be conducted via video-conference.  In order to participate, all counsel and participants must have access to a computer with a camera and microphone.  It is also recommended that you have a phone available on the day of the hearing in the event technical problems arise and communication is required.

   ii.     Witnesses will be sworn in, and their testimony will have the same effect and be binding upon the witness in the same manner as if the witnesses was sworn in by the Courtroom Deputy in person in open court.

   iii.    If a witness has documents, other than exhibits, in their possession and control during their testimony, counsel sponsoring the witness must provide a list of such documents to the Court and opposing counsel at the start of the hearing.

iv.  On or before **Friday, November 13, 2020, at 4:00 p.m. (C.S.T.)**, counsel is directed to provide to cheryl_shook@okwb.uscourts.gov their preferred email address as well as the email address of any party or witness that will not be in the same location as counsel during the hearing.  Chambers will use these email addresses to provide access to the video-conference evidentiary hearing.

v.  On or before **12:30 p.m. (C.S.T.) on November 17, 2020**, the Court will issue an invitation for the video-conference evidentiary hearing containing a link for a "Microsoft Teams Meeting" that should be used to access the video-conference evidentiary hearing.  You do not need to download the Microsoft Teams app to participate in the video-conference.

vi.  When first using Microsoft Teams Meeting, you will need to allow the program to access your microphone and camera.

vii.  If the "Rule" is invoked for the video-conference evidentiary hearing, it will be sponsoring counsel's responsibility to ensure that all  non-party witnesses comply.

viii.  The hearing will include live video and audio feeds so efforts should be made to appear professional and to eliminate unnecessary background noise.  Unless speaking, all participants are requested to mute their microphone.

ix.  Each counsel, party, and witness is responsible for timely joining the video-conference hearing and for establishing a new connection if, at any point, their connection is disrupted or terminated.

x.  All parties, counsel, and members of the public are strictly prohibited from recording or broadcasting any hearing, in whole or in part, in any manner.

6.  This Court shall retain jurisdiction over all maters arising from ore related to the interpretation and implementation of this Order.

7.    Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.


# # #


Approved for Entry:

By: /s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Rubenstein & Pitts PLLC
1503 E. 19th Street
Edmond, OK  73013
Telephone:  (405) 340-1900
Facsimile:  (405) 340-1001
mrubenstein@oklawpartners.com
Proposed Attorneys for Debtors


s/ Esther McKean
Esther McKean
AKERMAN LLP
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
esther.mckean@akerman.com
*Admitted Pro Hac Vice*
Proposed Attorneys for Debtors

By:  s/ David W. Parham
David W. Parham
AKERMAN LLP
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
*Admitted Pro Hac Vice*
Proposed Attorneys for Debtors


s/ Catherine Kretzschmar
Catherine Kretzschmar
AKERMAN LLP
Florida Bar No. 85843
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
catherine.kretzschmar@akerman.com
*Admitted Pro Hac Vice*
Proposed Attorneys for Debtors

4