IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re. ) | Case No.: 20-13482-SAH |
| ) | Chapter 11 |
| RHA Stroud, Inc.,[1] ) | |
| ) | [Jointly Administered] |
| Debtor. ) | |
| _____ ) | |

## SECOND AMENDED[2] NOTICE OF EXPEDITED
## HEARING AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE THAT** on November 13, 2020, RHA Stroud, Inc., d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko, Inc. d/b/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed their Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures and Notice of Opportunity (Doc. No. 120) (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is set for **Friday, November 20, 2020 at 1:30 p.m. (C.S.T.)**.

**PLEASE TAKE FURTHER NOTICE THAT** responses and objections to the interim relief sought in the Critical Vendor Motion shall be filed no later than **Wednesday, November 18, 2020 at 4:00 p.m. (C.S.T.)**.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.
[2] Amended to reflect hearing will be conducted via video-conference.

55401181;1

**PLEASE TAKE FURTHER NOTICE THAT** if no response or objection is timely filed to the Critical Vendor Motion, the Court may grant the requested relief without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE THAT pursuant to Rule 43, Fed. R. Civ. P. (applicable to the contested matter pursuant to Rule 9017, Fed. R. Bankr. P.) and the on-going COVID-19 pandemic, the evidentiary hearing scheduled for November 20, 2020, at 1:30 p.m. (C.S.T.), will be conducted via video-conference. In order to participate, all counsel and participants must have access to a computer with a camera and microphone. It is also recommended that you have a phone available on the day of the hearing in the event technical problems arise and communication is required.**

   i.  Exhibits conforming to Local Rule 9017-1 must be emailed to all hearing participants by **6:00 PM (C.S.T.) on November 19, 2020** with a hard copy sent to the Court for the record. If your witnesses(es) will not be in the same location as counsel, then you must ensure that the witness(es) have a complete set of all exhibits of all parties on the day of the hearing and understand that different parties have their own exhibit notebooks.

   ii. **Witnesses will be sworn in, and their testimony will have the same effect and be binding upon the witness in the same manner as if the witnesses was sworn in by the Courtroom Deputy in person in open court.**

   iii. **If a witness has documents, other than exhibits, in their possession and control during their testimony, counsel sponsoring the witness must provide a list of such documents to the Court and opposing counsel at the start of the hearing.**

iv. **On or before November 19, 2020, at 12:00 p.m. (C.S.T.), counsel is directed to provide to cheryl_shook@okwb.uscourts.gov their preferred email address as well as the email address of any party or witness that will not be in the same location as counsel during the hearing. Chambers will use these email addresses to provide access to the video-conference evidentiary hearing.**

v. **On or before 4:00 p.m. (C.S.T.) on November 19, 2020, the Court will issue an invitation for the video-conference evidentiary hearing containing a link for a "Microsoft Teams Meeting" that should be used to access the video-conference evidentiary hearing. You do not need to download the Microsoft Teams app to participate in the video-conference.**

vi. **When first using Microsoft Teams Meeting, you will need to allow the program to access your microphone and camera.**

vii. **Rebuttal exhibits, if required, should be attached to an email addressed to all person receiving the email containing the Microsoft Teams Meeting link, and the email should be ready to send prior to the hearing. If use of the rebuttal exhibit becomes necessary, the email should be sent immediately.**

viii. **If the "Rule" is invoked for the video-conference evidentiary hearing, it will be sponsoring counsel's responsibility to ensure that all non-party witnesses comply.**

ix. **The hearing will include live video and audio feeds so efforts should be made to appear professional and to eliminate unnecessary background**

3

**noise. Unless speaking, all participants are requested to mute their microphone.**

x. **Each counsel, party, and witness is responsible for timely joining the video-conference hearing and for establishing a new connection if, at any point, their connection is disrupted or terminated.**

xi. **All parties, counsel, and members of the public are strictly prohibited from recording or broadcasting any hearing, in whole or in part, in any manner.**

Dated: November 16, 2020 **AKERMAN LLP**

By:  _s/ Esther McKean_
Esther McKean
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, Florida, 32801
Telephone: 407- 419-8583
Fax : 407-843-6610
esther.mckean@akerman.com
*Pro Hac Vice Admitted*

By:  _s/ David W. Parham_
David W. Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214-720-4300
Fax : 214-981-9339
david.parham@akerman.com
*Pro Hac Vice Admitted*

By:  _s/ Catherine Kretzschmar_
Catherine Kretzschmar
Florida Bar No. 85843
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
Telephone: 954-486-2443
Fax : 954-847-5336
catherine.kretzschmar@akerman.com
*Pro Hac Vice Admitted*
Proposed Attorneys for Debtors

RUBENSTEIN & PITTS, PLLC
By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Leif Swedlow, OBA #17710
1503 E. 19th Street
Edmond, OK  73013
Telephone: 405-340-1900
Fax: 405-340-1001
mrubenstein@oklawpartners.com
lswedlow@oklawpartners.com

Proposed Attorneys for Debtors

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of November, 2020, a true and correct copy of the Debtors' Second Amended Notice of Expedited Hearing and Objection Deadline filed on November 16, 2020, was served upon counsel registered with the CM/ECF system in this case and was forwarded via U.S. Mail, first class, postage prepaid to the those parties listed on the attached matrix.

By: s/ Esther McKean
Esther McKean, FL. Bar. No. 028124