UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re. | ) | Case No.: 20-13482-SAH |
| | ) | Chapter 11 |
| RHA Stroud, Inc.,[1] | ) | |
| | ) | [Jointly Administered] |
| Debtor. | ) | |
| _____ | ) | |

**UNITED STATES TRUSTEE'S RESPONSE TO DEBTOR'S EXPEDITED MOTION PURSUANT TO 11 USC 105(a) AND 1107(a) FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING CRITICAL VENDOR PAYMENT PROCEDURES AND NOTICE OF OPPORTUNITY FOR HEARING**
[Docket #120]

The United States Trustee ("**UST**"), in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), respectfully submits this Response to the Debtors' Expedited Motion Pursuant to 11 USC 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures ("Motion"). In support of this Response, the UST represents as follows:

1. Although the Debtors have not filed schedules or statements of financial affairs the representations in the Debtors' Motion as well as representations made by Debtors' counsel to the UST's counsel appear sufficient at this time to determine the reasonableness of the Debtors' request, made out of an abundance of caution, to pay critical vendors as set forth on the Debtors' Exhibits "A" and "B" of its Motion.

**WHEREFORE**, based on the foregoing, the UST respectfully submits this response; and requests other and further relief as the Court deems just, equitable and proper.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

Respectfully submitted

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Marjorie J. Creasey
Marjorie J. Creasey, OBA #17819
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK  73102
(405) 231-4393/231-5958 [fax]
Marjorie.Creasey@usdoj.gov