IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

In re:                               )   Case No.: 20-13482-SAH
                                     )   Chapter 11
RHA Stroud, Inc.,[1]                 )
    Debtor.                          )   [Jointly Administered]
                                     )

**DEBTORS' WITNESS AND EXHIBIT LISTS
FOR USE AT VIDEO HEARING SET NOVEMBER 20, 2020**

Debtors RHA Stroud, Inc. d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko Inc., RHA Anadarko, Inc. a/k/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals"), respectfully submit this list of witnesses and exhibits for potential use at the Video Hearing set for November 20, 2020. Debtors estimate twenty (20) minutes of time will be needed to present the evidence and argument.

**WITNESS LIST**

|   |   |
|---|---|
| 1. | Charles M. Eldridge<br>c/o Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201 |

Debtors reserve the right to call any witnesses designated by any other party, as well as rebuttal witnesses. Debtors also reserve the right to amend or supplement this witness list.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

55395771;2

## EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | Critical Vendor List for RHA Stroud, Inc. |
| 2. | Critical Vendor List for RHA Anadarko, Inc. |
| 3. | Southern Plains Medical Center, Inc. Invoice dated October 31, 2020 for services provided October 1, 2020 – October 22, 2020 (Patient names redacted for privacy) |
| 4. | E-mail chain between Esther McKean and Clay Christensen, e-mail end date of November 5, 2020 |
| 5. | November 9, 2020 e-mail from Esther McKean to Clay Christensen |
| 6. | November 9, 2020 e-mail from Clay J. Christensen to Esther McKean |

Debtors reserve the right to use any exhibits presented by any other party. Debtors also reserve the right to use exhibits not listed here for impeachment or rebuttal purposes at the herein. Debtors reserve the right to supplement or amend this exhibit list any time prior to the hearing.

Dated: November 19, 2020                    Respectfully Submitted,

**RUBENSTEIN & PITTS, PLLC**

By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Leif Swedlow, OBA #17710
1503 E. 19th Street
Edmond, OK 73013
Telephone: 405-340-1900
Fax: 405-340-1001
mrubenstein@oklawpartners.com
lswedlow@oklawpartners.com

**AKERMAN LLP**
By: *s/ Esther McKean*
Esther McKean
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, Florida, 32801
Telephone: 407-419-8583
Fax: 407-843-6610
esther.mckean@akerman.com
*Pro Hac Vice Admitted*

By: *s/ David W. Parham*
David W. Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214-720-4300
Fax: 214-981-9339
david.parham@akerman.com
*Pro Hac Vice Admitted*

By: *s/ Catherine Kretzschmar*
Catherine Kretzschmar
Florida Bar No. 85843
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
Telephone: 954-486-2443
Fax: 954-847-5336
catherine.kretzschmar@akerman.com
*Pro Hac Vice Admitted*

Proposed Attorneys for Debtors

3

55395771;2

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2020, a true and correct copy of *Debtors' Witness and Exhibit Lists for Use at Video Hearing Set November 20, 2020* was served upon counsel registered with the CM/ECF system in this case and was forwarded via U.S. Mail, first class, postage prepaid to the those parties listed on the attached matrix.

By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806

| | | |
|---|---|---|
| AIRGAS USA LLC<br>259 N RADNOR-CHESTER ROAD<br>SUITE 100<br>WAYNE PA 19087 | AKERMAN LLP<br>ESTHER A. MCKEAN ESQ.<br>420 S ORANGE AVE SUITE 1200<br>ORLANDO FL 32802 | AKERMAN LLP<br>CATHERINE KRETZSCHMAR ESQ<br>350 EAST LAS OLAS BLVD SUITE 1600<br>FORT LAUDERDALE FL 33301 |
| AKERMAN LLP<br>DAVID W. PARHAM ESQ<br>2001 ROSS AVENUE<br>SUITE 3600<br>DALLAS TX 75201 | B BRAUN MEDICAL INC<br>824 TWELFTH AVE<br>BETHLEHEM PA 18018 | BAXTER HEALTHCARE CORPORATION<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015 |
| BRIDGE HEALTHCARE FINANCE LLC<br>C/O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 | CHRISTOPHER TAYBACK<br>KRISTEN BIRD<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 SOUTH FIGUEROA STREET 10TH FLOOR<br>LOS ANGELES CA 90017 | CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>801 ADLAI STEVENSON<br>SPRINGFIELD IL 62706 |
| ELAINE'S TRANSPORTATION COMPANY<br>3717 VICKIE DRIVE<br>OKLAHOMA CITY OK 73115 | EMPIRE PAPER COMPANY<br>C/O JASON ESTES<br>2708 CENTRAL FWY E<br>WICHITA FALLS TX 76301 | EVANS NATIONAL LEASING INC<br>ONE GRIMSBY DRIVE<br>HAMBURG NY 14075 |
| FINANCIAL PACIFIC LEASING LLC<br>GARY BERGSTROM<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 | FINANCIAL PACIFIC LEASING LLC<br>C/O DENISE MCKITTRICK<br>3455 S 344TH WAY<br>STE 300<br>FEDERAL WAY WA 98063 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>4323 NW 63RD ST<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS BUSINESS SOLUTIONS ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS BUSINESS SOLUTIONS STROUD LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS BUSINESS SOLUTIONS LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 |
| FIRST PHYSICIANS CAPITAL GROUP INC<br>9663 SANTA MONICA BLVD<br>SUITE 959<br>BEVERLY HILLS CA 90210 | FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELESS WAY SUITE B-100<br>OKLAHOMA CITY OK 73134 | FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELESS WAY<br>SUITE B-100<br>OKLAHOMA CITY OK 73134 |
| FIRST PHYSICIANS REALTY GROUP LLC<br>C/O J CLAY CHRISTENSEN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS RESOURCES ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS RESOURCES LLC<br>14201 WIRELESS WAY<br>SUITE B-100<br>OKLAHOMA CITY OK 73134 |
| FIRST PHYSICIANS RESOURCES STROUD LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS SERVICES ANADARKO LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS SERVICES LLC<br>14201 WIRELESS WAY<br>SUITE B-100<br>OKLAHOMA CITY OK 73134 |

| | | |
|---|---|---|
| FIRST PHYSICIANS SERVICES LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | FIRST PHYSICIANS SERVICES STROUD LLC<br>C/O CAPITOL DOCUMENT SERVICES INC<br>1833 S MORGAN ROAD<br>OKLAHOMA CITY OK 73128 | GE HFS LLC<br>901 MAIN AVENUE<br>THE TOWERS<br>NORWALK CT 06851 |
| GE HFS LLC<br>PO BOX 414 W-490<br>MILWAUKEE WI 53201 | GE HFS LLC<br>9900 W INNOVATION DRIVE<br>MILWAUKEE WI 53226-4856 | GE HFS LLC<br>20225 WATER TOWER BLVD<br>BROOKFIELD WI 53045-3530 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>901 MAIN AVENUE<br>NORWALK CT 06851 | GENERAL ELECTRIC CAPITAL CORPORATION<br>LEGAL DEPT<br>207 MERIT 7<br>NORWALK CT 06851 | GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS MT 59107-5701 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O CT CORPORATION SYSTEM<br>3011 AMERICAN WAY<br>MISSOULA MT 59808 | GENERAL ELECTRIC CAPITAL CORPORATION<br>3333 HESPER RD<br>BILLINGS MT 5-102-6744 | HANMI BANK<br>3660 WILSHIRE BLVD #PH-A<br>LOS ANGELES CA 90010 |
| HANMI BANK<br>c/o Prentice-Hall Corporation System Inc.<br>2710 Gateway Oaks Dr.<br>Suite 150N<br>Sacramento CA 95833 | HANMI BANK<br>Vivian I Kim GC & Corp Secty<br>3660 WILSHIRE BLVD<br>#PH-A<br>LOS ANGELES CA 90010 | HENRY SCHEIN<br>BOX 371952<br>PITTSBURGH PA 15250-7952 |
| HENRY SCHEIN<br>Walter Siegel (VP & Gen Counsel)<br>135 DURYEA RD<br>Melville NY 11747 | INTERNAL REVENUE SERVICE<br>55 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| T P HOWELL<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | JOHNSON & JOHNSON CORP<br>FOR ORTHO CLINICAL DIAG INC<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901 | JOHNSON & JOHNSON CORP<br>FOR ORTHO CLINICAL DIAG INC<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933 |
| JOHNSON & JOHNSON CORP<br>Michael H Ullmann<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933 | JOHNSON AND JOHNSON FINANCE CORP<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901 | JOHNSON AND JOHNSON FINANCE CORP<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933 |
| JOHNSON AND JOHNSON FINANCE CORP<br>Michael H Ullmann<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933 | KEYSTONE SOLUTIONS INC<br>6901 SHAWNEE MISSKION PKWY #215<br>MISSION KS 66202 | KYLE BATTER<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 TWIN DOLPHIN DR 5TH FLOOR<br>REDWOOD SHORES CA 94065 |

| | | |
|---|---|---|
| LISA M MOLSBEE<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | MCKESSON MEDICAL SURGICAL INC<br>6555 STATE HWY 161<br>IRVING TX 75039 | MCKESSON MEDICAL SURGICAL INC<br>9954 MARYLAND DRIVE<br>RICHMOND VA 23233 |
| MCKESSON MEDICAL SURGICAL INC<br>Lisa Wong (GC & Corp Compliance Officer)<br>9954 MARYLAND DRIVE<br>RICHMOND VA 23233 | MEDICARE PART A<br>CASHIER<br>PO BOX 890114<br>CAMP HILL PA 17089-0114 | MEDICARE PART A<br>C/O NOVITAS SOLUTIONS<br>2020 Technology Parkway<br>Mechanicsburg PA 17050 |
| MEDICARE PART A<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 North 2nd Street<br>Harrisburg PA 17101 | MEDLINE INDUSTRIES INC<br>DEPT CH 14400<br>PALATINE IL 60055-4400 | MEDLINE INDUSTRIES INC<br>LEGAL DEPT<br>Alex Liberman GC<br>One Medline Place<br>Mundelein IL 60060 |
| MEDLINE INDUSTRIES INC<br>C/O ASHLEY<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | MEDTRONIC USA<br>710 MEDTRONIC PARKWAY<br>MINNEAPOLIS MN 55432 | MEDTRONIC USA<br>c/o Corporation Service company<br>2345 Rice Street Suite 230<br>Roseville MN 55113-5603 |
| MITCHELL BLACKBURN<br>ATTORNEY AT LAW<br>1700 ONE LEADERSHIP SQ<br>OKLAHOMA CITY OK 73102 | NFS LEASING INC<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY MA 01915 | NFS LEASING INC<br>Ashley Whyman (VP & General Counsel)<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY MA 01915 |
| OKLA STATE DEPT OF HEALTH<br>100 VALLEY DRIVE<br>PAULS VALLEY OK 73075 | OKLA STATE DEPT OF HEALTH<br>LEGAL DEPT<br>Chief Counsel - Kim Bailey<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73117 | OKLA STATE DEPT OF HEALTH<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73104 |
| OKLAHOMA COUNTY<br>SERVICE AGENT CAROLYN CAUDILL<br>OKLAHOMA COUNTY CLERK<br>320 ROBERT S KERR ROOM 203<br>OKLAHOMA CITY OK 73102-3430 | OKLAHOMA COUNTY<br>FORREST "BUTCH" FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S. KERR ROOM 307<br>OKLAHOMA CITY OK 73102-3430 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION<br>LEGAL DIVISION<br>PO BOX 53039<br>OKLAHOMA CITY OK 73152-3039 |
| OKLAHOMA HEALTH CARE AUTHORITY<br>ATTN CENTRAL FILES<br>4545 N LINCOLN BLVD STE 124<br>OKLAHOMA CITY OK 73105 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL OFFICE<br>100 NORTH BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY OK 73102-86-1 | ORGANOGENESIS INC<br>85 DAN RD<br>CANTON MA 02021 |
| ORTHO-CLINICAL DIAGNOSTICS INC<br>1001 US HIGHWAY 202<br>RARITAN NJ 08869 | PEOPLE'S UNITED BANK<br>ONE POST OFFICE SQUARE<br>SUITE 3710<br>BOSTON MA 02109 | PEOPLE'S UNITED BANK<br>ROBERT E TRAUTMANN (SR EX VP & GC<br>850 MAIN ST<br>13 FL<br>BRIDGEPORT CT 06604 |

| | | |
|---|---|---|
| PRIME ALLIANCE BANK<br>1868 500 WEST<br>WOODS CROSS UT 84010 | PRIME ALLIANCE BANK<br>STEVEN SELLERS<br>1868 500 WEST<br>WOODS CROSS UT 84010 | RICHARD BROSNICK<br>AKERMAN LLP<br>666 FIFTH AVE 20TH FLOOR<br>NEW YORK NY 10103 |
| RUBENSTEIN & PITTS PLLC<br>MICHAEL A RUBENSTEIN<br>LEIF SWEDLOW<br>1503 E 19TH STREET<br>EDMOND OK 73013 | RURAL HOSPITAL ACQUISITION LLC<br>C/O J CLAY CHRISTENSEN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | RURAL HOSPITAL ACQUISITION LLC<br>4323 NW 63RD ST STE 100<br>OKLAHOMA CITY OK 73116 |
| RURAL HOSPITAL ACQUISITION LLC<br>C/O Capitol Document Service<br>1833 S. Morgan Rd.<br>OKLAHOMA CITY OK 73128 | RURAL HOSPITAL ACQUISITION LLC<br>3555 NW 58TH STREET 700<br>OKLAHOMA CITY OK 73112 | SMITH & SON BUILDING CENTERS INC<br>117 SE 2ND ST<br>ANADARKO OK 73005 |
| SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKRUPTCY COORDINATOR<br>OFFICE OF THE GEN COUNSEL REGION VI<br>1301 YOUNG STREET STE A702<br>DALLAS TX 75202-5433 | SOUTHERN PLAINS MEDICAL CENTER INC<br>2222 W Iowa Ave<br>Chickasha OK 73018 | SOUTHERN PLAINS MEDICAL CENTER INC<br>625 WILDMEADOW DRIVE<br>EDMOND OK 73003 |
| STABILITY BIOLOGICS<br>2026 FRANSWORTH DR<br>NASHVILLE TN 37205 | STABILITY BIOLOGICS<br>BRIAN MARTIN<br>2026 FRANSWORTH DR<br>NASHVILLE TN 37205 | STERIS CORPORATION<br>5960 HEISLEY RD<br>MENTOR OH 44060 |
| STERIS CORPORATION<br>C/O CATHI MAJEWSKI - Legal Dept.<br>5960 HEISLEY RD<br>MENTOR OH 44060 | STERIS CORPORATION<br>J. ADAM ZANGERLE<br>5960 HEISLEY RD<br>MENTOR OH 44060 | STROUD NATIONAL BANK<br>PO BOX 450<br>STROUD OK 74079 |
| STROUD NATIONAL BANK<br>300 W MAIN ST<br>STROUD OK 74079-3612 | STRYKER CAPITAL<br>CT LIEN SOLUTION<br>PO BOX 29071<br>GLENDALE CA 91209-9071 | STRYKER CAPITAL INC<br>6151 WEST CENTURY BLVD SUITE 906<br>LOS ANGELES CA 90045 |
| STRYKER CAPITAL INC<br>ATTN JENNIFER MONIQUE COTTON<br>6151 WEST CENTURY BLVD SUITE 906<br>LOS ANGELES CA 90045 | STRYKER CAPITAL INC<br>6151 WEST CENTURY BLVD SUITE 906<br>LOS ANGELES CA 90045 | THE FIRST STATE BANK<br>3030 NW EXPRESSWAY<br>SUITE 130<br>OKLAHOMA CITY OK 73112 |
| THERMO FISHER FINANCIAL SERVICES INC<br>CAPITOL CORPORATE SERVICES INC<br>44 SCHOOL STREET SUITE 505<br>BOSTON MA 02108 | THERMO FISHER FINANCIAL SERVICES INC<br>81 WYMAN STREET<br>WALTHAM MA 02454 | THERMO FISHER FINANCIAL SERVICES INC<br>168 THIRD AVE<br>WALTHAM MA 02451 |

| | | |
|---|---|---|
| TRIAD BANK NA<br>PO BOX 35567<br>TULSA OK 74153 | TRIAD BANK NA<br>7646 E 61ST ST<br>TULSA OK 74133-1159 | UNITED STATES TRUSTEE<br>215 DEAN MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY OK 73102 |
| US BANCORP<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>WILMINGTON DE 19801 | US BANCORP<br>TWO APPLETREE SQUARE<br>SUITE 325<br>BLOOMINGTON MN 55425 | US BANCORP<br>LEGAL DEPT<br>James L "Jim" Chosy VP AND GEN COUNSEL<br>800 Nicollet Mall Ste 1500<br>Minneapolis MN 55402 |
| US BANCORP<br>C/O CT Corporation System<br>1010 DALE ST N<br>ST PAUL MN 55117-5603 | US FOODSERVICE<br>7950 SPENCE ROAD<br>FAIRBURN GA 30213 | US FOODSERVICE<br>KRISTIN COLEMAN<br>9399 WEST HIGGINS ROAD<br>SUITE 500<br>ROSEMONT IL 60018-6600 |
| VALLIANCE BANK<br>1601 NW EXPRESSWAY<br>OKLAHOMA CITY OK 73118 | VALLIANCE BANK<br>1501 24TH ABE NW<br>NORMAN OK 73069 | WELLS FARGO BANK NA<br>LEGAL DEPT<br>420 Montgomery St<br>San Francisco CA 94104 |
| WELLS FARGO BANK NA<br>C/O Corporation Service Company<br>2345 Rice Street Suite 230<br>Roseville MN 55113 | WELLS FARGO BANK NA<br>625 Marquette Ave FL 16<br>MINNEAPOLIS MN 55402-2308 | WELLS FARGO BANK NA<br>MAC N9311-161 SIXTH AND MARQUETTE<br>MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK NA<br>LEGAL ORDER PROCESSING<br>P. O. Box 1416<br>Charlotte NC 28201 | WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT ST MAC N0005-004<br>DES MOINES IA 50309 | WELLS FARGO FINANCIAL LEASING INC<br>SYLWIA DABROWSKA PERRY (SR. COUNSEL)<br>800 WALNUT ST.<br>DES MOINES IA 50309 |
| WELLS FARGO FINANCIAL LEASING INC<br>CRAIG LONG<br>800 WALNUT ST.<br>DES MOINES IA 50309 | RHA Stroud Inc.<br>2308 Highway 66 West<br>Stroud OK 74079-6729 | FINANCIAL PACIFIC LEASING LLC<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 |
| GE HFS LLC<br>CT CORPORATION SYSTEM<br>301 S BEDFORD ST SUITE 1<br>MADISON WI 53703-3691 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | NOVITAS SOLUTIONS<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 NORTH 2ND STREET<br>HARRISBURG PA 17101-1092 |

| | | |
|---|---|---|
| TRIAD BANK NA<br>3030 NW EXPRESSWAY SUITE 130<br>TULSA OK 74153 | UnitedHealthcare Insurance Comp<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street 03B<br>Hartford CT 06103-3402 | Leif Swedlow<br>Rubenstein & Pitts PLLC<br>1503 East 19th St.<br>Edmond OK 73013-6737 |
| Michael A Rubenstein<br>Rubenstein & Pitts PLLC<br>1503 East 19th St.<br>Edmond OK 73013-6737 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>c/o Brock Z. Pittman Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>c/o Jeffrey E. Tate Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS BUSINESS SOLUTIONS<br>c/o Jonathan M. Miles Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS BUSINESS SOLUTIONS<br>c/o J. Clay Christensen Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS RESOURCES<br>c/o Brock Z. Pittman Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS RESOURCES<br>c/o Jeffrey E. Tate Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS RESOURCES<br>c/o Jonathan M. Miles Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS RESOURCES<br>c/o J. Clay Christensen Esq<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS REALTY GROUP LLC<br>C/O BROCK Z. PITTMAN<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS REALTY GROUP LLC<br>C/O JEFFREY E. TATE ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS REALTY GROUP LLC<br>C/O JONATHAN M. MILES ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS REALTY GROUP LLC<br>C/O J CLAY CHRISTENSEN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS SERVICES LLC<br>C/O BROCK Z. PITTMAN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS SERVICES LLC<br>C/O JEFFREY E. TATE ESQ.<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 |
| FIRST PHYSICIANS SERVICES LLC<br>C/O JONATHAN M. MILES ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | FIRST PHYSICIANS SERVICES LLC<br>C/O J. CLAY CHRISTENSEN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD ST SUITE 600<br>OKLAHOMA CITY OK 73116 | RURAL HOSPITAL ACQUISITION LLC<br>C/O J BROCK Z. PITTMAN ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| RURAL HOSPITAL ACQUISITION LLC<br>C/O J JEFFREY E. TATE ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | RURAL HOSPITAL ACQUISITION LLC<br>C/O JONATHAN M. MILES ESQ<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 | US Attorney's Office<br>210 West Park Avenue Suite 400<br>Oklahoma City OK 73102 |
| FIRST PHYSICIANS RESOURCE LLC<br>14201 WIRELESS WAY<br>SUITE B-100<br>OKLAHOMA CITY OK 73134-2521 | FIRST PHYSICIANS SERVICES LLC<br>14201 WIRELESS WAY<br>SUITE B-100<br>OKLAHOMA CITY OK 73134-2521 | MCKESSON MEDICAL SURGICAL INC.<br>C/O CORPORATION SERVICE COMPANY<br>100 SHOCKOE SLIP FL 2<br>RICHMOND VA 23219-4100 |

JOLENE M. WISE
SECURITIES AND EXCHANGE COMMISSION
175 W. JACKSON BLVD SUITE 900
CHICAGO IL 60604-2908

CONNORS & WINTERS LLP
1700 ONE LEADERSHIP SQUARE
OKLAHOMA CITY OK 73102

FIRST PHYSICIANS BUSINESS SOLUTIONS PHA
c/o J. Clay Christensen Esq
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY OK 73116

GENERAL ELECTRIC CAPITAL CORP
901 MAIN AVENUE
NORWALK CT 06851-1168

STRYKER CAPITAL
C/O SOLOMON ACOSTA
5350 PLAYA VISTA
LOS ANGELES CA 90045

ELAINES TRANSPORTATION COMPANY
C/O ELAINE HOWERTON
3717 VICKIE DRIVE
DEL CITY OK 73115-4345

RHA ANADARKO INC
1002 E CENTRAL BLVD
ANADARKO OK 73005

MEDLINE INDUSTRIES INC
One Medline Place
Mundelein IL 60060

MCKESSON MEDICAL SURGICAL, INC.
C/o CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP FL 2
RICHMOND VA 23219-4100

ABBOTT DIABETES CARE SALES CORP
THE CORPORATION COMPANY
120 N ROBINSON SUITE 735
OKLAHOMA CITY OK 73102

AGILITI HEALTH INC (UHS)
C/O NATIONAL REGISTERED AGENTS INC
1010 DALE STREET N STREET
ST. PAUL MN 55117-5603

AMERIPATH
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

CARDINAL HEALTH INC
C/O CT CORPORATION SYSTEM
4400 EAST COMMONS WAY
SUITE 125
COLUMBUS OH 43219

COOK MEDICAL INC
C/O CORPORATION SERVICE COMPANY
135 NORTH PENNSYLVANIA STREET SUITE 1610
INDIANAPOLIS IN 46204

COOK MEDICAL LLC
C/O CORPORATION SERVICE COMPANY
135 NORTH PENNSYLVANIA STREET SUITE 1610
INDIANAPOLIS IN 46204

DLO COURIER
C/O DENNIS L HOGLE
225 NE 97TH STREET
OKLAHOMA CITY OK 73114

DYNAMIC INFUSION THERAPY INC
C/O CHRISTOPHER MATTHEWS
5156 VILLAGE CREEK DRIVE SUITE 102
PLANO TX 75093

EPIMED INTERNATIONAL INC
C/O GABOR RACZ
13958 DIPLOMAT DRIVE
FARMERS BRANCH TX 75234

FISHER HEALTHCARE INC
118 WHISPERING WOODS ROAD
CHARLESTON WV 25304

FISHER HEALTHCARE INC
C/O JOHN VARNASCO
2000 VETERANS MEMORIAL DRIVE
HOUSTON TX 77038

HILLROM INC
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS IN 46204 USA

KCI USA INC
CORPORATION SERVICE COMPANY
10300 GREENBRIAR PLACE
OKLAHOMA CITY OK 73159

MEDRIDE CORPORATION
C/O DAVID BATSON
4225 SW 44TH STREET
OKLAHOMA CITY OK 73119

J&J HEALTH CARE SYSTEMS INC
15101 TRINITY BLVD
FORT WORTH TX 76155

NEW DIRECTIONS DIALYSIS
C/O LESLIE WHILES
4334 NW EXPRESSWAY SUITE 165
OKLAHOMA CITY OK 73116

MYCROMED LLC
C/O SECRETARY OF STATE
2300 N LINCOLN BLVD SUITE 101
OKLAHOMA CITY OK 73105 4897

MYCROMED LLC
C/O CHRIS KINNISON
3517 SW 124TH
OKLAHOMA CITY OK 73170

MYCROMED LLC
C/O SECRETARY OF STATE
2300 N LINCOLN BLVD SUITE 101
OKLAHOMA CITY OK  73105 4897

OKLAHOMA BLOOD INSTITUTE
C/O RANDALL STARK
1001 N LINCOLN BLVD
OKLAHOMA CITY OK 73104

OWENS AND MINOR
ATTE CREDIT TEAM
9120 LOCKWOOD BLVD
MECHANSVILLE VA 23116

PRECISION LENS
C/O SECRETARY OF STATE
421 NW 13TH STREET SUITE 210
OKLAHOMA CITY OK 73103

PRECISION LENS
C/O THE CAMERON-EHLEN GROUP INC
5715 WEST OLD SHAKOPEE ROAD #150
BLOOMINGTON MN 55437