**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re:<br><br>RHA STROUD, INC.[1],<br>　　Debtor. | Case No.: 20-13482<br>Chapter 11<br><br>[Jointly Administered] |

**WITNESS AND EXHIBIT LISTS OF FP GROUP
FOR USE AT VIDEO HEARING SET NOVEMBER 24, 2020**

Rural Hospital Acquisition, LLC ("RH Acquisition"), First Physicians Realty Group, LLC ("FP Realty"), First Physicians Business Solutions, LLC ("FP Business"), First Physicians Services, LLC ("FP Services"), and First Physicians Resources, LLC ("FP Resources") (collectively with RH Acquisition, FP Realty, FP Business, and FP Services, the "FP Group") respectfully submit this list of Witnesses and Exhibits for potential use at the Video Hearing set November 24, 2020.

## WITNESS LIST

| | **Witness** |
|---|---|
| 1. | Jeff Hill<br>c/o Christensen Law Group |
| 2. | Adrian Reeder<br>c/o Christensen Law Group |
| 3. | Brian Amend<br>c/o Christensen Law Group |
| 4. | Any witness listed by Debtors and not objected to by FP Group |
| 5. | Rebuttal Witnesses as Necessary |

FP Group reserves the right to amend and supplement this witness list.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005, respectively.

## EXHIBIT LIST

|    | Description |
|----|-------------|
| 1. | Transcript of Audio-Recorded Proceedings before Sarah A. Hall October 27, 2020 on Case No. 20-13482 re: First Day Motions of Debtors |
| 2. | Order Authorizing the Hospitals' Use of Cash Collateral and Scheduling a Final Hearing on November 7, 2020 [Dkt. 100] |
| 3. | Invoices for Week Ending 10.31.2020 |
| 4. | Invoices for Week Ending 11.07.2020 |
| 5. | DocuSign Email to Charles Eldridge from Brian Amend dated 11.11.2020 for approval of invoices for Week Ending 11.07.2020 |
| 6. | Email from Adrian Reeder to Charles Eldridge dated 11.13.2020 re: payment of invoices for Week Ending 11.07.2020 |
| 7. | Invoices for Week Ending 11.14.2020 |
| 8. | DocuSign Email to Charles Eldridge from Brian Amend dated 11.17.2020 for approval of invoices for Week Ending 11.14.2020 |
| 9. | Account Balance for Debtors' Operating Account as of 11.20.2020 |
| 10. | All pleadings filed in Debtors' bankruptcy cases, including attached Exhibits |
| 11. | All Exhibits listed by any other party in interest not otherwise objected to by FP Group |
| 12. | All additional documents discovered prior to the hearing |

FP Group reserves the right to amend and supplement this exhibit list.

## ESTIMATION OF TIME REQUIRED

FP Group anticipates no more than one (1) hour to present evidence and argument at the Hearing.

DATED this 23rd day of November, 2020.

Respectfully submitted,


By: /s/ *J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA #17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
CHRISTENSEN LAW GROUP, P.L.L.C.
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
clay@christensenlawgroup.com
jeffrey@christensenlawgroup.com
jon@christensenlawgroup.com
brock@christensenlawgroup.com

and

Christopher Tayback (CA Bar No. 145532 – *application for admission pro hac vice pending*)
Kristen Bird (CA Bar No. 192863 – *application for admission pro hac vice pending*)
Eric D. Winston (CA Bar No. 202407 – *application for admission pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christayback@quinnemanuel.com
kristenbird@quinnemanuel.com
ericwinston@quinnemanuel.com

*Attorneys for FP Group*

## **CERTIFICATE OF SERVICE**

This shall certify that on this 23rd day of November, 2020, a true and correct copy of the above and foregoing was sent electronically to the Clerk of the Court using the CM/ECF System and transmittal of a Notice of Electronic Filing to the counsel registered for ECF in this case.

/s/ *J. Clay Christensen*
J. Clay Christensen