Fill in this information to identify the case:

Debtor name    **RHA Stroud, Inc.**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known)    **20-13482-SAH**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2020**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Charles Eldridge**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___RHA Stroud, Inc___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: ___Western___ District of ___Oklahoma___
(State)

Case number (If known): ___20-13482-SH___

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ ___0___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ _15,293,218_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................  $ _15,293,218_____

---

### Part 2:   Summary of Liabilities

**We were not provided with the information to complete this section. Our request #3 from our letter dated November 9, 2020**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ ___TBD___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ ___TBD___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  **+** $ ___TBD___

4. **Total liabilities**...............................................................................................  $ ___TBD___
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___RHA Stroud, Inc.___

United States Bankruptcy Court for the: __Western_____ District of __Oklahoma__
(State)

Case number (If known): _____20-13482-SH_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   X  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $_____ |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Valiance Bank | Checking | 7831 | $ 980,282 |
| 3.2. | Valiance Bank | Checking | 7906 | $ 112,147 |

**4. Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | Valiance Bank | Checking | x4749 | $ 0 |
| 4.2. | Valiance Bank | Checking | x3103 | $ 563 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $ 1,092,992 |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?** UNKNOWN AT THIS TIME

   ☐ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

Debtor ___RHA Stroud, Inc._____     Case number (if known) 20-13482-SH _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** UNKNOWN AT THIS TIME

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.       $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
X Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:  $4,648,417 ____ – ____ TBD ____ = ........➜    $ 4,648,417 ____
    face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  $2,811,084 ____ – ____ TBD ____ = ........➜    $ 2,811,084 ____
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 7,459,501 ____

---

## Part 4:  Investments

13. **Does the debtor own any investments?** UNKNOWN AT THIS TIME
☐ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.       $_____

---

| Debtor | RHA Stroud, Inc. | Case number (if known) 20-13482-SH |
|---|---|---|
| | Name | |

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
X Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ 335,087 | Book as of 9/30/2020 | $ 335,087 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $ 335,087 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?** UNKNOWN AT THIS TIME
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** UNKNOWN AT THIS TIME
☐ No
☐ Yes. Book value_____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?** UNKNOWN AT THIS TIME
☐ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
X No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    RHA Stroud, Inc.
          Name

Case number (if known) 20-13482-SH

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method_____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

**X** Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** Construction in progress, leasehold improvements, assets held under lease | $ 5,232,231 | Book as of 9/30/2020 | $ 5,232,231 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Equipment | $ 1,173,407 | Book as of 9/30/2020 | $ 1,173,407 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 6,405,638

44. **Is a depreciation schedule available for any of the property listed in Part 7?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

---

Debtor    RHA Stroud, Inc.
          Name                                              Case number *(if known)* 20-13482-SH

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Medical Equipment | $ | | $ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Debtor ___RHA Stroud, Inc._____    Case number *(if known)* 20-13482-SH_____
            Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property? UNKNOWN AT THIS TIME**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | | $_____ | _____ | $_____ |
| 55.2 _____ | | $_____ | _____ | $_____ |
| 55.3 _____ | | $_____ | _____ | $_____ |
| 55.4 _____ | | $_____ | _____ | $_____ |
| 55.5 _____ | | $_____ | _____ | $_____ |
| 55.6 _____ | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9? UNKNOWN AT THIS TIME**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year? UNKNOWN AT THIS TIME**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property? UNKNOWN AT THIS TIME**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $_____

Debtor    RHA Stroud, Inc.                                        Case number (if known) 20-13482-SH
          Name

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10? UNKNOWN AT THIS TIME

☐ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year? UNKNOWN AT THIS TIME

☐ No
☐ Yes

## Part 11:    All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?    UNKNOWN AT THIS TIME

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** Notes receivable

Description (include name of obligor)

_____    _____ − _____ = ➡    $_____
                           Total face amount   doubtful or uncollectible amount

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

_____    Tax year_____ $_____
_____    Tax year_____ $_____
_____    Tax year_____ $_____

**73.** Interests in insurance policies or annuities

_____                                $_____

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

First Physicians Business Solutions, LLC; First Physician Services, LLC; First Physicians Resources, LLC, First Physicians Realty Group, LLC and RH Acquisition                                $_____

Nature of claim    Breach of contract, breach of good faith and fair dealing, breach of fiduciary duty, lender liability, tortious interference

Amount requested    $  To Be Determined

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

_____                                $_____

Nature of claim    _____

Amount requested    $_____

**76.** Trusts, equitable or future interests in property

_____                                $_____

**77.** Other property of any kind not already listed  *Examples:* Season tickets, country club membership

_____                                $_____
_____                                $_____

**78.** Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.                    $_____

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No
☐ Yes

Debtor    RHA Stroud, Inc.                                        Case number (if known) 20-13482-SH
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,092,992 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 7,459,501 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 335,087 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 6,405,638 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 15,293,218 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 15,293,218

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>RHA Stroud, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Oklahoma<br>(State)</td></tr>
<tr><td>Case number (If known)</td><td>20-13482-SH</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Rural Hospital Acquisition, LLC

**Creditor's mailing address**
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY OK 73116

**Creditor's email address, if known**

**Date debt was incurred** April 1, 2011

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
The hospital facility at 2308 OK-66, Stroud, OK.                $_____        $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**2.2**

**Creditor's name**
Alliance Funding

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Medical Equipment                $_____        $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $_____

| Debtor | RHA Stroud, Inc. | | 20-13482-SH |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

---

**Part 1:**     **Additional Page**

| | **Column A** | **Column B** |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**   **Creditor's name**

Hospital Equipment Rental Company

**Creditor's mailing address**

21900 E 96th Street

Broken Arrow OK 74014

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment        To Be Determined

_____ $_____   $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**   **Creditor's name**

NFS Leasing

**Creditor's mailing address**

900 CUMMINGS CENTER STE 226-U

BEVERLY MA 01915

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment        To Be Determined

_____ $_____   $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | RHA Stroud, Inc. | | 20-13482-SH |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**Creditor's name**

Pitney Bowes

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Office equipment

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____

Column B: To Be Determined  $_____

---

**2.__**

**Creditor's name**

Sysmex America Inc.

**Creditor's mailing address**

577 Aptakisic Road

Lincolnshire, IL 60069

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____

Column B: To Be Determined  $_____

---

| Debtor | RHA Stroud, Inc. | | 20-13482-SH |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**

**Creditor's name**

Wells Fargo

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Office equipment

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

To Be Determined

$_____    $_____

---

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$_____    $_____

---

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>RHA Stroud, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western     District of Oklahoma<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td>20-13482-SH</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    RHA Stroud, Inc.
_____
Name

Case number (if known) __20-13482-SH__

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

**3.1**

**Nonpriority creditor's name and mailing address**
24/7 RADIOLOGY, LLP
5820 Oberlin Drive, Suite 205
San Diego, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.2**

**Nonpriority creditor's name and mailing address**
ABBEY HEALTHCARE STAFFING
3560 Hyland Ave
Costa Mesa, CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.3**

**Nonpriority creditor's name and mailing address**
ABBOTT DIABETES CARE SALES CORP
The Corporation Company
120 N Robinso, Suite 735
Oklahoma City, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.4**

**Nonpriority creditor's name and mailing address**
Accurate Fire Equipment Co., Inc.
10528 E. 12th St
Tulsa, OK 74128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.5**

**Nonpriority creditor's name and mailing address**
Agiliti Health, Inc. ( UHS )
6625 West 78th Street, Suite 300
Minneapolis, MN 55439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.6**

**Nonpriority creditor's name and mailing address**
ALERE NORTH AMERICA, INC
51 Sawyer Road
Waltham, MA 02453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ____See attached schedule____

**Date or dates debt was incurred**   See attached schedule

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor     RHA Stroud, Inc.
_____
Name

Case number (if known)   20-13482-SH
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___** **Nonpriority creditor's name and mailing address**
ALIMED, INC.
_____

297 High Street
_____

Dedham, MA 02026
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ALL POINTS CAPITAL CORPORATION
_____

275 Broadhollow Road
_____

Melville, NY 11747
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ANESTHESIA SERVICE, INC.
_____

1821 N. Classen Road
_____

Oklahoma City, OK 73106
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ARMSTRONG MEDICAL INDUSTRIES INC
_____

575 Knightsbridge Pkwy
_____

Lincolnshire, IL 60069
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
Barnes, Antoinette
_____

7120 Clearvista Dr.
_____

Indianapolis, IN 46256
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| Debtor | RHA Stroud, Inc. | | 20-13482-SH |
|---|---|---|---|
| | Name | Case number (*if known*) | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.___**    **Nonpriority creditor's name and mailing address**
BOOMER BLINDS AND SHUTTERS

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**
BROOKS INDUSTRIES

23291 Ventura Blvd.

Woodland Hills, CA 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**
BUD BLAKELY LUMBER INC

107 West 13th Street

Chandler, OK 74834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**
CAPGEMINI BUSINESS SERVICES

79 5th Ave, #300

New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**
CARDINAL HEALTH INC

c/o CT Corporation System
4400 East Commons Way, Suite 125

Columbus, OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
CLEMSON ENTERPRISES, INC.

10650 City, Road  81 Suite F

Maple Grove, MN 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

CLIFFORD POWER

7300 Melrose Lane

Oklahoma City, OK 73127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

Conner & Winters, LLP

1700 One Leadership Square
211 North Robinson

Oklahoma City, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
CUNNINGHAM'S SYNCO TROPHY

905 Manvel Ave

Chandler, OK 74834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
CVS CAREMARK

1 CVS Drive

Woonsocket, RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor ___RHA Stroud, Inc._____
     Name

Case number (if known)___20-13482-SH_____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
DATA BUSINESS SYSTEMS, INC.

230 US-206

Flanders, NJ 07836

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DAY, EDWARDS, PROPESTER & CHRISTENSEN

210 Park Avenue

Oklahoma City, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DLO COURIER

c/o Dennis L Hogle
225 NE 97th Street

Ojklahoma City, OK 73114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DP MEDICAL SERVICES

9289 N. Morning Glory Road

Paradise Valley, AZ 85253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DQE, INC

8730 Commerce Park Place

Indianapolis, IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**    

| Debtor | RHA Stroud, Inc. | | | |
|--------|------------------|--|--|--|
| | Name | Case number *(if known)* | 20-13482-SH | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

DYNAMIC INFUSION THERAPY

5156 Village Creek Drive, #102

Plano Texas 75093

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

DYSPHAGIA SPECIALISTS,  PLLC

814 S Walnut Street

Stillwater, OK 74074

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

E.T.C.  ( Elaine's Transport  Company )

3717 Vickie Drive

Oklahoma City, OK 73115

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

ELMED INCORPORATED

35 N Brandon Drive

Glendale Heights, IL 60139

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

EPIMED

141 Sal Landrio Drive

Johnstown, NY 12905

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor RHA Stroud, Inc.
_____
Name

Case number (if known) 20-13482-64
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.___ Nonpriority creditor's name and mailing address**
EXPERIAN HEALTH INC  (Passport)

720 Cool Springs Blvd. Suite 200

Franklin, TN 37067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

See attached schedule.
$_____

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**
First Physician Bus Solutions

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**
FIRST PHYSICIANS REALTY GROUP

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**
First Physicians Resources

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**
First Physicians Services

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    RHA Stroud, Inc.
          Name

Case number *(if known)*    20-13482-SH

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
FISHER HEALTHCARE

118 Whispering Woods Road

Charleston, WV 25304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

See attached schedule.

$_____

**Date or dates debt was incurred**    See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.___ Nonpriority creditor's name and mailing address**
GE PRECISION HEALTHCARE LLC

3000 N Grandview Blvd.

Waukesha, Wi 53188-1615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

**Date or dates debt was incurred**    See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.___ Nonpriority creditor's name and mailing address**
GLO GERM COMPANY

1101 S. Murphy Lane

Moab, UT 84532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

**Date or dates debt was incurred**    See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.___ Nonpriority creditor's name and mailing address**
GRAINGER

100 Grainger Pkwy

Lake Forest, IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

**Date or dates debt was incurred**    See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

**3.___ Nonpriority creditor's name and mailing address**
GREAT PLAINS COCA COLA

127 N. Quapah Ave

Oklahoma City, OK 73107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

**Date or dates debt was incurred**    See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

| Debtor | RHA Stroud, Inc. | Case number *(if known)* | 20-13482-SH |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

HEALTHCARE LOGISTICS, INC

450 Town Street

Circleville, OH 43113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**

HEALTHLAND (CPSI) Evident

6600 Wall Street

Mobile, AL 36695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**

HENRY SCHEIN

135 Dduryea Road

Melville, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**

HILLROM INC

1069 State Route 46 East

Batesville, IN 47006 ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**

HOUSE OF VACUUM

313 Wikesboro Avenue

North Wilksboro, NC 28659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

| Debtor | RHA Stroud, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 20-13482-SH |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

IMPACT INSTRUMENTATIONS, INC

27 Fairfield Place

West Caldwell, NJ 07006

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

INSIGHT

6820 South Harl  Avenue

Tempe, Arizona 85283

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

INTEGRA LIFESCIENCES CORP.

1100 Campus Road

Princeton, NJ 08540

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

J&J
Attn: Michael H. Ullmann
One Johnson & Johnson Plaza

New Brunswick, NJ 08933-0001

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

JAMES J. HODGENS, P.C.

301 W. Main Street

Stroud, OK 74079

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| Debtor | RHA Stroud, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 20-13482-SH |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

JETRAD, LLC

4005 NW Expway St. STE 410

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

KCI USA

Corporation Services Company
1800 Greenbriar Place
Oklahoma City,  OK 73159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

M. LEE SMITH PUBLISHERS LLC

100 Winnders Circle N. # 300

Brentwood, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

MATHESON TRI GAS, INC

166 Keystone Drive

Montgomeryville, PA 18936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

MED ASSETS

100 North Point Center East  , Suite 200

Alpharetta, GA 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___** Nonpriority creditor's name and mailing address

MEDICAL INSTRUMENT

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MEDICAL INVENTORY CONTROL

12400 N Santa Fe Ave.

Oklahoma City, OK 73114

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MEDIVATORS

14605 28th Ave. N.

Minneapolis, MN 55447

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MEDLINE INDUSTRIES ,INC

One Medline Place

Mundelein, Il 60060

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MEDRIDE CORPORATION

c/o David Batson
4225 SW 44th Street
Oklahoma City, OK 73119

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor RHA Stroud, Inc.
_____
Name

Case number (if known) 20-13482-SH
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
MEDTRONIC  NEUROLOGICAL DIVISI

710 Medtronic Parkway

Minneapolis, MN 55432

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
N. T. AND H. ENTERPRISES, INC.

609 McNair Street

Halstead, KS 67056

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
Nabholz Construction Services

6400 South Superior Ave.

Oklahoma City, OK 73149

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
NETWERKES

1009 Windcross Ct

Franklin, TN 37067

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
NEW DIRECTION ACUTE DIALYSIS

4334 NW Expressway Ste 165

Oklahoma City, OK 73116-1515

Date or dates debt was incurred          See attached schedule.

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor     RHA Stroud, Inc.
           Name

Case number (*if known*)   20-13482-SH

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___  Nonpriority creditor's name and mailing address**
NOVARAD

752 E 1180 S,

American Fork, UT 84003

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**
Oklahoma Blood Institute

c/o Randall Stark
1001 N. Lincoln Blvd.
Oklahoma City, OK 73104

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**
OKLAHOMA TAX COMMISSION
General Counsel Office
100 North Broadway Ave. Ste. 1500\

Oklahoma City, OK 73102-86-1

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**
Oklahoma's Choice Weekly

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**
OMNICELL inc

590 East Middlefield Road

Mountain View, CA 94043

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____
Name

Case number *(if known)* _____

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___ Nonpriority creditor's name and mailing address**
ORGANOGENESIS INC

85 Dan Road

Canton, MA 02021

**Date or dates debt was incurred**        See attached schedule.

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
OWENS & MINOR

9120 Lockwood Blvd.

Mechanicsville, VA 23116

**Date or dates debt was incurred**        See attached schedule.

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
PC CONNECTIONS

730 Milford Road Route 101A

Merrimack, NH 03054

**Date or dates debt was incurred**        See attached schedule.

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
PHILIPS HEALTHCARE ( Service )

222 S East Road

New Hartford, CT 06057

**Date or dates debt was incurred**        See attached schedule.

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
PHILIPS MEDICAL SYSTEMS NA CO

3000 Minuteman Road

Andover, MA 01810

**Date or dates debt was incurred**        See attached schedule.

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____ RHA Stroud, Inc. _____  Case number (if known) ___20-13482-SH_____
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  Nonpriority creditor's name and mailing address
PLATINUM CODE (IPC,INC)
_____

8095 215th St. W
_____
Lakeville, MN 55044

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  Nonpriority creditor's name and mailing address
PRAGUE COMMUNITY HOSPITAL
_____

1322 Klabzuba Ave
_____
Prague, OK 74864

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  Nonpriority creditor's name and mailing address
Presto-X
_____

10421 Portal Rd. Suite 101
_____
La Vista, NE 68128

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  Nonpriority creditor's name and mailing address
PUSH PEDAL PULL
_____

5820 N May Ave.
_____
Oklahoma City, OK 73112

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  Nonpriority creditor's name and mailing address
QHME STROUD
_____

_____

_____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor  RHA Stroud, Inc.
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.___** **Nonpriority creditor's name and mailing address**

QWEST COMMUNICATIONS
_____

100 Century Link Drive
_____

Monroe, LA 71203
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$ _____

---

**3.___** **Nonpriority creditor's name and mailing address**

RHA STROUD, LLC
_____

2308 Highway 66 West
_____

Stroud, OK 74079-6729
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$ _____

---

**3.___** **Nonpriority creditor's name and mailing address**

SECURE VIDEO
_____

_____

_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$ _____

---

**3.___** **Nonpriority creditor's name and mailing address**

SHARED MEDICAL SERVICES, INC
_____

209 Limestone Pass
_____

Cottage Grove, WI 53527
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$ _____

---

**3.___** **Nonpriority creditor's name and mailing address**

SHOWCASE AMERICA INC
_____

16334 S Lewis
_____

Bixby, OK 74008
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$ _____

---

Debtor   RHA Stroud, Inc.
         Name
                                                    Case number *(if known)*   20-13482-SH

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___** **Nonpriority creditor's name and mailing address**
SIGN INNOVATIONS

5245 Old Dowd Road, Suite 4

Charlotte, NC 28208

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
SMITH LOCK & KEY

319 E Oak Ave

Seminole, OK 74868

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
SMITH MEDICAL

6000 Nathan Lane N

Plymouth, MN 55442

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
STANDLEY SYSTEMS

26 E. Main Street

Oklahoma City, OK 73104

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
STANFORD DOSIMETRY LLC

1204 Raymond Street

Bellingham, WA 98229

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Stroud, Inc.
          _____
          Name

Case number (*if known*) _____20-13482-SAH_____

20-13482-SH

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

Staples

500 Staples Drive

Framingham, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

STROUD AMERICAN

315 W. Main Street

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

STROUD HEALTH CENTER

721 W Olive Street

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

STROUD LIONS CLUB

First Methodist Church
332 N. 2nd Ave

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

STROUD NATIONAL BANK

PO Box 450

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

See attached schedule.
$_____

Debtor _____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.___ Nonpriority creditor's name and mailing address**
STROUD RENT-A-TOOL, INC.

422 W. Main Street

Stroud, OK 74079

**Date or dates debt was incurred**  See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
SUPERIOR SPECIALTY COMPANY

9 Council Drive

Woodsboro, MD 21798

**Date or dates debt was incurred**  See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
SYSMEX AMERICA

577 Aptakisic Road

Lincolnshire, IL 60069

**Date or dates debt was incurred**  See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
TASC

2302 International Lane

Madison, WI 53704

**Date or dates debt was incurred**  See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Thara Damodaran, MD, LLC

515 N Mesa Drive

Mesa, AZ 85201

**Date or dates debt was incurred**  See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Stroud, Inc.
          Name

Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** Nonpriority creditor's name and mailing address

THE LINCOLN COUNTY NEWS

116 Mills Road

Newcastle, ME 04553

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

See attached schedule.
$_____

**3.___** Nonpriority creditor's name and mailing address

THE PRINTERS OF OKLAHOMA

1601 N. Portland Ave

Oklahoma City, OK 73107

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

See attached schedule.
$_____

**3.___** Nonpriority creditor's name and mailing address

THE T SYSTEM, INC.

9300 W. 110th Street, Suite 350

Overland Park, KS 66210

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

See attached schedule.
$_____

**3.___** Nonpriority creditor's name and mailing address

UNITED LINEN & UNIFORM

400 SW Frank Phillips Blvd.

Bartlesville, OK 74005

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

See attached schedule.
$_____

**3.___** Nonpriority creditor's name and mailing address

US Foods

7950 Spence Road

Fairburn, GA 30213

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

See attached schedule.
$_____

Debtor    RHA Stroud, Inc.                                          20-13482-SH
          Name                              Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  **Nonpriority creditor's name and mailing address**
WARREN COMMUNICATIONS, INC

2115 Ward Court,

NW Washington, DC 20037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
WOLFF FEED STORE

830035 S Highway 99

Stroud, OK 74079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
YELLOW PAGE DIRECTORY SERVICE

PO Box 50038

Jacksonville, FL 32240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
Internal Revenue Service

55 N. Robinson Ave

Oklahoma City, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
State of Oklahoma

2300 North Lincoln Blvd.

Oklahoma City, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____   Case number (if known)_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
          Name

Case number (*if known*)_____

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

4.___ _____
      _____
      _____

Line _____

☐ Not listed. Explain _____
_____

__ __ __ __

Debtor _____
    Name

Case number *(if known)*_____

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 109,563,561 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 109,563,561 |

11/06/20
10:35

# Stroud Regional Medical Center

Page: 1

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120002 | 24/7 RADIOLOGY, LLP | | | | | | | | | | |
| 4034B | 12/31/09 | 01/14/10 | | | 04 | U | 3,258.00 | 2,258.00 | 0.00 | 2,258.00 | 0.00 |
| 4066 | 01/31/10 | 02/14/10 | | | 01 | U | 8,790.40 | 8,790.40 | 0.00 | 8,790.40 | 0.00 |
| 4132 | 02/28/10 | 03/14/10 | | | 01 | U | 634.00 | 634.00 | 0.00 | 634.00 | 0.00 |
| | | | | Vendor Total: | | | 12,682.40 | 11,682.40 | 0.00 | 11,682.40 | 0.00 |
| 120004 | ABBEY HEALTHCARE STAFFING | | | | | | | | | | |
| 08-4399 | 05/01/09 | 05/31/09 | | | 01 | U | 2,175.14 | 2,175.14 | 0.00 | 2,175.14 | 0.00 |
| 08-4421 | 05/08/09 | 06/07/09 | | | 01 | U | 4,174.10 | 4,174.10 | 0.00 | 4,174.10 | 0.00 |
| 08-4436 | 05/13/09 | 06/12/09 | | | 01 | U | 1,021.38 | 1,021.38 | 0.00 | 1,021.38 | 0.00 |
| 08-4447 | 05/22/09 | 06/21/09 | | | 01 | U | 3,581.72 | 3,581.72 | 0.00 | 3,581.72 | 0.00 |
| 08-4455 | 05/29/09 | 06/28/09 | | | 01 | U | 3,579.66 | 3,579.66 | 0.00 | 3,579.66 | 0.00 |
| | | | | Vendor Total: | | | 14,532.00 | 14,532.00 | 0.00 | 14,532.00 | 0.00 |
| 120022 | ALERE NORTH AMERICA, INC. | | | | | | | | | | |
| 11031676 | 11/15/11 | 12/15/11 | | | 01 | U | -434.74 | -915.34 | 0.00 | -915.34 | 0.00 |
| 11075286 | 02/14/12 | 03/15/12 | | | 01 | U | 2,511.58 | 5.23 | 0.00 | 5.23 | 0.00 |
| 1109899 | 03/02/12 | 04/01/12 | | | 01 | U | 228.92 | 40.58 | 0.00 | 40.58 | 0.00 |
| 11186185 | 07/26/12 | 08/25/12 | | | 01 | U | 468.72 | -37.10 | 0.00 | -37.10 | 0.00 |
| 9000937862 | 12/22/10 | 01/21/11 | | | 01 | U | 1,272.62 | 1,272.62 | 0.00 | 1,272.62 | 0.00 |
| 9001319698 | 06/20/12 | 07/20/12 | | | 01 | U | 227.55 | 227.55 | 0.00 | 227.55 | 0.00 |
| | | | | Vendor Total: | | | 4,274.65 | 593.54 | 0.00 | 593.54 | 0.00 |
| 120024 | ALIMED, INC | | | | | | | | | | |
| PO#13880 | 01/17/12 | 02/01/12 | | | 01 | U | 72.75 | -5.02 | 0.00 | -5.02 | 0.00 |
| | | | | Vendor Total: | | | 72.75 | -5.02 | 0.00 | -5.02 | 0.00 |
| 120027 | ALL POINTS CAPITAL CORPORATION | | | | | | | | | | |
| 030110 | 03/01/10 | 03/01/10 | | | 01 | U | 7,860.83 | 7,860.83 | 0.00 | 7,860.83 | 0.00 |
| 1216109 | 12/16/09 | 01/01/10 | | | 01 | U | 7,860.83 | 7,860.83 | 0.00 | 7,860.83 | 0.00 |
| | | | | Vendor Total: | | | 15,721.66 | 15,721.66 | 0.00 | 15,721.66 | 0.00 |
| 120074 | BOOMER BLINDS AND SHUTTERS | | | | | | | | | | |
| 111611 | 11/15/11 | 11/15/11 | | | 01 | U | 300.00 | 300.00 | 0.00 | 300.00 | 0.00 |
| | | | | Vendor Total: | | | 300.00 | 300.00 | 0.00 | 300.00 | 0.00 |
| 120082 | BROOKS INDUSTRIES | | | | | | | | | | |
| 1001977 | 10/21/10 | 10/31/10 | | | 01 | U | 127.76 | 127.76 | 0.00 | 127.76 | 0.00 |
| 1002217-IN | 11/01/10 | 11/11/10 | | | 01 | U | 111.24 | 111.24 | 0.00 | 111.24 | 0.00 |
| | | | | Vendor Total: | | | 239.00 | 239.00 | 0.00 | 239.00 | 0.00 |
| 120088 | BUD BLAKELY LUMBER INC | | | | | | | | | | |
| 159246 | 02/05/10 | 02/05/10 | | | 03 | U | 364.99 | 3.34 | 0.00 | 3.34 | 0.00 |
| | | | | Vendor Total: | | | 364.99 | 3.34 | 0.00 | 3.34 | 0.00 |
| 120096 | CAPGEMINI BUSINESS SERVICES | | | | | | | | | | |
| 000160APRI | 04/10/12 | 05/10/12 | | | 01 | U | 3,260.08 | 3,260.08 | 0.00 | 3,260.08 | 0.00 |
| | | | | Vendor Total: | | | 3,260.08 | 3,260.08 | 0.00 | 3,260.08 | 0.00 |

The Vendor Balance Due Report was provided to the debtor by First Physician on November 20, 2020. The report was produced on November 6, 2020 based on the date and time stamp. The debtor is not able to determine if this accurately reflects the monies owing to vendors as of the petition date October 25, 2020. Accordingly the debtor will supplement this list should additional information become available.

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   2

Balance Due Report

**Application Code:**    AP

**User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120106 | CLEMSON ENTERPRISES, INC. | | | | | | | | | | |
| TPW2201907 | 04/05/10 | 04/05/10 | | | 01 | U | 212.48 | 212.48 | 0.00 | 212.48 | 0.00 |
| | | | | Vendor Total: | | | 212.48 | 212.48 | 0.00 | 212.48 | 0.00 |
| 120129 | GREAT PLAINS COCA COLA | | | | | | | | | | |
| 9523278 | 06/02/10 | 06/15/10 | | | 01 | U | 21.74 | 21.74 | 0.00 | 21.74 | 0.00 |
| | | | | Vendor Total: | | | 21.74 | 21.74 | 0.00 | 21.74 | 0.00 |
| 120143 | CUNNINGHAM'S SYNCO TROPHY | | | | | | | | | | |
| 019716 | 02/10/10 | 02/10/10 | | | 03 | U | 50.37 | 25.00 | 0.00 | 25.00 | 0.00 |
| | | | | Vendor Total: | | | 50.37 | 25.00 | 0.00 | 25.00 | 0.00 |
| 120149 | CVS CAREMARK | | | | | | | | | | |
| 1105901456 | 03/16/09 | 03/16/09 | | | 01 | U | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| | | | | Vendor Total: | | | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 120156 | DAY, EDWARDS, PROPESTER & | | | | | | | | | | |
| 103441 | 03/31/11 | 03/31/11 | | | 01 | U | 1,030.25 | 954.25 | 0.00 | 954.25 | 0.00 |
| 97019 | 03/24/10 | 03/24/10 | | | 01 | U | 15.75 | 15.75 | 0.00 | 15.75 | 0.00 |
| 97020 | 03/23/10 | 03/23/10 | | | 01 | U | 604.00 | 604.00 | 0.00 | 604.00 | 0.00 |
| 98220 | 05/25/10 | 05/25/10 | | | 01 | U | 1,340.50 | 1,340.50 | 0.00 | 1,340.50 | 0.00 |
| | | | | Vendor Total: | | | 2,990.50 | 2,914.50 | 0.00 | 2,914.50 | 0.00 |
| 120158 | DATA BUSINESS SYSTEMS, INC. | | | | | | | | | | |
| 85634 - A | 04/29/11 | 05/29/11 | | | 01 | U | 341.05 | 341.05 | 0.00 | 341.05 | 0.00 |
| | | | | Vendor Total: | | | 341.05 | 341.05 | 0.00 | 341.05 | 0.00 |
| 120171 | DP MEDICAL SERVICES | | | | | | | | | | |
| 744 | 05/11/09 | 05/11/09 | | | 01 | U | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| | | | | Vendor Total: | | | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| 120172 | DQE, INC | | | | | | | | | | |
| 118462 | 12/11/09 | 01/10/10 | | | 01 | U | 79.78 | 79.78 | 0.00 | 79.78 | 0.00 |
| | | | | Vendor Total: | | | 79.78 | 79.78 | 0.00 | 79.78 | 0.00 |
| 120183 | ELMED INCORPORATED | | | | | | | | | | |
| 1004010 | 04/01/10 | 05/01/10 | | | 01 | U | 689.66 | 689.66 | 0.00 | 689.66 | 0.00 |
| | | | | Vendor Total: | | | 689.66 | 689.66 | 0.00 | 689.66 | 0.00 |
| 120186 | EPIMED | | | | | | | | | | |
| 00077669 | 04/19/10 | 05/19/10 | | | 01 | U | 324.52 | 222.75 | 0.00 | 222.75 | 0.00 |
| 00078053 | 04/29/10 | 05/29/10 | | | 01 | U | -222.75 | -222.75 | 0.00 | -222.75 | 0.00 |
| | | | | Vendor Total: | | | 101.77 | 0.00 | 0.00 | 0.00 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   3

Balance Due Report

**Application Code:**    AP                                                                 **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120200 | FISHER HEALTHCARE | | | | | | | | | | |
| 02743914 | 10/01/10 | 10/01/10 | | | 04 | U | 2,395.28 | 2,395.28 | 0.00 | 2,395.28 | 0.00 |
| 1171477 | 03/15/10 | 03/15/10 | | | 01 | U | 191.08 | 191.08 | 0.00 | 191.08 | 0.00 |
| 122710 | 12/27/10 | 12/27/10 | | | 01 | U | 636.51 | 636.51 | 0.00 | 636.51 | 0.00 |
| 1265143 | 06/04/10 | 06/04/10 | | | 01 | U | 970.49 | 970.49 | 0.00 | 970.49 | 0.00 |
| 1805040 | 06/07/10 | 07/07/10 | | | 01 | U | 1,234.20 | 1,234.20 | 0.00 | 1,234.20 | 0.00 |
| 2007153 | 03/26/10 | 04/25/10 | | | 01 | U | 726.13 | 726.13 | 0.00 | 726.13 | 0.00 |
| 2057229 | 03/29/10 | 04/28/10 | | | 01 | U | 2,825.33 | 2,825.33 | 0.00 | 2,825.33 | 0.00 |
| 2061446 | 06/08/10 | 07/08/10 | | | 01 | U | 887.02 | 887.02 | 0.00 | 887.02 | 0.00 |
| 2061448 | 06/08/10 | 07/08/10 | | | 04 | U | 4,694.74 | 687.74 | 0.00 | 687.74 | 0.00 |
| 2116281 | 03/30/10 | 04/29/10 | | | 01 | U | 369.10 | 369.10 | 0.00 | 369.10 | 0.00 |
| 2275357 | 06/09/10 | 06/09/10 | | | 01 | U | 507.52 | 507.52 | 0.00 | 507.52 | 0.00 |
| 2421265 | 06/10/10 | 07/10/10 | | | 01 | U | 520.17 | 520.17 | 0.00 | 520.17 | 0.00 |
| 2519591 | 04/08/10 | 05/08/10 | | | 01 | U | 277.14 | 277.14 | 0.00 | 277.14 | 0.00 |
| 2593470 | 04/09/10 | 05/09/10 | | | 01 | U | 353.49 | 353.49 | 0.00 | 353.49 | 0.00 |
| 2734886 | 04/13/10 | 05/13/10 | | | 01 | U | 846.25 | 846.25 | 0.00 | 846.25 | 0.00 |
| 3458834 | 05/03/10 | 05/03/10 | | | 01 | U | 1,357.32 | 1,357.32 | 0.00 | 1,357.32 | 0.00 |
| 3497649 | 05/04/10 | 05/04/10 | | | 01 | U | 78.14 | 78.14 | 0.00 | 78.14 | 0.00 |
| 3545032 | 05/05/10 | 05/05/10 | | | 01 | U | 1,127.70 | 1,127.70 | 0.00 | 1,127.70 | 0.00 |
| 3591369 | 05/06/10 | 05/06/10 | | | 01 | U | 557.55 | 557.55 | 0.00 | 557.55 | 0.00 |
| 3636957 | 05/07/10 | 05/07/10 | | | 01 | U | 80.77 | 80.77 | 0.00 | 80.77 | 0.00 |
| 3915398 | 06/28/10 | 07/28/10 | | | 01 | U | 1,459.99 | 1,459.99 | 0.00 | 1,459.99 | 0.00 |
| 4208384 | 07/02/10 | 07/02/10 | | | 01 | U | 557.55 | 557.55 | 0.00 | 557.55 | 0.00 |
| 4777490 | 07/21/10 | 08/20/10 | | | 01 | U | 1,246.20 | 1,246.20 | 0.00 | 1,246.20 | 0.00 |
| 4827960 | 07/22/10 | 08/21/10 | | | 01 | U | 298.64 | 298.64 | 0.00 | 298.64 | 0.00 |
| 5670992 | 09/27/10 | 10/27/10 | | | 01 | U | 270.40 | 270.40 | 0.00 | 270.40 | 0.00 |
| 5729659 | 09/28/10 | 10/28/10 | | | 01 | U | 78.14 | 78.14 | 0.00 | 78.14 | 0.00 |
| CR022210 | 06/30/10 | 06/30/10 | | | 01 | U | -700.00 | -700.00 | 0.00 | -700.00 | 0.00 |
| CR070110 | 07/01/10 | 07/01/10 | | | 01 | U | -1,704.14 | -1,704.14 | 0.00 | -1,704.14 | 0.00 |
| CR102909 | 06/30/10 | 06/30/10 | | | 01 | U | -600.00 | -600.00 | 0.00 | -600.00 | 0.00 |
| CR103009 | 06/30/10 | 06/30/10 | | | 01 | U | -1,500.00 | -1,500.00 | 0.00 | -1,500.00 | 0.00 |
| CR103109 | 06/30/10 | 06/30/10 | | | 01 | U | -2,300.00 | -2,300.00 | 0.00 | -2,300.00 | 0.00 |
| CR112609 | 06/30/10 | 06/30/10 | | | 01 | U | -2,500.00 | -2,500.00 | 0.00 | -2,500.00 | 0.00 |
| CR112709 | 06/30/10 | 06/30/10 | | | 01 | U | -1,500.00 | -1,500.00 | 0.00 | -1,500.00 | 0.00 |
| CR112809 | 06/30/10 | 06/30/10 | | | 01 | U | -1,200.00 | -1,200.00 | 0.00 | -1,200.00 | 0.00 |
| CR112909 | 06/30/10 | 06/30/10 | | | 01 | U | -1,000.00 | -1,000.00 | 0.00 | -1,000.00 | 0.00 |
| CR113009 | 06/30/10 | 06/30/10 | | | 01 | U | -1,000.00 | -1,000.00 | 0.00 | -1,000.00 | 0.00 |
| CR122309 | 06/30/10 | 06/30/10 | | | 01 | U | -1,200.00 | -1,200.00 | 0.00 | -1,200.00 | 0.00 |
| CR122409 | 06/30/10 | 06/30/10 | | | 01 | U | -2,000.00 | -2,000.00 | 0.00 | -2,000.00 | 0.00 |
| CR122509 | 06/30/10 | 06/30/10 | | | 01 | U | -1,800.00 | -1,800.00 | 0.00 | -1,800.00 | 0.00 |
| M12564347 | 09/16/11 | 09/16/11 | | | 01 | U | 11,421.24 | 11,421.24 | 0.00 | 11,421.24 | 0.00 |
| U10140229 | 01/14/11 | 01/14/11 | | | 04 | U | 1,246.20 | 108.70 | 0.00 | 108.70 | 0.00 |
| U10407466 | 02/09/11 | 02/09/11 | | | 01 | U | 4,139.56 | 4,139.56 | 0.00 | 4,139.56 | 0.00 |
| U12781474 | 10/05/11 | 10/05/11 | | | 01 | U | 5,090.88 | 5,090.88 | 0.00 | 5,090.88 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   4

Balance Due Report

**Application Code:**   AP                                                            **User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vendor Total: | | | 27,440.59 | 22,296.09 | 0.00 | 22,296.09 | 0.00 |
| 120207 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| 072712 | 07/27/12 | 07/27/12 | | | 01 | U | 70,956.32 | 70,956.32 | 0.00 | 70,956.32 | 0.00 |
| | | | | Vendor Total: | | | 70,956.32 | 70,956.32 | 0.00 | 70,956.32 | 0.00 |
| 120221 | GLO GERM COMPANY | | | | | | | | | | |
| 61040 | 10/15/09 | 11/14/09 | | | 01 | U | 113.40 | 113.40 | 0.00 | 113.40 | 0.00 |
| | | | | Vendor Total: | | | 113.40 | 113.40 | 0.00 | 113.40 | 0.00 |
| 120258 | JAMES J. HODGENS, P.C. | | | | | | | | | | |
| 6694 | 04/15/10 | 04/15/10 | | | 01 | U | 200.54 | 200.54 | 0.00 | 200.54 | 0.00 |
| | | | | Vendor Total: | | | 200.54 | 200.54 | 0.00 | 200.54 | 0.00 |
| 120261 | HOSPIRA WORLDWIDE, INC | | | | | | | | | | |
| 801464599 | 01/17/08 | 01/17/08 | | | 01 | U | -91.00 | -91.00 | 0.00 | -91.00 | 0.00 |
| 801557201 | 08/18/08 | 08/18/08 | | | 01 | U | -35.35 | -35.35 | 0.00 | -35.35 | 0.00 |
| | | | | Vendor Total: | | | -126.35 | -126.35 | 0.00 | -126.35 | 0.00 |
| 120262 | HOUSE OF VACUUM | | | | | | | | | | |
| 011812 | 01/18/12 | 01/18/12 | | | 01 | U | 80.81 | 80.81 | 0.00 | 80.81 | 0.00 |
| | | | | Vendor Total: | | | 80.81 | 80.81 | 0.00 | 80.81 | 0.00 |
| 120271 | IMPACT INSTRUMENTATIONS, INC | | | | | | | | | | |
| 93396 | 08/07/09 | 09/06/09 | | | 01 | U | 667.79 | 667.79 | 0.00 | 667.79 | 0.00 |
| | | | | Vendor Total: | | | 667.79 | 667.79 | 0.00 | 667.79 | 0.00 |
| 120274 | INFOLAB, INC. | | | | | | | | | | |
| 2689626. | 06/03/09 | 06/03/09 | | | 01 | U | -57.87 | -57.87 | 0.00 | -57.87 | 0.00 |
| 2782357. | 03/24/10 | 03/24/10 | | | 01 | U | -4,280.27 | -4,280.27 | 0.00 | -4,280.27 | 0.00 |
| 2850850 | 06/11/10 | 06/11/10 | | | 01 | U | 2,891.44 | 2,891.44 | 0.00 | 2,891.44 | 0.00 |
| 2974007 | 04/25/11 | 04/25/11 | | | 01 | U | 589.45 | 589.45 | 0.00 | 589.45 | 0.00 |
| 2976451 | 04/25/11 | 05/02/11 | | | 01 | U | 213.77 | 213.77 | 0.00 | 213.77 | 0.00 |
| 2977864 | 05/04/11 | 05/04/11 | | | 01 | U | 374.79 | 374.79 | 0.00 | 374.79 | 0.00 |
| 2978385 | 05/05/11 | 06/04/11 | | | 01 | U | 141.10 | 141.10 | 0.00 | 141.10 | 0.00 |
| 2995206 | 06/21/11 | 06/21/11 | | | 01 | U | 70.57 | 70.57 | 0.00 | 70.57 | 0.00 |
| 3019603 | 09/01/11 | 09/01/11 | | | 01 | U | -3,425.50 | -3,425.50 | 0.00 | -3,425.50 | 0.00 |
| 3046682 | 11/02/11 | 11/02/11 | | | 01 | U | 124.21 | 124.21 | 0.00 | 124.21 | 0.00 |
| 3067121 | 12/28/11 | 12/28/11 | | | 01 | U | 113.71 | 113.71 | 0.00 | 113.71 | 0.00 |
| 3113302 | 04/30/12 | 05/30/12 | | | 01 | U | 122.17 | 122.17 | 0.00 | 122.17 | 0.00 |
| | | | | Vendor Total: | | | -3,122.43 | -3,122.43 | 0.00 | -3,122.43 | 0.00 |
| 120279 | INTEGRA LIFESCIENCES CORP. | | | | | | | | | | |
| 1471673 | 04/28/09 | 05/28/09 | | | 01 | U | 167.08 | 167.08 | 0.00 | 167.08 | 0.00 |
| | | | | Vendor Total: | | | 167.08 | 167.08 | 0.00 | 167.08 | 0.00 |
| 120280 | ALERE NORTH AMERICA, INC | | | | | | | | | | |
| 9000876976 | 10/04/10 | 11/03/10 | | | 01 | U | 3,752.55 | 3,752.55 | 0.00 | 3,752.55 | 0.00 |
| 9000914365 | 11/29/10 | 12/29/10 | | | 01 | U | 2,531.89 | 2,531.89 | 0.00 | 2,531.89 | 0.00 |
| | | | | Vendor Total: | | | 6,284.44 | 6,284.44 | 0.00 | 6,284.44 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page:   5

Balance Due Report

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Application Code:** | AP | | | | | | **User Login Name:** | jkohout | | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120289 | JETRAD, LLC | | | | | | | | | | |
| 4066 | 01/31/10 | 02/20/10 | | | 01 | U | 0.40 | 0.40 | 0.00 | 0.40 | 0.00 |
| 851 | 10/31/09 | 11/20/09 | | | 01 | U | 736.23 | 736.23 | 0.00 | 736.23 | 0.00 |
| 867 | 10/31/09 | 11/20/09 | | | 01 | U | 1,395.00 | 1,395.00 | 0.00 | 1,395.00 | 0.00 |
| 889 | 11/30/09 | 12/20/09 | | | 01 | U | 718.29 | 718.29 | 0.00 | 718.29 | 0.00 |
| 903 | 11/30/09 | 12/20/09 | | | 01 | U | 1,485.00 | 1,485.00 | 0.00 | 1,485.00 | 0.00 |
| 927 | 12/31/09 | 01/20/10 | | | 01 | U | 437.95 | 437.95 | 0.00 | 437.95 | 0.00 |
| 939 | 12/01/09 | 12/21/09 | | | 01 | U | 945.00 | 945.00 | 0.00 | 945.00 | 0.00 |
| | | | Vendor Total: | | | | 5,717.87 | 5,717.87 | 0.00 | 5,717.87 | 0.00 |
| 120320 | THE LINCOLN COUNTY NEWS | | | | | | | | | | |
| 013111 | 01/31/11 | 01/31/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 013112 | 01/31/12 | 03/01/12 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 022811 | 02/28/11 | 02/28/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 022912 | 02/29/12 | 03/30/12 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 033111 | 03/31/11 | 03/31/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 033112 | 03/31/12 | 03/31/12 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 043011 | 04/30/11 | 04/30/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 053110 | 05/31/10 | 05/31/10 | | | 01 | U | 590.60 | 590.60 | 0.00 | 590.60 | 0.00 |
| 053112 | 05/31/12 | 05/31/12 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 063011 | 06/30/11 | 06/30/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 083011 | 08/30/11 | 08/30/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 093010 | 09/30/10 | 09/30/10 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 103110 | 10/31/10 | 10/31/10 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 103111 | 10/31/11 | 10/31/11 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| 113010 | 11/30/10 | 11/30/10 | | | 01 | U | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 |
| | | | Vendor Total: | | | | 632.60 | 632.60 | 0.00 | 632.60 | 0.00 |
| 120323 | STROUD LIONS CLUB | | | | | | | | | | |
| 2178 | 03/03/10 | 04/02/10 | | | 01 | U | 70.90 | 70.90 | 0.00 | 70.90 | 0.00 |
| 2241 | 10/13/10 | 11/12/10 | | | 01 | U | 82.50 | 82.50 | 0.00 | 82.50 | 0.00 |
| | | | Vendor Total: | | | | 153.40 | 153.40 | 0.00 | 153.40 | 0.00 |
| 120355 | MED ASSETS | | | | | | | | | | |
| 107250 | 11/02/09 | 11/02/09 | | | 01 | U | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| | | | Vendor Total: | | | | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| 120359 | MEDICAL INSTRUMENT | | | | | | | | | | |
| 2239 | 06/28/11 | 07/28/11 | | | 01 | U | 903.50 | 903.50 | 0.00 | 903.50 | 0.00 |
| | | | Vendor Total: | | | | 903.50 | 903.50 | 0.00 | 903.50 | 0.00 |
| 120362 | MEDIVATORS | | | | | | | | | | |
| 1142674 | 08/20/10 | 09/19/10 | | | 04 | U | 4,038.00 | 2,019.00 | 0.00 | 2,019.00 | 0.00 |
| 1142674-CR | 02/09/11 | 03/11/11 | | | 01 | U | -2,019.00 | -2,019.00 | 0.00 | -2,019.00 | 0.00 |
| | | | Vendor Total: | | | | 2,019.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 120368 | MEDTRONIC  NEUROLOGICAL DIVISI | | | | | | | | | | |
| 2504101474 | 02/22/10 | 03/24/10 | | | 01 | U | 15,808.45 | 8,308.45 | 0.00 | 8,308.45 | 0.00 |
| | | | Vendor Total: | | | | 15,808.45 | 8,308.45 | 0.00 | 8,308.45 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page:   6

Balance Due Report

**Application Code:**    AP                                                  **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120370 | MEDICAL INVENTORY CONTROL | | | | | | | | | | |
| 082710 | 08/27/10 | 08/27/10 | | | 01 | U | 2,170.00 | 2,170.00 | 0.00 | 2,170.00 | 0.00 |
| SI-2184 | 04/13/10 | 04/13/10 | | | 01 | U | 407.00 | 407.00 | 0.00 | 407.00 | 0.00 |
| SI-22024 | 08/27/10 | 08/27/10 | | | 01 | U | 1,627.50 | 1,627.50 | 0.00 | 1,627.50 | 0.00 |
| SI21632 | 03/12/10 | 03/12/10 | | | 01 | U | 364.17 | 364.17 | 0.00 | 364.17 | 0.00 |
| | | | Vendor Total: | | | | 4,568.67 | 4,568.67 | 0.00 | 4,568.67 | 0.00 |
| 120381 | M. LEE SMITH PUBLISHERS LLC | | | | | | | | | | |
| 13960141B3 | 08/25/09 | 08/25/09 | | | 01 | U | 347.00 | 347.00 | 0.00 | 347.00 | 0.00 |
| | | | Vendor Total: | | | | 347.00 | 347.00 | 0.00 | 347.00 | 0.00 |
| 120399 | NETWERKES | | | | | | | | | | |
| 66733 | 04/30/12 | 05/30/12 | | | 01 | U | 558.87 | 0.06 | 0.00 | 0.06 | 0.00 |
| | | | Vendor Total: | | | | 558.87 | 0.06 | 0.00 | 0.06 | 0.00 |
| 120408 | N. T. AND H. ENTERPRISES, INC. | | | | | | | | | | |
| C-1682 | 12/13/10 | 12/28/10 | | | 01 | U | 36.51 | -1.68 | 0.00 | -1.68 | 0.00 |
| | | | Vendor Total: | | | | 36.51 | -1.68 | 0.00 | -1.68 | 0.00 |
| 120410 | Oklahoma Blood Institute | | | | | | | | | | |
| 5806 | 09/30/11 | 09/30/11 | | | 01 | U | 2,967.00 | 863.90 | 0.00 | 863.90 | 0.00 |
| 6036 | 10/31/11 | 11/15/11 | | | 01 | U | 1,255.50 | 571.50 | 0.00 | 571.50 | 0.00 |
| ACH5162 | 06/30/11 | 06/30/11 | | | 01 | U | 972.00 | 472.00 | 0.00 | 472.00 | 0.00 |
| | | | Vendor Total: | | | | 5,194.50 | 1,907.40 | 0.00 | 1,907.40 | 0.00 |
| 120420 | OMNICELL inc | | | | | | | | | | |
| 90069059 | 12/14/10 | 01/13/11 | | | 01 | U | 2,222.32 | 629.22 | 0.00 | 629.22 | 0.00 |
| | | | Vendor Total: | | | | 2,222.32 | 629.22 | 0.00 | 629.22 | 0.00 |
| 120422 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| 121611 | 12/16/11 | 12/16/11 | | | 01 | U | 3,288.79 | 3,288.79 | 0.00 | 3,288.79 | 0.00 |
| 042412 | 04/24/12 | 04/24/12 | | | 01 | U | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| 121611 | 12/16/11 | 12/16/11 | | | 01 | U | -3,288.79 | -3,288.79 | 0.00 | -3,288.79 | 0.00 |
| | | | Vendor Total: | | | | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| 120429 | ORTHO MEDICAL OF OKLAHOMA INC | | | | | | | | | | |
| CR070110 | 07/01/10 | 07/31/10 | | | 01 | U | -2,138.06 | -2,138.06 | 0.00 | -2,138.06 | 0.00 |
| | | | Vendor Total: | | | | -2,138.06 | -2,138.06 | 0.00 | -2,138.06 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   7

Balance Due Report

**Application Code:**    AP

**User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120430 | J&J | | | | | | | | | | |
| 013437 | 10/28/10 | 11/27/10 | | | 04 | U | 2,024.78 | 236.50 | 0.00 | 236.50 | 0.00 |
| 103460655 | 10/21/10 | 11/20/10 | | | 04 | U | 2,269.87 | 30.12 | 0.00 | 30.12 | 0.00 |
| 103930206 | 01/10/10 | 02/09/10 | | | 04 | U | 6,003.16 | 571.01 | 0.00 | 571.01 | 0.00 |
| 410126812 | 08/16/10 | 09/15/10 | | | 01 | U | 679.26 | 679.26 | 0.00 | 679.26 | 0.00 |
| 901988169 | 12/21/09 | 01/20/10 | | | 01 | U | -164.45 | -164.45 | 0.00 | -164.45 | 0.00 |
| 901988170 | 12/22/09 | 01/21/10 | | | 01 | U | -1,044.86 | -1,044.86 | 0.00 | -1,044.86 | 0.00 |
| 901988171 | 12/22/09 | 01/21/10 | | | 01 | U | -462.45 | -462.45 | 0.00 | -462.45 | 0.00 |
| 902689971 | 04/08/10 | 05/08/10 | | | 04 | U | 1,787.42 | 1,049.57 | 0.00 | 1,049.57 | 0.00 |
| 902689974 | 04/08/10 | 05/08/10 | | | 01 | U | 108.50 | 108.50 | 0.00 | 108.50 | 0.00 |
| 903103258 | 06/11/10 | 07/11/10 | | | 01 | U | 1,088.99 | 1,088.99 | 0.00 | 1,088.99 | 0.00 |
| 903103262 | 06/11/10 | 07/11/10 | | | 01 | U | 328.80 | 328.80 | 0.00 | 328.80 | 0.00 |
| 903279111 | 07/09/10 | 08/08/10 | | | 01 | U | 2,051.90 | 2,051.90 | 0.00 | 2,051.90 | 0.00 |
| 903333977 | 07/16/10 | 08/15/10 | | | 01 | U | 4,984.77 | 4,984.77 | 0.00 | 4,984.77 | 0.00 |
| 903362325 | 07/20/10 | 08/19/10 | | | 01 | U | 405.60 | 405.60 | 0.00 | 405.60 | 0.00 |
| 903387288 | 07/23/10 | 08/22/10 | | | 01 | U | 217.00 | 217.00 | 0.00 | 217.00 | 0.00 |
| 903398353 | 07/27/10 | 08/26/10 | | | 01 | U | 2,026.41 | 2,026.41 | 0.00 | 2,026.41 | 0.00 |
| 903398354 | 07/27/10 | 08/26/10 | | | 01 | U | 157.13 | 157.13 | 0.00 | 157.13 | 0.00 |
| 903398355 | 07/27/10 | 08/26/10 | | | 01 | U | 368.90 | 368.90 | 0.00 | 368.90 | 0.00 |
| 903398356 | 07/27/10 | 08/26/10 | | | 01 | U | 546.95 | 546.95 | 0.00 | 546.95 | 0.00 |
| 903492846 | 08/10/10 | 09/09/10 | | | 04 | U | 1,219.03 | 194.63 | 0.00 | 194.63 | 0.00 |
| 903607723 | 08/25/10 | 09/24/10 | | | 01 | U | 817.56 | 817.56 | 0.00 | 817.56 | 0.00 |
| 903607724 | 09/20/10 | 10/20/10 | | | 01 | U | 2,414.40 | 2,414.40 | 0.00 | 2,414.40 | 0.00 |
| 903607727 | 08/25/10 | 09/24/10 | | | 01 | U | 108.50 | 108.50 | 0.00 | 108.50 | 0.00 |
| 903607729 | 08/25/10 | 09/24/10 | | | 01 | U | 217.00 | 217.00 | 0.00 | 217.00 | 0.00 |
| 903607731 | 08/25/10 | 09/24/10 | | | 01 | U | 120.15 | 120.15 | 0.00 | 120.15 | 0.00 |
| 903609201 | 08/26/10 | 09/25/10 | | | 01 | U | 260.40 | 260.40 | 0.00 | 260.40 | 0.00 |
| 903740811 | 09/16/10 | 10/16/10 | | | 01 | U | 1,562.68 | 1,562.68 | 0.00 | 1,562.68 | 0.00 |
| 903740812 | 09/16/10 | 10/16/10 | | | 01 | U | 1,944.54 | 1,944.54 | 0.00 | 1,944.54 | 0.00 |
| 903740813 | 09/16/10 | 10/16/10 | | | 01 | U | 217.00 | 217.00 | 0.00 | 217.00 | 0.00 |
| 903740814 | 09/16/10 | 10/16/10 | | | 01 | U | 120.15 | 120.15 | 0.00 | 120.15 | 0.00 |
| 903740815 | 09/16/10 | 10/16/10 | | | 01 | U | 120.96 | 120.96 | 0.00 | 120.96 | 0.00 |
| 903740816 | 09/16/10 | 10/16/10 | | | 01 | U | 135.63 | 135.63 | 0.00 | 135.63 | 0.00 |
| 903746976 | 09/16/10 | 10/16/10 | | | 01 | U | 278.88 | 278.88 | 0.00 | 278.88 | 0.00 |
| 903862118 | 10/05/10 | 11/04/10 | | | 01 | U | 871.04 | 871.04 | 0.00 | 871.04 | 0.00 |
| 903862120 | 10/05/10 | 11/04/10 | | | 01 | U | 1,165.40 | 1,165.40 | 0.00 | 1,165.40 | 0.00 |
| 903862122 | 10/05/10 | 11/04/10 | | | 01 | U | 166.01 | 166.01 | 0.00 | 166.01 | 0.00 |
| 903892445 | 10/07/10 | 11/06/10 | | | 01 | U | 47.42 | 47.42 | 0.00 | 47.42 | 0.00 |
| 903984855 | 10/20/10 | 11/19/10 | | | 01 | U | 754.99 | 754.99 | 0.00 | 754.99 | 0.00 |
| 903984856 | 10/20/10 | 11/19/10 | | | 01 | U | 1,406.38 | 1,406.38 | 0.00 | 1,406.38 | 0.00 |
| 903984857 | 10/20/10 | 11/19/10 | | | 01 | U | 108.50 | 108.50 | 0.00 | 108.50 | 0.00 |
| 904145985 | 11/10/10 | 12/10/10 | | | 01 | U | 217.00 | 217.00 | 0.00 | 217.00 | 0.00 |
| 904260321 | 11/29/10 | 12/29/10 | | | 01 | U | 275.40 | 275.40 | 0.00 | 275.40 | 0.00 |
| 904277611 | 12/01/10 | 12/31/10 | | | 01 | U | 937.94 | 937.94 | 0.00 | 937.94 | 0.00 |
| 904277615 | 12/01/10 | 12/31/10 | | | 01 | U | 3,758.93 | 3,758.93 | 0.00 | 3,758.93 | 0.00 |

11/06/20
10:35

## Stroud Regional Medical Center

Page: 8

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
| CR070610 | 07/06/10 | 08/05/10 | | | 01 | U | -2,956.49 | -2,956.49 | 0.00 | -2,956.49 | 0.00 |
| CR112809 | 06/30/10 | 07/30/10 | | | 01 | U | -1,200.00 | -1,200.00 | 0.00 | -1,200.00 | 0.00 |
| CR122309 | 06/30/10 | 07/30/10 | | | 01 | U | -2,600.00 | -2,600.00 | 0.00 | -2,600.00 | 0.00 |
| CR122410 | 06/30/10 | 07/30/10 | | | 01 | U | -1,500.00 | -1,500.00 | 0.00 | -1,500.00 | 0.00 |
| CR122509 | 06/30/10 | 07/30/10 | | | 01 | U | -2,500.00 | -2,500.00 | 0.00 | -2,500.00 | 0.00 |
| J34001853 | 06/06/11 | 07/06/11 | | | 01 | U | 5,790.81 | 5,790.81 | 0.00 | 5,790.81 | 0.00 |
| PO#13805 | 09/01/11 | 09/01/11 | | | 01 | U | 4,379.51 | 2,166.70 | 0.00 | 2,166.70 | 0.00 |
| | | | | Vendor Total: | | | 42,037.40 | 28,602.16 | 0.00 | 28,602.16 | 0.00 |
| 120435 | OKLAHOMA TAX COMMISSION | | | | | | | | | | |
| 110510 | 11/05/10 | 11/05/10 | | | 01 | U | 45.26 | 3.78 | 0.00 | 3.78 | 0.00 |
| 123110 | 12/31/10 | 01/20/11 | | | 01 | U | 3.03 | 3.03 | 0.00 | 3.03 | 0.00 |
| 731309773 | 07/23/10 | 07/23/10 | | | 01 | U | 59.27 | 59.27 | 0.00 | 59.27 | 0.00 |
| DEC2011 | 12/01/12 | 12/01/12 | | | 01 | U | 42.75 | 25.22 | 0.00 | 25.22 | 0.00 |
| N8144155 | 01/31/11 | 01/31/11 | | | 01 | U | 0.67 | 0.67 | 0.00 | 0.67 | 0.00 |
| NOV2011 | 11/01/11 | 11/01/11 | | | 01 | U | 49.80 | 5.20 | 0.00 | 5.20 | 0.00 |
| | | | | Vendor Total: | | | 200.78 | 97.17 | 0.00 | 97.17 | 0.00 |
| 120438 | OWENS & MINOR | | | | | | | | | | |
| 1774099 | 08/15/22 | 08/22/22 | | | 01 | U | 522.51 | 522.51 | 0.00 | 522.51 | 0.00 |
| | | | | Vendor Total: | | | 522.51 | 522.51 | 0.00 | 522.51 | 0.00 |
| 120445 | PC CONNECTIONS | | | | | | | | | | |
| 45659524 | 11/05/09 | 11/05/09 | | | 01 | U | 835.82 | 835.82 | 0.00 | 835.82 | 0.00 |
| | | | | Vendor Total: | | | 835.82 | 835.82 | 0.00 | 835.82 | 0.00 |
| 120450 | RHA STROUD, LLC | | | | | | | | | | |
| 031212 | 03/12/12 | 03/12/12 | | | 01 | U | 413.75 | 413.75 | 0.00 | 413.75 | 0.00 |
| 032012 | 03/20/12 | 03/20/12 | | | 01 | U | 434.19 | 434.19 | 0.00 | 434.19 | 0.00 |
| 032612 | 03/26/12 | 03/26/12 | | | 01 | U | 331.27 | 331.27 | 0.00 | 331.27 | 0.00 |
| 053112 | 05/31/12 | 05/31/12 | | | 01 | U | 413.89 | 413.89 | 0.00 | 413.89 | 0.00 |
| REIMB82411 | 08/24/11 | 08/24/11 | | | 01 | U | 31.23 | 31.23 | 0.00 | 31.23 | 0.00 |
| 12312014 | 12/31/14 | 01/30/15 | 09/28/17 | | 06 | U | 50,563.36 | 50,563.36 | 0.00 | 50,563.36 | 0.00 |
| 12312014CR | 12/31/14 | 01/30/15 | | | 06 | U | -50,563.36 | -50,563.36 | 0.00 | -50,563.36 | 0.00 |
| | | | | Vendor Total: | | | 1,624.33 | 1,624.33 | 0.00 | 1,624.33 | 0.00 |
| 120451 | PHILIPS MEDICAL SYSTEMS NA CO | | | | | | | | | | |
| 923323970 | 10/17/11 | 10/17/11 | | | 01 | U | 1,350.00 | 550.00 | 0.00 | 550.00 | 0.00 |
| 94505222 | 07/29/10 | 07/29/10 | | | 01 | U | 8,098.25 | 8,098.25 | 0.00 | 8,098.25 | 0.00 |
| | | | | Vendor Total: | | | 9,448.25 | 8,648.25 | 0.00 | 8,648.25 | 0.00 |
| 120458 | PRAGUE COMMUNITY HOSPITAL | | | | | | | | | | |
| 053111 | 06/07/11 | 06/07/11 | | | 01 | U | 315.00 | 315.00 | 0.00 | 315.00 | 0.00 |
| 060111 | 06/01/11 | 06/01/11 | | | 01 | U | 2,293.20 | 2,293.20 | 0.00 | 2,293.20 | 0.00 |
| | | | | Vendor Total: | | | 2,608.20 | 2,608.20 | 0.00 | 2,608.20 | 0.00 |
| 120465 | THE PRINTERS OF OKLAHOMA | | | | | | | | | | |
| 21853 | 02/09/10 | 03/11/10 | | | 01 | U | 100.25 | 100.25 | 0.00 | 100.25 | 0.00 |
| | | | | Vendor Total: | | | 100.25 | 100.25 | 0.00 | 100.25 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page: 9

Balance Due Report

**Application Code:** AP                                    **User Login Name:** jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120477 | QHME STROUD | | | | | | | | | | |
| 053969 | 03/19/10 | 03/19/10 | | 01 | | U | 196.00 | 196.00 | 0.00 | 196.00 | 0.00 |
| | | | Vendor Total: | | | | 196.00 | 196.00 | 0.00 | 196.00 | 0.00 |
| 120480 | QWEST COMMUNICATIONS-60483924 | | | | | | | | | | |
| 1128941953 | 09/15/10 | 09/15/10 | | 01 | | U | 158.35 | 158.35 | 0.00 | 158.35 | 0.00 |
| | | | Vendor Total: | | | | 158.35 | 158.35 | 0.00 | 158.35 | 0.00 |
| 120522 | SHOWCASE AMERICA INC | | | | | | | | | | |
| 9-254 | 10/05/09 | 10/05/09 | | 01 | | U | 1,041.60 | 1,041.60 | 0.00 | 1,041.60 | 0.00 |
| | | | Vendor Total: | | | | 1,041.60 | 1,041.60 | 0.00 | 1,041.60 | 0.00 |
| 120525 | SIGN INNOVATIONS | | | | | | | | | | |
| 99956 | 03/21/11 | 03/21/11 | | 01 | | U | 48.77 | 48.77 | 0.00 | 48.77 | 0.00 |
| | | | Vendor Total: | | | | 48.77 | 48.77 | 0.00 | 48.77 | 0.00 |
| 120532 | SMITH LOCK & KEY | | | | | | | | | | |
| 18482B | 12/18/09 | 01/17/10 | | 01 | | U | 317.67 | 317.67 | 0.00 | 317.67 | 0.00 |
| | | | Vendor Total: | | | | 317.67 | 317.67 | 0.00 | 317.67 | 0.00 |
| 120534 | SMITH MEDICAL | | | | | | | | | | |
| 12865891 | 08/31/12 | 08/31/12 | | 01 | | U | -6.39 | -6.39 | 0.00 | -6.39 | 0.00 |
| | | | Vendor Total: | | | | -6.39 | -6.39 | 0.00 | -6.39 | 0.00 |
| 120535 | STROUD NATIONAL BANK | | | | | | | | | | |
| 010711 | 01/07/11 | 01/07/11 | | 01 | | U | 2,723.02 | 2,723.02 | 0.00 | 2,723.02 | 0.00 |
| 020911 | 02/09/11 | 02/20/11 | | 01 | | U | 2,723.02 | 2,723.02 | 0.00 | 2,723.02 | 0.00 |
| 040811 | 04/20/11 | 04/20/11 | | 01 | | U | 2,723.02 | 2,723.02 | 0.00 | 2,723.02 | 0.00 |
| 100810 | 10/08/10 | 10/20/10 | | 01 | | U | 2,723.02 | 2,723.02 | 0.00 | 2,723.02 | 0.00 |
| 272302 | 11/09/10 | 11/20/10 | | 01 | | U | 2,723.02 | 1,045.21 | 0.00 | 1,045.21 | 0.00 |
| | | | Vendor Total: | | | | 13,615.10 | 11,937.29 | 0.00 | 11,937.29 | 0.00 |
| 120548 | STANDLEY SYSTEMS | | | | | | | | | | |
| INV188833 | 12/07/11 | 12/22/11 | | 01 | | U | 868.25 | 868.25 | 0.00 | 868.25 | 0.00 |
| INV192021 | 12/27/11 | 01/11/12 | | 01 | | U | 207.97 | 207.97 | 0.00 | 207.97 | 0.00 |
| INV195208 | 01/06/12 | 01/21/12 | | 01 | | U | 449.69 | 449.69 | 0.00 | 449.69 | 0.00 |
| INV195480 | 01/09/12 | 01/09/12 | | 01 | | U | 244.05 | 244.05 | 0.00 | 244.05 | 0.00 |
| INV196109 | 01/12/12 | 01/27/12 | | 01 | | U | 725.56 | 725.56 | 0.00 | 725.56 | 0.00 |
| INV201316 | 02/03/12 | 02/18/12 | | 01 | | U | 632.06 | 632.06 | 0.00 | 632.06 | 0.00 |
| INV202981 | 02/15/12 | 02/15/12 | | 01 | | U | 379.02 | 379.02 | 0.00 | 379.02 | 0.00 |
| INV202982 | 02/15/12 | 03/01/12 | | 01 | | U | 601.42 | 601.42 | 0.00 | 601.42 | 0.00 |
| INV207188 | 03/02/12 | 03/02/12 | | 01 | | U | 585.24 | 585.24 | 0.00 | 585.24 | 0.00 |
| INV207662 | 03/06/12 | 03/21/12 | | 01 | | U | 266.18 | 266.18 | 0.00 | 266.18 | 0.00 |
| INV208254 | 03/10/12 | 03/25/12 | | 01 | | U | 83.44 | 83.44 | 0.00 | 83.44 | 0.00 |
| INV212967 | 03/30/12 | 03/30/12 | | 01 | | U | 458.85 | 458.85 | 0.00 | 458.85 | 0.00 |
| INV213811 | 04/04/12 | 04/04/12 | | 01 | | U | 548.37 | 548.37 | 0.00 | 548.37 | 0.00 |
| | | | Vendor Total: | | | | 6,050.10 | 6,050.10 | 0.00 | 6,050.10 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page:   10

Balance Due Report

| Application Code: | AP | | | | | | User Login Name: | | jkohout | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120550 | STANFORD DOSIMERTRY LLC | | | | | | | | | | |
| 12420 | 09/27/09 | 09/27/09 | | | 01 | U | 806.00 | 806.00 | 0.00 | 806.00 | 0.00 |
| 12615 | 11/05/09 | 11/05/09 | | | 01 | U | 25.00 | 25.00 | 0.00 | 25.00 | 0.00 |
| 13070 | 02/04/10 | 02/04/10 | | | 01 | U | 250.00 | 250.00 | 0.00 | 250.00 | 0.00 |
| | | | | Vendor Total: | | | 1,081.00 | 1,081.00 | 0.00 | 1,081.00 | 0.00 |
| 120552 | STARKS ELECTRIC COMPANY | | | | | | | | | | |
| A90720 | 08/24/11 | 08/24/11 | | | 03 | U | 0.00 | -2.64 | 0.00 | -2.64 | 0.00 |
| | | | | Vendor Total: | | | 0.00 | -2.64 | 0.00 | -2.64 | 0.00 |
| 120560 | STROUD HEALTH CENTER | | | | | | | | | | |
| 15194 | 11/09/09 | 11/09/09 | | | 01 | U | 111.54 | 111.54 | 0.00 | 111.54 | 0.00 |
| | | | | Vendor Total: | | | 111.54 | 111.54 | 0.00 | 111.54 | 0.00 |
| 120563 | STROUD AMERICAN | | | | | | | | | | |
| 122010 | 12/10/10 | 12/10/10 | | | 01 | U | 31.48 | 31.48 | 0.00 | 31.48 | 0.00 |
| | | | | Vendor Total: | | | 31.48 | 31.48 | 0.00 | 31.48 | 0.00 |
| 120571 | STROUD RENT-A-TOOL, INC. | | | | | | | | | | |
| 611320 | 12/16/09 | 12/16/09 | | | 01 | U | 5.08 | 5.08 | 0.00 | 5.08 | 0.00 |
| 612546 | 01/05/10 | 01/05/10 | | | 01 | U | 25.37 | 25.37 | 0.00 | 25.37 | 0.00 |
| 66899 | 01/28/10 | 01/28/10 | | | 01 | U | 0.42 | 0.42 | 0.00 | 0.42 | 0.00 |
| 756060 | 07/09/09 | 07/09/09 | | | 01 | U | 572.02 | 572.02 | 0.00 | 572.02 | 0.00 |
| | | | | Vendor Total: | | | 602.89 | 602.89 | 0.00 | 602.89 | 0.00 |
| 120575 | SUPERIOR SPECIALTY COMPANY | | | | | | | | | | |
| 0189945 | 07/07/09 | 08/06/09 | | | 01 | U | 105.13 | 105.13 | 0.00 | 105.13 | 0.00 |
| | | | | Vendor Total: | | | 105.13 | 105.13 | 0.00 | 105.13 | 0.00 |
| 120580 | TASC | | | | | | | | | | |
| 3000165625 | 10/12/10 | 10/12/10 | | | 01 | U | 132.00 | 132.00 | 0.00 | 132.00 | 0.00 |
| | | | | Vendor Total: | | | 132.00 | 132.00 | 0.00 | 132.00 | 0.00 |
| 120595 | THE T SYSTEM, INC. | | | | | | | | | | |
| 0261747 | 05/01/11 | 05/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 10258029 | 03/01/11 | 04/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 10259878 | 04/01/11 | 04/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 10263564 | 06/01/11 | 07/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 2710246445 | 10/01/10 | 11/01/10 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 2710248175 | 11/01/10 | 11/01/10 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 2710250081 | 12/01/10 | 12/01/10 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 2710253893 | 01/01/11 | 02/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| 2710255750 | 02/01/11 | 02/01/11 | | | 01 | U | 858.00 | 858.00 | 0.00 | 858.00 | 0.00 |
| | | | | Vendor Total: | | | 7,722.00 | 7,722.00 | 0.00 | 7,722.00 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   11

Balance Due Report

**Application Code:**    AP                                        **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120612 | SHARED MEDICAL SERVICES, INC | | | | | | | | | | |
| 013110 | 01/31/10 | 03/02/10 | | 01 | | U | 42.00 | 42.00 | 0.00 | 42.00 | 0.00 |
| 022810 | 02/28/10 | 03/30/10 | | 01 | | U | 42.00 | 42.00 | 0.00 | 42.00 | 0.00 |
| 033110 | 03/31/10 | 04/30/10 | | 01 | | U | 94.50 | 94.50 | 0.00 | 94.50 | 0.00 |
| 043010 | 04/30/10 | 05/30/10 | | 01 | | U | 126.00 | 126.00 | 0.00 | 126.00 | 0.00 |
| 053110 | 05/31/10 | 06/30/10 | | 01 | | U | 273.00 | 273.00 | 0.00 | 273.00 | 0.00 |
| 063010 | 06/30/10 | 07/30/10 | | 01 | | U | 241.50 | 241.50 | 0.00 | 241.50 | 0.00 |
| 073110 | 07/31/10 | 08/30/10 | | 01 | | U | 378.00 | 378.00 | 0.00 | 378.00 | 0.00 |
| 083110 | 08/31/10 | 09/30/10 | | 01 | | U | 320.25 | 320.25 | 0.00 | 320.25 | 0.00 |
| 093010 | 09/30/10 | 10/30/10 | | 01 | | U | 393.75 | 393.75 | 0.00 | 393.75 | 0.00 |
| FCHRG633 | 10/31/10 | 11/30/10 | | 01 | | U | 372.75 | 372.75 | 0.00 | 372.75 | 0.00 |
| FCHRG709 | 11/30/10 | 12/30/10 | | 01 | | U | 399.00 | 399.00 | 0.00 | 399.00 | 0.00 |
| FCHRG783 | 12/31/10 | 01/30/11 | | 01 | | U | 456.75 | 456.75 | 0.00 | 456.75 | 0.00 |
| FCHRG858 | 01/31/11 | 03/02/11 | | 01 | | U | 504.00 | 504.00 | 0.00 | 504.00 | 0.00 |
| STRAUG10 | 08/31/10 | 09/30/10 | | 01 | | U | 4,900.00 | 4,900.00 | 0.00 | 4,900.00 | 0.00 |
| STRDEC10 | 12/31/10 | 01/30/11 | | 01 | | U | 700.00 | 700.00 | 0.00 | 700.00 | 0.00 |
| STRMAY10 | 05/31/10 | 06/30/10 | | 01 | | U | 3,850.00 | 3,850.00 | 0.00 | 3,850.00 | 0.00 |
| STRNOV10 | 11/30/10 | 12/30/10 | | 01 | | U | 3,150.00 | 3,150.00 | 0.00 | 3,150.00 | 0.00 |
| STROCT10 | 10/31/10 | 11/30/10 | | 01 | | U | 3,850.00 | 3,850.00 | 0.00 | 3,850.00 | 0.00 |
| STRSEP10 | 09/30/10 | 10/30/10 | | 01 | | U | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| VSL2.STRAP | 04/30/10 | 05/30/10 | | 01 | | U | 5,250.00 | 5,250.00 | 0.00 | 5,250.00 | 0.00 |
| VSL2.STRJU | 06/30/10 | 07/30/10 | | 01 | | U | 5,950.00 | 5,950.00 | 0.00 | 5,950.00 | 0.00 |
| VSL2STRJUL | 07/31/10 | 08/30/10 | | 01 | | U | 4,900.00 | 4,900.00 | 0.00 | 4,900.00 | 0.00 |
| | | | Vendor Total: | | | | 37,943.50 | 37,943.50 | 0.00 | 37,943.50 | 0.00 |
| 120619 | WARREN COMMUNICATIONS, INC | | | | | | | | | | |
| 081330 | 06/11/09 | 06/11/09 | | 01 | | U | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| | | | Vendor Total: | | | | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 120632 | WOLFF FEED STORE | | | | | | | | | | |
| 71519 | 06/04/10 | 07/04/10 | | 01 | | U | 68.36 | 68.36 | 0.00 | 68.36 | 0.00 |
| | | | Vendor Total: | | | | 68.36 | 68.36 | 0.00 | 68.36 | 0.00 |
| 120638 | YELLOW PAGE DIRECTORY SERVICE | | | | | | | | | | |
| 1457939 | 09/17/11 | 10/17/11 | | 01 | | U | 317.90 | 317.90 | 0.00 | 317.90 | 0.00 |
| RN1457939 | 06/01/10 | 07/01/10 | | 01 | | U | 317.90 | 317.90 | 0.00 | 317.90 | 0.00 |
| | | | Vendor Total: | | | | 635.80 | 635.80 | 0.00 | 635.80 | 0.00 |
| 920023 | ANESTHESIA SERVICE, INC. | | | | | | | | | | |
| 71807 | 10/21/20 | 11/20/20 | | 06 | | U | 555.49 | 555.49 | 0.00 | 555.49 | 0.00 |
| 71110 | 10/09/20 | 11/08/20 | | 06 | | U | 1,295.33 | 1,295.33 | 0.00 | 1,295.33 | 0.00 |
| 71254 | 10/12/20 | 11/11/20 | | 06 | | U | 812.49 | 812.49 | 0.00 | 812.49 | 0.00 |
| | | | Vendor Total: | | | | 2,663.31 | 2,663.31 | 0.00 | 2,663.31 | 0.00 |
| 920024 | ARMSTRONG MEDICAL INDUSTRIES INC | | | | | | | | | | |
| 1934783 | 10/06/20 | 11/05/20 | | 06 | | U | 293.45 | 293.45 | 0.00 | 293.45 | 0.00 |
| | | | Vendor Total: | | | | 293.45 | 293.45 | 0.00 | 293.45 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:   12

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920099 | CARDINAL HEALTH INC | | | | | | | | | | |
| 587426 | 10/20/20 | 10/20/20 | | | 06 | U | 2,756.99 | 2,756.99 | 0.00 | 2,756.99 | 0.00 |
| 587427 | 10/20/20 | 10/20/20 | | | 06 | U | 436.52 | 436.52 | 0.00 | 436.52 | 0.00 |
| 587428 | 10/20/20 | 10/20/20 | | | 06 | U | 142.61 | 142.61 | 0.00 | 142.61 | 0.00 |
| 598513 | 10/23/20 | 10/23/20 | | | 06 | U | 167.44 | 167.44 | 0.00 | 167.44 | 0.00 |
| 598612 | 10/23/20 | 10/23/20 | | | 06 | U | 1,618.28 | 1,618.28 | 0.00 | 1,618.28 | 0.00 |
| 598666 | 10/23/20 | 10/23/20 | | | 06 | U | 2,295.06 | 2,295.06 | 0.00 | 2,295.06 | 0.00 |
| 598969 | 10/23/20 | 10/23/20 | | | 06 | U | 307.91 | 307.91 | 0.00 | 307.91 | 0.00 |
| 598988 | 10/23/20 | 10/23/20 | | | 06 | U | 126.82 | 126.82 | 0.00 | 126.82 | 0.00 |
| 584268 | 10/19/20 | 10/19/20 | | | 06 | U | 1,170.40 | 1,170.40 | 0.00 | 1,170.40 | 0.00 |
| 591104 | 10/21/20 | 10/21/20 | | | 06 | U | 4,805.14 | 4,805.14 | 0.00 | 4,805.14 | 0.00 |
| 591103 | 10/21/20 | 10/21/20 | | | 06 | U | 37.21 | 37.21 | 0.00 | 37.21 | 0.00 |
| 595318 | 10/22/20 | 10/22/20 | | | 06 | U | 300.94 | 300.94 | 0.00 | 300.94 | 0.00 |
| | | | | Vendor Total: | | | 14,165.32 | 14,165.32 | 0.00 | 14,165.32 | 0.00 |
| 920200 | FISHER HEALTHCARE | | | | | | | | | | |
| 0378890 | 10/06/20 | 11/05/20 | | | 06 | U | 14.24 | 14.24 | 0.00 | 14.24 | 0.00 |
| 8591404 | 09/18/20 | 10/18/20 | | | 06 | U | 60.46 | 60.46 | 0.00 | 60.46 | 0.00 |
| 7653459 | 09/09/20 | 10/09/20 | | | 06 | U | -6,719.80 | -6,719.80 | 0.00 | -6,719.80 | 0.00 |
| | | | | Vendor Total: | | | -6,645.10 | -6,645.10 | 0.00 | -6,645.10 | 0.00 |
| 920207 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| TAX2012 | 02/28/13 | 03/30/13 | | | 01 | U | 28,398.12 | 28,398.12 | 0.00 | 28,398.12 | 0.00 |
| 2013TAX | 01/29/14 | 01/29/14 | | | 01 | U | 28,139.00 | 28,139.00 | 0.00 | 28,139.00 | 0.00 |
| 2007TAX | 02/05/14 | 02/05/14 | | | 01 | U | 27.68 | 27.68 | 0.00 | 27.68 | 0.00 |
| 042315-SRMC | 04/23/15 | 04/23/15 | | | 01 | U | 31,763.82 | 31,763.82 | 0.00 | 31,763.82 | 0.00 |
| | | | | Vendor Total: | | | 88,328.62 | 88,328.62 | 0.00 | 88,328.62 | 0.00 |
| 920410 | Oklahoma Blood Institute | | | | | | | | | | |
| 85327 | 10/15/20 | 11/14/20 | | | 06 | U | 5,390.70 | 5,390.70 | | 5,390.70 | 0.00 |
| | | | | Vendor Total: | | | 5,390.70 | 5,390.70 | 0.00 | 5,390.70 | 0.00 |
| 920411 | Office Depot | | | | | | | | | | |
| 512729481001 | 06/18/20 | 07/18/20 | | | 06 | U | 203.83 | 203.83 | 0.00 | 203.83 | 0.00 |
| 117505661001 | 09/02/20 | 10/02/20 | | | 06 | U | -203.83 | -203.83 | 0.00 | -203.83 | 0.00 |
| | | | | Vendor Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page: 13

Balance Due Report

**Application Code:** AP                                                                                   **User Login Name:** jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920438 | OWENS and MINOR | | | | | | | | | | |
| 2059288141 | 10/01/20 | 10/16/20 | | | 06 | U | 76.34 | 76.34 | 0.00 | 76.34 | 0.00 |
| 2059350363 | 10/05/20 | 10/20/20 | | | 06 | U | 315.56 | 315.56 | 0.00 | 315.56 | 0.00 |
| 2059350254 | 10/05/20 | 10/20/20 | | | 06 | U | 12.21 | 12.21 | 0.00 | 12.21 | 0.00 |
| 2059288183 | 10/01/20 | 10/16/20 | | | 06 | U | 9.92 | 9.92 | 0.00 | 9.92 | 0.00 |
| 2059288160 | 10/01/20 | 10/16/20 | | | 06 | U | 208.63 | 208.63 | 0.00 | 208.63 | 0.00 |
| 8000225759 | 09/30/20 | 10/15/20 | | | 06 | U | 28.75 | 28.75 | 0.00 | 28.75 | 0.00 |
| 2059455683 | 10/08/20 | 10/23/20 | | | 06 | U | 206.41 | 206.41 | 0.00 | 206.41 | 0.00 |
| 2059455682 | 10/08/20 | 10/23/20 | | | 06 | U | 3,336.95 | 3,336.95 | 0.00 | 3,336.95 | 0.00 |
| 2059521465 | 10/12/20 | 10/27/20 | | | 06 | U | 204.89 | 204.89 | 0.00 | 204.89 | 0.00 |
| 2059521519 | 10/12/20 | 10/27/20 | | | 06 | U | 205.21 | 205.21 | 0.00 | 205.21 | 0.00 |
| 2059626953 | 10/15/20 | 10/30/20 | | | 06 | U | 842.79 | 842.79 | 0.00 | 842.79 | 0.00 |
| 2059800614 | 10/22/20 | 11/06/20 | | | 06 | U | 674.04 | 674.04 | 0.00 | 674.04 | 0.00 |
| | | | Vendor Total: | | | | 6,121.70 | 6,121.70 | 0.00 | 6,121.70 | 0.00 |
| 920599 | UNITED LINEN & UNIFORM | | | | | | | | | | |
| 2336873 | 10/22/20 | 11/06/20 | | | 06 | U | 1,666.92 | 1,666.92 | 0.00 | 1,666.92 | 0.00 |
| 2335479 | 10/15/20 | 10/30/20 | | | 06 | U | 1,573.81 | 1,573.81 | 0.00 | 1,573.81 | 0.00 |
| | | | Vendor Total: | | | | 3,240.73 | 3,240.73 | 0.00 | 3,240.73 | 0.00 |
| 920605 | US Foods | | | | | | | | | | |
| 4351221 | 10/23/20 | 11/03/20 | | | 06 | U | 1,677.37 | 1,677.37 | | 1,677.37 | 0.00 |
| 4114497 | 10/09/20 | 10/20/20 | | | 06 | U | 2,135.15 | 2,135.15 | | 2,135.15 | 0.00 |
| 4123826 | 10/09/20 | 10/20/20 | | | 06 | U | 31.31 | 31.31 | | 31.31 | 0.00 |
| 4242208 | 10/16/20 | 10/27/20 | | | 06 | U | 162.58 | 162.58 | | 162.58 | 0.00 |
| 4235526 | 10/16/20 | 10/27/20 | | | 06 | U | 2,222.86 | 2,222.86 | | 2,222.86 | 0.00 |
| | | | Vendor Total: | | | | 6,229.27 | 6,229.27 | 0.00 | 6,229.27 | 0.00 |
| 920631 | GRAINGER | | | | | | | | | | |
| 9683940507 | 10/14/20 | 11/13/20 | | | 06 | U | 707.37 | 707.37 | | 707.37 | 0.00 |
| 9683343124 | 10/13/20 | 11/12/20 | | | 06 | U | 68.99 | 68.99 | | 68.99 | 0.00 |
| 9683597760 | 10/14/20 | 11/13/20 | | | 06 | U | -68.99 | -68.99 | | -68.99 | 0.00 |
| 9683597745 | 10/14/20 | 11/13/20 | | | 06 | U | -293.46 | -293.46 | | -293.46 | 0.00 |
| 9683597778 | 10/14/20 | 11/13/20 | | | 06 | U | -68.99 | -68.99 | | -68.99 | 0.00 |
| 9683343116 | 10/13/20 | 11/12/20 | | | 06 | U | 275.94 | 275.94 | | 275.94 | 0.00 |
| 9683597752 | 10/14/20 | 11/13/20 | | | 06 | U | -275.94 | -275.94 | | -275.94 | 0.00 |
| 9694560724 | 10/23/20 | 11/22/20 | | | 06 | U | -344.93 | -344.93 | | -344.93 | 0.00 |
| 9684358352 | 10/14/20 | 11/13/20 | | | 06 | U | 103.77 | 103.77 | | 103.77 | 0.00 |
| 9684358360 | 10/14/20 | 11/13/20 | | | 06 | U | 58.10 | 58.10 | | 58.10 | 0.00 |
| 9684630818 | 10/14/20 | 11/13/20 | | | 06 | U | 27.94 | 27.94 | | 27.94 | 0.00 |
| 9686558694 | 10/16/20 | 11/15/20 | | | 06 | U | -365.73 | -365.73 | | -365.73 | 0.00 |
| | | | Vendor Total: | | | | -175.93 | -175.93 | 0.00 | -175.93 | 0.00 |
| 920967 | HEALTHCARE LOGISTICS, INC | | | | | | | | | | |
| 307752203 | 10/14/20 | 11/13/20 | | | 06 | U | 1,386.89 | 1,386.89 | 0.00 | 1,386.89 | 0.00 |
| | | | Vendor Total: | | | | 1,386.89 | 1,386.89 | 0.00 | 1,386.89 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page:   14

### Balance Due Report

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Application Code:** | AP | | | | | | | | **User Login Name:** | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920968 | HEALTHLAND (CPSI) Evident | | | | | | | | | | |
| L2010157285 | 10/15/20 | 10/15/20 | | | 06 | U | 1,275.00 | 1,275.00 | 0.00 | 1,275.00 | 0.00 |
| L2010087285 | 10/08/20 | 10/08/20 | | | 06 | U | 11,644.64 | 11,644.64 | 0.00 | 11,644.64 | 0.00 |
| | | | | Vendor Total: | | | 12,919.64 | 12,919.64 | 0.00 | 12,919.64 | 0.00 |
| 920980 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| OCW060120 | 05/26/20 | 05/26/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW070120 | 06/30/20 | 06/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW080120 | 07/30/20 | 07/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW090120 | 08/31/20 | 08/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OWC033120 | 03/31/20 | 03/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW050120 | 04/30/20 | 04/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW100120 | 10/01/20 | 10/01/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| | | | | Vendor Total: | | | 437,500.00 | 437,500.00 | 0.00 | 437,500.00 | 0.00 |
| 920982 | EXPERIAN HEALTH INC  (Passport) | | | | | | | | | | |
| INV833940 | 09/30/20 | 10/30/20 | | | 06 | U | 495.32 | 495.32 | 0.00 | 495.32 | 0.00 |
| | | | | Vendor Total: | | | 495.32 | 495.32 | 0.00 | 495.32 | 0.00 |
| 920992 | NOVARAD | | | | | | | | | | |
| RCR50073146 | 10/01/20 | 10/31/20 | | | 06 | U | 950.47 | 950.47 | 0.00 | 950.47 | 0.00 |
| | | | | Vendor Total: | | | 950.47 | 950.47 | 0.00 | 950.47 | 0.00 |
| 921023 | PHILIPS HEALTHCARE ( Service ) | | | | | | | | | | |
| 76121719 | 10/02/20 | 11/01/20 | | | 06 | U | 4,659.74 | 4,659.74 | 0.00 | 4,659.74 | 0.00 |
| | | | | Vendor Total: | | | 4,659.74 | 4,659.74 | 0.00 | 4,659.74 | 0.00 |
| 921111 | Accurate Fire Equipment Co., Inc. | | | | | | | | | | |
| 10-101308 | 10/23/20 | 10/23/20 | | | 06 | U | 110.00 | 110.00 | 0.00 | 110.00 | 0.00 |
| | | | | Vendor Total: | | | 110.00 | 110.00 | 0.00 | 110.00 | 0.00 |
| 921153 | SYSMEX AMERICA | | | | | | | | | | |
| 93420873 | 10/05/20 | 11/04/20 | | | 06 | U | 1,335.39 | 1,335.39 | 0.00 | 1,335.39 | 0.00 |
| | | | | Vendor Total: | | | 1,335.39 | 1,335.39 | | 1,335.39 | 0.00 |

| 11/06/20 | | | | | | | | | | |
|----------|---|---|---|---|---|---|---|---|---|---|
| 10:35 | | | | **Stroud Regional Medical Center** | | | | Page:   15 | | |
| | | | | Balance Due Report | | | | | | |

**Application Code:**   AP  **User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921157 | KCI USA | | | | | | | | | | |
| 29824288 | 10/15/20 | 11/14/20 | | | 06 | U | 3,194.57 | 3,194.57 | 0.00 | 3,194.57 | 0.00 |
| 29830012 | 10/19/20 | 11/18/20 | | | 06 | U | 1,127.23 | 1,127.23 | 0.00 | 1,127.23 | 0.00 |
| 29787916 | 10/13/20 | 11/12/20 | | | 06 | U | 630.82 | 630.82 | 0.00 | 630.82 | 0.00 |
| 29800348 | 10/17/20 | 11/16/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29788919 | 10/15/20 | 11/14/20 | | | 06 | U | 771.00 | 771.00 | 0.00 | 771.00 | 0.00 |
| 29787921 | 10/13/20 | 11/12/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29801063 | 10/18/20 | 11/17/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29806592 | 10/21/20 | 11/20/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29807828 | 10/20/20 | 11/19/20 | | | 06 | U | 420.55 | 420.55 | 0.00 | 420.55 | 0.00 |
| 29808708 | 10/21/20 | 11/20/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29773541 | 10/06/20 | 11/05/20 | | | 06 | U | 560.73 | 560.73 | 0.00 | 560.73 | 0.00 |
| 29809112 | 10/21/20 | 11/20/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29809133 | 10/21/20 | 11/20/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| 29809368 | 10/22/20 | 11/21/20 | | | 06 | U | 350.45 | 350.45 | 0.00 | 350.45 | 0.00 |
| 29779052 | 10/10/20 | 11/09/20 | | | 06 | U | 1,051.36 | 1,051.36 | 0.00 | 1,051.36 | 0.00 |
| | | | Vendor Total: | | | | 15,466.23 | 15,466.23 | 0.00 | 15,466.23 | 0.00 |
| 921245 | MEDLINE INDUSTRIES ,INC | | | | | | | | | | |
| 1928212859 | 10/21/20 | 11/20/20 | | | 06 | U | 11.43 | 11.43 | 0.00 | 11.43 | 0.00 |
| 1928212858 | 10/21/20 | 11/20/20 | | | 06 | U | 44.05 | 44.05 | 0.00 | 44.05 | 0.00 |
| 1928212855 | 10/21/20 | 11/20/20 | | | 06 | U | 1,921.77 | 1,921.77 | 0.00 | 1,921.77 | 0.00 |
| 1928064801 | 10/20/20 | 11/19/20 | | | 06 | U | 18.00 | 18.00 | 0.00 | 18.00 | 0.00 |
| 1927893587 | 10/17/20 | 11/16/20 | | | 06 | U | 14.19 | 14.19 | 0.00 | 14.19 | 0.00 |
| 1927893586 | 10/17/20 | 11/16/20 | | | 06 | U | 187.90 | 187.90 | 0.00 | 187.90 | 0.00 |
| 1927800401 | 10/16/20 | 10/23/20 | | | 06 | U | 253.43 | 253.43 | 0.00 | 253.43 | 0.00 |
| 1927716378 | 10/16/20 | 11/15/20 | | | 06 | U | 2,974.46 | 2,974.46 | 0.00 | 2,974.46 | 0.00 |
| 1927716376 | 10/16/20 | 11/15/20 | | | 06 | U | 55.71 | 55.71 | 0.00 | 55.71 | 0.00 |
| 1927716374 | 10/16/20 | 11/15/20 | | | 06 | U | 142.16 | 142.16 | 0.00 | 142.16 | 0.00 |
| | | | Vendor Total: | | | | 5,623.10 | 5,623.10 | 0.00 | 5,623.10 | 0.00 |
| 921248 | HILLROM INC | | | | | | | | | | |
| 2319202 | 09/30/20 | 10/30/20 | | | 06 | U | 1,502.34 | 1,502.34 | 0.00 | 1,502.34 | 0.00 |
| 2312886 | 09/30/20 | 10/30/20 | | | 06 | U | 1,231.88 | 1,231.88 | 0.00 | 1,231.88 | 0.00 |
| 2318262 | 09/30/20 | 10/30/20 | | | 06 | U | 1,502.34 | 1,502.34 | 0.00 | 1,502.34 | 0.00 |
| | | | Vendor Total: | | | | 4,236.56 | 4,236.56 | 0.00 | 4,236.56 | 0.00 |
| 921307 | ABBOTT DIABETES CARE SALES CORP | | | | | | | | | | |
| 612795756 | 10/08/20 | 11/07/20 | | | 06 | U | 1,816.73 | 1,816.73 | 0.00 | 1,816.73 | 0.00 |
| | | | Vendor Total: | | | | 1,816.73 | 1,816.73 | 0.00 | 1,816.73 | 0.00 |
| 921363 | MATHESON TRI GAS, INC | | | | | | | | | | |
| 22471051 | 10/19/20 | 11/18/20 | | | 06 | U | 3,912.07 | 3,912.07 | 0.00 | 3,912.07 | 0.00 |
| | | | Vendor Total: | | | | 3,912.07 | 3,912.07 | 0.00 | 3,912.07 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page: 16

Balance Due Report

**Application Code:**   AP                                                                 **User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921366 | E.T.C. ( Elaine's Transport Company ) | | | | | | | | | | |
| 99724 | 10/19/20 | 10/19/20 | | | 06 | U | 675.00 | 675.00 | 0.00 | 675.00 | 0.00 |
| 99704 | 10/09/20 | 10/09/20 | | | 06 | U | 390.00 | 390.00 | 0.00 | 390.00 | 0.00 |
| 99706 | 10/12/20 | 10/12/20 | | | 06 | U | 811.00 | 811.00 | 0.00 | 811.00 | 0.00 |
| 99710 | 10/13/20 | 10/13/20 | | | 06 | U | 645.00 | 645.00 | 0.00 | 645.00 | 0.00 |
| 99711 | 10/13/20 | 10/13/20 | | | 06 | U | 800.00 | 800.00 | 0.00 | 800.00 | 0.00 |
| 99720 | 10/19/20 | 10/19/20 | | | 06 | U | 975.00 | 975.00 | 0.00 | 975.00 | 0.00 |
| 99723 | 10/19/20 | 10/19/20 | | | 06 | U | 1,888.00 | 1,888.00 | 0.00 | 1,888.00 | 0.00 |
| 99716 | 10/15/20 | 10/15/20 | | | 06 | U | 255.00 | 255.00 | 0.00 | 255.00 | 0.00 |
| 99713 | 10/14/20 | 10/14/20 | | | 06 | U | 1,814.00 | 1,814.00 | 0.00 | 1,814.00 | 0.00 |
| 99712 | 10/13/20 | 10/13/20 | | | 06 | U | 390.00 | 390.00 | 0.00 | 390.00 | 0.00 |
| 99728 | 10/22/20 | 10/22/20 | | | 06 | U | 831.00 | 831.00 | 0.00 | 831.00 | 0.00 |
| | | | Vendor Total: | | | | 9,474.00 | 9,474.00 | 0.00 | 9,474.00 | 0.00 |
| 921372 | Agiliti Health, Inc. ( UHS ) | | | | | | | | | | |
| 386062 | 10/13/20 | 11/12/20 | | | 06 | U | 21.90 | 21.90 | 0.00 | 21.90 | 0.00 |
| 4138351 | 10/06/20 | 11/05/20 | | | 06 | U | 34,100.61 | 34,100.61 | 0.00 | 34,100.61 | 0.00 |
| | | | Vendor Total: | | | | 34,122.51 | 34,122.51 | 0.00 | 34,122.51 | 0.00 |
| 921379 | Akerman LLP | | | | | | | | | | |
| 9591852 | 08/11/20 | 08/11/20 | | | 06 | U | 11,324.50 | 11,324.50 | 0.00 | 11,324.50 | 0.00 |
| 9591848 | 08/11/20 | 08/11/20 | | | 06 | U | 37,713.57 | 37,713.57 | 0.00 | 37,713.57 | 0.00 |
| 9577200 | 06/15/20 | 06/15/20 | | | 06 | U | 12,613.75 | 12,613.75 | 0.00 | 12,613.75 | 0.00 |
| 9584741 | 07/14/20 | 07/14/20 | | | 06 | U | 16,672.90 | 16,672.90 | 0.00 | 16,672.90 | 0.00 |
| 9584744 | 07/14/20 | 07/14/20 | | | 06 | U | 15,691.00 | 15,691.00 | 0.00 | 15,691.00 | 0.00 |
| 9568453 | 05/18/20 | 05/18/20 | | | 06 | U | 58,650.00 | 58,650.00 | 0.00 | 58,650.00 | 0.00 |
| 9553569 | 04/07/20 | 04/07/20 | | | 06 | U | 104,075.07 | 104,075.07 | 0.00 | 104,075.07 | 0.00 |
| 9530966 | 01/24/20 | 01/24/20 | | | 06 | U | 114,804.91 | 114,804.91 | 0.00 | 114,804.91 | 0.00 |
| 9538839 | 02/18/20 | 02/18/20 | | | 06 | U | 121,849.46 | 121,849.46 | 0.00 | 121,849.46 | 0.00 |
| 9544610 | 03/10/20 | 03/10/20 | | | 06 | U | 88,216.22 | 88,216.22 | 0.00 | 88,216.22 | 0.00 |
| 9602680 | 09/10/20 | 09/10/20 | | | 06 | U | 15,523.28 | 15,523.28 | 0.00 | 15,523.28 | 0.00 |
| | | | Vendor Total: | | | | 597,134.66 | 597,134.66 | 0.00 | 597,134.66 | 0.00 |
| 921382 | PLATINUM CODE (IPC,INC) | | | | | | | | | | |
| 262836 | 10/19/20 | 11/18/20 | | | 06 | U | 241.89 | 241.89 | 0.00 | 241.89 | 0.00 |
| | | | Vendor Total: | | | | 241.89 | 241.89 | 0.00 | 241.89 | 0.00 |
| 921394 | DYSPHAGIA SPECIALISTS,  PLLC | | | | | | | | | | |
| INV102320 | 10/23/20 | 10/23/20 | | | 06 | U | 3,250.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 |
| | | | Vendor Total: | | | | 3,250.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 |
| 921402 | US Med-Equip, Inc. | | | | | | | | | | |
| R262169 | 09/30/20 | 10/30/20 | | | 06 | U | 12,435.81 | 12,435.81 | 0.00 | 12,435.81 | 0.00 |
| | | | Vendor Total: | | | | 12,435.81 | 12,435.81 | 0.00 | 12,435.81 | 0.00 |
| 921410 | INSIGHT | | | | | | | | | | |
| 917778224 | 10/12/20 | 11/11/20 | | | 06 | U | 1,350.23 | 1,350.23 | 0.00 | 1,350.23 | 0.00 |
| 917814002 | 10/16/20 | 11/15/20 | | | 06 | U | 321.17 | 321.17 | 0.00 | 321.17 | 0.00 |
| | | | Vendor Total: | | | | 1,671.40 | 1,671.40 | 0.00 | 1,671.40 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page: 17

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921422 | DYNAMIC INFUSION THERAPY | | | | | | | | | | |
| 89336 | 10/15/20 | 11/29/20 | | | 06 | U | 1,670.00 | 1,670.00 | 0.00 | 1,670.00 | 0.00 |
| 87336 | 09/30/20 | 11/14/20 | | | 06 | U | 1,505.00 | 1,505.00 | 0.00 | 1,505.00 | 0.00 |
| | | | Vendor Total: | | | | 3,175.00 | 3,175.00 | 0.00 | 3,175.00 | 0.00 |
| 921423 | HENRY SCHEIN | | | | | | | | | | |
| 84722287 | 10/19/20 | 11/18/20 | | | 06 | U | 4,017.68 | 4,017.68 | 0.00 | 4,017.68 | 0.00 |
| 84279258 | 10/12/20 | 11/11/20 | | | 06 | U | 2,128.65 | 2,128.65 | 0.00 | 2,128.65 | 0.00 |
| 84378336 | 10/12/20 | 11/11/20 | | | 06 | U | 112.74 | 112.74 | 0.00 | 112.74 | 0.00 |
| | | | Vendor Total: | | | | 6,259.07 | 6,259.07 | 0.00 | 6,259.07 | 0.00 |
| 921453 | NEW DIRECTION ACUTE DIALYSIS | | | | | | | | | | |
| 100615 | 09/30/20 | 10/30/20 | | | 06 | U | 46,974.00 | 46,974.00 | 0.00 | 46,974.00 | 0.00 |
| | | | Vendor Total: | | | | 46,974.00 | 46,974.00 | 0.00 | 46,974.00 | 0.00 |
| 921466 | ORGANOGENESIS INC | | | | | | | | | | |
| SI00961874 | 10/07/20 | 11/06/20 | | | 06 | U | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| SI00961869 | 10/07/20 | 11/06/20 | | | 06 | U | 5,130.00 | 5,130.00 | 0.00 | 5,130.00 | 0.00 |
| SI00961866 | 10/07/20 | 11/06/20 | | | 06 | U | 8,100.00 | 8,100.00 | 0.00 | 8,100.00 | 0.00 |
| SI00961833 | 10/07/20 | 11/06/20 | | | 06 | U | 2,600.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 |
| | | | Vendor Total: | | | | 19,580.00 | 19,580.00 | 0.00 | 19,580.00 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Page:    18

Balance Due Report

**Application Code:**    AP                                                                          **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921467 | First Physicians Resources-Stroud | | | | | | | | | | |
| 0000156-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,309,295.53 | 1,309,295.53 | 0.00 | 1,309,295.53 | 0.00 |
| 0000159-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,296,112.52 | 1,296,112.52 | 0.00 | 1,296,112.52 | 0.00 |
| 0000162-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,298,822.42 | 1,298,822.42 | 0.00 | 1,298,822.42 | 0.00 |
| 0000147-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,249,144.67 | 1,249,144.67 | 0.00 | 1,249,144.67 | 0.00 |
| 0000150-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,315,071.73 | 1,315,071.73 | 0.00 | 1,315,071.73 | 0.00 |
| 0000153-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,269,354.33 | 1,269,354.33 | 0.00 | 1,269,354.33 | 0.00 |
| 0000136-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,298,198.76 | 1,298,198.76 | 0.00 | 1,298,198.76 | 0.00 |
| 0000138-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,373,364.30 | 1,373,364.30 | 0.00 | 1,373,364.30 | 0.00 |
| 0000142-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,237,240.96 | 1,237,240.96 | 0.00 | 1,237,240.96 | 0.00 |
| 0000145-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,314,509.02 | 1,314,509.02 | 0.00 | 1,314,509.02 | 0.00 |
| 0000125-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,449,560.45 | 1,449,560.45 | 0.00 | 1,449,560.45 | 0.00 |
| 0000122-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,426,413.53 | 1,426,413.53 | 0.00 | 1,426,413.53 | 0.00 |
| 0000128-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,297,009.17 | 1,297,009.17 | 0.00 | 1,297,009.17 | 0.00 |
| 0000130-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,123,558.59 | 1,123,558.59 | 0.00 | 1,123,558.59 | 0.00 |
| 0000132-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,285,594.65 | 1,285,594.65 | 0.00 | 1,285,594.65 | 0.00 |
| 0000165-IN | 10/25/20 | 11/24/20 | | | 06 | U | 960,737.31 | 960,737.31 | 0.00 | 960,737.31 | 0.00 |
| 0000119-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,250,746.27 | 1,250,746.27 | 0.00 | 1,250,746.27 | 0.00 |
| 0000092-IN | 01/31/19 | 03/02/19 | | | 06 | U | 195,389.00 | 195,389.00 | 0.00 | 195,389.00 | 0.00 |
| 0000084-INV | 10/31/18 | 11/30/18 | | | 06 | U | 141,825.22 | 141,825.22 | 0.00 | 141,825.22 | 0.00 |
| 0000087-INV | 11/30/18 | 12/30/18 | | | 06 | U | 84,654.83 | 84,654.83 | 0.00 | 84,654.83 | 0.00 |
| 0000081-INV | 12/31/18 | 01/30/19 | | | 06 | U | 1,205,735.82 | 1,205,735.82 | 0.00 | 1,205,735.82 | 0.00 |
| 0000089-INV | 12/31/18 | 01/30/19 | | | 06 | U | 141,986.10 | 141,986.10 | 0.00 | 141,986.10 | 0.00 |
| 0000091-INV | 01/31/19 | 03/02/19 | | | 06 | U | 1,190,476.89 | 1,190,476.89 | 0.00 | 1,190,476.89 | 0.00 |
| 0000099-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,303,061.40 | 1,303,061.40 | 0.00 | 1,303,061.40 | 0.00 |
| 0000103-IN | 03/31/19 | 04/30/19 | | | 06 | U | 1,313,986.61 | 1,313,986.61 | 0.00 | 1,313,986.61 | 0.00 |
| 0000109-IN | 04/30/19 | 05/30/19 | | | 06 | U | 1,325,010.82 | 1,325,010.82 | 0.00 | 1,325,010.82 | 0.00 |
| 0000114-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,166,701.17 | 1,166,701.17 | 0.00 | 1,166,701.17 | 0.00 |
| 0000066-IN | 09/08/18 | 10/08/18 | | | 06 | U | 487,214.41 | 487,214.41 | 0.00 | 487,214.41 | 0.00 |
| 0000061-IN | 08/11/18 | 09/10/18 | | | 06 | U | 462,595.67 | 462,595.67 | 0.00 | 462,595.67 | 0.00 |
| 0000063-IN | 08/25/18 | 09/24/18 | | | 06 | U | 485,776.44 | 485,776.44 | 0.00 | 485,776.44 | 0.00 |
| 0000065-IN | 08/31/18 | 09/30/18 | | | 06 | U | 253,759.80 | 253,759.80 | 0.00 | 253,759.80 | 0.00 |
| 0000075-IN | 10/31/18 | 11/30/18 | | | 06 | U | 193,325.70 | 193,325.70 | 0.00 | 193,325.70 | 0.00 |
| 0000073-IN | 10/20/18 | 11/19/18 | | | 06 | U | 494,195.00 | 494,195.00 | 0.00 | 494,195.00 | 0.00 |
| 00000-IN | 10/06/18 | 11/05/18 | | | 06 | U | 446,946.83 | 446,946.83 | 0.00 | 446,946.83 | 0.00 |
| 0000076-IN | 11/03/18 | 12/03/18 | | | 06 | U | 464,994.90 | 464,994.90 | 0.00 | 464,994.90 | 0.00 |
| 0000078-IN | 11/17/18 | 12/17/18 | | | 06 | U | 450,587.39 | 450,587.39 | 0.00 | 450,587.39 | 0.00 |
| 00000080-IN | 11/30/18 | 12/30/18 | | | 06 | U | 134,159.72 | 134,159.72 | 0.00 | 134,159.72 | 0.00 |
| 0000068-IN | 09/30/18 | 10/30/18 | | | 06 | U | 446,888.60 | 446,888.60 | 0.00 | 446,888.60 | 0.00 |
| 0000070-IN | 09/30/18 | 10/30/18 | | | 06 | U | 302,375.00 | 302,375.00 | 0.00 | 302,375.00 | 0.00 |

|  | | Vendor Total: | | | | | 34,446,381.53 | 34,446,381.53 | 0.00 | 34,446,381.53 | 0.00 |

11/06/20
10:35

## Stroud Regional Medical Center

Balance Due Report

Page:   19

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921469 | First Physicians Services-Stroud | | | | | | | | | | |
| 0000025-IN | 10/31/18 | 11/30/18 | | | 06 | U | 395,000.00 | 395,000.00 | 0.00 | 395,000.00 | 0.00 |
| 0000026-IN | 10/31/18 | 11/30/18 | | | 06 | U | 930,000.79 | 930,000.79 | 0.00 | 930,000.79 | 0.00 |
| 0000028-IN | 12/31/18 | 01/30/19 | | | 06 | U | 811,214.17 | 811,214.17 | 0.00 | 811,214.17 | 0.00 |
| 00000027-IN | 11/30/18 | 12/30/18 | | | 06 | U | 869,977.31 | 869,977.31 | 0.00 | 869,977.31 | 0.00 |
| 0000023-IN | 09/30/18 | 10/30/18 | | | 06 | U | 395,000.00 | 395,000.00 | 0.00 | 395,000.00 | 0.00 |
| 0000034-IN | 06/30/19 | 07/30/19 | | | 06 | U | 930,177.96 | 930,177.96 | 0.00 | 930,177.96 | 0.00 |
| 0000030-IN | 02/28/19 | 03/30/19 | | | 06 | U | 972,983.42 | 972,983.42 | 0.00 | 972,983.42 | 0.00 |
| 0000033-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,270,131.62 | 1,270,131.62 | 0.00 | 1,270,131.62 | 0.00 |
| 0000032-IN | 04/30/19 | 05/30/19 | | | 06 | U | 3,671,159.66 | 3,671,159.66 | 0.00 | 3,671,159.66 | 0.00 |
| 0000024-IN | 09/30/18 | 10/30/18 | | | 06 | U | 706,127.24 | 706,127.24 | 0.00 | 706,127.24 | 0.00 |
| 0000029-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,160,999.90 | 1,160,999.90 | 0.00 | 1,160,999.90 | 0.00 |
| 0000031-IN. | 03/31/19 | 04/30/19 | | | 06 | U | 1,166,987.84 | 1,166,987.84 | 0.00 | 1,166,987.84 | 0.00 |
| 0000050-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,262,901.79 | 1,262,901.79 | 0.00 | 1,262,901.79 | 0.00 |
| 0000035-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,940,986.00 | 1,940,986.00 | 0.00 | 1,940,986.00 | 0.00 |
| 0000040-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,445,088.93 | 1,445,088.93 | 0.00 | 1,445,088.93 | 0.00 |
| 0000038-INV | 10/31/19 | 11/30/19 | | | 06 | U | 1,375,476.25 | 1,375,476.25 | 0.00 | 1,375,476.25 | 0.00 |
| 0000036-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,379,926.62 | 1,379,926.62 | 0.00 | 1,379,926.62 | 0.00 |
| 0000037-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,027,376.19 | 1,027,376.19 | 0.00 | 1,027,376.19 | 0.00 |
| 0000043-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,271,694.51 | 1,271,694.51 | 0.00 | 1,271,694.51 | 0.00 |
| 0000044-IN | 04/30/20 | 05/30/20 | | | 06 | U | 3,280,688.93 | 3,280,688.93 | 0.00 | 3,280,688.93 | 0.00 |
| 0000039-IN | 11/30/19 | 12/30/19 | | | 06 | U | 983,232.24 | 983,232.24 | 0.00 | 983,232.24 | 0.00 |
| 0000041-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,207,824.89 | 1,207,824.89 | 0.00 | 1,207,824.89 | 0.00 |
| 0000042-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,275,041.44 | 1,275,041.44 | 0.00 | 1,275,041.44 | 0.00 |
| 0000046-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,221,839.93 | 1,221,839.93 | 0.00 | 1,221,839.93 | 0.00 |
| 0000045-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,284,653.64 | 1,284,653.64 | 0.00 | 1,284,653.64 | 0.00 |
| 0000047-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,316,734.89 | 1,316,734.89 | 0.00 | 1,316,734.89 | 0.00 |
| 0000052-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,153,741.09 | 1,153,741.09 | 0.00 | 1,153,741.09 | 0.00 |
| 0000049-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,283,287.96 | 1,283,287.96 | 0.00 | 1,283,287.96 | 0.00 |
| 0000048-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,562,882.69 | 1,562,882.69 | 0.00 | 1,562,882.69 | 0.00 |
| | | | Vendor Total: | | | | 37,553,137.90 | 37,553,137.90 | 0.00 | 37,553,137.90 | 0.00 |

11/06/20
10:35

# Stroud Regional Medical Center

Page: 20

Balance Due Report

**Application Code:** AP                                                                                   **User Login Name:** jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921470 | First Physician Bus Solutions-Stroud | | | | | | | | | | |
| 0000072-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,283,234.46 | 1,283,234.46 | 0.00 | 1,283,234.46 | 0.00 |
| 0000074-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,057,537.51 | 1,057,537.51 | 0.00 | 1,057,537.51 | 0.00 |
| 0000078-IN | 10/25/20 | 11/24/20 | | | 06 | U | 947,948.03 | 947,948.03 | 0.00 | 947,948.03 | 0.00 |
| 0000070-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,084,536.85 | 1,084,536.85 | 0.00 | 1,084,536.85 | 0.00 |
| 0000066-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,058,639.92 | 1,058,639.92 | 0.00 | 1,058,639.92 | 0.00 |
| 0000068-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,007,934.87 | 1,007,934.87 | 0.00 | 1,007,934.87 | 0.00 |
| 0000060-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,050,880.69 | 1,050,880.69 | 0.00 | 1,050,880.69 | 0.00 |
| 0000058-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,021,621.54 | 1,021,621.54 | 0.00 | 1,021,621.54 | 0.00 |
| 0000064-IN | 04/30/20 | 05/30/20 | | | 06 | U | 2,744,897.33 | 2,744,897.33 | 0.00 | 2,744,897.33 | 0.00 |
| 0000062-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,048,178.94 | 1,048,178.94 | 0.00 | 1,048,178.94 | 0.00 |
| 0000047-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,171,508.82 | 1,171,508.82 | 0.00 | 1,171,508.82 | 0.00 |
| 0000049-IN | 09/30/19 | 10/30/19 | | | 06 | U | 886,919.94 | 886,919.94 | 0.00 | 886,919.94 | 0.00 |
| 0000052-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,131,954.56 | 1,131,954.56 | 0.00 | 1,131,954.56 | 0.00 |
| 0000051-IN | 09/30/19 | 09/30/19 | | | 06 | U | -100,000.00 | -100,000.00 | 0.00 | -100,000.00 | 0.00 |
| 0000056-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,188,147.95 | 1,188,147.95 | 0.00 | 1,188,147.95 | 0.00 |
| 0000054-IN | 11/30/19 | 11/30/19 | | | 06 | U | 815,323.87 | 815,323.87 | 0.00 | 815,323.87 | 0.00 |
| 0000045-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,624,412.18 | 1,624,412.18 | 0.00 | 1,624,412.18 | 0.00 |
| 0000076-IN | 10/25/19 | 11/24/19 | | | 06 | U | 1,036,065.68 | 1,036,065.68 | 0.00 | 1,036,065.68 | 0.00 |
| 0000038-IN. | 03/31/19 | 04/30/19 | | | 06 | U | 999,618.49 | 999,618.49 | 0.00 | 999,618.49 | 0.00 |
| 0000039-IN | 04/30/19 | 05/30/19 | | | 06 | U | 3,096,058.40 | 3,096,058.40 | 0.00 | 3,096,058.40 | 0.00 |
| 0000036-IN | 02/28/19 | 03/30/19 | | | 06 | U | 843,012.51 | 843,012.51 | 0.00 | 843,012.51 | 0.00 |
| 0000041-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,082,879.13 | 1,082,879.13 | 0.00 | 1,082,879.13 | 0.00 |
| 0000043-IN | 06/30/19 | 07/30/19 | | | 06 | U | 808,458.71 | 808,458.71 | 0.00 | 808,458.71 | 0.00 |
| 0000025-IN | 09/30/18 | 10/30/18 | | | 06 | U | 624,464.16 | 624,464.16 | 0.00 | 624,464.16 | 0.00 |
| 0000024-IN | 09/30/18 | 10/30/18 | | | 06 | U | 321,989.75 | 321,989.75 | 0.00 | 321,989.75 | 0.00 |
| 0000023-IN | 08/31/18 | 08/31/18 | | | 06 | U | 420,074.17 | 420,074.17 | 0.00 | 420,074.17 | 0.00 |
| 0000016-IN | 05/31/18 | 06/30/18 | | | 06 | U | 1,429,608.87 | 263,377.17 | 0.00 | 263,377.17 | 0.00 |
| 0000018-IN | 06/30/18 | 07/30/18 | | | 06 | U | 321,989.75 | 321,989.75 | 0.00 | 321,989.75 | 0.00 |
| 0000019-IN | 06/30/18 | 07/30/18 | | | 06 | U | 541,435.13 | 541,435.13 | 0.00 | 541,435.13 | 0.00 |
| 0000020-IN | 07/31/18 | 08/30/18 | | | 06 | U | 321,989.75 | 321,989.75 | 0.00 | 321,989.75 | 0.00 |
| 00000021-IN | 07/31/18 | 08/30/18 | | | 06 | U | 870,067.99 | 870,067.99 | 0.00 | 870,067.99 | 0.00 |
| 0000022-IN | 08/23/18 | 09/22/18 | | | 06 | U | 321,989.75 | 321,989.75 | 0.00 | 321,989.75 | 0.00 |
| 00000028-IN | 11/30/18 | 12/30/18 | | | 06 | U | 759,863.00 | 759,863.00 | 0.00 | 759,863.00 | 0.00 |
| 0000029-IN | 12/31/18 | 01/30/19 | | | 06 | U | 712,427.70 | 712,427.70 | 0.00 | 712,427.70 | 0.00 |
| 0000030-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,019,784.85 | 1,019,784.85 | 0.00 | 1,019,784.85 | 0.00 |
| 0000027-IN | 10/31/18 | 11/30/18 | | | 06 | U | 805,181.36 | 805,181.36 | 0.00 | 805,181.36 | 0.00 |
| 0000026-IN | 10/31/18 | 11/30/18 | | | 06 | U | 321,989.75 | 321,989.75 | 0.00 | 321,989.75 | 0.00 |
| | | | Vendor Total: | | | | 35,682,626.36 | 34,516,394.66 | 0.00 | 34,516,394.66 | 0.00 |
| 921484 | SECURE VIDEO | | | | | | | | | | |
| 6068 | 10/13/20 | 10/13/20 | | | 06 | U | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| | | | Vendor Total: | | | | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |

11/06/20
10:35

### Stroud Regional Medical Center

Page: 21

Balance Due Report

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921488 | Thara Damodaran, MD, LLC | | | | | | | | | | |
| SEPT2020 | 10/26/20 | 10/26/20 | | | 06 | U | 1,837.50 | 1,837.50 | 0.00 | 1,837.50 | 0.00 |
| | | | | | Vendor Total: | | 1,837.50 | 1,837.50 | 0.00 | 1,837.50 | 0.00 |
| 921496 | Conner & Winters, LLP | | | | | | | | | | |
| 2256113 JWF | 04/13/20 | 04/13/20 | | | 06 | U | 25,760.27 | 25,760.27 | 0.00 | 25,760.27 | 0.00 |
| | | | | | Vendor Total: | | 25,760.27 | 25,760.27 | 0.00 | 25,760.27 | 0.00 |
| 921515 | CLIFFORD POWER | | | | | | | | | | |
| SVC-0105989 | 09/15/20 | 09/15/20 | | | 06 | U | 623.71 | 623.71 | 0.00 | 623.71 | 0.00 |
| CRDT-012184 | 09/28/20 | 09/28/20 | | | 06 | U | -623.71 | -623.71 | 0.00 | -623.71 | 0.00 |
| | | | | | Vendor Total: | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 921518 | MEDRIDE CORPORATION | | | | | | | | | | |
| 16138 | 09/30/20 | 09/30/20 | | | 06 | U | 856.43 | 856.43 | 0.00 | 856.43 | 0.00 |
| | | | | | Vendor Total: | | 856.43 | 856.43 | 0.00 | 856.43 | 0.00 |
| 921529 | Barnes, Antoinette | | | | | | | | | | |
| 100320ExpRpt | 10/03/20 | 11/02/20 | 11/04/20 | | 06 | M | 219.66 | 219.66 | 0.00 | 219.66 | 219.66 |
| | | | | | Vendor Total: | | 219.66 | 219.66 | 0.00 | 219.66 | 219.66 |
| 921533 | DLO COURIER | | | | | | | | | | |
| SRMC202009 | 10/06/20 | 11/05/20 | | | 06 | U | 6,125.00 | 6,125.00 | 0.00 | 6,125.00 | 0.00 |
| | | | | | Vendor Total: | | 6,125.00 | 6,125.00 | 0.00 | 6,125.00 | 0.00 |
| 921534 | GE PRECISION HEALTHCARE LLC | | | | | | | | | | |
| 6001683057 | 10/01/20 | 10/31/20 | | | 06 | U | 315.57 | 315.57 | 0.00 | 315.57 | 0.00 |
| | | | | | Vendor Total: | | 315.57 | 315.57 | 0.00 | 315.57 | 0.00 |
| 921573 | PUSH PEDAL PULL | | | | | | | | | | |
| 288846 | 10/13/20 | 10/13/20 | | | 06 | U | 164.25 | 164.25 | 0.00 | 164.25 | 0.00 |
| | | | | | Vendor Total: | | 164.25 | 164.25 | 0.00 | 164.25 | 0.00 |
| 921588 | Presto-X | | | | | | | | | | |
| 8251570 | 09/26/20 | 10/16/20 | | | 06 | U | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| | | | | | Vendor Total: | | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| 921619 | Staples | | | | | | | | | | |
| 3459072622 | 10/12/20 | 11/11/20 | | | 06 | U | 616.71 | 616.71 | 0.00 | 616.71 | 0.00 |
| 3459572298 | 10/19/20 | 11/18/20 | | | 06 | U | 9.94 | 9.94 | 0.00 | 9.94 | 0.00 |
| 3459572299 | 10/19/20 | 11/18/20 | | | 06 | U | 73.57 | 73.57 | 0.00 | 73.57 | 0.00 |
| 3458606778 | 10/05/20 | 11/04/20 | | | 06 | U | 167.49 | 167.49 | 0.00 | 167.49 | 0.00 |
| | | | | | Vendor Total: | | 867.71 | 867.71 | 0.00 | 867.71 | 0.00 |
| 921631 | Oklahoma's Choice Weekly | | | | | | | | | | |
| 307 | 07/07/20 | 07/07/20 | | | 06 | U | 200.00 | 200.00 | 0.00 | 200.00 | 0.00 |
| 740 | 09/30/20 | 09/30/20 | | | 06 | U | 70.00 | 70.00 | 0.00 | 70.00 | 0.00 |
| 76 | 05/31/20 | 05/31/20 | | | 06 | U | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| | | | | | Vendor Total: | | 620.00 | 620.00 | 0.00 | 620.00 | 0.00 |

11/06/20
10:35

**Stroud Regional Medical Center**

Balance Due Report

Page:   22

---

**Application Code:**   AP                                                              **User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 921632 | Nabholz Construction Services | | | | | | | | | | |
| 25-20-5975 | 10/13/20 | 10/13/20 | | | 06 | U | 133,200.75 | 133,200.75 | 0.00 | 133,200.75 | 0.00 |
| | | | | Vendor Total: | | | 133,200.75 | 133,200.75 | 0.00 | 133,200.75 | 0.00 |
| | | | | Grand Totals: | | | 109,563,560.98 | 108,355,845.61 | 0.00 | 108,355,845.61 | 219.66 |

---

**Total Number of Invoices Printed:**   552

**Vendor:**   From   120002   to   921632

**Location:**   From   to

**Due Date:**   From   01/17/08   to   08/22/22

**Central Billing:**   No Central Billing Vendors

**Include Invoice Description:**   No

**Report Order:**   Vendor Number Order

**Fill in this information to identify the case:**

Debtor name ___RHA Stroud, Inc.___

United States Bankruptcy Court for the: ___Western___ District of ___Oklahoma___
(State)

Case number (If known): ___20-13482-SH___ Chapter ___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Property Lease for hospital<br><br>State the term remaining: 9 years, 6 months<br><br>List the contract number of any government contract: | First Physicians Realty Group, LLC<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Management Services Agreement<br><br>State the term remaining: 2 years<br><br>List the contract number of any government contract: | First Physicians Business Solutions, LLC<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Staff Leasing Agreement<br><br>State the term remaining: 4 months<br><br>List the contract number of any government contract: | First Physicians Resources, LLC<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Ancillary Services Agreement<br><br>State the term remaining: 2 years<br><br>List the contract number of any government contract: | First Physician Services, LLC<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Purchase Agreement<br><br>State the term remaining: 4 months<br><br>List the contract number of any government contract: | Rural Hospital Acquisition, LLC<br>CHRISTENSEN LAW GROUP PLLC<br>3401 NW 63RD STREET SUITE 600<br>OKLAHOMA CITY OK 73116 |

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-13482-SAH |
| | ) | Chapter 11 |
| RHA Stroud, Inc.,[1] | ) | |
| Debtor. | ) | [Jointly Administered] |
| | ) | |

## GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND SOFA

RHA Stroud, Inc., d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko, Inc. d/b/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals") are contemporaneously filing these Global Notes (as defined below) as an integral part of the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA") filed in the Bankruptcy Court for the Western District of Oklahoma (the "Bankruptcy Court").

The Debtors, with the assistance of their professionals, prepared the Schedules and SOFA pursuant to Section 521 of Title 11 of the United States Code, as amended (Title 11 to be referenced as the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the rules in their entirety to be referred to as "Bankruptcy Rules"). These *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and SOFA* (these "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of, each of the Schedules and SOFA, and should be reviewed in connection with any review of the Schedules and SOFA, including any amendments to the Schedules and SOFA.

The Debtors and their professionals relied on financial data derived from books and records that were available at the time of preparation of the Schedules and SOFA. The Hospitals are parties to contracts with a staffing company (First Physician Resources, LLC), a management company (First Physicians Business Solutions LLC), and an ancillary services provider (First Physician Services, LLC) (collectively "First Physicians"). First Physicians, by virtue of their interrelated and expansive agreements described herein, control a vast majority of the information pertaining to the Debtors' assets, liabilities, and financial condition of the Hospitals, as well as a world of information pertaining to the Hospitals' day to day operations. Indeed, First Physicians is

_____

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

---

contractually obligated to maintain such books and records. The Debtors have on multiple occasions requested documents *inter alia* documents to compile the Schedules and Statement of Financial Affairs. On Friday, November 20, 2020 at 5:16PM (CT) First Physicians made a production of some of the documents the Debtors have been requesting of First Physicians. Based on receipt of the documents with no business days prior to the deadline to file Schedules and Statement of financial Affairs, the Debtors and their professionals have done their best to complete the Schedules and Statement of Financial Affairs with the records they have been supplied to date.

Due to the timing of First Physicians' production of some of the documents requested by the Debtors and their professionals, the Debtors and their professionals do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and SOFA and shall not be liable for any loss or injury arising out of or caused in whole or in part by any acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or in the Schedules and SOFA. Except as expressly required by the Bankruptcy Code, the Debtors and their professionals do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or in the Schedules and SOFA or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors and their professionals disclaim any liability to any third party arising out of or related to the information contained in the Schedules and SOFA and reserve all rights with respect thereto.

The Schedules and SOFA have been signed by the President and Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and SOFA, the Debtors relied upon the efforts, statements, and representations contained in the books and records, investigation of which is incomplete and in progress. The Debtors have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### <u>Global Notes and Overview of Methodology</u>

1.　　**<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA. Nevertheless, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered. The Debtors reserve all rights to (i) amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("<u>Claim</u>") description, designation, or the entity against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to the bankruptcy case of RHA Stroud, Inc. or RHA Anadarko, Inc. (the "<u>Bankruptcy Case</u>"), including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or Causes of Action

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

---

(defined below) arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or SOFA (including, without limitation, Schedule A/B and Schedule E/F) by the Debtors of any obligation between the Debtors and a third party is a statement of what appears in the books and records and may not accurately reflect whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations. For example, listing a Claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

2.      **Description of the Cases and "as of" Information Date**. Except as otherwise noted in these Global Notes or the Schedules and SOFA, all asset and liability information is valued as of October 25, 2020, the applicable Petition Date. In some instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was unavailable. The Debtors and their professionals have made a reasonable effort to allocate liabilities between the pre-and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and SOFA accordingly. No independent valuation has been obtained and the Debtors are seeking various valuations of certain items from auctioneers.

3.      **Basis of Presentation**. The Schedules and SOFA reflect financial information for the Debtors only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements otherwise prepared and/or distributed by the Debtors. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not a conclusion that the Debtor(s) was solvent at the Petition Date. Likewise, to the extent that the Debtors shows more liabilities than assets, this is not a conclusion that such Debtor(s) was insolvent at the Petition Date or any time prior to the Petition Date.

4.      **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5.      **Fiscal Year**. The Debtor's operates on a fiscal year commencing October 1 and ending on September 30.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

6.      **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA, the Debtors and their professionals may, nevertheless, have inaccurately characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserves all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available.

7.      **Fair Market Value; Book Value**. It would be prohibitively expensive and unduly burdensome for the Debtors to obtain current market valuations of all of the Debtors' assets. Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values for assets as of the date stated in the Global Notes as reflected in the books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as book balances as of the Petition Date. Certain other assets, such as intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values. Liabilities pursuant to "Notes" may be presented exclusive of any asserted accrued interest.

8.      **Estimates**. To prepare and file the Schedules in accordance with the deadline established in this Bankruptcy Case, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities as of the applicable Petition Date. The Debtors reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

9.      **Totals and Undetermined Amounts**. All totals that are included in the Schedules and SOFA represent totals of known amounts only and do not include any contingent, unliquidated, disputed, or otherwise undetermined amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to unliquidated, contingent and/or disputed Claims, summary statistics in the Schedules, SOFA and Global Notes may significantly understate the Debtors' liabilities.

10.     **Excluded Assets and Liabilities**. The Debtors and their professionals have sought to allocate liabilities between the pre – and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-and postpetition periods may change.

Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) have not been included in the Debtors' Schedules. Other immaterial assets and liabilities may also have been excluded.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

---

The estimate of Claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

11.    **Property and Equipment**. Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement).

12.    **Guaranties and Other Secondary Liability Claims**. The Debtors and their professionals have made reasonable efforts to locate and identify guaranties and other secondary liability Claims (collectively, the "Guaranties") with respect to each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guaranties have been identified, they have been included in the relevant Schedule. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserves the right to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserves the right (i) to amend the Schedules and SOFA and to recharacterize or reclassify any such contract or Claim, and (ii) to contest the validity or enforceability of any such Guaranties. Additionally, failure to list any Guaranties in the Schedules and SOFA, including in any future amendments to the Schedules and SOFA, shall not affect the enforceability of any Guaranties not listed.

13.    **Insiders**. For purposes of the Schedules and SOFA, the Debtors  define "insider" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of a Debtor, (d) any managing agent or managing member of a Debtor and (e) entities that may be under common ownership with a Debtor. Payments to insiders listed in (a) through (e) above are set forth on SOFA Item 3.c. Persons listed as "insiders" have been included for informational purposes only. The Debtors did not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

14.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

15.    **Executory Contracts and Unexpired Leases**. Although the Debtors and their professionals made diligent attempts to attribute executory contracts and unexpired leases in the Schedules, they may have inadvertently failed to identify every contract or unexpired lease due to the complexity and size of the Debtors' businesses and failure to receive all documents from First Physicians.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

Moreover, the Debtors and their professionals may have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and SOFA, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage Claims. The Schedules and SOFA do not reflect any Claims for rejection damages. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such Claims.

16.   **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors and their professionals may not have listed all of the Causes of Action or potential Causes of Action against third parties as assets in the Schedules and SOFA, including, without limitation, Causes of Action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17.   **Setoffs**. The Debtors incurred certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

The claims of individual creditors for, among other things, services or taxes are listed as the amounts entered in the books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights regarding such credits, allowances or other adjustments.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

### Schedule A/B - Real and Personal Property

Despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of the Debtors' Causes of Action or potential Causes of Action against third parties

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

---

as assets in the Schedules and SOFA, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Security deposits held by real property lessor and utility companies to the extent known have been included on the Debtor's Schedule A/B. Separately, some of the Debtors' personal property is held and maintained at third-party locations.

The Debtors are working on obtaining values of certain assets of the Debtors.

## Item 7 & 8 – Deposits and Prepayments

The Debtors' characterization of an asset listed in these Items is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate. Additionally, the amounts set forth on these Items do not include amounts held as retainers by professionals.

## Item 75 - Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtor, Rights to Setoff Claims and Intercompany Claims

The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or other warranty claims. Additionally, the Debtors may be party to pending litigation in which the Debtors has asserted, or the Debtors may assert, claims as a plaintiff or counter-claims as a defendant. Because such claims are unknown to the Debtors and their professionals and not quantifiable as of the Petition Date, they are not listed in Item 75. Finally, because of Debtors still waiting on production of documents from First Physicians, the Debtors may or may not have claims against related entities in unknown amounts, and therefore, the Debtors has designated those potential claims as "unspecified claims against related parties".

## Schedule D - Creditors Holding Secured Claims

The Claims listed on Schedule D arose or were incurred on various dates. A determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive at this point. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date. Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

_____

The Debtors may have not included on Schedule D all parties that may believe their Claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors is not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes.

The value amounts listed the Debtors' reserve all rights to amend, dispute or challenge.

## Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims

The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserves their right to dispute the priority status of any Claim on any basis.

The unsecured non-priority Claims of individual creditors for, among other things, products, or services are listed as either the lower of the amounts invoiced by the creditor or the amounts reflected in the books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors does not list respective dates for the Claims listed on Schedule E/F.

Schedule E/F includes the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

To the extent the Debtors has listed any alleged holders of "Notes" as holders of "undisputed" general unsecured Claims, except in the instance where the Debtors believes that a particular holder of Notes may have a contingent, unliquidated and/or disputed Claim based on facts specific to that holder, the Debtors reserves all rights to recharacterize, reclassify, recategorize, redesignate, add or delete Claims in respect of "Notes" reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available. Scheduled amounts for Notes do not include accrued but unpaid interest.

The listing of any Claim on Schedules is not an admission by the Debtors that Debtors owe that amount.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

---

## Schedule G - Unexpired Leases and Executory Contracts

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtor entered into various agreements with customers and vendors. The Debtor may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the applicable Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Any and all rights, Claims and Causes of Action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## Schedule H - Co-Debtors

The Debtors may have co-debtors or co-obligors under various leases, contracts or other agreements. The Debtors has made a reasonable effort to include these co-debtor or co-obligor relationships in Schedule H; however, certain co-debtor and co-obligor relationships may have been inadvertently omitted.

Any omission of a co-debtor or co-obligor in the Schedules does not constitute an admission that such omitted co-debtor or co-obligor is not obligated or liable under the relevant debt. The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any omitted co-debtor or co-obligor are not impaired by the omission.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE SOFA

## SOFA Item 3 – 90 Day Payments

SOFA Item 3 includes any disbursement or other transfer made by the Debtors within 90 days before the applicable Petition Date except for those made to insiders (which payments appear in response to SOFA Item 30). All disbursements listed on SOFA Item 3 are made through the Debtors' cash management system.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

_____

## SOFA Item 4 – Insider Payments

The Debtors has attempted to include all payments made on or within 12 months before the applicable Petition Date to any individual or entity deemed an "insider." The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

## SOFA Item 6 – Setoffs

Ordinary course setoffs are excluded from the Debtors' response to SOFA Item 6 except where otherwise noted.

## SOFA Item 10 – Losses from Fire, Theft, or Other Casualty

The Debtors may have occasionally incurred losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

## SOFA Item 26(b) – Books, Records and Financial Statements

In the ordinary course of business the Debtors may have provided certain parties, such as financial institutions, debtholders, auditors, consultants, potential investors, vendors, tax preparers and financial advisors financial statements that may not be part of a public filing. The Debtors has not provided a list of these parties in response to this question.

*     *     *     *     *