Fill in this information to identify the case:

Debtor name **RHA Anadarko, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known) **20-13482-SAH**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2020**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Charles M. Eldridge**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____RHA Anadarko, Inc._____

United States Bankruptcy Court for the: _____Western_____ District of ____Oklahoma____
                                                                                    (State)

Case number (If known): _____20-13482-SH_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................    $ ___0___

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................    $ 18,621,725

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................    $ 18,621,725

---

### Part 2:    Summary of Liabilities

**We were not provided with the information to complete this section. Our request #3 from our letter dated November 9, 2020**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................    $ TBD

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ TBD

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    **+** $ TBD

4. **Total liabilities**................................................................................................................    $ TBD
    Lines 2 + 3a + 3b

---

---

**Fill in this information to identify the case:**

Debtor name __RHA Anadarko, Inc.__

United States Bankruptcy Court for the: __Western_____ District of __Oklahoma__
(State)

Case number (If known): __20-13482-SH__

☐ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐   No. Go to Part 2.
    X   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $_____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Valiance Bank | Checking | 7823 | $ 1,767,758 |
| 3.2. | Valiance Bank | Checking | 4756 | $ 0 |

4. **Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | Valiance Bank | Checking | x3707 | $ 802 |
| 4.2. | Valiance Bank | Checking | x7450 | $ 92,220 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 1,860,780

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?** UNKNOWN AT THIS TIME

    ☐   No. Go to Part 3.

    ☐   Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

---

Debtor    RHA Anadarko, Inc.                                        Case number (if known) 20-13482-SH
                Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** UNKNOWN AT THIS TIME

   Description, including name of holder of prepayment
   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                    $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    X  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $5,627,979 — TBD | = → | $ 5,627,979 |
|---|---|---|---|
|  | face amount          doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $2,618,467 — TBD | = → | $ 2,618,467 |
|  | face amount          doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 8,246,446

## Part 4:  Investments

13. **Does the debtor own any investments?** UNKNOWN AT THIS TIME
    ☐ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

| Name of fund or stock: |  |  |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: |  |  |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: |  |  |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    $_____

| Debtor | RHA Anadarko, Inc. | Case number *(if known)* 20-13482-SH |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
X Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $ 406,645 | Book as of 9/30/2020 | $ 406,645 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 406,645

**24. Is any of the property listed in Part 5 perishable?** UNKNOWN AT THIS TIME
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** UNKNOWN AT THIS TIME
☐ No
☐ Yes. Book value_____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?** UNKNOWN AT THIS TIME
☐ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
X No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    RHA Anadarko, Inc.                                    Case number (if known) 20-13482-SH
          Name

**33. Total of Part 6.**                                                                    $_____

    Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method_____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

X Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** Construction in progress, leasehold improvements, assets held under lease | $ 6,149,734 | Book as of 9/30/2020 | $ 6,149,734 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Equipment | $ 1,958,120 | Book as of 9/30/2020 | $ 1,958,120 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |
| **43. Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $ 8,107,854 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

---

Debtor _____RHA Anadarko, Inc._____    Case number (if known) 20-13482-SH _____
              Name

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?** UNKNOWN AT THIS TIME

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor      RHA Anadarko, Inc.                                    Case number (if known) 20-13482-SH
            Name

**54. Does the debtor own or lease any real property? UNKNOWN AT THIS TIME**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | | $_____ | _____ | $_____ |
| 55.2 _____ | | $_____ | _____ | $_____ |
| 55.3 _____ | | $_____ | _____ | $_____ |
| 55.4 _____ | | $_____ | _____ | $_____ |
| 55.5 _____ | | $_____ | _____ | $_____ |
| 55.6 _____ | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9? UNKNOWN AT THIS TIME**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year? UNKNOWN AT THIS TIME**

☐ No

☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property? UNKNOWN AT THIS TIME**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    RHA Anadarko, Inc.            Case number *(if known)* 20-13482-SH
      Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

**X** Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?** UNKNOWN AT THIS TIME

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?** UNKNOWN AT THIS TIME

Include all interests in executory contracts and unexpired leases not previously reported on this form.

     No. Go to Part 12.

☐ Yes. Fill in the information below.

                                         Current value of
                                         debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = → $_____
                       Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year_____ $_____
_____  Tax year_____ $_____
_____  Tax year_____ $_____

**73. Interests in insurance policies or annuities**

_____                $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

First Physicians Business Solutions, LLC; First Physician Services, LLC; First Physicians Resources, LLC, First Physicians Realty Group, LLC and RH Acquisition      $_____

Nature of claim      Breach of contract, breach of good faith and fair dealing, breach of fiduciary duty, lender liability, tortious interference

Amount requested      $ To Be Determined

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                $_____

Nature of claim      _____

Amount requested      $_____

**76. Trusts, equitable or future interests in property**

_____                $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                $_____
_____                $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    RHA Anadarko, Inc.
          Name

Case number (if known) 20-13482-SH

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,860,780 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 8,246,446 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 406,645 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,107,854 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 18,621,725 | **+** 91b. $ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................. | | $ 18,621,725 |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>RHA Anadarko, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Oklahoma<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>20-13482-SH</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**
**Creditor's name**
Rural Hospital Acquisition, LLC

**Creditor's mailing address**
CHRISTENSEN LAW GROUP PLLC
3401 NW 63RD STREET SUITE 600
OKLAHOMA CITY OK 73116

**Creditor's email address, if known**

**Date debt was incurred**  April 1, 2011
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
The hospital facility at 1002 E Central Blvd, Anadarko, OK.

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

To Be Determined
$_____     $_____

**2.2**
**Creditor's name**
NFS Leasing, Inc.

**Creditor's mailing address**
900 CUMMINGS CENTER STE 226-U
BEVERLY MA 01915

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Medical Equipment

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

To Be Determined
$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

Debtor    RHA Anadarko, Inc.
_____
Name

Case number *(if known)*   20-13482-SH
_____

---

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**   Creditor's name

Alliance Funding

**Creditor's mailing address**

3745 West Chapman Avenue, Suite 200

Orange, CA 92868

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment         To Be Determined
_____ $_____   $_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**   Creditor's name

Sysmex America Inc.

**Creditor's mailing address**

577 Aptakisic Road

Lincolnshire, IL 60069

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment         To Be Determined
_____ $_____   $_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   RHA Anadarko, Inc.
_____
Name

Case number (if known)   20-13482-SH
_____

| | Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**

**Creditor's name**

Pitney Bowes

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Office Equipment

_____   $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

To Be Determined   $_____

---

**2.__**

**Creditor's name**

Hospital Equipment Rental Company

**Creditor's mailing address**

21900 E 96th Street

Broken Arrow OK 74014

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Medical Equipment

_____   $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

To Be Determined   $_____

---

Debtor _____
        Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   To Be Determined $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   To Be Determined $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor _____    Case number (*if known*)_____
    Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    RHA Anadarko,Inc.

United States Bankruptcy Court for the:    Western _____ District of    Oklahoma
                                                              (State)
Case number    20-13482-SH
(If known)

☐ Check if this is an
  amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | RHA Anadarko, LLC | | |
| | Name | Case number (if known) | 20-13482-SH |

**Part 1.** **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__** **Priority creditor's name and mailing address**

_____

_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  RHA Anadarko, Inc.

Name

Case number *(if known)*   20-13482-SH

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

24/7 RADIOLOGY, LLP

5820 Oberlin Drive, Suite 205

San Diego, CA 92121

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

A and J LABORATORY CONSULTANTS

14799 Fishtrap Road

Aubrey, TX 76227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

ABBOTT DIABETES CARE SALES CORP

The Corporation Company

120 N Robinson, Suite 735
Oklahoma City, OK 73102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

ABBOTT POINT OF CARE

400 College Road East

Princeton, NJ 08540

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

AESCULAP

3773 Corporate Parkway

Center Valley, PA 18034

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

ALAN TAYLOR

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**   See attached schedule _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** **Nonpriority creditor's name and mailing address**
Alcon Laboratories, Inc

6201 South Freeway

Fort Worth, TX 76134

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ALIGNED MEDICAL SOLUTIONS

1602 4th Ave, N.

Billings, MT 59101

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ALIMED, INC.

297 High Street

Dedham, MA 02026

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
AMERIPATH OKLAHOMA CITY

c/o Corporation Services Company
1201 Hays Street

Tallahassee, FL 32301

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ANADARKO CHAMBER OF COMMERCE

501 W Virginia Ave

Anadarko, OK 73005

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor    RHA Anadarko, Inc.
          Name

Case number (if known)    20-13482-SH

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
ANADARKO FIRE/EMS

115 W Kentucky Ave

Anadarko, OK 73005

Date or dates debt was incurred    *See attached schedule.*

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
ANADARKO FLORAL SERVICE

121 W. Broadway Street

Anadarko, OK 73005

Date or dates debt was incurred    *See attached schedule.*

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Anesthesia Service

1821 N. Classen Blvd

Oklahoma City, OK 73106

Date or dates debt was incurred    *See attached schedule.*

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
ANGELICA -DALLAS

Date or dates debt was incurred    *See attached schedule.*

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
APPLIED MEDICAL

22872 Avenida Empresa

Rancho Santa Margarita, CA 92688

Date or dates debt was incurred    *See attached schedule.*

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, LLC

Name

Case number (*if known*)    20-13482-SH

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___**  **Nonpriority creditor's name and mailing address**
APSP - APNEA SPECIALISTS

2410 W Memorial Road

Oklahoma City, OK 73134

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
AT&T

208 S. Akard Street

Dallas, TX 75202

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
BROOKS INDUSTRIES

23291 Ventura Blvd

Woodland HIlls, CA 91364

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
CARDINAL HEALTH

c/o CT Corporation System
4400 East Commons Way, Suite 125

Columbus, OH 43219

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
CHRIS PARKS, CRNA

1515 N. Porter, Suite 100

Norman, OK 73071

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____     Case number *(if known)* ___20-13482-SH___
        Name

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

CLINT PHARMACEUTICALS, INC

629 Shute Lane

Old Hickory, TN 37138

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

COMANCHE COUNTY MEMORIAL HOSP

3401 W. Gore Blvd

Lawton, OK 73505

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

COMANCHE MEMORIAL EMS

1301 SW 30th St.

Lawton, OK 73505

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

Conner & Winters, LLP

1700 One Leadership Square
211 North Robinson

Oklahoma City, OK 73102

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

COOK MEDICAL

1186 Montgomery Lane

Vandergrift, PA 15690

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, Inc.
          Name

Case number *(if known)* ___20-13482-SH___

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___ Nonpriority creditor's name and mailing address**
CORPORATE EXPRESS, INC

1834 Walton Road

Saint Louis, MO 63114-5820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
CULLIGAN WATER CONDITIONING

2521 S. Interstate 35 Service Road

Oklahoma City, Ok 73219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DIGITAL TRANSCRIPTIONS SYSTEMS

135 N. Cedar Branch Way, Ste 111

Mustang, OK 73064-9200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DIVERSIFIED BIOLOGICALS, LLC

4300 SW 73rd Ave, Ste 102

Miami, FL 33155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
DON STOLZEBACH

558 Plate Dr. Unit #9

East Dundee, IL 60118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor    RHA Anadarko, Inc.

Name

Case number *(if known)*    20-13482-SH

---

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.____ Nonpriority creditor's name and mailing address**

DYNAMIC INFUSION THERAPY,INC

5156 Village Creek Drive, #102

Plano, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____ Nonpriority creditor's name and mailing address**

E.T.C ( Elaine's Transportation Co)

3717 Vickie Drive

Oklahoma City, OK 73115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____ Nonpriority creditor's name and mailing address**

EAGLE LABS

10201 Trademark St.

Rancho Cucamonga, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____ Nonpriority creditor's name and mailing address**

EMPIRE PAPER COMPANY INC

c/o Jason Estes
2708 Central FWY E

Wichita Falls, TX 76301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____ Nonpriority creditor's name and mailing address**

ENCORE ENERGY SERVICES , INC

12120 Port Grace Blvd. #200

La Vista, NE 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

EPIMED

141 Sal Landrio Drive

Johnstown, NY 12905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

FIRST CHOICE COFFEE SERVICES

1 S 660 Midwest Road, Suite 120

Oakbrook Terrace, IL 60181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

First Physicians Business Solutions

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

FIRST PHYSICIANS REALTY GROUP

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

First Physicians Resources

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____    Case number (if known)_____20-13482-SH
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

First Physicians Services

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.___ Nonpriority creditor's name and mailing address**

FISHER HEALTHCARE

118 Whispering Woods Road

Charleston, WV 25304

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.___ Nonpriority creditor's name and mailing address**

Fujifilm Medical Systems Endoscopy Divis

10 High Point Drive

Wayne, NJ 07470

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.___ Nonpriority creditor's name and mailing address**

FUJINON

6200 Phyllis Drive

Cypress, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.___ Nonpriority creditor's name and mailing address**

GLAUKOS CORPORATION

229 Avenida Fabricante

San Clemente, CA 92672

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

See attached schedule.
$_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

Debtor _____ RHA Anadarko, Inc. _____
        Name

Case number (*if known*) 20-13482-SH _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____ **Nonpriority creditor's name and mailing address**
GLIDEWELL PLUMBING HEATING

605 E. Georgia Ave

Anadarko, OK
73005

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$ _____

---

3.____ **Nonpriority creditor's name and mailing address**
GLOBAL STAR

300 Holiday Square Blvd.

Covington, LA 70433

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$ _____

---

3.____ **Nonpriority creditor's name and mailing address**
GRADY MEMORIAL HOSPITAL

80 Jesse Hill Jr. Drive SE

Atlanta, GA 30303

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$ _____

---

3.____ **Nonpriority creditor's name and mailing address**
GRAINGER

100 Grainger Pkwy

Lake Forest, IL 60045

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$ _____

---

3.____ **Nonpriority creditor's name and mailing address**
GREMED PRODUCTS

8040 NW 14th St

Doral, FL 33126-1612

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$ _____

---

Debtor    RHA Anadarko, Inc.

20-13482-SH

Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
GULF COAST MEDICAL, INC.

13681 Doctors Way

Fort Myers, FL 33912

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
GULF COAST PHAMACEUTICALS

995 N. Halstead Road

Ocean Sprints, MS 39564

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
HAMPSHIRE CONTROLS CORP.

1 Grove Street

Dover, NH 03820

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
HEALTHCHOICE REFUNDS

P.O. Box 99011

Lubbock, TX 79490-4314

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
HEALTHLAND

12755 Highway 55 St. 100

Minneapolis, MN  55441-4676

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor _____   Case number *(if known)* _____ 20-13482-SH
                    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
HENRY SCHEIN

135 Dduryea Road

Melville, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Hill-Rom

1069 State Route 46 East

Batesville, IN 47006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
HORIBA

20 Knightsbridge Road

Piscataway, NJ 08854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
HOYA SURGICAL OPTICS, INC

15335 Fairfield Ranch Road

Chino Hills, CA  91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
INGENIX

12125 Technology Drive

Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.___ Nonpriority creditor's name and mailing address**

Instrumentation Laboratory

526 NY-303

Orangeburg, NY 10962

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

IPRGS, P.C.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

J & J Health Care Systems, Inc.

425 Hoes Lane

Piscataway, NJ 08854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

JETRAD, LLC

4005 NW Expway St. STE 410

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

JOHNSTON MEMORIAL HOSPITAL

16000 Johnston Memorial Drive

Abingdon, VA 24211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

Debtor    RHA Anadarko, Inc.
          Name

Case number (if known)    20-13482-SH

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___  Nonpriority creditor's name and mailing address**

KCI USA

Corporation Services Company
1800 Greenbriar Place

Oklahoma City, OK 73159

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**

LAWTON COMMUNICATIONS

6210 NW Oak Ave

Lawton, OK 73505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**

LIPPINCOTT WILLIAMS & WILKINS

2700 Lake Cook Road

Riverwoods, IL 60015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**

MATHESON TRI GAS, INC

166 Keystone Drive

Montgomeryville, PA 18936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___  Nonpriority creditor's name and mailing address**

MED ASSETS

100 North Point Center East , Suite 200

Alpharetta, GA 30022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred        See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____

Name

Case number (*if known*) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**    **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES, INC.

One Medline Place

Mundelein, Il 60060

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**

MEDTRONIC USA INC

710 Medtronic Parkway

Minneapolis, MN 55432

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**

MMI, LLC

1724 Rudder Indus Pk Dr.

Fenton, MO 63026

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**

MycroMed LLC

2364 Highway 287 N , STE . 109

Mansfield, TX 76063

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**    **Nonpriority creditor's name and mailing address**

NOVA BIOMEDICAL

200 Prospect Street

Waltham, MA 02454-9141

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor _____

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

OFFICE DEPOT, INC.

6600 N. Military Trl.

Boca Raton, FL 33496

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

OKLAHOMA DEPT OF LABOR

3017 N. Stiles Ave #100

Oklahoma City, OK 73105

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

OKLAHOMA NATURAL GAS COMPANY

5848 E15th St

Tulsa, OK 74112-6402

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION

2501 N. Lincoln Blvd.

Oklahoma City, OK 73194

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

ORGANOGENESIS INC

85 Dan Road

Canton, MA 02021

**Date or dates debt was incurred**   See attached schedule.

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor _____

Name

Case number (*if known*) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

OWENS and MINOR

9120 Lockwood Blvd

Mechanicsville, VA 23116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

PC CONNECTIONS

730 Milford Road Route 101A

Merrimack, NH 03054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

PHA - PETTY CASH - GRANT ACCT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

PRECISION LENS

5715 West Old Shakopee Road, Suite 150

Blooington, MN 55437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

Sacrix LLC

350 Main Street, 3rd Floor

Malden Massachusetts, 02148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor     RHA Anadarko, Inc.
_____
     Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.___ Nonpriority creditor's name and mailing address**
SIZEWISE RENTALS
_____

8601 Monrovia Street
_____
Lenexa, KS 66125
_____

Date or dates debt was incurred     *See attached schedule.*

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Smith & Nephew
_____

1450 Brooks Road
_____
Memphis, TN 38116
_____

Date or dates debt was incurred     *See attached schedule.*

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Smith & Son Building Center
_____

117 SE 2nd Street
_____
Anadarko, OK 73005
_____

Date or dates debt was incurred     *See attached schedule.*

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
SOMERSET CAPITAL GROUP,LTD
_____

612 Wheelers Farm Road
_____
Milford, CT 06461
_____

Date or dates debt was incurred     *See attached schedule.*

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
SOONER COPY MACHINES, INC
_____

650 Alameda St.
_____
Norman, OK 73071
_____

Date or dates debt was incurred     *See attached schedule.*

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____  
RHA Anadarko, Inc.  
Name  

Case number (if known) ___20-13482-SH___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
STANDLEY SYSTEMS

26 E. Main Street

Oklahoma City, OK 73104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
Staples

500 Staples Dr.

Framingham, MA 01702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
STERICYCLE, INC

2355 Waukegan Road

Bannockburn, IL 60015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
STERILMED, INC.

11400 73rd Avenue North, Suite 100

Maple Grove, Minnesota 55369

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
STERIS CORPORATION

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____      Case number *(if known)* _____
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.___** **Nonpriority creditor's name and mailing address**
STROUD REGIONAL MEDICAL CENTER
_____

5960 Heisley Road
_____

Mentor, OH 44060
_____

**Date or dates debt was incurred**         See attached schedule.

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
STRYKER ENDOSCOPY
_____

5900 Optical Ct.
_____

San Jose, CA 95138
_____

**Date or dates debt was incurred**         See attached schedule.

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
SUDDENLINK
_____

12444 Powerscourt Dr.  Ste. 450
_____

St. Louis, Missouri 63131
_____

**Date or dates debt was incurred**         See attached schedule.

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
SURGICAL ADVANTAGE
_____

PO Box 35565
_____

Tulsa, OK 74153
_____

**Date or dates debt was incurred**         See attached schedule.

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
Sysmex America, Inc.
_____

577 Aptakisic Road
_____

Lincolnshire, Illinois 60069
_____

**Date or dates debt was incurred**         See attached schedule.

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____

Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.____** Nonpriority creditor's name and mailing address

THARA DAMODARAN, MD LLC

515 N Mesa Drive

Mesa, AZ 85201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____** Nonpriority creditor's name and mailing address

THE HOME DEPOT PRO

2455 Paces Ferry Road SE

Atlanta, GA 30339-1834

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____** Nonpriority creditor's name and mailing address

THE T SYSTEM, INC.

9300 W. 110th Street, Suite 350

Overland Park, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____** Nonpriority creditor's name and mailing address

TRAILBLAZER HEALTH ENTERPRISES

8330 Lyndon B Johnson FWY

Dallas, TX 75243

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.____** Nonpriority creditor's name and mailing address

Tri-anim Health Services

5000 Tuttle Crossing Blvd,

Dublin, OH 43016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor _____
        Name

Case number *(if known)* _____

<table>
<tr><td style="background:black; color:white;">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**
TSG PHYSICIANS

12201 Merit Dr. Suite 1000

Dallas, TX 75251

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
ULINE

12575 Uline Drive

Pleasant Prairie, WI 53158

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**
Internal Revenue Service

55 N. Robinson Ave

Oklahoma City, OK 73102

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor _____
      Name

Case number *(if known)*_____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
        Name

Case number (*if known*)_____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | ___ ___ ___ ___ |

Debtor _____
        Name

Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

11/06/20

10:39

**The Physicians Hospital Anadarko**

Page:   1

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110001 | 24/7 RADIOLOGY, LLP | | | | | | | | | | |
| 4064 | 01/31/10 | 02/14/10 | | | 01 | U | 6,391.60 | 5,691.60 | 0.00 | 5,691.60 | 0.00 |
| | | | | Vendor Total: | | | 6,391.60 | 5,691.60 | 0.00 | 5,691.60 | 0.00 |
| 110003 | A and J LABORATORY CONSULTANTS | | | | | | | | | | |
| CRDT110711 | 11/07/11 | 11/07/11 | | | 01 | U | -4,000.00 | -4,000.00 | 0.00 | -4,000.00 | 0.00 |
| | | | | Vendor Total: | | | -4,000.00 | -4,000.00 | 0.00 | -4,000.00 | 0.00 |
| 110013 | ANADARKO CHAMBER OF COMMERCE | | | | | | | | | | |
| 21212 | 01/12/11 | 01/12/11 | | | 01 | U | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| | | | | Vendor Total: | | | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| 110020 | AESCULAP | | | | | | | | | | |
| 96193898 | 11/12/09 | 12/12/09 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 96310764 | 12/12/09 | 01/11/10 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 98636166 | 12/21/09 | 01/20/10 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 99242388 | 04/22/10 | 05/22/10 | | | 01 | U | 132.30 | 132.30 | 0.00 | 132.30 | 0.00 |
| | | | | Vendor Total: | | | 1,224.30 | 1,224.30 | 0.00 | 1,224.30 | 0.00 |
| 110028 | ALIGNED MEDICAL SOLUTIONS | | | | | | | | | | |
| 115017 | 08/13/10 | 09/12/10 | | | 01 | U | 622.96 | 622.96 | 0.00 | 622.96 | 0.00 |
| | | | | Vendor Total: | | | 622.96 | 622.96 | 0.00 | 622.96 | 0.00 |
| 110047 | ANADARKO FIRE/EMS | | | | | | | | | | |
| 881010491 | 09/29/10 | 09/29/10 | | | 01 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 881010501 | 09/29/10 | 09/29/10 | | | 01 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 8810110610 | 11/03/10 | 11/03/10 | | | 01 | U | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| 8810110710 | 11/03/10 | 11/03/10 | | | 01 | U | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| 881011571 | 11/03/10 | 11/03/10 | | | 01 | U | 920.00 | 920.00 | 0.00 | 920.00 | 0.00 |
| | | | | Vendor Total: | | | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 0.00 |
| 110048 | ANADARKO FLORAL SERVICE | | | | | | | | | | |
| 000916 | 06/30/10 | 06/30/10 | | | 01 | U | 37.85 | 37.85 | 0.00 | 37.85 | 0.00 |
| | | | | Vendor Total: | | | 37.85 | 37.85 | 0.00 | 37.85 | 0.00 |
| 110056 | APSP - APNEA SPECIALISTS | | | | | | | | | | |
| 108C | 10/29/10 | 12/28/10 | | | 01 | U | 6,800.00 | 1,820.55 | 0.00 | 1,820.55 | 0.00 |
| | | | | Vendor Total: | | | 6,800.00 | 1,820.55 | 0.00 | 1,820.55 | 0.00 |
| 110057 | APPLIED MEDICAL | | | | | | | | | | |
| 90591575 | 12/01/09 | 01/15/10 | | | 01 | U | -264.27 | -264.27 | 0.00 | -264.27 | 0.00 |
| | | | | Vendor Total: | | | -264.27 | -264.27 | 0.00 | -264.27 | 0.00 |
| 110101 | BROOKS INDUSTRIES | | | | | | | | | | |
| 0997609-IN | 04/13/10 | 04/13/10 | | | 01 | U | 71.13 | 71.13 | 0.00 | 71.13 | 0.00 |
| | | | | Vendor Total: | | | 71.13 | 71.13 | 0.00 | 71.13 | 0.00 |

The Vendor Balance Due Report was provided to the debtor by First Physician on November 20, 2020.  The report was produced on November 6, 2020 based on the date and time stamp.  The debtor is not able to determine if this accurately reflects the monies owing to vendors as of the petition date October 25, 2020.  Accordingly the debtor will supplement this list should additional information become available.

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   2

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110124 | CARDINAL HEALTH | | | | | | | | | | |
| 1600221260 | 11/01/10 | 11/01/10 | | | 01 | U | 13.41 | 13.41 | 0.00 | 13.41 | 0.00 |
| 1600388888 | 02/01/11 | 02/01/11 | | | 01 | U | 10.61 | 10.61 | 0.00 | 10.61 | 0.00 |
| 1600510311 | 04/05/11 | 04/05/11 | | | 01 | U | 14.88 | 14.88 | 0.00 | 14.88 | 0.00 |
| 1600614884 | 06/03/11 | 06/03/11 | | | 01 | U | 16.88 | 16.88 | 0.00 | 16.88 | 0.00 |
| 626753631 | 04/26/10 | 05/26/10 | | | 01 | U | 2,665.18 | 2,665.18 | 0.00 | 2,665.18 | 0.00 |
| 628986680 | 06/28/10 | 07/28/10 | | | 01 | U | 467.54 | 467.54 | 0.00 | 467.54 | 0.00 |
| 635558401 | 01/11/11 | 02/10/11 | | | 01 | U | 327.56 | 327.56 | 0.00 | 327.56 | 0.00 |
| | | | | Vendor Total: | | | 3,516.06 | 3,516.06 | 0.00 | 3,516.06 | 0.00 |
| 110144 | CLINT PHARMACEUTICALS, INC | | | | | | | | | | |
| 10202011 | 10/20/11 | 11/09/11 | | | 01 | U | 0.52 | 0.52 | 0.00 | 0.52 | 0.00 |
| | | | | Vendor Total: | | | 0.52 | 0.52 | 0.00 | 0.52 | 0.00 |
| 110146 | COMANCHE MEMORIAL EMS | | | | | | | | | | |
| 104343-A | 01/31/11 | 01/31/11 | | | 01 | U | 1,123.00 | 1,123.00 | 0.00 | 1,123.00 | 0.00 |
| | | | | Vendor Total: | | | 1,123.00 | 1,123.00 | 0.00 | 1,123.00 | 0.00 |
| 110147 | COMANCHE COUNTY MEMORIAL HOSP | | | | | | | | | | |
| 1028500618 | 10/12/10 | 10/12/10 | | | 01 | U | 1,140.00 | 1,140.00 | 0.00 | 1,140.00 | 0.00 |
| 1029800624 | 10/25/10 | 10/25/10 | | | 01 | U | 1,084.00 | 1,084.00 | 0.00 | 1,084.00 | 0.00 |
| | | | | Vendor Total: | | | 2,224.00 | 2,224.00 | 0.00 | 2,224.00 | 0.00 |
| 110159 | CORPORATE EXPRESS, INC | | | | | | | | | | |
| 90417109 | 09/26/08 | 10/26/08 | | | 01 | U | -23.62 | -23.62 | 0.00 | -23.62 | 0.00 |
| | | | | Vendor Total: | | | -23.62 | -23.62 | 0.00 | -23.62 | 0.00 |
| 110183 | DIVERSIFIED BIOLOGICALS, LLC | | | | | | | | | | |
| 101126-03 | 11/29/10 | 12/29/10 | | | 01 | U | 169.08 | 169.08 | 0.00 | 169.08 | 0.00 |
| | | | | Vendor Total: | | | 169.08 | 169.08 | 0.00 | 169.08 | 0.00 |
| 110193 | EAGLE LABS | | | | | | | | | | |
| 121980 | 08/19/10 | 09/18/10 | | | 01 | U | 85.90 | 85.90 | 0.00 | 85.90 | 0.00 |
| | | | | Vendor Total: | | | 85.90 | 85.90 | 0.00 | 85.90 | 0.00 |
| 110219 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| 0264 | 07/27/12 | 07/27/12 | | | 01 | U | 50,770.27 | 50,770.27 | 0.00 | 50,770.27 | 0.00 |
| | | | | Vendor Total: | | | 50,770.27 | 50,770.27 | 0.00 | 50,770.27 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Balance Due Report

Page:   3

**Application Code:**    AP

**User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110224 | FUJINON | | | | | | | | | | |
| 790161RI | 10/18/10 | 11/17/10 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 792675RI | 11/17/10 | 12/17/10 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 794417RI | 12/09/10 | 01/08/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 794692RI | 12/14/10 | 01/13/11 | | | 01 | U | 780.45 | 780.45 | 0.00 | 780.45 | 0.00 |
| 794694RI | 12/14/10 | 01/13/11 | | | 01 | U | 242.48 | 242.48 | 0.00 | 242.48 | 0.00 |
| 796592RI | 01/11/11 | 02/10/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 799372 RI | 02/16/11 | 03/18/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 801176RI | 03/11/11 | 04/10/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 803745 RI | 04/14/11 | 05/14/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 805608RI | 05/09/11 | 06/08/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 808490RI | 06/15/11 | 07/15/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 810566RI | 07/13/11 | 08/12/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| | | | Vendor Total: | | | | 10,231.23 | 10,231.23 | 0.00 | 10,231.23 | 0.00 |
| 110237 | GLIDEWELL PLUMBING HEATING | | | | | | | | | | |
| 020312 | 02/03/12 | 02/03/12 | | | 01 | U | 37.53 | 37.53 | 0.00 | 37.53 | 0.00 |
| 113011 | 11/30/11 | 11/30/11 | | | 01 | U | 36.43 | 36.43 | 0.00 | 36.43 | 0.00 |
| 178 | 04/30/12 | 04/30/12 | | | 01 | U | 39.25 | 39.25 | 0.00 | 39.25 | 0.00 |
| 183 | 05/30/12 | 05/30/12 | | | 01 | U | 39.84 | 39.84 | 0.00 | 39.84 | 0.00 |
| FC 202 | 06/30/12 | 06/30/12 | | | 01 | U | 40.43 | 40.43 | 0.00 | 40.43 | 0.00 |
| FC167 | 03/01/12 | 03/31/12 | | | 01 | U | 38.10 | 38.10 | 0.00 | 38.10 | 0.00 |
| FC173 | 03/13/12 | 03/13/12 | | | 01 | U | 38.67 | 38.67 | 0.00 | 38.67 | 0.00 |
| | | | Vendor Total: | | | | 270.25 | 270.25 | 0.00 | 270.25 | 0.00 |
| 110238 | GLOBAL STAR | | | | | | | | | | |
| 2770-P | 10/25/10 | 11/24/10 | | | 01 | U | 396.56 | 396.56 | 0.00 | 396.56 | 0.00 |
| 2770P | 10/25/10 | 10/25/10 | | | 01 | U | 183.84 | 183.84 | 0.00 | 183.84 | 0.00 |
| | | | Vendor Total: | | | | 580.40 | 580.40 | 0.00 | 580.40 | 0.00 |
| 110242 | GRADY MEMORIAL HOSPITAL | | | | | | | | | | |
| 000502437 | 02/04/10 | 02/04/10 | | | 01 | U | -127.98 | -127.98 | 0.00 | -127.98 | 0.00 |
| 031710 | 03/17/10 | 03/17/10 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 032310 | 03/23/10 | 03/23/10 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 093009 | 09/30/09 | 09/30/09 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 100509 | 10/05/09 | 10/05/09 | | | 01 | U | 407.00 | 407.00 | 0.00 | 407.00 | 0.00 |
| 121409 | 12/14/09 | 12/14/09 | | | 01 | U | 569.00 | 569.00 | 0.00 | 569.00 | 0.00 |
| 520794 | 06/17/10 | 06/17/10 | | | 01 | U | 49.00 | 49.00 | 0.00 | 49.00 | 0.00 |
| G000502437 | 02/04/10 | 02/04/10 | | | 01 | U | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| | | | Vendor Total: | | | | 2,161.02 | 2,161.02 | 0.00 | 2,161.02 | 0.00 |
| 110247 | GREMED PRODUCTS | | | | | | | | | | |
| GP3704 | 08/31/10 | 09/30/10 | | | 01 | U | 167.43 | 167.43 | 0.00 | 167.43 | 0.00 |
| | | | Vendor Total: | | | | 167.43 | 167.43 | 0.00 | 167.43 | 0.00 |
| 110251 | GULF COAST PHAMACEUTICALS | | | | | | | | | | |
| 69464 | 11/23/10 | 12/23/10 | | | 01 | U | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| | | | Vendor Total: | | | | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 4

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110252 | GULF COAST MEDICAL, INC. | | | | | | | | | | |
| 69341 | 07/21/10 | 08/20/10 | | 01 | | U | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| | | | | Vendor Total: | | | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| 110259 | HAMPSHIRE CONTROLS CORP. | | | | | | | | | | |
| 090517 | 05/13/09 | 06/12/09 | | 01 | | U | 282.00 | 282.00 | 0.00 | 282.00 | 0.00 |
| | | | | Vendor Total: | | | 282.00 | 282.00 | 0.00 | 282.00 | 0.00 |
| 110263 | HEALTHCHOICE REFUNDS | | | | | | | | | | |
| 21810 | 02/18/10 | 02/18/10 | | 01 | | U | 117.98 | 117.98 | 0.00 | 117.98 | 0.00 |
| | | | | Vendor Total: | | | 117.98 | 117.98 | 0.00 | 117.98 | 0.00 |
| 110282 | HORIBA | | | | | | | | | | |
| 90221736 | 11/01/09 | 12/01/09 | | 01 | | U | 3,550.08 | 3,550.08 | 0.00 | 3,550.08 | 0.00 |
| | | | | Vendor Total: | | | 3,550.08 | 3,550.08 | 0.00 | 3,550.08 | 0.00 |
| 110284 | HOYA SURGICAL OPTICS, INC | | | | | | | | | | |
| 10026743 | 12/17/10 | 01/16/11 | | 01 | | U | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| 10027357 | 12/31/10 | 01/30/11 | | 01 | | U | 230.00 | 230.00 | 0.00 | 230.00 | 0.00 |
| 10027909 | 01/13/11 | 02/12/11 | | 01 | | U | 530.00 | 530.00 | 0.00 | 530.00 | 0.00 |
| 10030934 | 03/15/11 | 04/14/11 | | 01 | | U | 830.00 | 830.00 | 0.00 | 830.00 | 0.00 |
| 10031510 | 03/25/11 | 04/24/11 | | 01 | | U | 700.00 | 700.00 | 0.00 | 700.00 | 0.00 |
| | | | | Vendor Total: | | | 2,920.00 | 2,920.00 | 0.00 | 2,920.00 | 0.00 |
| 110291 | INGENIX | | | | | | | | | | |
| 10566850 | 12/14/10 | 12/29/10 | | 01 | | U | 700.44 | 700.44 | 0.00 | 700.44 | 0.00 |
| 10612827 | 12/23/10 | 01/07/11 | | 01 | | U | 120.40 | 120.40 | 0.00 | 120.40 | 0.00 |
| | | | | Vendor Total: | | | 820.84 | 820.84 | 0.00 | 820.84 | 0.00 |
| 110308 | JETRAD, LLC | | | | | | | | | | |
| 835 | 10/31/09 | 11/30/09 | | 01 | | U | 518.41 | 518.41 | 0.00 | 518.41 | 0.00 |
| 864 | 10/31/09 | 11/20/09 | | 01 | | U | 3,195.00 | 3,195.00 | 0.00 | 3,195.00 | 0.00 |
| 871 | 11/30/09 | 12/30/09 | | 01 | | U | 511.29 | 511.29 | 0.00 | 511.29 | 0.00 |
| 900 | 11/30/09 | 12/30/09 | | 01 | | U | 2,610.00 | 2,610.00 | 0.00 | 2,610.00 | 0.00 |
| 909 | 12/31/09 | 01/30/10 | | 01 | | U | 310.55 | 310.55 | 0.00 | 310.55 | 0.00 |
| 937 | 12/31/09 | 01/20/10 | | 01 | | U | 1,530.00 | 1,530.00 | 0.00 | 1,530.00 | 0.00 |
| | | | | Vendor Total: | | | 8,675.25 | 8,675.25 | 0.00 | 8,675.25 | 0.00 |
| 110309 | DIGITAL TRANSCRIPTIONS SYSTEMS | | | | | | | | | | |
| 130689 | 01/16/09 | 01/26/09 | | 01 | | U | 552.00 | 552.00 | 0.00 | 552.00 | 0.00 |
| | | | | Vendor Total: | | | 552.00 | 552.00 | 0.00 | 552.00 | 0.00 |
| 110311 | JOHNSTON MEMORIAL HOSPITAL | | | | | | | | | | |
| 13105 | 04/30/12 | 04/30/12 | | 01 | | U | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| | | | | Vendor Total: | | | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 110337 | LAWTON COMMUNICATIONS | | | | | | | | | | |
| 024035 | 10/27/09 | 11/26/09 | | 01 | | U | 151.83 | 151.83 | 0.00 | 151.83 | 0.00 |
| 024035A | 10/27/09 | 11/26/09 | | 01 | | U | 300.11 | 300.11 | 0.00 | 300.11 | 0.00 |
| 024035B | 01/01/12 | 03/01/12 | | 01 | | U | 2.08 | 2.08 | 0.00 | 2.08 | 0.00 |
| | | | | Vendor Total: | | | 454.02 | 454.02 | 0.00 | 454.02 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                    Page:   5
10:39                                     Balance Due Report

**Application Code:**    AP                                          **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110343 | LIPPINCOTT WILLIAMS & WILKINS | | | | | | | | | | |
| 61514298 | 10/04/10 | 11/03/10 | | | 01 | U | 188.26 | 188.26 | 0.00 | 188.26 | 0.00 |
| | | | | | | Vendor Total: | 188.26 | 188.26 | 0.00 | 188.26 | 0.00 |
| 110369 | MED ASSETS | | | | | | | | | | |
| 112995 | 01/05/10 | 02/04/10 | | | 01 | U | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| 164234 | 03/31/11 | 04/30/11 | | | 01 | U | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| | | | | | | Vendor Total: | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| 110386 | MMI, LLC | | | | | | | | | | |
| 9669MMI | 04/01/11 | 05/01/11 | | | 01 | U | 305.83 | 305.83 | 0.00 | 305.83 | 0.00 |
| 9773MMI | 05/01/11 | 05/31/11 | | | 01 | U | 305.84 | 305.84 | 0.00 | 305.84 | 0.00 |
| 9843MMI | 06/01/11 | 07/01/11 | | | 01 | U | 305.83 | 305.83 | 0.00 | 305.83 | 0.00 |
| 9846MMI | 07/01/11 | 07/31/11 | | | 01 | U | 305.84 | 305.84 | 0.00 | 305.84 | 0.00 |
| | | | | | | Vendor Total: | 1,223.34 | 1,223.34 | 0.00 | 1,223.34 | 0.00 |
| 110412 | NOVA BIOMEDICAL | | | | | | | | | | |
| 031009CR | 03/10/09 | 03/10/09 | | | 01 | U | -994.81 | -994.81 | 0.00 | -994.81 | 0.00 |
| | | | | | | Vendor Total: | -994.81 | -994.81 | 0.00 | -994.81 | 0.00 |
| 110429 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| 042012 | 04/20/12 | 04/20/12 | | | 01 | U | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| | | | | | | Vendor Total: | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| 110448 | OKLAHOMA TAX COMMISSION | | | | | | | | | | |
| 043011 | 04/30/11 | 05/20/11 | | | 01 | U | 173.43 | 173.43 | 0.00 | 173.43 | 0.00 |
| 053111 | 05/31/11 | 06/20/11 | | | 01 | U | 152.09 | 152.09 | 0.00 | 152.09 | 0.00 |
| 063011 | 06/30/11 | 07/20/11 | | | 01 | U | 106.57 | 106.57 | 0.00 | 106.57 | 0.00 |
| 073111 | 07/31/11 | 08/22/11 | | | 01 | U | 30.10 | 30.10 | 0.00 | 30.10 | 0.00 |
| | | | | | | Vendor Total: | 462.19 | 462.19 | 0.00 | 462.19 | 0.00 |
| 110449 | OKLAHOMA TAX COMMISSION | | | | | | | | | | |
| 112111 | 11/11/11 | 11/21/11 | | | 01 | U | 107.03 | 107.03 | 0.00 | 107.03 | 0.00 |
| | | | | | | Vendor Total: | 107.03 | 107.03 | 0.00 | 107.03 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                          Page:   6
10:39                                    Balance Due Report

**Application Code:**     AP                                          **User Login Name:**     jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110452 | OWENS and MINOR | | | | | | | | | | |
| 0598142 | 09/15/10 | 09/22/10 | | | 01 | U | 57.98 | 57.98 | 0.00 | 57.98 | 0.00 |
| 0598927 | 09/20/10 | 09/27/10 | | | 01 | U | 40.39 | 40.39 | 0.00 | 40.39 | 0.00 |
| 0599022 | 09/20/10 | 09/27/10 | | | 01 | U | 145.47 | 145.47 | 0.00 | 145.47 | 0.00 |
| 0599024 | 09/20/10 | 09/27/10 | | | 01 | U | 658.63 | 658.63 | 0.00 | 658.63 | 0.00 |
| 0599491 | 09/22/10 | 09/29/10 | | | 01 | U | 16.48 | 16.48 | 0.00 | 16.48 | 0.00 |
| 0599492 | 09/22/10 | 09/29/10 | | | 01 | U | 149.10 | 149.10 | 0.00 | 149.10 | 0.00 |
| 0599581 | 09/22/10 | 09/29/10 | | | 01 | U | 16.48 | 16.48 | 0.00 | 16.48 | 0.00 |
| 0600271 | 09/27/10 | 10/04/10 | | | 01 | U | 186.19 | 186.19 | 0.00 | 186.19 | 0.00 |
| 0600505 | 09/27/10 | 10/04/10 | | | 01 | U | 102.50 | 102.50 | 0.00 | 102.50 | 0.00 |
| 0600904 | 09/29/10 | 10/06/10 | | | 01 | U | 34.96 | 34.96 | 0.00 | 34.96 | 0.00 |
| 0602133 | 10/06/10 | 10/13/10 | | | 01 | U | 96.55 | 96.55 | 0.00 | 96.55 | 0.00 |
| 0602151 | 10/06/10 | 10/13/10 | | | 01 | U | 11.01 | 11.01 | 0.00 | 11.01 | 0.00 |
| 0602197 | 10/06/10 | 10/13/10 | | | 01 | U | 86.92 | 86.92 | 0.00 | 86.92 | 0.00 |
| 0603106 | 10/11/10 | 10/18/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0603772 | 10/13/10 | 10/20/10 | | | 01 | U | 197.16 | 197.16 | 0.00 | 197.16 | 0.00 |
| 0604487 | 10/18/10 | 10/25/10 | | | 01 | U | 79.95 | 79.95 | 0.00 | 79.95 | 0.00 |
| 0605799 | 10/25/10 | 11/01/10 | | | 01 | U | 174.57 | 174.57 | 0.00 | 174.57 | 0.00 |
| 0605848 | 10/25/10 | 11/01/10 | | | 01 | U | 174.57 | 174.57 | 0.00 | 174.57 | 0.00 |
| 0605908 | 10/25/10 | 11/01/10 | | | 01 | U | 15.27 | 15.27 | 0.00 | 15.27 | 0.00 |
| 0606069 | 10/25/10 | 11/01/10 | | | 01 | U | 1,594.30 | 1,594.30 | 0.00 | 1,594.30 | 0.00 |
| 0606070 | 10/25/10 | 11/01/10 | | | 01 | U | 2,403.08 | 2,403.08 | 0.00 | 2,403.08 | 0.00 |
| 0606396 | 10/27/10 | 11/03/10 | | | 01 | U | 17.14 | 17.14 | 0.00 | 17.14 | 0.00 |
| 0606465 | 10/27/10 | 11/03/10 | | | 01 | U | 23.63 | 23.63 | 0.00 | 23.63 | 0.00 |
| 0606586 | 10/27/10 | 11/03/10 | | | 01 | U | 1,086.72 | 1,086.00 | 0.00 | 1,086.00 | 0.00 |
| 0607285 | 11/01/10 | 11/08/10 | | | 01 | U | 29.53 | 29.53 | 0.00 | 29.53 | 0.00 |
| 0607325 | 11/01/10 | 11/08/10 | | | 01 | U | 129.87 | 129.87 | 0.00 | 129.87 | 0.00 |
| 0607424 | 11/01/10 | 11/08/10 | | | 01 | U | 944.71 | 944.71 | 0.00 | 944.71 | 0.00 |
| 0607810 | 11/03/10 | 11/10/10 | | | 01 | U | 6.02 | 0.89 | 0.00 | 0.89 | 0.00 |
| 0608360 | 11/08/10 | 11/15/10 | | | 01 | U | 26.04 | 26.04 | 0.00 | 26.04 | 0.00 |
| 0608451 | 11/08/10 | 11/15/10 | | | 01 | U | 465.86 | 465.86 | 0.00 | 465.86 | 0.00 |
| 0608554 | 11/08/10 | 11/15/10 | | | 01 | U | 2,596.60 | 2,596.60 | 0.00 | 2,596.60 | 0.00 |
| 0608558 | 11/08/10 | 11/15/10 | | | 01 | U | 2,071.05 | 2,071.05 | 0.00 | 2,071.05 | 0.00 |
| 0608827 | 11/10/10 | 11/17/10 | | | 01 | U | 715.73 | 715.73 | 0.00 | 715.73 | 0.00 |
| 0608828 | 11/10/10 | 11/17/10 | | | 01 | U | 223.65 | 223.65 | 0.00 | 223.65 | 0.00 |
| 0608829 | 11/10/10 | 11/17/10 | | | 01 | U | 28.32 | 28.32 | 0.00 | 28.32 | 0.00 |
| 0608939 | 11/10/10 | 11/17/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0609040 | 11/10/10 | 11/17/10 | | | 01 | U | 220.00 | 220.00 | 0.00 | 220.00 | 0.00 |
| 0609172 | 11/11/10 | 11/18/10 | | | 01 | U | 439.05 | 439.05 | 0.00 | 439.05 | 0.00 |
| 0609540 | 11/15/10 | 11/22/10 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 0609561 | 11/15/10 | 11/22/10 | | | 01 | U | 197.39 | 197.39 | 0.00 | 197.39 | 0.00 |
| 0609620 | 11/15/10 | 11/22/10 | | | 01 | U | 426.71 | 426.71 | 0.00 | 426.71 | 0.00 |
| 0609622 | 11/15/10 | 11/22/10 | | | 01 | U | 159.87 | 159.87 | 0.00 | 159.87 | 0.00 |
| 0609712 | 11/15/10 | 11/22/10 | | | 01 | U | 3,511.47 | 3,511.47 | 0.00 | 3,511.47 | 0.00 |
| 0609714 | 11/15/10 | 11/22/10 | | | 01 | U | 1,214.37 | 1,214.37 | 0.00 | 1,214.37 | |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:    7

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0631267 | 04/04/11 | 04/11/11 | | | 01 | U | 724.14 | 724.14 | 0.00 | 724.14 | 0.00 |
| 0631375 | 04/05/11 | 04/12/11 | | | 01 | U | 1,666.42 | 1,666.42 | 0.00 | 1,666.42 | 0.00 |
| 0631484 | 04/06/11 | 04/13/11 | | | 01 | U | 139.88 | 139.88 | 0.00 | 139.88 | 0.00 |
| 0631539 | 04/06/11 | 04/13/11 | | | 01 | U | 28.34 | 28.34 | 0.00 | 28.34 | 0.00 |
| 0631619 | 04/06/11 | 04/13/11 | | | 01 | U | 213.47 | 213.47 | 0.00 | 213.47 | 0.00 |
| 0631994 | 04/11/11 | 04/18/11 | | | 01 | U | 27.67 | 27.67 | 0.00 | 27.67 | 0.00 |
| 0632081 | 04/11/11 | 04/18/11 | | | 01 | U | 124.93 | 124.93 | 0.00 | 124.93 | 0.00 |
| 0632167 | 04/11/11 | 04/18/11 | | | 01 | U | 852.31 | 852.31 | 0.00 | 852.31 | 0.00 |
| 0632170 | 04/11/11 | 04/18/11 | | | 01 | U | 583.57 | 583.57 | 0.00 | 583.57 | 0.00 |
| 0632347 | 04/13/11 | 04/20/11 | | | 01 | U | 19.91 | 19.91 | 0.00 | 19.91 | 0.00 |
| 0632430 | 04/13/11 | 04/20/11 | | | 01 | U | 24.65 | 24.65 | 0.00 | 24.65 | 0.00 |
| 0632987 | 04/18/11 | 04/25/11 | | | 01 | U | 40.42 | 40.42 | 0.00 | 40.42 | 0.00 |
| 0633060 | 04/18/11 | 04/25/11 | | | 01 | U | 370.74 | 370.74 | 0.00 | 370.74 | 0.00 |
| 0633162 | 04/18/11 | 04/25/11 | | | 01 | U | 1,386.78 | 1,386.78 | 0.00 | 1,386.78 | 0.00 |
| 0633163 | 04/18/11 | 04/25/11 | | | 01 | U | 455.84 | 455.84 | 0.00 | 455.84 | 0.00 |
| 0633456 | 04/20/11 | 04/27/11 | | | 01 | U | 19.61 | 19.61 | 0.00 | 19.61 | 0.00 |
| 0633687 | 04/21/11 | 04/28/11 | | | 01 | U | 112.01 | 112.01 | 0.00 | 112.01 | 0.00 |
| 0633983 | 04/25/11 | 05/02/11 | | | 01 | U | 39.52 | 39.52 | 0.00 | 39.52 | 0.00 |
| 0633984 | 04/25/11 | 05/02/11 | | | 01 | U | 10.33 | 10.33 | 0.00 | 10.33 | 0.00 |
| 0634084 | 04/25/11 | 05/02/11 | | | 01 | U | 1,638.09 | 1,638.09 | 0.00 | 1,638.09 | 0.00 |
| 0634382 | 04/27/11 | 05/04/11 | | | 01 | U | 79.64 | 79.64 | 0.00 | 79.64 | 0.00 |
| 11/15/11 | 11/22/11 | 11/29/11 | | | 01 | U | 26.19 | 26.19 | 0.00 | 26.19 | 0.00 |
| 1688527 | 05/03/11 | 05/10/11 | | | 01 | U | 238.88 | 238.88 | 0.00 | 238.88 | 0.00 |
| 1688528 | 05/03/11 | 05/10/11 | | | 01 | U | 133.74 | 133.74 | 0.00 | 133.74 | 0.00 |
| 1688791 | 05/03/11 | 05/10/11 | | | 01 | U | 1,051.72 | 1,051.72 | 0.00 | 1,051.72 | 0.00 |
| 1691182 | 05/05/11 | 05/12/11 | | | 01 | U | 87.89 | 87.89 | 0.00 | 87.89 | 0.00 |
| 1694218 | 05/10/11 | 05/17/11 | | | 01 | U | 67.36 | 67.36 | 0.00 | 67.36 | 0.00 |
| 1694678 | 05/10/11 | 05/17/11 | | | 01 | U | 2,143.24 | 2,143.24 | 0.00 | 2,143.24 | 0.00 |
| 1697738 | 05/13/11 | 05/20/11 | | | 01 | U | 342.91 | 342.91 | 0.00 | 342.91 | 0.00 |
| 1697867 | 05/13/11 | 05/20/11 | | | 01 | U | 40.90 | 40.90 | 0.00 | 40.90 | 0.00 |
| 1697923 | 05/13/11 | 05/20/11 | | | 01 | U | 292.02 | 292.02 | 0.00 | 292.02 | 0.00 |
| 1697946 | 05/13/11 | 05/20/11 | | | 01 | U | 123.04 | 123.04 | 0.00 | 123.04 | 0.00 |
| 1699874 | 05/17/11 | 05/24/11 | | | 01 | U | 99.37 | 99.37 | 0.00 | 99.37 | 0.00 |
| 1700478 | 05/17/11 | 05/24/11 | | | 01 | U | 1,745.15 | 1,745.15 | 0.00 | 1,745.15 | 0.00 |
| 1702401 | 05/19/11 | 05/26/11 | | | 01 | U | 287.57 | 287.57 | 0.00 | 287.57 | 0.00 |
| 1705699 | 05/24/11 | 05/31/11 | | | 01 | U | -10.55 | -10.55 | 0.00 | -10.55 | 0.00 |
| 1705700 | 05/24/11 | 05/31/11 | | | 01 | U | -61.66 | -61.66 | 0.00 | -61.66 | 0.00 |
| 1705711 | 05/24/11 | 05/31/11 | | | 01 | U | 364.49 | 364.49 | 0.00 | 364.49 | 0.00 |
| 1705750 | 05/24/11 | 05/31/11 | | | 01 | U | -10.55 | -10.55 | 0.00 | -10.55 | 0.00 |
| 1705824 | 05/24/11 | 05/31/11 | | | 01 | U | -40.00 | -40.00 | 0.00 | -40.00 | 0.00 |
| 1706330 | 05/24/11 | 05/31/11 | | | 01 | U | 1,406.95 | 1,406.95 | 0.00 | 1,406.95 | 0.00 |
| 1708431 | 05/26/11 | 06/02/11 | | | 01 | U | 70.82 | 70.82 | 0.00 | 70.82 | 0.00 |
| 1708537 | 05/26/11 | 06/02/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 1711587 | 05/31/11 | 06/07/11 | | | 01 | U | 638.24 | 638.24 | 0.00 | 638.24 | 0.00 |
| 1713813 | 06/02/11 | 06/09/11 | | | 01 | U | 86.63 | 86.63 | 0.00 | 86.63 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   8

Balance Due Report

| **Application Code:** | AP | | | | | | | | **User Login Name:** | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1717169 | 06/07/11 | 06/14/11 | | | 01 | U | 35.19 | 35.19 | 0.00 | 35.19 | 0.00 |
| 1717956 | 06/07/11 | 06/14/11 | | | 01 | U | 1,693.33 | 1,693.33 | 0.00 | 1,693.33 | 0.00 |
| 1723377 | 06/14/11 | 06/21/11 | | | 01 | U | -16.00 | -16.00 | 0.00 | -16.00 | 0.00 |
| 1723397 | 06/14/11 | 06/21/11 | | | 01 | U | -17.57 | -17.57 | 0.00 | -17.57 | 0.00 |
| 1723398 | 06/14/11 | 06/21/11 | | | 01 | U | -9.85 | -9.85 | 0.00 | -9.85 | 0.00 |
| 1723703 | 06/14/11 | 06/21/11 | | | 01 | U | 8.52 | 8.52 | 0.00 | 8.52 | 0.00 |
| 1724226 | 06/14/11 | 06/21/11 | | | 01 | U | 1,050.80 | 1,050.80 | 0.00 | 1,050.80 | 0.00 |
| 1729866 | 06/21/11 | 06/28/11 | | | 01 | U | 68.21 | 68.21 | 0.00 | 68.21 | 0.00 |
| 1729876 | 06/21/11 | 06/28/11 | | | 01 | U | 27.22 | 27.22 | 0.00 | 27.22 | 0.00 |
| 1730186 | 06/21/11 | 06/28/11 | | | 01 | U | 783.31 | 783.31 | 0.00 | 783.31 | 0.00 |
| 1735317 | 06/28/11 | 07/05/11 | | | 01 | U | 28.78 | 28.78 | 0.00 | 28.78 | 0.00 |
| 1735378 | 06/28/11 | 07/05/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| CR010411 | 01/31/11 | 02/07/11 | | | 01 | U | -10,000.00 | -10,000.00 | 0.00 | -10,000.00 | 0.00 |
| CR012711 | 01/31/11 | 02/07/11 | | | 01 | U | -16,000.00 | -16,000.00 | 0.00 | -16,000.00 | 0.00 |
| CR021411 | 02/28/11 | 03/07/11 | | | 01 | U | -5,000.00 | -5,000.00 | 0.00 | -5,000.00 | 0.00 |
| CR022211 | 02/28/11 | 03/07/11 | | | 01 | U | -6,102.00 | -6,102.00 | 0.00 | -6,102.00 | 0.00 |
| CR030711 | 03/31/11 | 04/07/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR032511 | 03/31/11 | 04/07/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR0620WIRE | 08/01/11 | 08/08/11 | | | 01 | U | -4,145.09 | -4,145.09 | 0.00 | -4,145.09 | 0.00 |
| CR072811 | 07/31/11 | 08/07/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| CR0826WIRE | 08/26/11 | 09/02/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR102710 | 10/27/10 | 11/03/10 | | | 01 | U | -1,900.34 | -1,900.34 | 0.00 | -1,900.34 | 0.00 |
| CR20406 | 04/30/11 | 05/07/11 | | | 01 | U | -3,445.00 | -3,445.00 | 0.00 | -3,445.00 | 0.00 |
| CRDT102411 | 10/24/11 | 10/31/11 | | | 01 | U | -10,000.00 | -10,000.00 | 0.00 | -10,000.00 | 0.00 |
| CRDT112311 | 11/23/11 | 11/30/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| CRDT122911 | 12/29/11 | 01/05/12 | | | 01 | U | -12,000.00 | -12,000.00 | 0.00 | -12,000.00 | 0.00 |
| CREDIT0504 | 05/31/11 | 06/07/11 | | | 01 | U | -7,618.66 | -7,618.66 | 0.00 | -7,618.66 | 0.00 |
| CREDIT0524 | 05/31/11 | 06/07/11 | | | 01 | U | -4,900.00 | -4,900.00 | 0.00 | -4,900.00 | 0.00 |
| CREDIT1121 | 11/30/10 | 12/07/10 | | | 01 | U | -11,000.00 | -11,000.00 | 0.00 | -11,000.00 | 0.00 |
| CREDIT1201 | 12/31/10 | 01/07/11 | | | 01 | U | -8,000.00 | -8,000.00 | 0.00 | -8,000.00 | 0.00 |
| CREDIT1203 | 12/31/10 | 01/07/11 | | | 01 | U | -8,000.00 | -8,000.00 | 0.00 | -8,000.00 | 0.00 |
| CREDIT1229 | 12/31/10 | 01/07/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| 0618476 | 01/12/11 | 01/19/11 | | | 01 | U | 3.55 | 3.55 | 0.00 | 3.55 | 0.00 |
| 0618573 | 01/12/11 | 01/19/11 | | | 01 | U | 22.86 | 22.86 | 0.00 | 22.86 | 0.00 |
| 0619014 | 01/17/11 | 01/24/04 | | | 01 | U | 11.04 | 11.04 | 0.00 | 11.04 | 0.00 |
| 0619023 | 01/17/11 | 01/24/11 | | | 01 | U | 50.85 | 50.85 | 0.00 | 50.85 | 0.00 |
| 0619085 | 01/17/11 | 01/24/11 | | | 01 | U | 124.93 | 124.93 | 0.00 | 124.93 | 0.00 |
| 0619189 | 01/17/11 | 01/24/11 | | | 01 | U | 1,744.83 | 1,744.83 | 0.00 | 1,744.83 | 0.00 |
| 0619477 | 01/19/11 | 01/26/11 | | | 01 | U | 51.48 | 51.48 | 0.00 | 51.48 | 0.00 |
| 0619477A | 01/19/11 | 01/26/11 | | | 01 | U | -51.48 | -51.48 | 0.00 | -51.48 | 0.00 |
| 0619477B | 01/19/11 | 01/26/11 | | | 01 | U | 51.48 | 51.48 | 0.00 | 51.48 | 0.00 |
| 0619545 | 01/19/11 | 01/26/11 | | | 01 | U | 136.94 | 136.94 | 0.00 | 136.94 | 0.00 |
| 0619545A | 01/19/11 | 01/26/11 | | | 01 | U | -136.94 | -136.94 | 0.00 | -136.94 | 0.00 |
| 0619545B | 01/19/11 | 01/26/11 | | | 01 | U | 136.94 | 136.94 | 0.00 | 136.94 | 0.00 |
| 0619580 | 01/19/11 | 01/26/11 | | | 01 | U | 12.96 | 12.96 | 0.00 | 12.96 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                    Page:   9
10:39                                      Balance Due Report

**Application Code:**    AP                                              **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0619580A | 01/19/11 | 01/26/11 | | | 01 | U | -12.96 | -12.96 | 0.00 | -12.96 | 0.00 |
| 0619580B | 01/19/11 | 01/26/11 | | | 01 | U | 12.96 | 12.96 | 0.00 | 12.96 | 0.00 |
| 0619630 | 01/19/11 | 01/26/11 | | | 01 | U | 85.46 | 85.46 | 0.00 | 85.46 | 0.00 |
| 0619630A | 01/19/11 | 01/26/11 | | | 01 | U | -85.46 | -85.46 | 0.00 | -85.46 | 0.00 |
| 0619630B | 01/19/11 | 01/26/11 | | | 01 | U | 85.46 | 85.46 | 0.00 | 85.46 | 0.00 |
| 0619723 | 01/19/11 | 01/26/11 | | | 01 | U | 146.64 | 146.64 | 0.00 | 146.64 | 0.00 |
| 0619723A | 01/19/11 | 01/26/11 | | | 01 | U | -146.64 | -146.64 | 0.00 | -146.64 | 0.00 |
| 0619723B | 01/19/11 | 01/26/11 | | | 01 | U | 146.64 | 146.64 | 0.00 | 146.64 | 0.00 |
| 0620207 | 01/24/11 | 01/31/11 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0620207A | 01/24/11 | 01/31/11 | | | 01 | U | -249.91 | -249.91 | 0.00 | -249.91 | 0.00 |
| 0620207B | 01/24/11 | 01/31/11 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0620243 | 01/24/11 | 01/31/11 | | | 01 | U | 89.29 | 89.29 | 0.00 | 89.29 | 0.00 |
| 0620243A | 01/24/11 | 01/31/11 | | | 01 | U | -89.29 | -89.29 | 0.00 | -89.29 | 0.00 |
| 0620243B | 01/24/11 | 01/31/11 | | | 01 | U | 89.29 | 89.29 | 0.00 | 89.29 | 0.00 |
| 0620300 | 01/24/11 | 01/31/11 | | | 01 | U | 68.84 | 68.84 | 0.00 | 68.84 | 0.00 |
| 0620300A | 01/24/11 | 01/31/11 | | | 01 | U | -68.84 | -68.84 | 0.00 | -68.84 | 0.00 |
| 0620300B | 01/24/11 | 01/31/11 | | | 01 | U | 68.84 | 68.84 | 0.00 | 68.84 | 0.00 |
| 0620341 | 01/24/11 | 01/31/11 | | | 01 | U | 35.10 | 35.10 | 0.00 | 35.10 | 0.00 |
| 0620341A | 01/24/11 | 01/31/11 | | | 01 | U | -35.10 | -35.10 | 0.00 | -35.10 | 0.00 |
| 0620341B | 01/24/11 | 01/31/11 | | | 01 | U | 35.10 | 35.10 | 0.00 | 35.10 | 0.00 |
| 0620425 | 01/24/11 | 01/31/11 | | | 01 | U | 1,474.03 | 1,474.03 | 0.00 | 1,474.03 | 0.00 |
| 0620425A | 01/24/11 | 01/31/11 | | | 01 | U | -1,474.03 | -1,474.03 | 0.00 | -1,474.03 | 0.00 |
| 0620425B | 01/24/11 | 01/31/11 | | | 01 | U | 1,474.03 | 1,474.03 | 0.00 | 1,474.03 | 0.00 |
| 0620428 | 01/24/11 | 01/31/11 | | | 01 | U | 1,761.79 | 1,761.79 | 0.00 | 1,761.79 | 0.00 |
| 0620428A | 01/24/11 | 01/31/11 | | | 01 | U | -1,761.79 | -1,761.79 | 0.00 | -1,761.79 | 0.00 |
| 0620428B | 01/24/11 | 01/31/11 | | | 01 | U | 1,761.79 | 1,761.79 | 0.00 | 1,761.79 | 0.00 |
| 0620627 | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620627A | 01/26/11 | 02/02/11 | | | 01 | U | -719.23 | -719.23 | 0.00 | -719.23 | 0.00 |
| 0620627B | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620630 | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620630A | 01/26/11 | 02/02/11 | | | 01 | U | -719.23 | -719.23 | 0.00 | -719.23 | 0.00 |
| 0620630B | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620735B | 01/26/11 | 02/02/11 | | | 01 | U | 177.98 | 177.98 | 0.00 | 177.98 | 0.00 |
| 0620736B | 01/26/11 | 02/02/11 | | | 01 | U | 24.65 | 24.65 | 0.00 | 24.65 | 0.00 |
| 0620876B | 01/26/11 | 02/02/11 | | | 01 | U | 20.58 | 20.58 | 0.00 | 20.58 | 0.00 |
| 0620877B | 01/26/11 | 02/02/11 | | | 01 | U | 128.55 | 128.55 | 0.00 | 128.55 | 0.00 |
| 0621411 | 01/31/11 | 02/07/11 | | | 01 | U | 20.24 | 20.24 | 0.00 | 20.24 | 0.00 |
| 0610049 | 11/17/10 | 11/24/10 | | | 01 | U | 196.29 | 196.29 | 0.00 | 196.29 | 0.00 |
| 0610067 | 11/17/10 | 11/24/10 | | | 01 | U | 19.40 | 19.40 | 0.00 | 19.40 | 0.00 |
| 0610097 | 11/17/10 | 11/24/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0610160 | 11/17/10 | 11/24/10 | | | 01 | U | 310.33 | 310.33 | 0.00 | 310.33 | 0.00 |
| 0610179 | 11/17/10 | 11/24/10 | | | 01 | U | 35.78 | 35.78 | 0.00 | 35.78 | 0.00 |
| 0610357 | 11/19/10 | 11/26/10 | | | 01 | U | 935.03 | 935.03 | 0.00 | 935.03 | 0.00 |
| 0610629 | 11/22/10 | 11/29/10 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0610631 | 11/22/10 | 11/29/10 | | | 01 | U | 230.79 | 230.79 | 0.00 | 230.79 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 10

Balance Due Report

**Application Code:** AP

**User Login Name:** jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0610693 | 11/22/10 | 11/29/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0610740 | 11/22/10 | 11/29/10 | | | 01 | U | 34.74 | 34.74 | 0.00 | 34.74 | 0.00 |
| 0610815 | 11/22/10 | 11/29/10 | | | 01 | U | 2,226.02 | 2,226.02 | 0.00 | 2,226.02 | 0.00 |
| 0611391 | 11/29/10 | 12/06/10 | | | 01 | U | 755.66 | 755.66 | 0.00 | 755.66 | 0.00 |
| 0611392 | 11/29/10 | 12/06/10 | | | 01 | U | 144.62 | 144.62 | 0.00 | 144.62 | 0.00 |
| 0611424 | 11/29/10 | 12/06/10 | | | 01 | U | 85.52 | 85.52 | 0.00 | 85.52 | 0.00 |
| 0611478 | 11/29/10 | 12/06/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0611510 | 11/29/10 | 12/06/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0611619 | 11/29/10 | 12/06/10 | | | 01 | U | 935.31 | 935.31 | 0.00 | 935.31 | 0.00 |
| 0611648 | 11/29/10 | 12/06/10 | | | 01 | U | 2,314.16 | 229.91 | 0.00 | 229.91 | 0.00 |
| 0611778 | 11/30/10 | 12/07/10 | | | 01 | U | 218.49 | 218.49 | 0.00 | 218.49 | 0.00 |
| 0611945 | 12/01/10 | 12/08/10 | | | 01 | U | 278.78 | 278.78 | 0.00 | 278.78 | 0.00 |
| 0612024 | 12/01/10 | 12/08/10 | | | 01 | U | 357.87 | 357.87 | 0.00 | 357.87 | 0.00 |
| 0612175 | 12/01/10 | 12/08/10 | | | 01 | U | 348.78 | 348.78 | 0.00 | 348.78 | 0.00 |
| 0612628 | 12/06/10 | 12/13/10 | | | 01 | U | 293.77 | 293.77 | 0.00 | 293.77 | 0.00 |
| 0612825 | 12/06/10 | 12/13/10 | | | 01 | U | 2,466.53 | 2,466.53 | 0.00 | 2,466.53 | 0.00 |
| 0612828 | 12/06/10 | 12/13/10 | | | 01 | U | 952.34 | 952.34 | 0.00 | 952.34 | 0.00 |
| 0613124 | 12/08/10 | 12/15/10 | | | 01 | U | 24.65 | 0.31 | 0.00 | 0.31 | 0.00 |
| 0613208 | 12/08/10 | 12/15/10 | | | 01 | U | 10.01 | 10.01 | 0.00 | 10.01 | 0.00 |
| 0613752 | 12/13/10 | 12/20/10 | | | 01 | U | 158.85 | 158.85 | 0.00 | 158.85 | 0.00 |
| 0613753 | 12/13/10 | 12/20/10 | | | 01 | U | 354.49 | 354.49 | 0.00 | 354.49 | 0.00 |
| 0613829 | 12/13/10 | 12/20/10 | | | 01 | U | 397.60 | 397.60 | 0.00 | 397.60 | 0.00 |
| 0613964 | 12/13/10 | 12/20/10 | | | 01 | U | 56.56 | 56.56 | 0.00 | 56.56 | 0.00 |
| 0614257 | 12/15/10 | 12/22/10 | | | 01 | U | 16.47 | 16.47 | 0.00 | 16.47 | 0.00 |
| 0614348 | 12/15/10 | 12/22/10 | | | 01 | U | 100.24 | 100.24 | 0.00 | 100.24 | 0.00 |
| 0614349 | 12/15/10 | 12/22/10 | | | 01 | U | 23.52 | 23.52 | 0.00 | 23.52 | 0.00 |
| 0614434 | 12/15/10 | 12/22/10 | | | 01 | U | 229.62 | 229.62 | 0.00 | 229.62 | 0.00 |
| 0614899 | 12/20/10 | 12/27/10 | | | 01 | U | 165.69 | 165.69 | 0.00 | 165.69 | 0.00 |
| 0614997 | 12/20/10 | 12/27/10 | | | 01 | U | 15.86 | 15.86 | 0.00 | 15.86 | 0.00 |
| 0615114 | 12/20/10 | 12/27/10 | | | 01 | U | 1,981.92 | 1,981.92 | 0.00 | 1,981.92 | 0.00 |
| 0615117 | 12/20/10 | 12/27/10 | | | 01 | U | 1,871.59 | 1,871.59 | 0.00 | 1,871.59 | 0.00 |
| 0615425 | 12/22/10 | 12/29/10 | | | 01 | U | 594.37 | 594.37 | 0.00 | 594.37 | 0.00 |
| 0615594 | 12/22/10 | 12/29/10 | | | 01 | U | 92.41 | 92.41 | 0.00 | 92.41 | 0.00 |
| 0615899 | 12/27/10 | 01/03/11 | | | 01 | U | 135.61 | 135.61 | 0.00 | 135.61 | 0.00 |
| 0615920 | 12/27/10 | 01/03/11 | | | 01 | U | 12.49 | 12.49 | 0.00 | 12.49 | 0.00 |
| 0616170 | 12/28/10 | 01/04/11 | | | 01 | U | 38.34 | 38.34 | 0.00 | 38.34 | 0.00 |
| 0616355 | 12/29/10 | 01/05/11 | | | 01 | U | 23.11 | 23.11 | 0.00 | 23.11 | 0.00 |
| 0616483 | 12/29/10 | 01/05/11 | | | 01 | U | 311.58 | 311.58 | 0.00 | 311.58 | 0.00 |
| 0616869 | 01/03/11 | 01/10/11 | | | 01 | U | 59.05 | 59.05 | 0.00 | 59.05 | 0.00 |
| 0616970 | 01/03/11 | 01/10/11 | | | 01 | U | 1,922.40 | 1,922.40 | 0.00 | 1,922.40 | 0.00 |
| 0616972 | 01/03/11 | 01/10/11 | | | 01 | U | 1,464.74 | 1,464.74 | 0.00 | 1,464.74 | 0.00 |
| 0616983 | 01/03/11 | 01/10/11 | | | 01 | U | 154.67 | 154.67 | 0.00 | 154.67 | 0.00 |
| 0617202 | 01/05/11 | 01/12/11 | | | 01 | U | 359.92 | 359.92 | 0.00 | 359.92 | 0.00 |
| 0617225 | 01/05/11 | 01/12/11 | | | 01 | U | 5.06 | 5.06 | 0.00 | 5.06 | 0.00 |
| 0617311 | 01/05/11 | 01/12/11 | | | 01 | U | 30.08 | 30.08 | 0.00 | 30.08 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                    Page:    11
10:39                                        Balance Due Report

**Application Code:**    AP                                          **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0617822 | 01/10/11 | 01/17/11 | | | 01 | U | 84.97 | 84.97 | 0.00 | 84.97 | 0.00 |
| 0617850 | 01/10/11 | 01/17/11 | | | 01 | U | 5.06 | 5.06 | 0.00 | 5.06 | 0.00 |
| 0617911 | 01/10/11 | 01/17/11 | | | 01 | U | 176.09 | 176.09 | 0.00 | 176.09 | 0.00 |
| 0618372 | 01/12/11 | 01/19/11 | | | 01 | U | 293.85 | 293.85 | 0.00 | 293.85 | 0.00 |
| 0618373 | 01/12/11 | 01/19/11 | | | 01 | U | 9.07 | 9.07 | 0.00 | 9.07 | 0.00 |
| 0621438 | 01/31/11 | 02/07/11 | | | 01 | U | 36.35 | 36.35 | 0.00 | 36.35 | 0.00 |
| 0621476 | 01/31/11 | 02/07/11 | | | 01 | U | 15.59 | 15.59 | 0.00 | 15.59 | 0.00 |
| 0621641 | 01/31/11 | 02/07/11 | | | 01 | U | 1,649.35 | 1,649.35 | 0.00 | 1,649.35 | 0.00 |
| 0621681 | 01/31/11 | 02/07/11 | | | 01 | U | 59.05 | 59.05 | 0.00 | 59.05 | 0.00 |
| 0622418 | 02/07/11 | 02/14/11 | | | 01 | U | 9.60 | 9.60 | 0.00 | 9.60 | 0.00 |
| 0622552 | 02/07/11 | 02/14/11 | | | 01 | U | 1,273.48 | 1,273.48 | 0.00 | 1,273.48 | 0.00 |
| 0622558 | 02/07/11 | 02/14/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 0622577 | 02/07/11 | 02/14/11 | | | 01 | U | 214.44 | 214.44 | 0.00 | 214.44 | 0.00 |
| 0623491 | 02/14/11 | 02/21/11 | | | 01 | U | 83.50 | 83.50 | 0.00 | 83.50 | 0.00 |
| 0623547 | 02/14/11 | 02/21/11 | | | 01 | U | 14.66 | 14.66 | 0.00 | 14.66 | 0.00 |
| 0623548 | 02/14/11 | 02/21/11 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 0623559 | 02/14/11 | 02/21/11 | | | 01 | U | 17.81 | 17.81 | 0.00 | 17.81 | 0.00 |
| 0623644 | 02/14/11 | 02/21/11 | | | 01 | U | 788.11 | 788.11 | 0.00 | 788.11 | 0.00 |
| 0623963 | 02/16/11 | 02/23/11 | | | 01 | U | 61.91 | 61.91 | 0.00 | 61.91 | 0.00 |
| 0624018 | 02/16/11 | 02/23/11 | | | 01 | U | 115.19 | 115.19 | 0.00 | 115.19 | 0.00 |
| 0624237 | 02/16/11 | 02/23/11 | | | 01 | U | 540.28 | 540.28 | 0.00 | 540.28 | 0.00 |
| 0624746 | 02/21/11 | 02/28/11 | | | 01 | U | 3,003.94 | 3,003.94 | 0.00 | 3,003.94 | 0.00 |
| 0624813 | 02/21/11 | 02/28/11 | | | 01 | U | 101.36 | 101.36 | 0.00 | 101.36 | 0.00 |
| 0624899 | 02/21/11 | 02/28/11 | | | 01 | U | 1,537.88 | 1,537.88 | 0.00 | 1,537.88 | 0.00 |
| 0624900 | 02/21/11 | 02/28/11 | | | 01 | U | 18.19 | 18.19 | 0.00 | 18.19 | 0.00 |
| 0624906 | 02/21/11 | 02/28/11 | | | 01 | U | 181.36 | 181.36 | 0.00 | 181.36 | 0.00 |
| 0625135 | 02/23/11 | 03/02/11 | | | 01 | U | 7.95 | 7.95 | 0.00 | 7.95 | 0.00 |
| 0625878 | 02/28/11 | 03/07/11 | | | 01 | U | 76.58 | 76.58 | 0.00 | 76.58 | 0.00 |
| 0625959 | 02/28/11 | 03/07/11 | | | 01 | U | 77.61 | 77.61 | 0.00 | 77.61 | 0.00 |
| 0626095 | 02/28/11 | 03/07/11 | | | 01 | U | 1,506.21 | 1,506.21 | 0.00 | 1,506.21 | 0.00 |
| 0626096 | 02/28/11 | 03/07/11 | | | 01 | U | 1,116.34 | 1,116.34 | 0.00 | 1,116.34 | 0.00 |
| 0626387 | 03/02/11 | 03/09/11 | | | 01 | U | 7.95 | 7.95 | 0.00 | 7.95 | 0.00 |
| 0626498 | 03/02/11 | 03/09/11 | | | 01 | U | 14.18 | 14.18 | 0.00 | 14.18 | 0.00 |
| 0627088 | 03/07/11 | 03/14/11 | | | 01 | U | 280.51 | 280.51 | 0.00 | 280.51 | 0.00 |
| 0627200 | 03/07/11 | 03/14/11 | | | 01 | U | 1,520.63 | 1,520.63 | 0.00 | 1,520.63 | 0.00 |
| 0627203 | 03/07/11 | 03/14/11 | | | 01 | U | 1,034.49 | 1,034.49 | 0.00 | 1,034.49 | 0.00 |
| 0627451 | 03/09/11 | 03/16/11 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0627539 | 03/09/11 | 03/16/11 | | | 01 | U | 10.29 | 10.29 | 0.00 | 10.29 | 0.00 |
| 0627622 | 03/09/11 | 03/16/11 | | | 01 | U | 442.18 | 442.18 | 0.00 | 442.18 | 0.00 |
| 0628096 | 03/14/11 | 03/21/11 | | | 01 | U | 104.76 | 104.76 | 0.00 | 104.76 | 0.00 |
| 0628124 | 03/14/11 | 03/21/11 | | | 01 | U | 79.95 | 79.95 | 0.00 | 79.95 | 0.00 |
| 0628217 | 03/14/11 | 03/21/11 | | | 01 | U | 1,601.58 | 1,601.58 | 0.00 | 1,601.58 | 0.00 |
| 0628453 | 03/16/11 | 03/23/11 | | | 01 | U | 28.32 | 28.32 | 0.00 | 28.32 | 0.00 |
| 0628520 | 03/16/11 | 03/23/11 | | | 01 | U | 28.92 | 28.92 | 0.00 | 28.92 | 0.00 |
| 0628548 | 03/16/11 | 03/23/11 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   12

Balance Due Report

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0628674 | 03/16/11 | 03/23/11 | | | 01 | U | 1,005.76 | 1,005.76 | 0.00 | 1,005.76 | 0.00 |
| 0629109 | 03/21/11 | 03/28/11 | | | 01 | U | 9.96 | 9.96 | 0.00 | 9.96 | 0.00 |
| 0629152 | 03/21/11 | 03/28/11 | | | 01 | U | 19.92 | 19.92 | 0.00 | 19.92 | 0.00 |
| 0629246 | 03/21/11 | 03/28/11 | | | 01 | U | 1,303.41 | 1,303.41 | 0.00 | 1,303.41 | 0.00 |
| 0629247 | 03/21/11 | 03/28/11 | | | 01 | U | 1,203.92 | 1,203.92 | 0.00 | 1,203.92 | 0.00 |
| 0629265 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629267 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629268 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629269 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629468 | 03/23/11 | 03/30/11 | | | 01 | U | 226.69 | 226.69 | 0.00 | 226.69 | 0.00 |
| 0629531 | 03/23/11 | 03/30/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 0629611 | 03/23/11 | 03/30/11 | | | 01 | U | 82.02 | 82.02 | 0.00 | 82.02 | 0.00 |
| 0630071 | 03/28/11 | 04/04/11 | | | 01 | U | 41.35 | 41.35 | 0.00 | 41.35 | 0.00 |
| 0630106 | 03/28/11 | 04/04/11 | | | 01 | U | 71.46 | 71.46 | 0.00 | 71.46 | 0.00 |
| 0630207 | 03/28/11 | 04/04/11 | | | 01 | U | 1,567.03 | 1,567.03 | 0.00 | 1,567.03 | 0.00 |
| 0631106 | 04/04/11 | 04/11/11 | | | 01 | U | 107.97 | 107.97 | 0.00 | 107.97 | 0.00 |
| 0631128 | 04/04/11 | 04/11/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 0631165 | 04/04/11 | 04/11/11 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 1735921 | 06/28/11 | 07/05/11 | | | 01 | U | 989.64 | 989.64 | 0.00 | 989.64 | 0.00 |
| 1741267 | 07/05/11 | 07/12/11 | | | 01 | U | 1,650.95 | 1,650.95 | 0.00 | 1,650.95 | 0.00 |
| 1743222 | 07/07/11 | 07/14/11 | | | 01 | U | 370.32 | 370.32 | 0.00 | 370.32 | 0.00 |
| 1746318 | 07/12/11 | 07/19/11 | | | 01 | U | 95.48 | 95.48 | 0.00 | 95.48 | 0.00 |
| 1746957 | 07/12/11 | 07/19/11 | | | 01 | U | 1,240.16 | 1,240.16 | 0.00 | 1,240.16 | 0.00 |
| 1752664 | 07/19/11 | 07/26/11 | | | 01 | U | 620.05 | 620.05 | 0.00 | 620.05 | 0.00 |
| 1752841 | 07/19/11 | 07/26/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1757991 | 07/26/11 | 08/02/11 | | | 01 | U | 4.90 | 4.90 | 0.00 | 4.90 | 0.00 |
| 1758501 | 07/26/11 | 08/02/11 | | | 01 | U | 1,710.04 | 1,710.04 | 0.00 | 1,710.04 | 0.00 |
| 1764130 | 08/02/11 | 08/09/11 | | | 01 | U | 1,662.11 | 1,662.11 | 0.00 | 1,662.11 | 0.00 |
| 1766030 | 08/04/11 | 08/11/11 | | | 01 | U | 111.85 | 111.85 | 0.00 | 111.85 | 0.00 |
| 1766841 | 08/04/11 | 08/11/11 | | | 01 | U | 9.80 | 9.80 | 0.00 | 9.80 | 0.00 |
| 1769724 | 08/09/11 | 08/16/11 | | | 01 | U | 1,675.66 | 1,675.66 | 0.00 | 1,675.66 | 0.00 |
| 1775406 | 08/16/11 | 08/23/11 | | | 01 | U | 1,144.01 | 1,144.01 | 0.00 | 1,144.01 | 0.00 |
| 1777948 | 08/18/11 | 08/25/11 | | | 01 | U | 61.41 | 61.41 | 0.00 | 61.41 | 0.00 |
| 1781378 | 08/23/11 | 08/30/11 | | | 01 | U | 1,592.72 | 1,592.72 | 0.00 | 1,592.72 | 0.00 |
| 1787062 | 08/30/11 | 09/06/11 | | | 01 | U | 1,486.21 | 1,486.21 | 0.00 | 1,486.21 | 0.00 |
| 1789582 | 09/01/11 | 09/08/11 | | | 01 | U | 275.99 | 275.99 | 0.00 | 275.99 | 0.00 |
| 1792051 | 09/06/11 | 09/13/11 | | | 01 | U | 2,407.37 | 2,407.37 | 0.00 | 2,407.37 | 0.00 |
| 1792238 | 09/06/11 | 09/13/11 | | | 01 | U | 166.86 | 10.62 | 0.00 | 10.62 | 0.00 |
| 1793915 | 09/08/11 | 09/15/11 | | | 01 | U | 12.08 | 12.08 | 0.00 | 12.08 | 0.00 |
| 1797157 | 09/23/11 | 09/30/11 | | | 01 | U | 1.86 | 1.86 | 0.00 | 1.86 | 0.00 |
| 1797683 | 09/13/11 | 09/20/11 | | | 01 | U | 1,527.52 | 1,527.52 | 0.00 | 1,527.52 | 0.00 |
| 1800347 | 09/15/11 | 09/22/11 | | | 01 | U | 272.12 | 272.12 | 0.00 | 272.12 | 0.00 |
| 1803267 | 09/20/11 | 09/27/11 | | | 01 | U | 22.05 | 22.05 | 0.00 | 22.05 | 0.00 |
| 1803654 | 09/20/11 | 09/27/11 | | | 01 | U | 2,433.79 | 2,433.79 | 0.00 | 2,433.79 | 0.00 |
| 1809587 | 09/27/11 | 10/04/11 | | | 01 | U | 1,174.33 | 1,174.33 | 0.00 | 1,174.33 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Balance Due Report

Page:   13

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1811730 | 09/29/11 | 10/06/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1817084 | 10/04/11 | 10/11/11 | | | 01 | U | 21.93 | 21.93 | 0.00 | 21.93 | 0.00 |
| 1817608 | 10/04/11 | 10/11/11 | | | 01 | U | 1,662.54 | 1,662.54 | 0.00 | 1,662.54 | 0.00 |
| 1818255 | 10/06/11 | 10/13/11 | | | 01 | U | 6.89 | 6.89 | 0.00 | 6.89 | 0.00 |
| 1818709 | 10/06/11 | 10/13/11 | | | 01 | U | 97.75 | 97.75 | 0.00 | 97.75 | 0.00 |
| 1821558 | 10/11/11 | 10/18/11 | | | 01 | U | 98.28 | 98.28 | 0.00 | 98.28 | 0.00 |
| 1821709 | 10/11/11 | 10/18/11 | | | 01 | U | 103.17 | 103.17 | 0.00 | 103.17 | 0.00 |
| 1821976 | 10/11/11 | 10/18/11 | | | 01 | U | 1,262.00 | 1,262.00 | 0.00 | 1,262.00 | 0.00 |
| 1828144 | 10/18/11 | 11/02/11 | | | 01 | U | 2,268.73 | 2,268.73 | 0.00 | 2,268.73 | 0.00 |
| 1830010 | 10/20/11 | 10/27/11 | | | 01 | U | 4.10 | 4.10 | 0.00 | 4.10 | 0.00 |
| 1830103 | 10/20/11 | 10/27/11 | | | 01 | U | 4.10 | 4.10 | 0.00 | 4.10 | 0.00 |
| 1830324 | 10/20/11 | 10/27/11 | | | 01 | U | 12.31 | 12.31 | 0.00 | 12.31 | 0.00 |
| 1830532 | 10/20/11 | 10/27/11 | | | 01 | U | 27.25 | 27.25 | 0.00 | 27.25 | 0.00 |
| 1830533 | 10/20/11 | 10/27/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1830546 | 10/20/11 | 10/27/11 | | | 01 | U | 39.33 | 39.33 | 0.00 | 39.33 | 0.00 |
| 1833581 | 10/19/11 | 10/26/11 | | | 01 | U | 27.25 | 27.25 | 0.00 | 27.25 | 0.00 |
| 1833583 | 10/25/11 | 11/01/11 | | | 01 | U | 49.17 | 49.17 | 0.00 | 49.17 | 0.00 |
| 1833948 | 10/25/11 | 11/01/11 | | | 01 | U | 2,379.30 | 2,379.30 | 0.00 | 2,379.30 | 0.00 |
| 1835931 | 10/27/11 | 11/03/11 | | | 01 | U | -88.45 | -88.45 | 0.00 | -88.45 | 0.00 |
| 1839245 | 11/01/11 | 11/08/11 | | | 01 | U | 67.41 | 67.41 | 0.00 | 67.41 | 0.00 |
| 1839511 | 10/20/11 | 10/27/11 | | | 01 | U | 19.60 | 19.60 | 0.00 | 19.60 | 0.00 |
| 1840043A | 11/01/11 | 11/08/11 | | | 01 | U | 1,660.57 | 1,660.57 | 0.00 | 1,660.57 | 0.00 |
| 1841981 | 11/03/11 | 11/10/11 | | | 01 | U | 31.56 | 12.67 | 0.00 | 12.67 | 0.00 |
| 1842259 | 11/03/11 | 11/10/11 | | | 01 | U | 235.91 | 235.91 | 0.00 | 235.91 | 0.00 |
| 1845348 | 11/08/11 | 11/15/11 | | | 01 | U | 98.28 | 98.28 | 0.00 | 98.28 | 0.00 |
| 1846032 | 11/08/11 | 11/15/11 | | | 01 | U | 1,794.38 | 1,794.38 | 0.00 | 1,794.38 | 0.00 |
| 1847928 | 11/10/11 | 11/17/11 | | | 01 | U | 41.98 | 41.98 | 0.00 | 41.98 | 0.00 |
| 1860448 | 11/28/11 | 12/05/11 | | | 01 | U | 3.97 | 3.97 | 0.00 | 3.97 | 0.00 |
| 2014816 | 06/05/12 | 06/12/12 | | | 01 | U | 1,500.63 | 1,462.37 | 0.00 | 1,462.37 | 0.00 |
| | | | Vendor Total: | | | | -14,085.99 | -16,413.82 | 0.00 | -16,413.82 | 0.00 |
| 110455 | CHRIS PARKS, CRNA | | | | | | | | | | |
| 113010 | 11/30/10 | 11/30/10 | | | 01 | U | 637.81 | 637.81 | 0.00 | 637.81 | 0.00 |
| 120110 | 12/01/10 | 12/01/10 | | | 01 | U | 240.00 | 240.00 | 0.00 | 240.00 | 0.00 |
| | | | Vendor Total: | | | | 877.81 | 877.81 | 0.00 | 877.81 | 0.00 |
| 110458 | PC CONNECTIONS | | | | | | | | | | |
| 45702019 | 11/17/09 | 12/17/09 | | | 01 | U | 835.82 | 835.82 | 0.00 | 835.82 | 0.00 |
| 45771735 | 12/07/09 | 01/06/10 | | | 01 | U | 104.73 | 104.73 | 0.00 | 104.73 | 0.00 |
| | | | Vendor Total: | | | | 940.55 | 940.55 | 0.00 | 940.55 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 14

Balance Due Report

| **Application Code:** | AP | | | | | | | | | **User Login Name:** | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110465 | | PHA - PETTY CASH - GRANT ACCT | | | | | | | | | |
| 032012 | 03/20/12 | 03/31/12 | | 01 | | U | 309.23 | 309.23 | 0.00 | 309.23 | 0.00 |
| 052511 | 05/25/11 | 05/25/11 | | 01 | | U | 174.80 | 174.80 | 0.00 | 174.80 | 0.00 |
| 063011 | 06/30/11 | 06/30/11 | | 01 | | U | 133.57 | 17.96 | 0.00 | 17.96 | 0.00 |
| 082411 | 08/24/11 | 08/24/11 | | 01 | | U | 341.64 | 341.64 | 0.00 | 341.64 | 0.00 |
| 083111 | 08/31/11 | 08/31/11 | | 01 | | U | -180.70 | -180.70 | 0.00 | -180.70 | 0.00 |
| 093011 | 09/30/11 | 09/30/11 | | 01 | | U | -266.19 | -266.19 | 0.00 | -266.19 | 0.00 |
| 100110 | 10/01/10 | 10/01/10 | | 01 | | U | 2,688.86 | 2,688.86 | 0.00 | 2,688.86 | 0.00 |
| 103111 | 10/31/11 | 10/31/11 | | 01 | | U | 1,324.77 | 1,324.77 | 0.00 | 1,324.77 | 0.00 |
| 113011 | 11/30/11 | 11/30/11 | | 01 | | U | -373.61 | -373.61 | 0.00 | -373.61 | 0.00 |
| 123111 | 12/31/11 | 12/31/11 | | 01 | | U | 519.46 | 519.46 | 0.00 | 519.46 | 0.00 |
| | | | Vendor Total: | | | | 4,671.83 | 4,556.22 | 0.00 | 4,556.22 | |
| 110544 | | SOMERSET CAPITAL GROUP,LTD | | | | | | | | | |
| 407062 | 11/30/09 | 12/05/09 | | 01 | | U | 1,045.09 | 1,045.09 | | 1,045.09 | |
| 409953 | 12/15/09 | 02/01/10 | | 01 | | U | 2,824.89 | 2,824.89 | | 2,824.89 | |
| 413382 | 03/01/10 | 04/15/10 | | 01 | | U | 2,824.89 | 2,824.89 | | 2,824.89 | |
| 413842 | 01/14/10 | 02/28/10 | | 01 | | U | 169.49 | 169.49 | | 169.49 | |
| 437386 | 08/04/10 | 09/18/10 | | 01 | | U | 296.61 | 296.61 | | 296.61 | |
| | | | Vendor Total: | | | | 7,160.97 | 7,160.97 | 0.00 | 7,160.97 | 0.00 |
| 110545 | | SOONER COPY MACHINES, INC | | | | | | | | | |
| 52851 | 06/07/12 | 06/07/12 | | 01 | | U | 150.00 | -150.00 | | -150.00 | |
| | | | Vendor Total: | | | | 150.00 | -150.00 | 0.00 | -150.00 | 0.00 |
| 110553 | | STANDLEY SYSTEMS | | | | | | | | | |
| 184606 | 11/17/11 | 12/17/11 | | 01 | | U | 571.09 | 469.10 | 0.00 | 469.10 | 0.00 |
| 184607 | 11/17/11 | 12/17/11 | | 01 | | U | 762.44 | 762.44 | 0.00 | 762.44 | 0.00 |
| 209217 | 03/16/12 | 03/31/12 | | 01 | | U | 728.34 | 728.34 | 0.00 | 728.34 | 0.00 |
| 209740 | 03/20/12 | 04/04/12 | | 01 | | U | 485.20 | 485.20 | 0.00 | 485.20 | 0.00 |
| INV185847 | 11/28/11 | 12/28/11 | | 01 | | U | 213.91 | 213.91 | 0.00 | 213.91 | 0.00 |
| INV190598 | 12/16/11 | 01/15/12 | | 01 | | U | 528.87 | 528.87 | 0.00 | 528.87 | 0.00 |
| INV190599 | 12/16/11 | 01/15/12 | | 01 | | U | 649.35 | 649.35 | 0.00 | 649.35 | 0.00 |
| INV191482 | 12/22/11 | 12/22/11 | | 01 | | U | 326.98 | 326.98 | 0.00 | 326.98 | 0.00 |
| INV192376 | 12/28/11 | 12/28/11 | | 01 | | U | 196.21 | 196.21 | 0.00 | 196.21 | 0.00 |
| INV196776 | 01/17/12 | 02/16/12 | | 01 | | U | 579.83 | 579.83 | 0.00 | 579.83 | 0.00 |
| INV196777 | 01/17/12 | 02/16/12 | | 01 | | U | 658.07 | 658.07 | 0.00 | 658.07 | 0.00 |
| INV198739 | 01/27/12 | 02/26/12 | | 01 | | U | 166.28 | 166.28 | 0.00 | 166.28 | 0.00 |
| INV203164 | 02/16/12 | 03/17/12 | | 01 | | U | 665.67 | 665.67 | 0.00 | 665.67 | 0.00 |
| INV203408 | 02/17/12 | 03/18/12 | | 01 | | U | 532.75 | 532.75 | 0.00 | 532.75 | 0.00 |
| INV204902 | 02/28/12 | 03/29/12 | | 01 | | U | 203.52 | 203.52 | 0.00 | 203.52 | 0.00 |
| | | | Vendor Total: | | | | 7,268.51 | 7,166.52 | 0.00 | 7,166.52 | 0.00 |
| 110555 | | STAPLES ADVANTAGE | | | | | | | | | |
| 3162044054 | 10/01/11 | 11/15/11 | | 01 | | U | 385.12 | 5.12 | 0.00 | 5.12 | 0.00 |
| | | | Vendor Total: | | | | 385.12 | 5.12 | 0.00 | 5.12 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Balance Due Report

Page:   15

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110558 | STERILMED, INC. | | | | | | | | | | |
| 1032926 | 06/28/10 | 07/28/10 | | | 01 | U | 3,723.00 | 3,723.00 | 0.00 | 3,723.00 | 0.00 |
| 1033366 | 07/01/10 | 07/31/10 | | | 01 | U | 245.28 | 245.28 | 0.00 | 245.28 | 0.00 |
| | | | Vendor Total: | | | | 3,968.28 | 3,968.28 | 0.00 | 3,968.28 | 0.00 |
| 110559 | STERIS CORPORATION | | | | | | | | | | |
| 58137238 | 10/27/09 | 10/27/09 | | | 01 | U | 307.50 | 307.50 | 0.00 | 307.50 | 0.00 |
| | | | Vendor Total: | | | | 307.50 | 307.50 | 0.00 | 307.50 | 0.00 |
| 110561 | DON STOLZEBACH | | | | | | | | | | |
| 10-0613 | 06/14/10 | 06/14/10 | | | 01 | U | 1,168.00 | 584.00 | 0.00 | 584.00 | 0.00 |
| | | | Vendor Total: | | | | 1,168.00 | 584.00 | 0.00 | 584.00 | 0.00 |
| 110565 | STRYKER ENDOSCOPY | | | | | | | | | | |
| 3803369-E | 05/18/11 | 06/17/11 | | | 01 | U | -337.47 | -337.47 | 0.00 | -337.47 | 0.00 |
| | | | Vendor Total: | | | | -337.47 | -337.47 | 0.00 | -337.47 | 0.00 |
| 110571 | SURGICAL ADVANTAGE | | | | | | | | | | |
| 312537 | 05/07/09 | 06/06/09 | | | 01 | U | 133.30 | 133.30 | 0.00 | 133.30 | 0.00 |
| 329923B | 01/24/11 | 02/23/11 | | | 01 | U | 169.88 | 169.88 | 0.00 | 169.88 | 0.00 |
| 330495 | 02/15/11 | 03/17/11 | | | 01 | U | 42.80 | 42.80 | 0.00 | 42.80 | 0.00 |
| 582 | 05/20/09 | 06/19/09 | | | 01 | U | -752.55 | -752.55 | 0.00 | -752.55 | 0.00 |
| | | | Vendor Total: | | | | -406.57 | -406.57 | 0.00 | -406.57 | 0.00 |
| 110580 | ALAN TAYLOR | | | | | | | | | | |
| 013111B | 01/31/11 | 01/31/11 | | | 01 | U | 165.00 | 165.00 | 0.00 | 165.00 | 0.00 |
| 032311 | 03/23/11 | 03/23/11 | | | 01 | U | 125.00 | 125.00 | 0.00 | 125.00 | 0.00 |
| | | | Vendor Total: | | | | 290.00 | 290.00 | 0.00 | 290.00 | 0.00 |
| 110593 | TRAILBLAZER HEALTH ENTERPRISES | | | | | | | | | | |
| 121710 282 | 12/17/10 | 12/17/10 | | | 01 | U | 17,340.45 | 17,340.45 | 0.00 | 17,340.45 | 0.00 |
| 122010 363 | 12/20/10 | 12/20/10 | | | 01 | U | 34,115.59 | 34,115.59 | 0.00 | 34,115.59 | 0.00 |
| | | | Vendor Total: | | | | 51,456.04 | 51,456.04 | 0.00 | 51,456.04 | 0.00 |
| 110599 | TSG PHYSICIANS | | | | | | | | | | |
| 080811CASH | 08/31/11 | 08/31/11 | | | 01 | U | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| JUNINTERCO | 08/01/11 | 08/01/11 | | | 01 | U | 1,124.00 | 1,124.00 | 0.00 | 1,124.00 | 0.00 |
| | | | Vendor Total: | | | | 4,624.00 | 4,624.00 | 0.00 | 4,624.00 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   16

Balance Due Report

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Application Code:** | | AP | | | | | **User Login Name:** | jkohout | | | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110600 | THE T SYSTEM, INC. | | | | | | | | | | |
| 5700244807 | 09/01/10 | 10/01/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700246553 | 10/01/10 | 10/31/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700248282 | 11/01/10 | 12/01/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700250185 | 12/01/10 | 12/31/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700253996 | 01/01/11 | 02/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700255852 | 02/01/11 | 03/03/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700258132 | 03/01/11 | 04/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700259980 | 04/01/11 | 05/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700261845 | 05/01/11 | 05/31/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700263661 | 06/01/11 | 07/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| | | | | Vendor Total: | | | 9,190.00 | 9,190.00 | 0.00 | 9,190.00 | 0.00 |
| 910026 | Alcon Laboratories, Inc Acct#100183523 | | | | | | | | | | |
| 9658814358 | 10/13/20 | 11/12/20 | | | 06 | U | 3,532.92 | 3,532.92 | 0.00 | 3,532.92 | 0.00 |
| | | | | Vendor Total: | | | 3,532.92 | 3,532.92 | 0.00 | 3,532.92 | 0.00 |
| 910053 | ANGELICA -DALLAS | | | | | | | | | | |
| 2100290728 | 10/17/20 | 10/24/20 | | | 06 | U | 3,025.64 | 3,025.64 | 0.00 | 3,025.64 | 0.00 |
| 2100290729 | 10/17/20 | 10/24/20 | | | 06 | U | 501.79 | 501.79 | 0.00 | 501.79 | 0.00 |
| | | | | Vendor Total: | | | 3,527.43 | 3,527.43 | 0.00 | 3,527.43 | 0.00 |
| 910067 | AT&T #405.247.5004 | | | | | | | | | | |
| 10204052475004 | 10/19/20 | 11/09/20 | | | 06 | U | 42.49 | 42.49 | 0.00 | 42.49 | 0.00 |
| | | | | Vendor Total: | | | 42.49 | 42.49 | 0.00 | 42.49 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 17

Balance Due Report

**Application Code:**    AP                                 **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910125 | Cardinal Health | | | | | | | | | | |
| 595368 | 10/22/20 | 10/22/20 | | | 06 | U | 2,417.80 | 2,417.80 | 0.00 | 2,417.80 | 0.00 |
| 595373 | 10/22/20 | 10/22/20 | | | 06 | U | 1,333.93 | 1,333.93 | 0.00 | 1,333.93 | 0.00 |
| 595391 | 10/22/20 | 10/22/20 | | | 06 | U | 328.74 | 328.74 | 0.00 | 328.74 | 0.00 |
| 597018 | 10/22/20 | 10/22/20 | | | 06 | U | 1,720.97 | 1,720.97 | 0.00 | 1,720.97 | 0.00 |
| 597019 | 10/22/20 | 10/22/20 | | | 06 | U | 9.08 | 9.08 | 0.00 | 9.08 | 0.00 |
| 600781 | 10/23/20 | 10/23/20 | | | 06 | U | 1,713.02 | 1,713.02 | 0.00 | 1,713.02 | 0.00 |
| 600782 | 10/23/20 | 10/23/20 | | | 06 | U | 23.87 | 23.87 | 0.00 | 23.87 | 0.00 |
| 601147 | 10/23/20 | 10/23/20 | | | 06 | U | 321.30 | 321.30 | 0.00 | 321.30 | 0.00 |
| 601149 | 10/23/20 | 10/23/20 | | | 06 | U | 1,380.30 | 1,380.30 | 0.00 | 1,380.30 | 0.00 |
| 557007 | 10/07/20 | 10/07/20 | | | 06 | U | 569.77 | 569.77 | 0.00 | 569.77 | 0.00 |
| 568233 | 10/12/20 | 10/12/20 | | | 06 | U | 3,449.45 | 3,449.45 | 0.00 | 3,449.45 | 0.00 |
| 568234 | 10/12/20 | 10/12/20 | | | 06 | U | 461.30 | 461.30 | 0.00 | 461.30 | 0.00 |
| 568236 | 10/13/20 | 10/13/20 | | | 06 | U | 1,380.30 | 1,380.30 | 0.00 | 1,380.30 | 0.00 |
| 572497 | 10/13/20 | 10/13/20 | | | 06 | U | 3,152.90 | 3,152.90 | 0.00 | 3,152.90 | 0.00 |
| 572498 | 10/13/20 | 10/13/20 | | | 06 | U | 8.44 | 8.44 | 0.00 | 8.44 | 0.00 |
| 585384 | 10/19/20 | 10/19/20 | | | 06 | U | 1,713.16 | 1,713.16 | 0.00 | 1,713.16 | 0.00 |
| 585385 | 10/19/20 | 10/19/20 | | | 06 | U | 14.83 | 14.83 | 0.00 | 14.83 | 0.00 |
| 585386 | 10/19/20 | 10/19/20 | | | 06 | U | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| 586130 | 10/19/20 | 10/19/20 | | | 06 | U | 1,412.17 | 1,412.17 | 0.00 | 1,412.17 | 0.00 |
| 586131 | 10/19/20 | 10/19/20 | | | 06 | U | 148.30 | 148.30 | 0.00 | 148.30 | 0.00 |
| 586753 | 10/19/20 | 10/19/20 | | | 06 | U | 103.82 | 103.82 | 0.00 | 103.82 | 0.00 |
| 590294 | 10/20/20 | 10/20/20 | | | 06 | U | 963.62 | 963.62 | 0.00 | 963.62 | 0.00 |
| 590295 | 10/20/20 | 10/20/20 | | | 06 | U | 384.63 | 384.63 | 0.00 | 384.63 | 0.00 |
| | | | Vendor Total: | | | | 23,013.20 | 23,013.20 | 0.00 | 23,013.20 | 0.00 |
| 910166 | CULLIGAN WATER CONDITIONING | | | | | | | | | | |
| 35502 | 10/25/20 | 11/24/20 | | | 06 | U | 186.14 | 186.14 | 0.00 | 186.14 | 0.00 |
| | | | Vendor Total: | | | | 186.14 | 186.14 | 0.00 | 186.14 | 0.00 |
| 910198 | EMPIRE PAPER COMPANY INC | | | | | | | | | | |
| 0606357 | 10/22/20 | 11/21/20 | | | 06 | U | 507.13 | 507.13 | 0.00 | 507.13 | 0.00 |
| | | | Vendor Total: | | | | 507.13 | 507.13 | 0.00 | 507.13 | 0.00 |
| 910209 | FISHER HEALTHCARE | | | | | | | | | | |
| 1461048 | 10/20/20 | 11/19/20 | | | 06 | U | 60.21 | 60.21 | 0.00 | 60.21 | 0.00 |
| 1262368 | 10/16/20 | 11/15/20 | | | 06 | U | 182.83 | 182.83 | 0.00 | 182.83 | 0.00 |
| | | | Vendor Total: | | | | 243.04 | 243.04 | 0.00 | 243.04 | 0.00 |
| 910219 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| TAX2012 | 02/28/13 | 03/30/13 | | | 01 | U | 15,002.79 | 15,002.79 | 0.00 | 15,002.79 | 0.00 |
| 2013TAX | 01/29/14 | 01/29/14 | | | 01 | U | 14,374.00 | 14,374.00 | 0.00 | 14,374.00 | 0.00 |
| 042315-PHA | 04/23/15 | 04/23/15 | | | 01 | U | 13,309.36 | 13,309.36 | 0.00 | 13,309.36 | 0.00 |
| | | | Vendor Total: | | | | 42,686.15 | 42,686.15 | 0.00 | 42,686.15 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   18

Balance Due Report

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910373 | MEDLINE INDUSTRIES, INC. | | | | | | | | | | |
| 1927819261 | 10/17/20 | 11/16/20 | | | 06 | U | 26.99 | 26.99 | 0.00 | 26.99 | 0.00 |
| 1927819262 | 10/17/20 | 11/16/20 | | | 06 | U | 9,937.13 | 9,937.13 | 0.00 | 9,937.13 | 0.00 |
| 1928062726 | 10/20/20 | 11/19/20 | | | 06 | U | 69.82 | 69.82 | 0.00 | 69.82 | 0.00 |
| 1928344393 | 10/22/20 | 11/21/20 | | | 06 | U | 394.16 | 394.16 | 0.00 | 394.16 | 0.00 |
| 1928541880 | 10/23/20 | 11/22/20 | | | 06 | U | 117.52 | 117.52 | 0.00 | 117.52 | 0.00 |
| 1927819264 | 10/17/20 | 11/16/20 | | | 06 | U | 143.24 | 143.24 | 0.00 | 143.24 | 0.00 |
| 1928226307 | 10/21/20 | 11/20/20 | | | 06 | U | 35.73 | 35.73 | 0.00 | 35.73 | 0.00 |
| 1927000488 | 10/10/20 | 11/09/20 | | | 06 | U | 10.91 | 10.91 | 0.00 | 10.91 | 0.00 |
| 1927000489 | 10/10/20 | 11/09/20 | | | 06 | U | 18.18 | 18.18 | 0.00 | 18.18 | 0.00 |
| 1927000490 | 10/10/20 | 11/09/20 | | | 06 | U | 19.40 | 19.40 | 0.00 | 19.40 | 0.00 |
| 1927234687 | 10/13/20 | 11/12/20 | | | 06 | U | 105.39 | 105.39 | 0.00 | 105.39 | 0.00 |
| 1927234689 | 10/13/20 | 11/12/20 | | | 06 | U | 17.61 | 17.61 | 0.00 | 17.61 | 0.00 |
| | | | Vendor Total: | | | | 10,896.08 | 10,896.08 | 0.00 | 10,896.08 | 0.00 |
| 910419 | OFFICE DEPOT, INC. | | | | | | | | | | |
| 117273950001 | 08/20/20 | 09/19/20 | | | 06 | U | 271.22 | 271.22 | 0.00 | 271.22 | 0.00 |
| 117379801001 | 08/20/20 | 09/19/20 | | | 06 | U | 190.86 | 190.86 | 0.00 | 190.86 | 0.00 |
| 117273974001 | 08/20/20 | 09/19/20 | | | 06 | U | -271.22 | -271.22 | 0.00 | -271.22 | 0.00 |
| 117379953001 | 08/20/20 | 09/19/20 | | | 06 | U | -190.86 | -190.86 | 0.00 | -190.86 | 0.00 |
| 130999302001 | 10/19/20 | 11/18/20 | | | 06 | U | 217.28 | 217.28 | 0.00 | 217.28 | 0.00 |
| 131039420001 | 10/19/20 | 11/18/20 | | | 06 | U | 304.96 | 304.96 | 0.00 | 304.96 | 0.00 |
| 131044831001 | 10/19/20 | 11/18/20 | | | 06 | U | 259.23 | 259.23 | 0.00 | 259.23 | 0.00 |
| 131114659001 | 10/19/20 | 11/18/20 | | | 06 | U | 314.09 | 314.09 | 0.00 | 314.09 | 0.00 |
| 131125283001 | 10/19/20 | 11/18/20 | | | 06 | U | 2.28 | 2.28 | 0.00 | 2.28 | 0.00 |
| 131126171001 | 10/19/20 | 11/18/20 | | | 06 | U | 2.27 | 2.27 | 0.00 | 2.27 | 0.00 |
| 131042396001 | 10/19/20 | 10/26/20 | | | 06 | U | 54.73 | 54.73 | 0.00 | 54.73 | 0.00 |
| 131011200001 | 10/19/20 | 11/18/20 | | | 06 | U | -217.28 | -217.28 | 0.00 | -217.28 | 0.00 |
| 131040426001 | 10/19/20 | 11/18/20 | | | 06 | U | -304.96 | -304.96 | 0.00 | -304.96 | 0.00 |
| 131043245001 | 10/19/20 | 11/18/20 | | | 06 | U | -54.73 | -54.73 | 0.00 | -54.73 | 0.00 |
| 131054775001 | 10/19/20 | 11/18/20 | | | 06 | U | -259.23 | -259.23 | 0.00 | -259.23 | 0.00 |
| 131115056001 | 10/19/20 | 11/18/20 | | | 06 | U | -314.09 | -314.09 | 0.00 | -314.09 | 0.00 |
| 131126534001 | 10/19/20 | 11/18/20 | | | 06 | U | -2.28 | -2.28 | 0.00 | -2.28 | 0.00 |
| 131127297001 | 10/19/20 | 11/18/20 | | | 06 | U | -2.27 | -2.27 | 0.00 | -2.27 | 0.00 |
| | | | Vendor Total: | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 910432 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020139350982 | 10/14/20 | 10/29/20 | | | 06 | U | 97.15 | 97.15 | | 97.15 | |
| | | | Vendor Total: | | | | 97.15 | 97.15 | 0.00 | 97.15 | 0.00 |
| 910433 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020139351000 | 10/14/20 | 10/29/20 | | | 06 | U | 37.19 | 37.19 | | 37.19 | |
| | | | Vendor Total: | | | | 37.19 | 37.19 | 0.00 | 37.19 | 0.00 |
| 910436 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020208356382 | 10/14/20 | 10/29/20 | | | 06 | U | 41.76 | 41.76 | | 41.76 | |
| | | | Vendor Total: | | | | 41.76 | 41.76 | 0.00 | 41.76 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   19

Balance Due Report

**Application Code:**   AP                                                                **User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910437 | OKLAHOMA NATURAL GAS CO | | | | | | | | | | |
| 1020208356400 | 10/14/20 | 10/29/20 | | | 06 | U | 41.06 | 41.06 | 0.00 | 41.06 | 0.00 |
| 1020139350864 | 10/14/20 | 10/29/20 | | | 06 | U | 292.28 | 292.28 | 0.00 | 292.28 | 0.00 |
| | | | Vendor Total: | | | | 333.34 | 333.34 | 0.00 | 333.34 | 0.00 |
| 910452 | OWENS and MINOR | | | | | | | | | | |
| 2059557614 | 10/13/20 | 10/28/20 | | | 06 | U | 131.24 | 131.24 | 0.00 | 131.24 | 0.00 |
| 2059557653 | 10/13/20 | 10/28/20 | | | 06 | U | 121.63 | 121.63 | 0.00 | 121.63 | 0.00 |
| 2059557654 | 10/13/20 | 10/28/20 | | | 06 | U | 108.01 | 108.01 | 0.00 | 108.01 | 0.00 |
| 2059455571 | 10/08/20 | 10/23/20 | | | 06 | U | 89.31 | 89.31 | 0.00 | 89.31 | 0.00 |
| 2059383829 | 10/06/20 | 10/21/20 | | | 06 | U | 1,157.41 | 1,157.41 | 0.00 | 1,157.41 | 0.00 |
| | | | Vendor Total: | | | | 1,607.60 | 1,607.60 | 0.00 | 1,607.60 | 0.00 |
| 910557 | STERICYCLE, INC | | | | | | | | | | |
| 4009672351 | 11/01/20 | 12/01/20 | | | 06 | U | 3,919.00 | 3,919.00 | 0.00 | 3,919.00 | 0.00 |
| | | | Vendor Total: | | | | 3,919.00 | 3,919.00 | 0.00 | 3,919.00 | 0.00 |
| 910569 | SUDDENLINK (-708068901) | | | | | | | | | | |
| 1020104675013 | 10/21/20 | 11/05/20 | | | 06 | U | 162.46 | 162.46 | 0.00 | 162.46 | 0.00 |
| | | | Vendor Total: | | | | 162.46 | 162.46 | 0.00 | 162.46 | 0.00 |
| 910606 | US FOOD SERVICE | | | | | | | | | | |
| 4228214 | 10/16/20 | 10/31/20 | | | 06 | U | 2,713.32 | 2,713.32 | 0.00 | 2,713.32 | 0.00 |
| 4128236 | 10/10/20 | 10/25/20 | | | 06 | U | 32.95 | 32.95 | 0.00 | 32.95 | 0.00 |
| 4289364 | 10/20/20 | 11/04/20 | | | 06 | U | 1,701.94 | 1,701.94 | 0.00 | 1,701.94 | 0.00 |
| 4173943 | 10/13/20 | 10/28/20 | | | 06 | U | 2,952.17 | 2,952.17 | 0.00 | 2,952.17 | 0.00 |
| 5934813 | 10/19/20 | 11/03/20 | | | 06 | U | -33.07 | -33.07 | 0.00 | -33.07 | 0.00 |
| | | | Vendor Total: | | | | 7,367.31 | 7,367.31 | 0.00 | 7,367.31 | 0.00 |
| 910645 | GRAINGER | | | | | | | | | | |
| 9685235955 | 10/15/20 | 11/14/20 | | | 06 | U | 134.35 | 134.35 | 0.00 | 134.35 | 0.00 |
| 9662925644 | 09/23/20 | 10/23/20 | | | 06 | U | -551.90 | -551.90 | 0.00 | -551.90 | 0.00 |
| | | | Vendor Total: | | | | -417.55 | -417.55 | 0.00 | -417.55 | 0.00 |
| 910656 | SIZEWISE RENTALS | | | | | | | | | | |
| CD99162550 | 10/06/20 | 11/05/20 | | | 06 | U | 1,171.65 | 1,171.65 | 0.00 | 1,171.65 | 0.00 |
| CD99163037 | 10/07/20 | 11/06/20 | | | 06 | U | 339.73 | 339.73 | 0.00 | 339.73 | 0.00 |
| CD99166828 | 10/12/20 | 11/11/20 | | | 06 | U | 52.56 | 52.56 | 0.00 | 52.56 | 0.00 |
| CD99166829 | 10/12/20 | 11/11/20 | | | 06 | U | 941.87 | 941.87 | 0.00 | 941.87 | 0.00 |
| CD99166830 | 10/12/20 | 11/11/20 | | | 06 | U | 151.37 | 151.37 | 0.00 | 151.37 | 0.00 |
| CD99172480 | 10/19/20 | 11/18/20 | | | 06 | U | 217.60 | 217.60 | 0.00 | 217.60 | 0.00 |
| CD99172481 | 10/19/20 | 11/18/20 | | | 06 | U | 262.80 | 262.80 | 0.00 | 262.80 | 0.00 |
| | | | Vendor Total: | | | | 3,137.58 | 3,137.58 | 0.00 | 3,137.58 | 0.00 |
| 910660 | ALIMED, INC. | | | | | | | | | | |
| RPSV03449587 | 10/19/20 | 11/03/20 | | | 06 | U | 101.02 | 101.02 | 0.00 | 101.02 | 0.00 |
| | | | Vendor Total: | | | | 101.02 | 101.02 | 0.00 | 101.02 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                    Page:   20
10:39                                    Balance Due Report

---

**Application Code:**   AP                                        **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910672 | OKLAHOMA DEPT OF LABOR | | | | | | | | | | |
| 10192020 | 10/21/20 | 11/20/20 | | | 06 | U | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| | | | | Vendor Total: | | | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| 910695 | HEALTHLAND | | | | | | | | | | |
| L2010087198 | 10/08/20 | 10/08/20 | | | 06 | U | 12,931.43 | 12,931.43 | 0.00 | 12,931.43 | 0.00 |
| L2010157198 | 10/15/20 | 10/15/20 | | | 06 | U | 1,275.00 | 1,275.00 | 0.00 | 1,275.00 | 0.00 |
| | | | | Vendor Total: | | | 14,206.43 | 14,206.43 | 0.00 | 14,206.43 | 0.00 |
| 910703 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| OCW090120 | 08/31/20 | 08/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW100120 | 10/01/20 | 10/01/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW060120 | 05/26/20 | 05/26/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW070120 | 06/30/20 | 06/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW080120 | 07/30/20 | 07/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OWC033120 | 03/31/20 | 03/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW050120 | 04/30/20 | 04/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| | | | | Vendor Total: | | | 437,500.00 | 437,500.00 | 0.00 | 437,500.00 | 0.00 |
| 910725 | AMERIPATH OKLAHOMA CITY | | | | | | | | | | |
| 20200927 | 09/27/20 | 10/27/20 | | | 06 | U | 1,944.20 | 1,944.20 | 0.00 | 1,944.20 | 0.00 |
| | | | | Vendor Total: | | | 1,944.20 | 1,944.20 | 0.00 | 1,944.20 | 0.00 |
| 910733 | Hill-Rom | | | | | | | | | | |
| 1157447 | 10/13/20 | 11/12/20 | | | 06 | U | 465.38 | 465.38 | 0.00 | 465.38 | 0.00 |
| 2332241 | 10/31/20 | 11/30/20 | | | 06 | U | 410.63 | 410.63 | 0.00 | 410.63 | 0.00 |
| 2334122 | 10/31/20 | 11/30/20 | | | 06 | U | 679.34 | 679.34 | 0.00 | 679.34 | 0.00 |
| 2335819 | 10/31/20 | 11/30/20 | | | 06 | U | 2,939.20 | 2,939.20 | 0.00 | 2,939.20 | 0.00 |
| 2342603 | 10/31/20 | 11/30/20 | | | 06 | U | 1,380.80 | 1,380.80 | 0.00 | 1,380.80 | 0.00 |
| 2343791 | 10/31/20 | 11/30/20 | | | 06 | U | 881.47 | 881.47 | 0.00 | 881.47 | 0.00 |
| 2345569 | 10/31/20 | 11/30/20 | | | 06 | U | 251.85 | 251.85 | 0.00 | 251.85 | 0.00 |
| | | | | Vendor Total: | | | 7,008.67 | 7,008.67 | 0.00 | 7,008.67 | 0.00 |
| 910739 | Tri-anim Health Services | | | | | | | | | | |
| 64269245 | 10/16/20 | 11/15/20 | | | 06 | U | 160.10 | 160.10 | 0.00 | 160.10 | 0.00 |
| | | | | Vendor Total: | | | 160.10 | 160.10 | 0.00 | 160.10 | 0.00 |
| 910866 | KCI USA | | | | | | | | | | |
| 29800361 | 10/16/20 | 11/15/20 | | | 06 | U | 960.15 | 960.15 | 0.00 | 960.15 | 0.00 |
| 29803466 | 10/16/20 | 11/15/20 | | | 06 | U | 960.15 | 960.15 | 0.00 | 960.15 | 0.00 |
| 29828696 | 10/15/20 | 11/14/20 | | | 06 | U | 1,280.20 | 1,280.20 | 0.00 | 1,280.20 | 0.00 |
| 29801053 | 10/19/20 | 11/18/20 | | | 06 | U | 320.05 | 320.05 | 0.00 | 320.05 | 0.00 |
| 29815609 | 10/25/20 | 11/24/20 | | | 06 | U | 192.03 | 192.03 | 0.00 | 192.03 | 0.00 |
| 29827661 | 10/29/20 | 11/28/20 | | | 06 | U | 704.11 | 704.11 | 0.00 | 704.11 | 0.00 |
| | | | | Vendor Total: | | | 4,416.69 | 4,416.69 | 0.00 | 4,416.69 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Balance Due Report

Page:   21

**Application Code:**   AP

**User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910874 | Smith & Son Building Center | | | | | | | | | | |
| 1069164 | 10/20/20 | 10/20/20 | | | 06 | U | 46.74 | 46.74 | 0.00 | 46.74 | 0.00 |
| 1069338 | 10/21/20 | 10/21/20 | | | 06 | U | 43.05 | 43.05 | 0.00 | 43.05 | 0.00 |
| 1069441 | 10/22/20 | 10/22/20 | | | 06 | U | 18.59 | 18.59 | 0.00 | 18.59 | 0.00 |
| | | | Vendor Total: | | | | 108.38 | 108.38 | 0.00 | 108.38 | 0.00 |
| 910914 | GRADY MEMORIAL HOSPITAL | | | | | | | | | | |
| G001227536 | 10/21/20 | 11/20/20 | | | 06 | U | 6,495.00 | 6,495.00 | 0.00 | 6,495.00 | 0.00 |
| | | | Vendor Total: | | | | 6,495.00 | 6,495.00 | 0.00 | 6,495.00 | 0.00 |
| 910944 | ULINE | | | | | | | | | | |
| 125244434 | 10/08/20 | 11/07/20 | | | 06 | U | 588.98 | 588.98 | 0.00 | 588.98 | 0.00 |
| | | | Vendor Total: | | | | 588.98 | 588.98 | 0.00 | 588.98 | 0.00 |
| 910961 | E.T.C ( Elaine's Transportation Co) | | | | | | | | | | |
| 99714 | 10/15/20 | 10/15/20 | | | 06 | U | 562.00 | 562.00 | 0.00 | 562.00 | 0.00 |
| 99715 | 10/15/20 | 10/15/20 | | | 06 | U | 865.00 | 865.00 | 0.00 | 865.00 | 0.00 |
| 99725 | 10/20/20 | 10/20/20 | | | 06 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 99718 | 10/16/20 | 10/16/20 | | | 06 | U | 420.00 | 420.00 | 0.00 | 420.00 | 0.00 |
| 99719 | 10/16/20 | 10/16/20 | | | 06 | U | 390.00 | 390.00 | 0.00 | 390.00 | 0.00 |
| 99721 | 10/19/20 | 10/19/20 | | | 06 | U | 1,195.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 |
| 99726 | 10/20/20 | 10/20/20 | | | 06 | U | 726.00 | 726.00 | 0.00 | 726.00 | 0.00 |
| | | | Vendor Total: | | | | 4,998.00 | 4,998.00 | 0.00 | 4,998.00 | 0.00 |
| 911087 | ENCORE ENERGY SERVICES , INC | | | | | | | | | | |
| 0036807-0 | 10/09/20 | 10/09/20 | | | 06 | U | 589.73 | 589.73 | 0.00 | 589.73 | 0.00 |
| | | | Vendor Total: | | | | 589.73 | 589.73 | 0.00 | 589.73 | 0.00 |
| 911098 | Anesthesia Service | | | | | | | | | | |
| 71620 | 10/19/20 | 11/18/20 | | | 06 | U | 121.17 | 121.17 | 0.00 | 121.17 | 0.00 |
| | | | Vendor Total: | | | | 121.17 | 121.17 | 0.00 | 121.17 | 0.00 |
| 911101 | Fujifilm Medical Systems Endoscopy Divis | | | | | | | | | | |
| 91061822 | 09/17/20 | 10/17/20 | | | 06 | U | 506.17 | 506.17 | 0.00 | 506.17 | 0.00 |
| | | | Vendor Total: | | | | 506.17 | 506.17 | 0.00 | 506.17 | 0.00 |
| 911106 | EPIMED | | | | | | | | | | |
| 37063-USA | 10/12/20 | 11/11/20 | | | 06 | U | 131.67 | 131.67 | 0.00 | 131.67 | 0.00 |
| | | | Vendor Total: | | | | 131.67 | 131.67 | 0.00 | 131.67 | 0.00 |
| 911111 | PRECISION LENS | | | | | | | | | | |
| 070277401 | 10/16/20 | 11/15/20 | | | 06 | U | 824.00 | 824.00 | 0.00 | 824.00 | 0.00 |
| | | | Vendor Total: | | | | 824.00 | 824.00 | 0.00 | 824.00 | 0.00 |
| 911115 | GLAUKOS CORPORATION | | | | | | | | | | |
| 10010014785 | 10/06/20 | 11/05/20 | | | 06 | U | 27,264.00 | 27,264.00 | 0.00 | 27,264.00 | 0.00 |
| | | | Vendor Total: | | | | 27,264.00 | 27,264.00 | 0.00 | 27,264.00 | 0.00 |
| 911121 | ABBOTT DIABETES CARE SALES CORP | | | | | | | | | | |
| 612836329 | 10/15/20 | 11/14/20 | | | 06 | U | 2,697.63 | 2,697.63 | | 2,697.63 | 0.00 |
| | | | Vendor Total: | | | | 2,697.63 | 2,697.63 | 0.00 | 2,697.63 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   22

Balance Due Report

| **Application Code:** | AP | | | | | | | **User Login Name:** | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911125 | COOK MEDICAL | | | | | | | | | | |
| V20154468 | 10/12/20 | 11/11/20 | | | 06 | U | 318.12 | 318.12 | 0.00 | 318.12 | 0.00 |
| | | | | Vendor Total: | | | 318.12 | 318.12 | 0.00 | 318.12 | 0.00 |
| 911160 | J & J Health Care Systems, Inc. | | | | | | | | | | |
| 923402019 | 10/06/20 | 11/05/20 | | | 06 | U | 401.19 | 401.19 | 0.00 | 401.19 | 0.00 |
| | | | | Vendor Total: | | | 401.19 | 401.19 | 0.00 | 401.19 | 0.00 |
| 911175 | MATHESON TRI GAS, INC | | | | | | | | | | |
| 22471071 | 10/19/20 | 11/18/20 | | | 06 | U | 1,984.47 | 1,984.47 | 0.00 | 1,984.47 | 0.00 |
| | | | | Vendor Total: | | | 1,984.47 | 1,984.47 | 0.00 | 1,984.47 | 0.00 |
| 911182 | Akerman LLP | | | | | | | | | | |
| 9591859 | 08/11/20 | 08/11/20 | | | 06 | U | 39,213.56 | 39,213.56 | 0.00 | 39,213.56 | 0.00 |
| 9591852 | 08/11/20 | 08/11/20 | | | 06 | U | 11,324.50 | 11,324.50 | 0.00 | 11,324.50 | 0.00 |
| 9584740 | 07/14/20 | 07/14/20 | | | 06 | U | 16,672.90 | 16,672.90 | 0.00 | 16,672.90 | 0.00 |
| 9584745 | 07/14/20 | 07/14/20 | | | 06 | U | 225.00 | 225.00 | 0.00 | 225.00 | 0.00 |
| 9584744 | 07/14/20 | 07/14/20 | | | 06 | U | 15,691.00 | 15,691.00 | 0.00 | 15,691.00 | 0.00 |
| 9577199 | 06/15/20 | 06/15/20 | | | 06 | U | 12,613.75 | 12,613.75 | 0.00 | 12,613.75 | 0.00 |
| 9568452 | 05/18/20 | 05/18/20 | | | 06 | U | 58,650.00 | 58,650.00 | 0.00 | 58,650.00 | 0.00 |
| 9553569 | 04/07/20 | 04/07/20 | | | 06 | U | 104,075.08 | 104,075.08 | 0.00 | 104,075.08 | 0.00 |
| 9544610 | 03/10/20 | 03/10/20 | | | 06 | U | 88,216.23 | 88,216.23 | 0.00 | 88,216.23 | 0.00 |
| 9538839 | 02/18/20 | 02/18/20 | | | 06 | U | 121,849.47 | 121,849.47 | 0.00 | 121,849.47 | 0.00 |
| 9602687 | 09/10/20 | 09/10/20 | | | 06 | U | 16,723.29 | 16,723.29 | 0.00 | 16,723.29 | 0.00 |
| 9530966 | 01/24/20 | 01/24/20 | | | 06 | U | 114,804.91 | 114,804.91 | 0.00 | 114,804.91 | 0.00 |
| | | | | Vendor Total: | | | 600,059.69 | 600,059.69 | 0.00 | 600,059.69 | 0.00 |
| 911205 | HENRY SCHEIN | | | | | | | | | | |
| 84153829 | 10/12/20 | 11/11/20 | | | 06 | U | 62.03 | 62.03 | 0.00 | 62.03 | 0.00 |
| 84387547 | 10/14/20 | 11/13/20 | | | 06 | U | 225.81 | 225.81 | 0.00 | 225.81 | 0.00 |
| 84721173 | 10/19/20 | 11/18/20 | | | 06 | U | 567.51 | 567.51 | 0.00 | 567.51 | 0.00 |
| 84555134 | 10/14/20 | 11/13/20 | | | 06 | U | 195.19 | 195.19 | 0.00 | 195.19 | 0.00 |
| 84721171 | 10/21/20 | 11/20/20 | | | 06 | U | 27.34 | 27.34 | 0.00 | 27.34 | 0.00 |
| 84847554 | 10/21/20 | 11/20/20 | | | 06 | U | 6,630.88 | 6,630.88 | 0.00 | 6,630.88 | 0.00 |
| | | | | Vendor Total: | | | 7,708.76 | 7,708.76 | 0.00 | 7,708.76 | 0.00 |
| 911206 | THE HOME DEPOT PRO | | | | | | | | | | |
| 579788340 | 10/20/20 | 11/19/20 | | | 06 | U | 310.10 | 310.10 | 0.00 | 310.10 | 0.00 |
| 579788357 | 10/20/20 | 11/19/20 | | | 06 | U | 60.53 | 60.53 | 0.00 | 60.53 | 0.00 |
| 579788365 | 10/20/20 | 11/19/20 | | | 06 | U | 557.37 | 557.37 | 0.00 | 557.37 | 0.00 |
| 578179020 | 10/12/20 | 11/11/20 | | | 06 | U | 65.57 | 65.57 | 0.00 | 65.57 | 0.00 |
| 578439937 | 10/13/20 | 11/12/20 | | | 06 | U | 107.79 | 107.79 | 0.00 | 107.79 | 0.00 |
| 578439929 | 10/13/20 | 11/12/20 | | | 06 | U | 353.98 | 353.98 | 0.00 | 353.98 | 0.00 |
| 578439945 | 10/13/20 | 11/12/20 | | | 06 | U | 77.31 | 77.31 | 0.00 | 77.31 | 0.00 |
| | | | | Vendor Total: | | | 1,532.65 | 1,532.65 | 0.00 | 1,532.65 | 0.00 |
| 911213 | FIRST CHOICE COFFEE SERVICES | | | | | | | | | | |
| 298189 | 10/19/20 | 10/29/20 | | | 06 | U | 293.63 | 293.63 | 0.00 | 293.63 | 0.00 |
| | | | | Vendor Total: | | | 293.63 | 293.63 | 0.00 | 293.63 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Balance Due Report

Page:   23

| Application Code: | AP | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911215 | MEDTRONIC USA INC | | | | | | | | | | |
| 2551460129 | 10/13/20 | 11/12/20 | | | 06 | U | -17,892.30 | -17,892.30 | 0.00 | -17,892.30 | 0.00 |
| | | | | Vendor Total: | | | -17,892.30 | -17,892.30 | 0.00 | -17,892.30 | 0.00 |
| 911240 | Smith & Nephew | | | | | | | | | | |
| 929616912 | 10/19/20 | 11/18/20 | | | 06 | U | 2,210.38 | 2,210.38 | 0.00 | 2,210.38 | 0.00 |
| 929617625 | 10/19/20 | 11/18/20 | | | 06 | U | 1,320.03 | 1,320.03 | 0.00 | 1,320.03 | 0.00 |
| | | | | Vendor Total: | | | 3,530.41 | 3,530.41 | 0.00 | 3,530.41 | 0.00 |
| 911256 | ORGANOGENESIS INC | | | | | | | | | | |
| SI00963374 | 10/12/20 | 11/11/20 | | | 06 | U | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| SI00963416 | 10/12/20 | 11/11/20 | | | 06 | U | 450.00 | 450.00 | 0.00 | 450.00 | 0.00 |
| | | | | Vendor Total: | | | 4,200.00 | 4,200.00 | 0.00 | 4,200.00 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   24

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911257 | First Physicians Resources-Anadarko | | | | | | | | | | |
| 0000168-IN | 10/25/20 | 11/24/20 | | | 06 | U | 993,087.20 | 993,087.20 | 0.00 | 993,087.20 | 0.00 |
| 0000159-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,181,283.98 | 1,181,283.98 | 0.00 | 1,181,283.98 | 0.00 |
| 0000165-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,231,157.26 | 1,231,157.26 | 0.00 | 1,231,157.26 | 0.00 |
| 0000052-IN | 06/30/18 | 07/10/18 | | | 06 | U | 10,937.54 | 10,937.54 | 0.00 | 10,937.54 | 0.00 |
| 0000053-IN | 06/30/18 | 07/30/18 | | | 06 | U | 8,572.06 | 8,572.06 | 0.00 | 8,572.06 | 0.00 |
| 0000054-IN | 06/30/18 | 07/30/18 | | | 06 | U | 438,645.14 | 438,645.14 | 0.00 | 438,645.14 | 0.00 |
| 0000063-IN | 07/14/18 | 08/13/18 | | | 06 | U | 469,668.43 | 469,668.43 | 0.00 | 469,668.43 | 0.00 |
| 0000065-IN | 07/31/18 | 08/30/18 | | | 06 | U | 17,391.80 | 17,391.80 | 0.00 | 17,391.80 | 0.00 |
| 0000066-IN | 07/31/18 | 08/30/18 | | | 06 | U | 3,223.58 | 3,223.58 | 0.00 | 3,223.58 | 0.00 |
| 0000067-IN | 07/31/18 | 08/30/18 | | | 06 | U | 455,737.75 | 455,737.75 | 0.00 | 455,737.75 | 0.00 |
| 0000050-IN | 06/16/18 | 07/16/18 | | | 06 | U | 430,374.34 | 430,374.34 | 0.00 | 430,374.34 | 0.00 |
| 0000051-IN | 06/30/18 | 07/30/18 | | | 06 | U | 3,597.92 | 3,597.92 | 0.00 | 3,597.92 | 0.00 |
| 0000069-IN | 08/11/18 | 09/10/18 | | | 06 | U | 472,921.56 | 472,921.56 | 0.00 | 472,921.56 | 0.00 |
| 0000071-IN | 08/25/18 | 09/24/18 | | | 06 | U | 467,805.43 | 467,805.43 | 0.00 | 467,805.43 | 0.00 |
| 0000073-IN | 08/31/18 | 09/30/18 | | | 06 | U | 22,764.26 | 22,764.26 | 0.00 | 22,764.26 | 0.00 |
| 0000074-IN | 09/08/18 | 10/08/18 | | | 06 | U | 477,237.24 | 477,237.24 | 0.00 | 477,237.24 | 0.00 |
| 0000112-IN | 04/30/19 | 05/30/19 | | | 06 | U | 1,188,891.32 | 1,188,891.32 | 0.00 | 1,188,891.32 | 0.00 |
| 0000116-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,221,790.67 | 1,221,790.67 | 0.00 | 1,221,790.67 | 0.00 |
| 0000120-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,066,823.02 | 1,066,823.02 | 0.00 | 1,066,823.02 | 0.00 |
| 0000086-IN | 11/17/18 | 12/17/18 | | | 06 | U | 478,036.77 | 478,036.77 | 0.00 | 478,036.77 | 0.00 |
| 0000108-IN | 03/31/19 | 04/30/19 | | | 06 | U | 1,048,617.40 | 1,048,617.40 | 0.00 | 1,048,617.40 | 0.00 |
| 0000076-IN | 09/30/18 | 10/30/18 | | | 06 | U | 456,414.10 | 456,414.10 | 0.00 | 456,414.10 | 0.00 |
| 0000078-IN | 09/30/18 | 10/30/18 | | | 06 | U | 6,493.06 | 6,493.06 | 0.00 | 6,493.06 | 0.00 |
| 0000083-IN | 10/31/18 | 11/30/18 | | | 06 | U | 2,385.00 | 2,385.00 | 0.00 | 2,385.00 | 0.00 |
| 0000081-IN | 10/31/18 | 11/30/18 | | | 06 | U | 456,867.30 | 456,867.30 | 0.00 | 456,867.30 | 0.00 |
| 0000079-IN | 10/06/18 | 11/05/18 | | | 06 | U | 478,045.25 | 478,045.25 | 0.00 | 478,045.25 | 0.00 |
| 0000084-IN | 11/03/18 | 12/03/18 | | | 06 | U | 478,678.42 | 478,678.42 | 0.00 | 478,678.42 | 0.00 |
| 00000088-IN | 11/30/18 | 12/30/18 | | | 06 | U | 4,642.86 | 4,642.86 | 0.00 | 4,642.86 | 0.00 |
| 0000099-IN | 01/31/19 | 03/02/19 | | | 06 | U | 11,364.16 | 11,364.16 | 0.00 | 11,364.16 | 0.00 |
| 0000091-INV | 10/31/18 | 11/30/18 | | | 06 | U | 79,412.00 | 79,412.00 | 0.00 | 79,412.00 | 0.00 |
| 0000094-INV | 11/30/18 | 12/30/18 | | | 06 | U | 57,177.87 | 57,177.87 | 0.00 | 57,177.87 | 0.00 |
| 0000089-INV | 12/31/18 | 01/30/19 | | | 06 | U | 1,115,635.94 | 1,115,635.94 | 0.00 | 1,115,635.94 | 0.00 |
| 0000098-INV | 01/31/19 | 03/02/19 | | | 06 | U | 1,151,214.86 | 1,151,214.86 | 0.00 | 1,151,214.86 | 0.00 |
| 0000096-INV | 12/31/18 | 01/30/19 | | | 06 | U | 60,481.00 | 60,481.00 | 0.00 | 60,481.00 | 0.00 |
| 0000105-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,218,916.45 | 1,218,916.45 | 0.00 | 1,218,916.45 | 0.00 |
| 0000133-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,127,382.47 | 1,127,382.47 | 0.00 | 1,127,382.47 | 0.00 |
| 0000137-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,167,799.19 | 1,167,799.19 | 0.00 | 1,167,799.19 | 0.00 |
| 0000139-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,229,355.07 | 1,229,355.07 | 0.00 | 1,229,355.07 | 0.00 |
| 0000123-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,209,151.73 | 1,209,151.73 | 0.00 | 1,209,151.73 | 0.00 |
| 0000129-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,219,821.62 | 1,219,821.62 | 0.00 | 1,219,821.62 | 0.00 |
| 0000313-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,021,571.93 | 1,021,571.93 | 0.00 | 1,021,571.93 | 0.00 |
| 0000146-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,169,300.45 | 1,169,300.45 | 0.00 | 1,169,300.45 | 0.00 |
| 0000148-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,260,246.20 | 1,260,246.20 | 0.00 | 1,260,246.20 | 0.00 |
| 0000126-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,030,260.31 | 1,030,260.31 | 0.00 | 1,030,260.31 | |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   25

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000150-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,228,710.98 | 1,228,710.98 | 0.00 | 1,228,710.98 | 0.00 |
| 0000153-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,200,242.28 | 1,200,242.28 | 0.00 | 1,200,242.28 | 0.00 |
| 0000156-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,216,160.43 | 1,216,160.43 | 0.00 | 1,216,160.43 | 0.00 |
| 0000162-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,211,431.41 | 1,211,431.41 | 0.00 | 1,211,431.41 | 0.00 |
| | | | | Vendor Total: | | | 32,557,727.01 | 32,557,727.01 | 0.00 | 32,557,727.01 | 0.00 |
| 911258 | First Physicians Business Solutions-PHA | | | | | | | | | | |
| 0000073-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,389,917.86 | 1,389,917.86 | 0.00 | 1,389,917.86 | 0.00 |
| 0000075-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,553,929.50 | 1,553,929.50 | 0.00 | 1,553,929.50 | 0.00 |
| 0000071-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,108,155.01 | 1,108,155.01 | 0.00 | 1,108,155.01 | 0.00 |
| 0000052-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,185,873.01 | 1,185,873.01 | 0.00 | 1,185,873.01 | 0.00 |
| 0000069-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,708,137.85 | 1,708,137.85 | 0.00 | 1,708,137.85 | 0.00 |
| 0000065-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,270,947.51 | 1,270,947.51 | 0.00 | 1,270,947.51 | 0.00 |
| 0000067-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,287,307.66 | 1,287,307.66 | 0.00 | 1,287,307.66 | 0.00 |
| 0000059-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,156,841.23 | 1,156,841.23 | 0.00 | 1,156,841.23 | 0.00 |
| 0000054-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,529,662.22 | 1,529,662.22 | 0.00 | 1,529,662.22 | 0.00 |
| 0000056-IN | 09/30/19 | 10/30/19 | | | 06 | U | -100,000.00 | -100,000.00 | 0.00 | -100,000.00 | 0.00 |
| 0000057-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,746,683.67 | 1,746,683.67 | 0.00 | 1,746,683.67 | 0.00 |
| 0000061-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,265,491.34 | 1,265,491.34 | 0.00 | 1,265,491.34 | 0.00 |
| 0000063-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,591,597.78 | 1,591,597.78 | 0.00 | 1,591,597.78 | 0.00 |
| 0000040-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,056,117.60 | 1,056,117.60 | 0.00 | 1,056,117.60 | 0.00 |
| 0000030-IN | 10/31/18 | 11/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000031-IN | 10/31/18 | 11/30/18 | | | 06 | U | 974,339.41 | 974,339.41 | 0.00 | 974,339.41 | 0.00 |
| 0000042-IN | 03/31/19 | 04/30/19 | | | 06 | U | 1,067,489.08 | 1,067,489.08 | 0.00 | 1,067,489.08 | 0.00 |
| 0000034-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,448,418.04 | 1,448,418.04 | 0.00 | 1,448,418.04 | 0.00 |
| 0000033-IN | 12/31/18 | 01/30/19 | | | 06 | U | 1,224,677.22 | 1,224,677.22 | 0.00 | 1,224,677.22 | 0.00 |
| 00000032-IN | 11/30/18 | 12/30/18 | | | 06 | U | 1,017,690.20 | 1,017,690.20 | 0.00 | 1,017,690.20 | 0.00 |
| 0000048-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,553,487.33 | 1,553,487.33 | 0.00 | 1,553,487.33 | 0.00 |
| 0000050-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,731,487.91 | 1,731,487.91 | 0.00 | 1,731,487.91 | 0.00 |
| 0000044-IN | 04/30/19 | 05/30/19 | | | 06 | U | 1,817,831.95 | 1,817,831.95 | 0.00 | 1,817,831.95 | 0.00 |
| 0000046-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,892,149.02 | 1,892,149.02 | 0.00 | 1,892,149.02 | 0.00 |
| 0000029-IN | 09/30/18 | 10/30/18 | | | 06 | U | 659,514.11 | 659,514.11 | 0.00 | 659,514.11 | 0.00 |
| 0000028-IN | 09/30/18 | 10/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000027-IN | 08/31/18 | 08/31/18 | | | 06 | U | 705,452.87 | 705,452.87 | 0.00 | 705,452.87 | 0.00 |
| 0000023-IN | 06/30/18 | 07/30/18 | | | 06 | U | 530,411.06 | 530,411.06 | 0.00 | 530,411.06 | 0.00 |
| 0000025-IN | 07/31/18 | 08/30/18 | | | 06 | U | 1,056,399.11 | 1,056,399.11 | 0.00 | 1,056,399.11 | 0.00 |
| 0000026-IN | 08/23/18 | 09/22/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000024-IN | 07/31/18 | 08/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000022-IN | 06/30/18 | 07/30/18 | | | 06 | U | 321,292.34 | 202,473.31 | 0.00 | 202,473.31 | 0.00 |
| 0000079-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,512,708.66 | 1,512,708.66 | 0.00 | 1,512,708.66 | 0.00 |
| 0000077-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,518,835.58 | 1,518,835.58 | 0.00 | 1,518,835.58 | 0.00 |
| 0000081-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,515,068.65 | 1,515,068.65 | 0.00 | 1,515,068.65 | 0.00 |
| 0000083-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,380,575.99 | 1,380,575.99 | 0.00 | 1,380,575.99 | 0.00 |
| | | | | Vendor Total: | | | 40,963,660.13 | 40,844,841.10 | 0.00 | 40,844,841.10 | 0.00 |

11/06/20

10:39

# The Physicians Hospital Anadarko

Page:   26

Balance Due Report

**Application Code:**   AP

**User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911259 | First Physicians Services-Anadarko | | | | | | | | | | |
| 0000053-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,689,683.21 | 1,689,683.21 | 0.00 | 1,689,683.21 | 0.00 |
| 0000051-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,856,293.53 | 1,856,293.53 | 0.00 | 1,856,293.53 | 0.00 |
| 0000050-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,847,156.69 | 1,847,156.69 | 0.00 | 1,847,156.69 | 0.00 |
| 0000034-IN | 05/31/19 | 06/30/19 | | | 06 | U | 2,273,523.96 | 2,273,523.96 | 0.00 | 2,273,523.96 | 0.00 |
| 0000033-IN | 04/30/19 | 05/30/19 | | | 06 | U | 2,088,549.05 | 2,088,549.05 | 0.00 | 2,088,549.05 | 0.00 |
| 0000036-IN | 07/31/19 | 08/30/19 | | | 06 | U | 2,074,496.00 | 2,074,496.00 | 0.00 | 2,074,496.00 | 0.00 |
| 0000035-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,853,987.83 | 1,853,987.83 | 0.00 | 1,853,987.83 | 0.00 |
| 0000028-IN | 12/31/18 | 01/30/19 | | | 06 | U | 1,446,655.90 | 1,446,655.90 | 0.00 | 1,446,655.90 | 0.00 |
| 0000030-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,692,857.21 | 1,692,857.21 | 0.00 | 1,692,857.21 | 0.00 |
| 0000032-IN. | 03/31/19 | 04/30/19 | | | 06 | U | 1,251,930.28 | 1,251,930.28 | 0.00 | 1,251,930.28 | 0.00 |
| 00000027-IN | 11/30/18 | 12/30/18 | | | 06 | U | 1,190,239.15 | 1,190,239.15 | 0.00 | 1,190,239.15 | 0.00 |
| 0000031-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,237,843.23 | 1,237,843.23 | 0.00 | 1,237,843.23 | 0.00 |
| 0000043-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,547,661.52 | 1,547,661.52 | 0.00 | 1,547,661.52 | 0.00 |
| 0000041-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,540,902.40 | 1,540,902.40 | 0.00 | 1,540,902.40 | 0.00 |
| 0000042-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,913,914.88 | 1,913,914.88 | 0.00 | 1,913,914.88 | 0.00 |
| 0000039-IN | 10/31/19 | 11/30/19 | | | 06 | U | 2,137,006.34 | 2,137,006.34 | 0.00 | 2,137,006.34 | 0.00 |
| 0000040-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,406,305.99 | 1,406,305.99 | 0.00 | 1,406,305.99 | 0.00 |
| 0000038-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,824,473.14 | 1,824,473.14 | 0.00 | 1,824,473.14 | 0.00 |
| 0000044-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,567,928.58 | 1,567,928.58 | 0.00 | 1,567,928.58 | 0.00 |
| 0000037-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,398,584.99 | 1,398,584.99 | 0.00 | 1,398,584.99 | 0.00 |
| 0000045-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,996,345.09 | 1,996,345.09 | 0.00 | 1,996,345.09 | 0.00 |
| 0000046-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,345,993.22 | 1,345,993.22 | 0.00 | 1,345,993.22 | 0.00 |
| 0000047-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,695,042.72 | 1,695,042.72 | 0.00 | 1,695,042.72 | 0.00 |
| 0000048-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,898,221.31 | 1,898,221.31 | 0.00 | 1,898,221.31 | 0.00 |
| 0000049-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,854,746.79 | 1,854,746.79 | 0.00 | 1,854,746.79 | 0.00 |
| | | | Vendor Total: | | | | 42,630,343.01 | 42,630,343.01 | 0.00 | 42,630,343.01 | 0.00 |
| 911263 | IPRGS, P.C. | | | | | | | | | | |
| OCT2020DRTU | 10/31/20 | 10/31/20 | | | 06 | U | 5,645.16 | 5,645.16 | 0.00 | 5,645.16 | 0.00 |
| | | | Vendor Total: | | | | 5,645.16 | 5,645.16 | 0.00 | 5,645.16 | 0.00 |
| 911267 | ABBOTT POINT OF CARE | | | | | | | | | | |
| 612849824 | 10/19/20 | 11/18/20 | | | 06 | U | 2,919.55 | 2,919.55 | 0.00 | 2,919.55 | 0.00 |
| | | | Vendor Total: | | | | 2,919.55 | 2,919.55 | 0.00 | 2,919.55 | 0.00 |
| 911282 | DYNAMIC INFUSION THERAPY,INC | | | | | | | | | | |
| 89241 | 10/15/20 | 11/29/20 | | | 06 | U | 1,795.00 | 1,795.00 | 0.00 | 1,795.00 | 0.00 |
| 87281 | 09/30/20 | 11/14/20 | | | 06 | U | 1,570.00 | 1,570.00 | 0.00 | 1,570.00 | 0.00 |
| | | | Vendor Total: | | | | 3,365.00 | 3,365.00 | 0.00 | 3,365.00 | 0.00 |
| 911283 | THARA DAMODARAN, MD LLC | | | | | | | | | | |
| SEPT2020DRTHARA | 10/24/20 | 10/24/20 | | | 06 | U | 1,575.00 | 1,575.00 | 0.00 | 1,575.00 | 0.00 |
| | | | Vendor Total: | | | | 1,575.00 | 1,575.00 | 0.00 | 1,575.00 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   27

Balance Due Report

**Application Code:**    AP                                                          **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911290 | STROUD REGIONAL MEDICAL CENTER | | | | | | | | | | |
| WF090320 | 09/03/20 | 09/03/20 | | | 06 | U | 457.17 | 457.17 | 0.00 | 457.17 | 0.00 |
| WF-9012020 | 09/01/20 | 09/01/20 | | | 06 | U | 159.33 | 159.33 | 0.00 | 159.33 | 0.00 |
| WF100320 | 10/03/20 | 10/03/20 | | | 06 | U | 457.17 | 457.17 | 0.00 | 457.17 | 0.00 |
| WF-10012020 | 10/01/20 | 10/01/20 | | | 06 | U | 159.33 | 159.33 | 0.00 | 159.33 | 0.00 |
| | | | Vendor Total: | | | | 1,233.00 | 1,233.00 | 0.00 | 1,233.00 | 0.00 |
| 911297 | Conner & Winters, LLP | | | | | | | | | | |
| 2260347 JWF | 07/14/20 | 07/14/20 | | | 06 | U | 9,539.20 | 9,539.20 | 0.00 | 9,539.20 | 0.00 |
| 2259482 JWF | 06/19/20 | 06/19/20 | | | 06 | U | 359.50 | 359.50 | 0.00 | 359.50 | 0.00 |
| 2256113 JWF | 04/13/20 | 04/13/20 | | | 06 | U | 25,760.28 | 25,760.28 | 0.00 | 25,760.28 | 0.00 |
| 2254627 JWF | 03/05/20 | 03/05/20 | | | 06 | U | 31,106.20 | 31,106.20 | 0.00 | 31,106.20 | 0.00 |
| | | | Vendor Total: | | | | 66,765.18 | 66,765.18 | 0.00 | 66,765.18 | 0.00 |
| 911315 | MycroMed LLC | | | | | | | | | | |
| 318 | 10/12/20 | 11/11/20 | | | 06 | U | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| | | | Vendor Total: | | | | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| 911392 | AT&T #405-247-2845 | | | | | | | | | | |
| 10204052472845 | 10/19/20 | 10/19/20 | | | 06 | U | 284.30 | 284.30 | 0.00 | 284.30 | 0.00 |
| | | | Vendor Total: | | | | 284.30 | 284.30 | 0.00 | 284.30 | 0.00 |
| 911420 | Sysmex America, Inc. | | | | | | | | | | |
| 93428101 | 10/11/20 | 11/10/20 | | | 06 | U | 1,210.95 | 1,210.95 | 0.00 | 1,210.95 | 0.00 |
| | | | Vendor Total: | | | | 1,210.95 | 1,210.95 | 0.00 | 1,210.95 | 0.00 |
| 911421 | Staples | | | | | | | | | | |
| 3458606764 | 10/05/20 | 11/04/20 | | | 06 | U | 45.99 | 45.99 | 0.00 | 45.99 | 0.00 |
| 3458606765 | 10/05/20 | 11/04/20 | | | 06 | U | 283.92 | 283.92 | 0.00 | 283.92 | 0.00 |
| 3458606766 | 10/05/20 | 11/04/20 | | | 06 | U | 13.78 | 13.78 | 0.00 | 13.78 | 0.00 |
| 3459072599 | 10/12/20 | 11/11/20 | | | 06 | U | 5.88 | 5.88 | 0.00 | 5.88 | 0.00 |
| 3459072604 | 10/12/20 | 11/11/20 | | | 06 | U | 208.76 | 208.76 | 0.00 | 208.76 | 0.00 |
| 3459072607 | 10/12/20 | 11/11/20 | | | 06 | U | 158.76 | 158.76 | 0.00 | 158.76 | 0.00 |
| | | | Vendor Total: | | | | 717.09 | 717.09 | 0.00 | 717.09 | 0.00 |
| 911437 | Instrumentation Laboratory | | | | | | | | | | |
| 9110886678 | 10/13/20 | 11/12/20 | | | 06 | U | 397.50 | 397.50 | 0.00 | 397.50 | 0.00 |
| | | | Vendor Total: | | | | 397.50 | 397.50 | 0.00 | 397.50 | 0.00 |
| 911438 | Sacrix LLC | | | | | | | | | | |
| SXIN20/0020 | 09/15/20 | 10/15/20 | | | 06 | U | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 |
| SXIN20/0030 | 10/13/20 | 11/12/20 | | | 06 | U | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 |
| | | | Vendor Total: | | | | 18,000.00 | 18,000.00 | 0.00 | 18,000.00 | 0.00 |
| | | | Grand Totals: | | | | 117,701,118.99 | 117,572,811.08 | 0.00 | 117,572,811.08 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   28

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Number of Invoices Printed:** 806

**Vendor:**    From   110001    to   911438

**Location:**    From    to

**Due Date:**    From   10/26/08    to   12/01/20

**Central Billing:**    No Central Billing Vendors

**Include Invoice Description:**    No

**Report Order:**    Vendor Number Order

**Fill in this information to identify the case:**

Debtor name ___RHA Anadarko, Inc.___

United States Bankruptcy Court for the: ___Western___ District of ___Oklahoma___
(State)

Case number (If known): ___20-13482-SH___    Chapter ___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Property Lease for hospital | First Physicians Realty Group, LLC |
| | | | CHRISTENSEN LAW GROUP PLLC |
| | State the term remaining | 9 years, 6 months | 3401 NW 63RD STREET SUITE 600 |
| | List the contract number of any government contract | | OKLAHOMA CITY OK 73116 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | First Physicians Business Solutions, LLC |
| | | | CHRISTENSEN LAW GROUP PLLC |
| | State the term remaining | 2 years | 3401 NW 63RD STREET SUITE 600 |
| | List the contract number of any government contract | | OKLAHOMA CITY OK 73116 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Staff Leasing Agreement | First Physicians Resources, LLC |
| | | | CHRISTENSEN LAW GROUP PLLC |
| | State the term remaining | 4 months | 3401 NW 63RD STREET SUITE 600 |
| | List the contract number of any government contract | | OKLAHOMA CITY OK 73116 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Ancillary Services Agreement | First Physician Services, LLC |
| | | | CHRISTENSEN LAW GROUP PLLC |
| | State the term remaining | 2 years | 3401 NW 63RD STREET SUITE 600 |
| | List the contract number of any government contract | | OKLAHOMA CITY OK 73116 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | Rural Hospital Acquisition, LLC |
| | | | CHRISTENSEN LAW GROUP PLLC |
| | State the term remaining | 4 months | 3401 NW 63RD STREET SUITE 600 |
| | List the contract number of any government contract | | OKLAHOMA CITY OK 73116 |

Debtor _____    Case number *(if known)*_____
        Name

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

      **State the term remaining**

      **List the contract number of any government contract**

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      page ___ of ___

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-13482-SAH |
| | ) | Chapter 11 |
| RHA Stroud, Inc.,[1] | ) | |
| Debtor. | ) | [Jointly Administered] |
| | ) | |

## GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND SOFA

RHA Stroud, Inc., d/b/a Stroud Regional Medical Center ("Stroud Hospital") and RHA Anadarko, Inc. d/b/a The Physicians' Hospital in Anadarko ("Anadarko Hospital") (each a "Debtor," and collectively, the "Debtors" or "Hospitals") are contemporaneously filing these Global Notes (as defined below) as an integral part of the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA") filed in the Bankruptcy Court for the Western District of Oklahoma (the "Bankruptcy Court").

The Debtors, with the assistance of their professionals, prepared the Schedules and SOFA pursuant to Section 521 of Title 11 of the United States Code, as amended (Title 11 to be referenced as the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the rules in their entirety to be referred to as "Bankruptcy Rules"). These *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and SOFA* (these "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of, each of the Schedules and SOFA, and should be reviewed in connection with any review of the Schedules and SOFA, including any amendments to the Schedules and SOFA.

The Debtors and their professionals relied on financial data derived from books and records that were available at the time of preparation of the Schedules and SOFA. The Hospitals are parties to contracts with a staffing company (First Physician Resources, LLC), a management company (First Physicians Business Solutions LLC), and an ancillary services provider (First Physician Services, LLC) (collectively "First Physicians"). First Physicians, by virtue of their interrelated and expansive agreements described herein, control a vast majority of the information pertaining to the Debtors' assets, liabilities, and financial condition of the Hospitals, as well as a world of information pertaining to the Hospitals' day to day operations. Indeed, First Physicians is

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

---

contractually obligated to maintain such books and records. The Debtors have on multiple occasions requested documents *inter alia* documents to compile the Schedules and Statement of Financial Affairs.  On Friday, November 20, 2020 at 5:16PM (CT) First Physicians made a production of some of the documents the Debtors have been requesting of First Physicians.  Based on receipt of the documents with no business days prior to the deadline to file Schedules and Statement of financial Affairs, the Debtors and their professionals have done their best to complete the Schedules and Statement of Financial Affairs with the records they have been supplied to date.

Due to the timing of First Physicians' production of some of the documents requested by the Debtors and their professionals, the Debtors and their professionals do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and SOFA and shall not be liable for any loss or injury arising out of or caused in whole or in part by any acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or in the Schedules and SOFA. Except as expressly required by the Bankruptcy Code, the Debtors and their professionals do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or in the Schedules and SOFA or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors and their professionals disclaim any liability to any third party arising out of or related to the information contained in the Schedules and SOFA and reserve all rights with respect thereto.

The Schedules and SOFA have been signed by the President and Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and SOFA, the Debtors relied upon the efforts, statements, and representations contained in the books and records, investigation of which is incomplete and in progress. The Debtors have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA.  Nevertheless, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered. The Debtors reserve all rights to (i) amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("Claim") description, designation, or the entity against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to the bankruptcy case of RHA Stroud, Inc. or RHA Anadarko, Inc. (the "Bankruptcy Case"), including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or Causes of Action

2

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

(defined below) arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or SOFA (including, without limitation, Schedule A/B and Schedule E/F) by the Debtors of any obligation between the Debtors and a third party is a statement of what appears in the books and records and may not accurately reflect whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations. For example, listing a Claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

2.      **Description of the Cases and "as of" Information Date**. Except as otherwise noted in these Global Notes or the Schedules and SOFA, all asset and liability information is valued as of October 25, 2020, the applicable Petition Date. In some instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was unavailable. The Debtors and their professionals have made a reasonable effort to allocate liabilities between the pre-and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and SOFA accordingly. No independent valuation has been obtained and the Debtors are seeking various valuations of certain items from auctioneers.

3.      **Basis of Presentation**. The Schedules and SOFA reflect financial information for the Debtors only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements otherwise prepared and/or distributed by the Debtors. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not a conclusion that the Debtor(s) was solvent at the Petition Date. Likewise, to the extent that the Debtors shows more liabilities than assets, this is not a conclusion that such Debtor(s) was insolvent at the Petition Date or any time prior to the Petition Date.

4.      **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5.      **Fiscal Year**. The Debtor's operates on a fiscal year commencing October 1 and ending on September 30.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

6.      **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA, the Debtors and their professionals may, nevertheless, have inaccurately characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserves all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available.

7.      **Fair Market Value; Book Value**. It would be prohibitively expensive and unduly burdensome for the Debtors to obtain current market valuations of all of the Debtors' assets. Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values for assets as of the date stated in the Global Notes as reflected in the books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as book balances as of the Petition Date. Certain other assets, such as intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values. Liabilities pursuant to "Notes" may be presented exclusive of any asserted accrued interest.

8.      **Estimates**. To prepare and file the Schedules in accordance with the deadline established in this Bankruptcy Case, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities as of the applicable Petition Date. The Debtors reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

9.      **Totals and Undetermined Amounts**. All totals that are included in the Schedules and SOFA represent totals of known amounts only and do not include any contingent, unliquidated, disputed, or otherwise undetermined amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to unliquidated, contingent and/or disputed Claims, summary statistics in the Schedules, SOFA and Global Notes may significantly understate the Debtors' liabilities.

10.     **Excluded Assets and Liabilities**. The Debtors and their professionals have sought to allocate liabilities between the pre – and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-and postpetition periods may change.

Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) have not been included in the Debtors' Schedules. Other immaterial assets and liabilities may also have been excluded.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

_____

The estimate of Claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

11.    **Property and Equipment**. Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement).

12.    **Guaranties and Other Secondary Liability Claims**. The Debtors and their professionals have made reasonable efforts to locate and identify guaranties and other secondary liability Claims (collectively, the "Guaranties") with respect to each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guaranties have been identified, they have been included in the relevant Schedule. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserves the right to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserves the right (i) to amend the Schedules and SOFA and to recharacterize or reclassify any such contract or Claim, and (ii) to contest the validity or enforceability of any such Guaranties. Additionally, failure to list any Guaranties in the Schedules and SOFA, including in any future amendments to the Schedules and SOFA, shall not affect the enforceability of any Guaranties not listed.

13.    **Insiders**. For purposes of the Schedules and SOFA, the Debtors  define "insider" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of a Debtor, (d) any managing agent or managing member of a Debtor and (e) entities that may be under common ownership with a Debtor. Payments to insiders listed in (a) through (e) above are set forth on SOFA Item 3.c. Persons listed as "insiders" have been included for informational purposes only. The Debtors did not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

14.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

15.    **Executory Contracts and Unexpired Leases**. Although the Debtors and their professionals made diligent attempts to attribute executory contracts and unexpired leases in the Schedules, they may have inadvertently failed to identify every contract or unexpired lease due to the complexity and size of the Debtors' businesses and failure to receive all documents from First Physicians.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

Moreover, the Debtors and their professionals may have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and SOFA, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage Claims. The Schedules and SOFA do not reflect any Claims for rejection damages. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such Claims.

16.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors and their professionals may not have listed all of the Causes of Action or potential Causes of Action against third parties as assets in the Schedules and SOFA, including, without limitation, Causes of Action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17.    **Setoffs**. The Debtors incurred certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

The claims of individual creditors for, among other things, services or taxes are listed as the amounts entered in the books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights regarding such credits, allowances or other adjustments.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

### Schedule A/B - Real and Personal Property

Despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of the Debtors' Causes of Action or potential Causes of Action against third parties

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

as assets in the Schedules and SOFA, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Security deposits held by real property lessor and utility companies to the extent known have been included on the Debtor's Schedule A/B. Separately, some of the Debtors' personal property is held and maintained at third-party locations.

The Debtors are working on obtaining values of certain assets of the Debtors.

### Item 7 & 8 – Deposits and Prepayments

The Debtors' characterization of an asset listed in these Items is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate. Additionally, the amounts set forth on these Items do not include amounts held as retainers by professionals.

### Item 75 - Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtor, Rights to Setoff Claims and Intercompany Claims

The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or other warranty claims. Additionally, the Debtors may be party to pending litigation in which the Debtors has asserted, or the Debtors may assert, claims as a plaintiff or counter-claims as a defendant. Because such claims are unknown to the Debtors and their professionals and not quantifiable as of the Petition Date, they are not listed in Item 75. Finally, because of Debtors still waiting on production of documents from First Physicians, the Debtors may or may not have claims against related entities in unknown amounts, and therefore, the Debtors has designated those potential claims as "unspecified claims against related parties".

### Schedule D - Creditors Holding Secured Claims

The Claims listed on Schedule D arose or were incurred on various dates. A determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive at this point. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date. Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

55479302;1

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

The Debtors may have not included on Schedule D all parties that may believe their Claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors is not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes.

The value amounts listed the Debtors' reserve all rights to amend, dispute or challenge.

## Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims

The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserves their right to dispute the priority status of any Claim on any basis.

The unsecured non-priority Claims of individual creditors for, among other things, products, or services are listed as either the lower of the amounts invoiced by the creditor or the amounts reflected in the books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors does not list respective dates for the Claims listed on Schedule E/F.

Schedule E/F includes the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

To the extent the Debtors has listed any alleged holders of "Notes" as holders of "undisputed" general unsecured Claims, except in the instance where the Debtors believes that a particular holder of Notes may have a contingent, unliquidated and/or disputed Claim based on facts specific to that holder, the Debtors reserves all rights to recharacterize, reclassify, recategorize, redesignate, add or delete Claims in respect of "Notes" reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available. Scheduled amounts for Notes do not include accrued but unpaid interest.

The listing of any Claim on Schedules is not an admission by the Debtors that Debtors owe that amount.

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, ***the Global Notes shall control***.

_____

## Schedule G - Unexpired Leases and Executory Contracts

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtor entered into various agreements with customers and vendors. The Debtor may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the applicable Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Any and all rights, Claims and Causes of Action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## Schedule H - Co-Debtors

The Debtors may have co-debtors or co-obligors under various leases, contracts or other agreements. The Debtors has made a reasonable effort to include these co-debtor or co-obligor relationships in Schedule H; however, certain co-debtor and co-obligor relationships may have been inadvertently omitted.

Any omission of a co-debtor or co-obligor in the Schedules does not constitute an admission that such omitted co-debtor or co-obligor is not obligated or liable under the relevant debt. The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any omitted co-debtor or co-obligor are not impaired by the omission.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE SOFA

## SOFA Item 3 – 90 Day Payments

SOFA Item 3 includes any disbursement or other transfer made by the Debtors within 90 days before the applicable Petition Date except for those made to insiders (which payments appear in response to SOFA Item 30). All disbursements listed on SOFA Item 3 are made through the Debtors' cash management system.

All of the Schedules and SOFA are subject to and qualified by the Global Notes. In the event that the Schedules and SOFA differ from the Global Notes, *the Global Notes shall control*.

---

## SOFA Item 4 – Insider Payments

The Debtors has attempted to include all payments made on or within 12 months before the applicable Petition Date to any individual or entity deemed an "insider." The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

## SOFA Item 6 – Setoffs

Ordinary course setoffs are excluded from the Debtors' response to SOFA Item 6 except where otherwise noted.

## SOFA Item 10 – Losses from Fire, Theft, or Other Casualty

The Debtors may have occasionally incurred losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

## SOFA Item 26(b) – Books, Records and Financial Statements

In the ordinary course of business the Debtors may have provided certain parties, such as financial institutions, debtholders, auditors, consultants, potential investors, vendors, tax preparers and financial advisors financial statements that may not be part of a public filing. The Debtors has not provided a list of these parties in response to this question.

*     *     *     *     *