# United States Bankruptcy Court
## Western District of Oklahoma

In re  RHA Stroud, Inc.  
Debtor(s)

Case No. **20-13482-SAH**  
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Official Form 204 - Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **November 24, 2020**

/s/ Esther McKean  
**Esther McKean**  
Attorney for Debtor(s)  
**Akerman LLP**  
420 S. Orange Ave.  
Suite 1200  
Orlando, FL 32801  
407-419-8583  Fax:407-843-6610  
esther.mckean@akerman.com

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RHA Stroud, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known): | 20-13482-SAH |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24/7 Radiology, LLP 5820 Oberlin Drive Suite 205 San Diego, CA 92121 | | Trade debt | | | | $12,682.00 |
| Abbey Healthcare Staffing 3560 Hyland Ave. Costa Mesa, CA 92626 | | Trade debt | | | | $14,532.00 |
| Agiliti Health, Inc. 6625 West 78th Street Suite 300 Minneapolis, MN 55439 | | Trade debt | | | | $34,123.00 |
| All Points Capital Corporation 275 Broadhollow Road Melville, NY 11747 | | Trade debt | | | | $15,722.00 |
| Cardinal Health, Inc. c/o CT Corporation System 4400 East Commons Way Suite 125 Columbus, OH 43219 | | Trade debt | | | | $14,165.00 |
| Connors & Winters, LLP 1700 One Leadership Square Oklahoma City, OK 73102 | | Professional Services | | | | $25,760.00 |

Debtor  **RHA Stroud, Inc.**  
Name

Case number *(if known)*  **20-13482-SAH**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Elaine's Transportation Co.**<br>**3717 Vickie Dr.**<br>**Oklahoma City, OK 73115** | | **Trade debt** | | | | $9,474.00 |
| **Fisher Healthcare**<br>**118 Whispering Woods Road**<br>**Charleston, WV 25304** | | **Trade debt** | | | | $20,795.00 |
| **Healthland / CPSI Evident**<br>**6600 Wall Street**<br>**Mobile, AL 36695** | | **Trade debt** | | | | $12,920.00 |
| **J&J**<br>**ATTN: Michael H. Ulmann**<br>**One Johnson & Johnson Plaza**<br>**New Brunswick, NJ 08933** | | **Trade debt** | | | | $42,037.00 |
| **KCI USA Inc.**<br>**Corporation Service Company**<br>**10300 Greenbriar Place**<br>**Oklahoma City, OK 73159** | | **Trade debt** | | | | $15,466.00 |
| **Medtronic Nuerological Division**<br>**710 Medtronic Parkway**<br>**Minneapolis, MN 55432** | | **Trade debt** | | | | $15,808.00 |
| **Nabholz Construction Services**<br>**6400 South Superior Ave.**<br>**Oklahoma City, OK 73149** | | **Services Rendered** | | | | $133,201.00 |
| **New Direction Acute Dialysis, LLC**<br>**4334 NW Expressway Suite 165**<br>**Oklahoma City, OK 73116** | | **Trade debt** | | | | $46,974.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **RHA Stroud, Inc.**
Name

Case number *(if known)* **20-13482-SAH**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oklahoma Blood Institute<br>c/o Randall Stark<br>1001 N. Lincoln Blvd.<br>Oklahoma City, OK 73104 | | Trade debt | | | | $10,585.00 |
| Organogenesis, Inc.<br>85 Dan Rd.<br>Canton, MA 02021 | | Trade debt | | | | $19,850.00 |
| Phillips Medical Systems NA Co<br>3000 Minuteman Road<br>Andover, MA 01810 | | Trade debt | | | | $9,448.00 |
| Shared Medical Services, Inc.<br>209 Limestone Pass<br>Cottage Grove, WI 53527 | | Trade debt | | | | $37,944.00 |
| Stroud National Bank<br>P.O. Box 450<br>Stroud, OK 74079 | | Trade debt | | | | $13,615.00 |
| The T System, Inc.<br>9300 W. 110th Street Suite 350<br>Overland Park, KS 66210 | | Trade debt | | | | $7,722.00 |