# United States Bankruptcy Court
## Western District of Oklahoma

In re: RHA Anadarko, Inc.
Debtor(s)

Case No. 20-13482-SAH
Chapter 11

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Official Form 204 - Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: November 24, 2020

*/s/ Esther McKean*
**Esther McKean**
Attorney for Debtor(s)
Akerman LLP
420 S. Orange Ave.
Suite 1200
Orlando, FL 32801
407-419-8583 Fax: 407-843-6610
esther.mckean@akerman.com

Fill in this information to identify the case:

Debtor name: **RHA Anadarko, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**
Case number (if known): **20-13482-SAH**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim - Total claim, if partially secured | Amount of claim - Deduction for value of collateral or setoff | Amount of claim - Unsecured claim |
|---|---|---|---|---|---|---|
| 24/7 Radiology, LLP<br>5820 Oberlin Drive<br>Suite 205<br>San Diego, CA 92121 | | Trade debt | | | | $6,392.00 |
| APSP-Apnea Specialists<br>2410 W. Memorial Road<br>Oklahoma City, OK 73134 | | Trade debt | | | | $6,800.00 |
| Cardinal Health, Inc.<br>c/o CT Corporation System<br>4400 East Commons Way<br>Suite 125<br>Columbus, OH 43219 | | Trade debt | | | | $23,013.00 |
| Connors & Winters, LLP<br>1700 One Leadership Square<br>Oklahoma City, OK 73102 | | Services Rendered | | | | $66,765.00 |
| Elaine's Transportation Co.<br>3717 Vickie Dr.<br>Oklahoma City, OK 73115 | | Trade debt | | | | $4,998.00 |
| Fujinon<br>6200 Phyllis Drive<br>Cypress, CA 90630 | | Trade debt | | | | $10,231.00 |

| Debtor | RHA Anadarko, Inc. | Case number *(if known)* | 20-13482-SAH |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Glaukos Corporation<br>229 Avenida Fabricante<br>San Clemente, CA 92672 | | Trade debt | | | | $27,264.00 |
| Grady Memorial Hospital<br>80 Jesse Hill Jr. Drive SE<br>Atlanta, GA 30303 | | Trade debt | | | | $6,495.00 |
| Healthland<br>12755 Highway 55 St. 100<br>Minneapolis, MN 55441 | | Trade debt | | | | $14,206.00 |
| Henry Schein<br>135 Dduryea Road<br>Melville, NY 11747 | | Trade debt | | | | $7,709.00 |
| HillRom<br>1069 State Roue 46 East<br>Batesville, IN 47006 | | Trade debt | | | | $7,009.00 |
| IPRGS, P.C. | | Trade debt | | | | $5,645.00 |
| Jetrad, LLC<br>4005 NW Expway St. Suite 410<br>Oklahoma City, OK 73116 | | Trade debt | | | | $8,675.00 |
| Med Assets<br>100 North Point Center East Suite 200<br>Alpharetta, GA 30022 | | Trade debt | | | | $15,000.00 |
| Medline Industries Inc<br>One Medline Place<br>Mundelein, IL 60060 | | Trade debt | | | | $10,896.00 |
| Sacrix LLC<br>350 Main Street<br>Malden, MA 02148 | | Trade debt | | | | $18,000.00 |
| Somerset Capital Group, Ltd.<br>612 Wheelers Farms Road<br>Milford, CT 06461 | | Trade debt | | | | $7,161.00 |
| Standley Systems<br>26 E. Main Street<br>Oklahoma City, OK 73104 | | Trade debt | | | | $7,269.00 |

| Debtor | RHA Anadarko, Inc. | | Case number *(if known)* | 20-13482-SAH | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The T System, Inc.**<br>**9300 W. 110th Street**<br>**Suite 350**<br>**Overland Park, KS 66210** | | **Trade debt** | | | | **$9,190.00** |
| **Trailblazer Health Enterprises**<br>**8330 Lyndon B. Johnson FWY**<br>**Dallas, TX 75243** | | **Trade debt** | | | | **$51,456.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3