## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re.**  ) | Case No.: 20-13482-SAH |
| ) | Chapter 11 |
| **RHA Stroud, Inc.,**[1]  ) | |
| ) | **[Jointly Administered]** |
| **Debtor.**  ) | |
| _____  ) | |

## **VERIFIED STATEMENT OF DEBORAH BURIAN**

     United States Trustee, Ilene J. Lashinsky, hereby files the attached verified statement of Debora Burian, the appointed patient care ombudsman for this case.

                                      Respectfully submitted,

                                      s/ Marjorie J. Creasey
                                      Marjorie J. Creasey, OBA #17819
                                      Office of the United States Trustee
                                      215 Dean A. McGee, Room 408
                                      Oklahoma City, OK  73102
                                      (405) 231-4393/231-5958 [fax]
                                      Marjorie.Creasey@usdoj.gov

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528).  The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.