IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) Case No.: 20-13482-SAH |
| | ) Chapter 11 |
| RHA Stroud, Inc.,[1] | ) |
|     Debtor. | ) [Jointly Administered] |
| | ) |

# DEBTORS' INITIAL REPORT[2]

Dated: December 2, 2020

Respectfully Submitted,

**AKERMAN LLP**
By: *s/ Esther McKean*
Esther McKean
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, Florida, 32801
Telephone: 407-419-8583
Fax: 407-843-6610
esther.mckean@akerman.com
*Pro Hac Vice Admitted*

By: *s/ David W. Parham*
David W. Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214-720-4300
Fax: 214-981-9339
david.parham@akerman.com
*Pro Hac Vice Admitted*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

[2] Previously provided to United States Trustee's office.

55549743;1

2

        By: *s/ Catherine Kretzschmar*
        Catherine Kretzschmar
        Florida Bar No. 85843
        350 East Las Olas Blvd., Suite 1600
        Ft. Lauderdale, FL 33301
        Telephone: 954-486-2443
        Fax: 954-847-5336
        catherine.kretzschmar@akerman.com
        *Pro Hac Vice Admitted*

**RUBENSTEIN & PITTS, PLLC**

By: s/ Michael A. Rubenstein
Michael A. Rubenstein, OBA #7806
Leif Swedlow, OBA #17710
1503 E. 19th Street
Edmond, OK  73013
Telephone:  405 -340-1900
Fax: 405-340-1001
mrubenstein@oklawpartners.com
lswedlow@oklawpartners.com

Proposed Attorneys for Debtors

2

55549743;1