```
                IN THE DISTRICT COURT OF LINCOLN COUNTY
                          STATE OF OKLAHOMA


RURAL HOSPITAL ACQUISITION, LLC, and   )
FIRST PHYSICIANS REALTY GROUP, LLC,    )
           Plaintiffs,                 )
                                       )
v.                                     )  Case No. CJ-20-31
                                       )
RHA STROUD, INC., and                  )
RHA ANADARKO, INC.                     )
                                       )
           Defendants.                 )
                                       )
v.                                     )
                                       )
FIRST PHYSICIANS BUSINESS              )
SOLUTIONS, LLC; FIRST PHYSICIANS       )
SERVICES, LLC; FIRST PHYSICIANS        )
RESOURCES, LLC; and FIRST PHYSICIANS   )
CAPITAL GROUP, INC.,                   )
           Third-Party Defendants.     )
```

**TRANSCRIPT OF PLAINTIFFS' APPLICATION FOR APPOINTMENT OF RECEIVER**

Held On:     September 14, 2020

Before:      THE HONORABLE CYNTHIA FERRELL ASHWOOD
             District Judge




Reported by: Patricia L. Wible, RDR
             District Court Reporter
             Lincoln County Courthouse
             811 Manvel Avenue, Suite 12
             Chandler, Oklahoma  74834

DISTRICT COURT OF OKLAHOMA - OFFICIAL TRANSCRIPT

**EXHIBIT 1**

**APPEARANCES**

| | |
|---|---|
| For the Plaintiffs: | J. CLAY CHRISTENSEN |
| | JON M. MILES |
| | Christensen Law Group, PLLC |
| | 3401 N.W. 63rd Street, Suite 600 |
| | Oklahoma City, Oklahoma 73116 |
| | |
| | CHRISTOPHER TAYBACK |
| | KRISTEN BIRD |
| | Quinn Emanuel Urquhart & Sullivan |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | |
| For the Defendants: | MITCH BLACKBURN |
| | Conner & Winters |
| | 1700 One Leadership Square |
| | 211 N. Robinson |
| | Oklahoma City, Oklahoma  73102 |
| | |
| | RICHARD B. BROSNICK |
| | Akerman LLP |
| | 666 Fifth Avenue, 20th Floor |
| | New York, NY 10103 |

1  MR. BROSNICK: Your Honor, no objection, but
2  perhaps we could move this along by stipulating that --
3  THE COURT: I was just going to ask if they're
4  stipulated --
5  MR. BROSNICK: I think the parties are
6  agreeing -- in fact, it's ironic. I think the parties are
7  agreeing, and we would be willing to stipulate that
8  hospital operations are superb and have performed equally
9  superbly during the pandemic and during the last five
10 months of this litigation, as before. And perhaps we
11 could save the Court a lot of time, because I believe the
12 parties are in agreement about that.
13 THE COURT: Let's put on the record the
14 numbers of exhibits to which there are stipulations as to
15 admission. And you can save breath, and we can save time.
16 Have we physically marked 13 and 14 with those
17 numbers?
18 MS. BIRD: We have not.
19 THE COURT: Okay. We've got stickers up here.
20 Let's do that so we don't confuse the record.
21 Do you know what the next exhibit numbers will be?
22 MS. BIRD: This will be 13, that one he's
23 holding, and this will be Exhibit 14.
24 THE COURT: And so I show that 14 is admitted.
25 And however you wish to do it. If you want to do

```
1   A      For the hospitals, yes, director.
2   Q      And how do you -- how are you personally, not One
3   Cura, but how are you personally compensated for your role
4   as director of the hospitals through One Cura?
5   A      Can you say that again?
6   Q      Sure.  How are you personally compensated?
7   A      From One Cura?
8   Q      Yes.
9   A      I'm paid a salary with benefits.
10  Q      And are you paid for -- in addition to that salary
11  you receive from One Cura, are you paid separately at all
12  for your directorship of the hospitals, Stroud or
13  Anadarko?
14  A      No.
15  Q      What is your salary from One Cura?
16  A      The salary is about 220,000.
17  Q      And how many employees does One Cura have?
18  A      At this time we have one.
19  Q      Is that you?
20  A      That is me.
21  Q      What do you do with respect to being -- acting as
22  director of RHA Stroud and Anadarko?  And you can separate
23  them if the roles are different.
24  A      The roles are very similar.  We provide oversights
25  on basically all the comings and goings.  We review and
```

|   |   |
|---|---|
| 1 | have dealt with issues that have popped up regarding, you |
| 2 | know, COVID testing and COVID precautions, various issues |
| 3 | dealing with, you know, surgical partners, and we've had |
| 4 | no problems.  I think that we have worked very, very well |
| 5 | during this last five or six months, especially in light |
| 6 | of the fact that they have chosen not to allow the |
| 7 | hospitals to pay certain vendors, including two legal |
| 8 | teams, including Withum, the accountancies, and myself for |
| 9 | One Cura, which I used the royal "we" there again. |
| 10 | Q     Were you here when Mr. Laffoon was testifying? |
| 11 | A     I was. |
| 12 | Q     He spoke in very glowing terms about the hospitals' |
| 13 | operations.  Do you agree with him? |
| 14 | A     A hundred percent. |
| 15 | Q     Now, I've heard some references to management |
| 16 | agreements, staffing agreements, things of that nature. |
| 17 | Are those the agreements that govern the day-to-day |
| 18 | operations of the hospitals? |
| 19 | A     They are. |
| 20 | Q     Look at Exhibit 1 of the notebook that I gave you, |
| 21 | please. |
| 22 | A     Yes. |
| 23 | Q     Can you identify that for the record? |
| 24 | A     This is the management services agreement between |
| 25 | RHA Stroud and First Physicians Business Solutions. |