# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

In Re:

RHA STROUD, INC.,[1]
    Debtor.

)
)
)
)
)
)
)

Case No.: 20-13482
Chapter 11

[Jointly Administered]

## FP GROUP'S AMENDED REPLY TO THE DEBTORS' RESPONSE TO THE
## MOTION TO DISMISS OR ABSTAIN

J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA # 17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
**CHRISTENSEN LAW GROUP, P.L.L.C.**
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
Clay@christensenlawgroup.com
Jeffrey@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

Christopher Tayback (CA Bar No. 145532 – *pro hac vice*)
Kristen Bird (CA Bar No. 192863 – *pro hac vice*)
Eric D. Winston (CA Bar No. 202407 – *pro hac vice*)
Jordan E. Alexander (CA Bar No. 305112; NY Bar No. 5300140 - admitted *pro hac vice*)
Kyle K. Batter (CA Bar No. 301803 – admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christophertayback@quinnemanuel.com
kristenbird@quinnemanuel.com
ericwinston@quinnemanuel.com
jordanalexander@quinnemanuel.com
kylebatter@quinnemanuel.com

*Attorneys for Creditors Rural Hospital Acquisition, LLC, First Physicians Realty Group, LLC, First Physicians Business Solutions, LLC, First Physicians Services, LLC, and First Physicians Resources, LLC (collectively referred to herein as "FP Group")*

Dated this 7th day of December 2020.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are:  RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528).  The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005, respectively.

**REPLY IN SUPPORT**[2]

These bankruptcy cases were commenced in bad faith and the proper resolution is dismissal (or abstention) in favor of the existing Receivership Proceeding. It was in that proceeding that, after a full evidentiary hearing, the state court entered a written decision authorizing the appointment of David Rhoades as a receiver for the Debtors. These cases were commenced shortly before entry of an order appointing Mr. Rhoades. The United States Trustee has joined the Dismissal Motion and no creditor opposes it. The only opposing parties are the Debtors themselves—entities with no employees and no business, with a single individual controlling the Debtors through One Cura, a shell company that itself has no other employees or operations[3] and yet has sought to pull out $1.5 million a year from the Debtors.

The Debtors' Response falls far short of demonstrating that these cases should stay in chapter 11 and ignores three basic facts: *one*, the Debtors are hopelessly insolvent, and that will not change; *two*, there is and can be no rise in profit from any alleged cost saving that will benefit the Debtors (or their creditors) regardless of the entity that manages the hospitals; and *three*, the Hospitals have been superbly managed by FP Group, as admitted to by Debtors.[4] It makes no sense to continue with these cases when a receiver stands ready to step in and can ensure uninterrupted management of the hospitals in the midst of the COVID-19 pandemic. Moreover, the Debtors' arguments fly in the face of the sworn testimony of Charles Eldridge, the One Cura

---

[2] All terms not otherwise defined herein have the same meanings as defined in the "FP Group's Amended Motion to Dismiss or Abstain, With Brief, And with Notice of Opportunity for Hearing" (the "**Dismissal Motion**") (Dkt. No. 65).
[3] Transcript of Sept. 14, 2020 Hearing, a true and correct copy of the pertinent pages is attached hereto as Ex. 1, at 114:17-20.
[4] *Id*. at 46:5-12 and 157:10-14.

1

principal, during the Section 341(a) meeting of creditors on November 30, 2020.[5] That testimony, as explained below, largely refutes the Debtors' arguments and further supports dismissal.

> A. **The Debtors' Arguments Concerning a New Management Contract in This Two-Party Dispute Are Misleading and Without Any Legal Merit**

Debtors' main argument is that the Debtors commenced these cases to reject the existing contracts with the FP Group and enter into new contracts.[6] This argument has no merit.

*First*, nothing suggests these cases were commenced to find a new manager that would be less expensive and generate profit for the Debtors' estates: the reason was plainly to evade the receivership. The timing of the chapter 11 filing is telling—it was filed *after* the state court ordered the appointment of a receiver and just weeks before a hearing on the form of order. There was nothing else occurring that explains the timing or desire to seek a new manager after over nine years have run on a ten-year-term contract, which terminates in October 2021. Moreover, if the Debtors actually commenced these cases with the goal of reducing the costs of management services, one would expect it to be mentioned in Mr. Eldridge's first day declaration, but it is not.

Further, if the Debtors believed that the FP Group's charges for services were too high, one would have expected the Debtors to attempt to negotiate with the FP Group, since the FP Group employs all of the staff at the Hospitals, and it is far more disruptive to patient care to have all current management displaced, all employees terminated, and hope that Arcadia as a replacement manager—which did not even exist until November 23 and has no demonstrated financial wherewithal and capability to perform—can step in without disruption.

Indeed, Mr. Eldridge confirmed at the Section 341(a) meeting that the Debtors had

---

[5] A true and correct copy of the transcript of the Section 341(a) hearing is attached as Exhibit 2.
[6] *See, e.g.*, Response at 1; *see also* Ex. 2 at 10:1-14.

considered chapter 11 many months beforehand, and had even spoken to potential replacement managers in January 2020,[7] but did nothing for months—the only inference to be drawn is that Debtors gambled on the receivership, lost, then scrambled to avoid the outcome. That is bad faith.

*Second*, the Response claims there will be substantial cost savings, but wholly ignores that the way Medicare operates makes it virtually impossible for the Debtors to generate any free cash flow from the hospitals by replacing a manager. The hospitals are critical access hospitals ("**CAH**"), thereby reimbursed by Medicare at 101% of costs. A CAH hospital does not work like a regular business where a decrease in costs increases profits. When the costs of management are lowered at a CAH, the reimbursement from Medicare will be lowered proportionally with any decrease in management fees—Mr. Eldridge admits as much.[8] Thus, a decrease in management fees may potentially lower monthly losses on the hospitals' books but will *not* provide meaningful free cash flow or profit to these hospitals; it just results in a decrease in the reimbursement from Medicare.[9] This has been entirely ignored by the Debtors in their Response. For example, the alleged $35 million in cost savings (which the FP Group strongly disputes) would likely result in over $26 million in *decreased* Medicare reimbursements, and the Debtors would under any circumstances still lose tens of millions of dollars next year.

In fact, it appears the Debtors and their proposed new manager hope to finance operations in the short term by overbilling Medicare.[10] Mr. Eldridge testified that it may take at least a year to report a cost adjustment (if this Court approves a replacement manager) to Medicare,[11] which

---

[7] *Id*. at 10:1-14, 44:15-25, 59:7-13. Debtors filed their counter- and cross- claims in state court, which further evidences their intent to litigate in state court.
[8] *Id*. at 38:24-39:10.
[9] *Id*. at 37:22-39:5.
[10] *Id*. at 52:23-53:12.
[11] *Id*. at 38:24-39:10.

3

would create a substantial overpayment to the hospitals from Medicare in the meantime. The following year, however, this overpayment would be owed back to Medicare. With a substantial amount owed, repayment would risk the hospitals shutting down, as Medicare likely will exercise a right to claw-back any overpayment by shutting off revenues to the hospitals until repaid in full.[12] Mr. Eldridge is well aware of how Medicare payments work. This further evidences Debtors' bad faith in bringing these cases under the guise of a new, cheaper, management agreement.

*Third*, despite populating its Response with *ad hominem* attacks on the FP Group for what it charges, One Cura already admitted in 2017 that the costs charged by the FP Group reflected fair market value (which they do). The cost structure now is identical to that in 2017.

*Fourth*, missing from the Response, but admitted by Mr. Eldridge, is that if he is successful in replacing the existing management of the hospitals with Arcadia, Arcadia will ensure that One Cura—the Debtors' sole shareholder—receives $62,500 each month for each hospital, amounting to $1,500,000 each year.[13] Mr. Eldridge admitted at the 341(a) meeting that the services performed by One Cura have not significantly changed from when it was charging $12,500 each month for each hospital.[14] One Cura's decision to increase its "director fee" compensation from $12,500 each month per hospital to $100,000 each month per hospital began the events that led RH Acquisition and FP Realty to consider state court litigation. Mr. Eldridge testified that in 2018 he instructed the management company to start paying $100,000 each month per hospital and that the increase was made in order to expand and build a team for One Cura—something that, as admitted by Mr. Eldridge, did not happen.[15] One Cura's unilateral change in its fees pulled

---

[12] *See* 42 C.F.R. § 405.371; 42 C.F.R. § 405.373.
[13] Ex. 2 at 44:6-14.
[14] *Id*. at 66:17-67:11.
[15] *Id*. at 61:15-62:10, 64:25-65:11.

4

millions of dollars away from legitimate bills of the Hospitals, including amounts the FP Group had been deferring. Those improper actions created acrimony between the FP Group and Debtors. Now, One Cura is trying to cement a benefit peculiar to it to the detriment of every other creditor, which further evidences the bad faith permeating these cases.

### B.     The Response Ignores There Is No Viable Path to Reorganization

The Debtors cannot confirm a viable plan of reorganization. One, Mr. Eldridge acknowledges the Lease terminated prepetition, a fact known before filing.[16] Debtors cannot reorganize without the Lease, as the Hospitals' licenses are tied to the specific geographical location of the buildings.[17] Two, the Debtors concede they are hopelessly insolvent (and are already administratively insolvent), and have no credible argument that there can be an impaired consenting class that could result in a confirmable plan. The FP Group constitutes the overwhelming majority of creditors and will not vote in favor of any plan proposed by the Debtors or One Cura.[18] The Response makes the speculative comment it may be possible to find an impaired consent class, but even Mr. Eldridge recognizes[19] that, but for the bankruptcy filing, all other creditors would have been paid in the ordinary course, and the vast majority of creditors will in fact have been paid as critical vendors.

### CONCLUSION

The cases were filed in bad faith to evade the receivership, and nothing in the Response changes that fact. But even more so, virtually every relevant factor favors dismissal or abstention.

---

[16]  *Id*. at 35:4-11.
[17]  Oklahoma Administrative Code ("OAC") 310:667-1-3(a)(1). The Debtors admit there is no money to cure the lease. *See* Ex. 2 at 35:12 through 37:2.
[18]  Debtors argue that because a motion to terminate exclusivity was filed, FP Group concedes that a plan could be confirmed. This ignores the simple fact that Debtors cannot confirm a plan.
[19]  Ex. 2 at 17:4-19, 78:14-5.

5

December 7, 2020                                Respectfully submitted,


                                                     By: s/ *J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA # 17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
**CHRISTENSEN LAW GROUP, P.L.L.C.**
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
Clay@christensenlawgroup.com
Jeffrey@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

Christopher Tayback (CA Bar No. 145532 –
  admitted *pro hac vice*)
Kristen Bird (CA Bar No. 192863 –
  admitted *pro hac vice*)
Eric D. Winston (CA Bar No. 202407 –
  admitted *pro hac vice*)
Jordan E. Alexander (CA Bar No. 305112 –
  admitted *pro hac vice*)
Kyle K. Batter (CA Bar No. 301803 –
admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christayback@quinnemanuel.com
kristenbird@quinnemanuel.com
ericwinston@quinnemanuel.com
jordanalexander@quinnemanuel.com
kylebatter@quinnemanuel.com

*Attorneys for Creditors Rural Hospital Acquisition, LLC, First Physicians Realty Group, LLC, First Physicians Business Solutions, LLC, First Physicians Services, LLC, and First Physicians Resources, LLC*

6

**CERTIFICATE OF SERVICE**

       This shall certify that on this 7th day of December, 2020, I electronically transmitted the attached document to the Court Clerk using the CM/ECF System and transmittal of a Notice of Electronic Filing to the counsel registered for ECF in this case.

       This shall further certify that on this 7th day of December, 2020, I served a true and correct copy of the above and foregoing via U.S. Mail, postage prepaid, to the parties listed on the Matrix attached hereto and on all parties listed below:

RHA Anadarko, Inc.
1002 E. Central Blvd.
Anadarko, OK 73005-4405

Airgas USA, LLC
259 N. Radnor-Chester Road
Suite 100
Wayne, PA 19087-5240

Elaine's Transportation Company
3717 Vickie Drive
Oklahoma City, OK 73115-4345

Empire Paper Company
2708 Central Fwy E
Wichita Falls, TX 76301-8099

Henry Schein
Walter Siegel VP AMD Gen Counsel
135 Duryea Rd.
Melville, NY 11747-3834

Henry Schein
Box 371952
Pittsburgh, PA 15250-7952

Keystone Solutions, Inc.
6901 Shawnee Mission Pkwy #215
Mission, KS 66202-4005

Medtronic USA
710 Medtronic Parkway
Minneapolis, MN 55432-5604

McKesson Medical Surgical, Inc.
6555 State Hwy 161
Irving, TX 75039-2402

McKesson Medical Surgical, Inc.
c/o Corporation Service Company
100 Shockoe Slip FL 2
Richmond, VA 23219-4100

McKesson Medical Surgical, Inc.
Lisa Wong, GC Corp. Compliance Officer
9954 Maryland Drive, Suite 400
Richmond, VA 23233

Medline Industries, Inc.
3 Lakes Dr.
Northfield, IL 60093-2753

Medline Industries, Inc.
Alex Liberman, GC
Legal Dept.
One Medline Place
Mundelein, IL 60060-4485

Medline Industries, Inc.
Attn: Anne Kisha
One Medline Pl.
Mundelein, IL 60060-4486

Stryker Capital
c/o Jennifer Monique Cotton
6151 West Century Blvd., Ste. 906
Los Angeles, CA 90045-5310

7

Medtronic USA
c/o Corporation Service Company
2345 Rice Street, Suite 230
Roseville, MN 55113-3769

Smith & Son Building Centers Inc.
117 SE 2nd St.
Anadarko, OK 73005-3415

Southern Plains Medical Center Inc.
2222 W. Iowa Ave.
Chickasha, OK 73018-2738

Southern Plains Medical Center Inc.
625 Wildmeadow Drive
Edmond, OK 73003-3034

Stability Biologics
2026 Fransworth Dr.
Nashville, TN 37205-2700

Stryker Capital
CT Lien Solution
P.O. Box 29071
Glendale, CA 91209-9071

US Foodservice
7950 Spence Road
Fairburn, GA 30213-2907

US Foodservice
Attn: Kristin Coleman
9399 West Higgins Road, Ste. 500
Rosemond, IL 60018-49

/s/ *J. Clay Christensen*
J. Clay Christensen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 20-13482<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Nov  2 08:25:44 CST 2020 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| RHA Stroud, Inc.<br>2308 Highway 66 West<br>Stroud, OK 74079-6729 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | B BRAUN MEDICAL INC<br>824 TWELFTH AVE<br>BETHLEHEM PA 18018-3524 |
| BAXTER HEALTHCARE CORPORATION<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015-4633 | BRIDGE HEALTHCARE FINANCE LLC<br>233 SOUTH WACKER<br>SUITE 5350<br>CHICAGO IL 60606-6367 | ~~CHRISTOPHER TAYBACK~~<br>~~KRISTEN BIRD~~<br>~~QUINN EMANUEL URQUHART & SULLIVAN LLP~~<br>~~865 SOUTH FIGUEROA STREET 10TH FLOOR~~<br>~~LOS ANGELES  CA 90017-5003~~ |
| CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>801 ADLAI STEVENSON<br>SPRINGFIELD IL 62706-0001 | EVANS NATIONAL LEASING INC<br>ONE GRIMSBY DRIVE<br>HAMBURG NY 14075-3764 | FINANCIAL PACIFIC LEASING LLC<br>ATTM GARY BERGSTROM<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY 98001-9546 |
| FINANCIAL PACIFIC LEASING LLC<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 | ~~FIRST PHYSICIANS BUS SOL ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS BUS SOL STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS BUSINESS SOLUTIONS~~<br>~~4323 NW 63RD ST~~<br>~~OKLAHOMA CITY OK 73116-1547~~ | ~~FIRST PHYSICIANS BUSINESS SOLUTIONS LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS CAPITAL GROUP INC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY OK 73134-2521~~ |
| ~~FIRST PHYSICIANS CAPITAL GROUP INC~~<br>~~9663 SANTA MONICA BLVD SUITE 959~~<br>~~BEVERLY HILLS CA 90210-4303~~ | ~~FIRST PHYSICIANS REALTY GROUP LLC~~<br>~~C/O J CLAY CHRISTENSEN ESQ~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD ST SUITE 600~~<br>~~OKLAHOMA CITY  OK 73116-3796~~ | ~~FIRST PHYSICIANS RESOURCES ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS RESOURCES LLC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY OK 73134-2521~~ | ~~FIRST PHYSICIANS RESOURCES STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS SERVICES ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS SERVICES LLC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY  OK 73134-2521~~ | ~~FIRST PHYSICIANS SERVICES LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS SERVICES STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| GE HFS LLC<br>20225 WATER TOWER BLVD<br>BROOKFIELD WI 53045-3530 | GE HFS LLC<br>901 MAIN AVENUE<br>THE TOWERS<br>NORWALK CT 06851-1168 | GE HFS LLC<br>9900 W INNOVATION DR<br>MILWAUKEE WI 53226-4856 |

| | | |
|---|---|---|
| GE HFS LLC<br>CT CORPORATION SYSTEM<br>301 S BEDFORD ST SUITE 1<br>MADISON WI 53703-3691 | GE HFS LLC<br>PO BOX 414 W-490<br>MILWAUKEE WI 53201-0414 | GENERAL ELECTRIC CAPITAL CORPORATION<br>3333 HESPER RD<br>BILLINGS MT 59102-6744 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>901 MAIN AVENUE<br>THE TOWERS<br>NORWALK CT 06851-1168 | GENERAL ELECTRIC CAPITAL CORPORATION<br>CT CORPORATION SYSTEM<br>3011 AMERICAN WAY<br>MISSOULA MT 59808-1921 | GENERAL ELECTRIC CAPITAL CORPORATION<br>LEGAL DEPT<br>207 MERIT 7<br>NORWALK CT  06851 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS MT 59107-5701 | HANMI BANK<br>3660 WILSHIRE BLVD #PH-A<br>LOS ANGELES CA 90010-2719 | HANMI BANK<br>ATTN VIVIAN I KIM GC AND CORP SECTY<br>3660 WILSHIRE BLVD NO PH-A<br>LOS ANGELES CA 90010-2387 |
| HANMI BANK<br>C/O PRENTICE-HALL CORPORTION SYSTEM INC.<br>2710 GATEWAY OAKS DR SUITE 150N<br>SACRAMENTO CA 95833-3502 | INTERNAL REVENUE SERVICE<br>55 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102-9229 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~J CLAY CHRISTENSEN~~<br>~~T P HOWELL~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD STREET SUITE 600~~<br>~~OKLAHOMA CITY OK 73116-3796~~ | JOHNSON & JOHNSON CORP<br>ATTN MICHAEL H ULLMANN<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 | JOHNSON & JOHNSON CORP<br>FOR ORTHO CLINICAL DIAG INC<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901-1161 |
| JOHNSON & JOHNSON CORP<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 | JOHNSON AND JOHNSON FINANCE CORP<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901-1197 | JOHNSON AND JOHNSON FINANCE CORP<br>ATTN MICHAEL H ULLMANN<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 |
| JOHNSON AND JOHNSON FINANCE CORP<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK NJ 08933-0001 | ~~KYLE BATTER~~<br>~~QUINN EMANUEL URQUHART & SULLIVAN LLP~~<br>~~555 TWIN DOLPHIN DR 5TH FLOOR~~<br>~~REDWOOD SHORES  CA 94065-2129~~ | ~~LISA M. MOLSBEE~~<br>~~JONATHAN M  MILES~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD STREET SUITE 600~~<br>~~OKLAHOMA CITY OK 73116-3796~~ |
| MEDICARE PART A<br>C/O NOVITAS SOLUTIONS<br>2020 TECHNOLOGY PKWY<br>MECHANICSBURG PA 17050-9411 | MEDICARE PART A<br>CASHIER<br>PO BOX 890114<br>CAMP HILL PA 17089-0114 | MITCHELL BLACKBURN<br>ATTORNEY AT LAW<br>1700 ONE LEADERSHIP SQ<br>OKLAHOMA CITY OK  73102 |
| NFS LEASING INC<br>900 CUMMINGS CENTER<br>SUITE 226-U<br>BEVERLY MA 01915-6183 | NFS LEASING INC<br>ASHLEY WHYMAN VP GENERAL COUNSEL<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY MA 01915-6183 | NOVITAS SOLUTIONS<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 NORTH 2ND STREET<br>HARRISBURG PA 17101-1092 |
| OKLA STATE DEPT OF HEALTH<br>100 VALLEY DRIVE<br>PAULS VALLEY OK 73075-6613 | OKLA STATE DEPT OF HEALTH<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73117-1299 | OKLA STATE DEPT OF HEALTH<br>CHIEF COUNSEL - KIM BAILEY<br>LEGAL DEPT<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73117-1207 |

| | | |
|---|---|---|
| OKLAHOMA COUNTY<br>FORREST BUTCH FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S. KERR ROOM 307<br>OKLAHOMA CITY OK  73102-3430 | OKLAHOMA COUNTY<br>SERVICE AGENT CAROLYN CAUDILL<br>OKLAHOMA COUNTY CLERK<br>320 ROBERT S KERR ROOM 203<br>OKLAHOMA CITY  OK 73102-3430 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION<br>LEGAL DIVISION<br>PO BOX 53039<br>OKLAHOMA CITY  OK 73152-3039 |
| OKLAHOMA HEALTH CARE AUTHORITY<br>ATTN: CENTRAL FILES<br>4545 N LINCOLN BLVD STE 124<br>OKLAHOMA CITY OK 73105-3413 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL OFFICE<br>100 NORTH BROADWAY AVENUE SUITE 1500<br>OKLAHOMA CITY OK 73102-8601 | ORTHO-CLINICAL DIAGNOSTICS INC<br>1001 US HIGHWAY 202<br>RARITAN NJ 08869-1487 |
| PEOPLES UNITED BANK<br>ATTN ROBERT E TRAUTMANN SR EX VP GC<br>850 MAIN ST 13TH FL<br>BRIDGEPORT CT 06604-4904 | PEOPLES UNITED BANK<br>ONE POST OFFICE SQUARE<br>SUITE 3710<br>BOSTON MA 02109-2175 | PRIME ALLIANCE BANK<br>1868 500 WEST<br>WOODS CROSS UT 84010-7453 |
| PRIME ALLIANCE BANK<br>ATTN STEVEN SELLERS<br>1868 500 WEST<br>WOODS CROSS UT 84010-7453 | RICHARD BROSNICK<br>AKERMAN LLP<br>666 FIFTH AVE 20TH FLOOR<br>NEW YORK NY 10103-0020 | ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~3555 NW 58TH STREET 700~~<br>~~OKLAHOMA CITY OK 73112-4703~~ |
| ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~4323 NW 63RD ST  SUITE 100~~<br>~~OKLAHOMA CITY OK 73116-1513~~ | ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICE~~<br>~~1833 S MORGAN RD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKRUPTCY COORDINATOR<br>OFFICE OF THE GEN COUNSEL REGION VI<br>1301 YOUNG STREET STE A702<br>DALLAS TX 75202-4813 |
| STERIS CORPORATION<br>5960 HEISLEY RD<br>MENTOR OH 44060-1834 | STERIS CORPORATION<br>ATTN J. ADAM ZANGERLE<br>5960 HEISLEY RD<br>MENTOR OH 44060-1834 | STROUD NATIONAL BANK<br>300 W MAIN ST<br>STROUD OK 74079-3612 |
| STROUD NATIONAL BANK<br>PO BOX 450<br>STROUD OK 74079-0450 | THE FIRST STATE BANK<br>3030 NW EXPRESSWAY<br>SUITE 130<br>OKLAHOMA CITY OK 73112-5466 | THERMO FISHER FINANCIAL SERVICES INC<br>168 THIRD AVE<br>WALTHAM  MA 02451-7551 |
| THERMO FISHER FINANCIAL SERVICES INC<br>81  WYMAN STREET<br>WALTHAM  MA 02451-1223 | THERMO FISHER FINANCIAL SERVICES INC<br>CAPITOL CORPORATE SERVICES INC<br>44 SCHOOL STREET SUITE 505<br>BOSTON MA 02108-4221 | TRIAD BANK NA<br>3030 NW EXPRESSWAY SUITE 130<br>TULSA OK 74153 |
| TRIAD BANK NA<br>PO BOX 35567<br>TULSA OK 74153-0567 | UNITED STATES TRUSTEE<br>215 DEAN  MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY OK 73102-3479 | US BANCOR<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>WILMINGTON DE 19801-1196 |
| US BANCORP<br>ATTN JAMES L CHOSY<br>LEGAL DEPT<br>800 NICOLLET MALL STE 1500<br>MINNEAPOLIS MN 55402-7014 | US BANCORP<br>C/O CT CORPORATION SYSTEM<br>1010 DALE ST N<br>ST PAUL MN 55117-5603 | US BANCORP<br>TWO APPLETREE SQUARE<br>SUITE 325<br>BLOOMINGTON MN 55425 |

| | | |
|---|---|---|
| ~~United States Trustee~~<br>~~United States Trustee~~<br>~~215 Dean A. McGee Ave., 4th Floor~~<br>~~Oklahoma City, OK 73102-3479~~ | VALLIANCE BANK<br>1501 24TH ABE NW<br>NORMAN  OK  73069 | VALLIANCE BANK<br>ATTN BRAD SWICKEY<br>1601 NW EXPRESSWAY<br>OKLAHOMA CITY OK 73118-1443 |
| WELLS FARGO BANK NA<br>625 MARQUETTE AVE FL 16<br>MINNEAPOLIS MN 55402-2308 | WELLS FARGO BANK NA<br>C/O CORPORATION SERVICE COMPANY<br>2345 RICE STREET SUITE 230<br>ROSEVILLE MN 55113-3769 | WELLS FARGO BANK NA<br>LEGAL DEPT<br>420 MONTGOMERY ST<br>SAN FRANCISCO CA 94104-1298 |
| WELLS FARGO BANK NA<br>LEGAL ORDER PROCESSING<br>PO BOX 1416<br>CHARLOTTE NC 28201-1416 | WELLS FARGO BANK NA<br>MAC N9311-161 SIXTH AND MARQUETTE<br>MINNEAPOLIS MN 55479-0001 | WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT ST MAC N0005-004<br>DES MOINES IA 50309-3891 |
| WELLS FARGO FINANCIAL LEASING INC<br>ATTN CRAIG LONG<br>800 WALNUT ST SUITE<br>DES MOINES IA 50309-3891 | WELLS FARGO FINANCIAL LEASING INC<br>ATTN SYLWIA DABROWSKA PERRY SR. COUNSEL<br>800 WALNUT ST SUITE<br>DES MOINES IA 50309-3891 | WINTHROP RESOURCES CORPORATION<br>11100 WAYZATA BLVD<br>SUITE 800<br>MINNETONKA MN 55305-5525 |
| WINTHROP RESOURCES CORPORATION<br>ANNE KRUGER SR. VP GC<br>1405 XENIUM LN. N<br>PLYMOUTHMN 55441-4402 | WINTHROP RESOURCES CORPORATION<br>C/O CORPORATION TRUST CO<br>129 ORANGE ST.SUITE 800<br>WILMINGTON DE 19801 | Jolene M. Wise<br>Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604-2908 |
| ~~Leif Swedlow~~<br>~~Rubenstein & Pitts, PLLC~~<br>~~1503 East 19th St.~~<br>~~Edmond, OK 73013-6737~~ | ~~Michael A Rubenstein~~<br>~~Rubenstein & Pitts, PLLC~~<br>~~1503 East 19th Street~~<br>~~Edmond, OK 73013-6737~~ | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Physicians Business Solutions, LLC | (u)First Physicians Realty Group, LLC | (u)First Physicians Resources, LLC |
| (u)First Physicians Services LLC | (u)Rural Hospital Acquisition, LLC | (d)FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELESS WAY SUITE B-100<br>OKLAHOMA CITY OK 73134-2521 |

End of Label Matrix<br>
Mailable recipients    106<br>
Bypassed recipients      6<br>
Total                  112