```
 1              IN THE DISTRICT COURT OF LINCOLN COUNTY
                          STATE OF OKLAHOMA
 2

 3   RURAL HOSPITAL ACQUISITION, LLC, and  )
     FIRST PHYSICIANS REALTY GROUP, LLC,   )
 4              Plaintiffs,                )
                                           )
 5   v.                                    ) Case No. CJ-20-31
                                           )
 6   RHA STROUD, INC., and                 )
     RHA ANADARKO, INC.                    )
 7                                         )
                Defendants.                )
 8                                         )
     v.                                    )
 9                                         )
     FIRST PHYSICIANS BUSINESS             )
10   SOLUTIONS, LLC; FIRST PHYSICIANS      )
     SERVICES, LLC; FIRST PHYSICIANS       )
11   RESOURCES, LLC; and FIRST PHYSICIANS  )
     CAPITAL GROUP, INC.,                  )
12              Third-Party Defendants.    )

13

14   TRANSCRIPT OF PLAINTIFFS' APPLICATION FOR APPOINTMENT OF
                              RECEIVER
15

16   Held On:      September 14, 2020

17   Before:       THE HONORABLE CYNTHIA FERRELL ASHWOOD
                   District Judge
18

19

20

21

22

23   Reported by:  Patricia L. Wible, RDR
                   District Court Reporter
24                 Lincoln County Courthouse
                   811 Manvel Avenue, Suite 12
25                 Chandler, Oklahoma  74834
```

DISTRICT COURT OF OKLAHOMA - OFFICIAL TRANSCRIPT

**EXHIBIT 1**

**APPEARANCES**

For the Plaintiffs:      J. CLAY CHRISTENSEN
                         JON M. MILES
                         Christensen Law Group, PLLC
                         3401 N.W. 63rd Street, Suite 600
                         Oklahoma City, Oklahoma 73116

                         CHRISTOPHER TAYBACK
                         KRISTEN BIRD
                         Quinn Emanuel Urquhart & Sullivan
                         865 S. Figueroa Street, 10th Floor
                         Los Angeles, California 90017


For the Defendants:      MITCH BLACKBURN
                         Conner & Winters
                         1700 One Leadership Square
                         211 N. Robinson
                         Oklahoma City, Oklahoma  73102

                         RICHARD B. BROSNICK
                         Akerman LLP
                         666 Fifth Avenue, 20th Floor
                         New York, NY 10103

1  MR. BROSNICK: Your Honor, no objection, but
2  perhaps we could move this along by stipulating that --
3  THE COURT: I was just going to ask if they're
4  stipulated --
5  MR. BROSNICK: I think the parties are
6  agreeing -- in fact, it's ironic. I think the parties are
7  agreeing, and we would be willing to stipulate that
8  hospital operations are superb and have performed equally
9  superbly during the pandemic and during the last five
10 months of this litigation, as before. And perhaps we
11 could save the Court a lot of time, because I believe the
12 parties are in agreement about that.
13 THE COURT: Let's put on the record the
14 numbers of exhibits to which there are stipulations as to
15 admission. And you can save breath, and we can save time.
16 Have we physically marked 13 and 14 with those
17 numbers?
18 MS. BIRD: We have not.
19 THE COURT: Okay. We've got stickers up here.
20 Let's do that so we don't confuse the record.
21 Do you know what the next exhibit numbers will be?
22 MS. BIRD: This will be 13, that one he's
23 holding, and this will be Exhibit 14.
24 THE COURT: And so I show that 14 is admitted.
25 And however you wish to do it. If you want to do

1  A     For the hospitals, yes, director.
2  Q     And how do you -- how are you personally, not One
3  Cura, but how are you personally compensated for your role
4  as director of the hospitals through One Cura?
5  A     Can you say that again?
6  Q     Sure.  How are you personally compensated?
7  A     From One Cura?
8  Q     Yes.
9  A     I'm paid a salary with benefits.
10 Q     And are you paid for -- in addition to that salary
11 you receive from One Cura, are you paid separately at all
12 for your directorship of the hospitals, Stroud or
13 Anadarko?
14 A     No.
15 Q     What is your salary from One Cura?
16 A     The salary is about 220,000.
17 Q     And how many employees does One Cura have?
18 A     At this time we have one.
19 Q     Is that you?
20 A     That is me.
21 Q     What do you do with respect to being -- acting as
22 director of RHA Stroud and Anadarko?  And you can separate
23 them if the roles are different.
24 A     The roles are very similar.  We provide oversights
25 on basically all the comings and goings.  We review and

1  have dealt with issues that have popped up regarding, you
2  know, COVID testing and COVID precautions, various issues
3  dealing with, you know, surgical partners, and we've had
4  no problems.  I think that we have worked very, very well
5  during this last five or six months, especially in light
6  of the fact that they have chosen not to allow the
7  hospitals to pay certain vendors, including two legal
8  teams, including Withum, the accountancies, and myself for
9  One Cura, which I used the royal "we" there again.
10 Q    Were you here when Mr. Laffoon was testifying?
11 A    I was.
12 Q    He spoke in very glowing terms about the hospitals'
13 operations.  Do you agree with him?
14 A    A hundred percent.
15 Q    Now, I've heard some references to management
16 agreements, staffing agreements, things of that nature.
17 Are those the agreements that govern the day-to-day
18 operations of the hospitals?
19 A    They are.
20 Q    Look at Exhibit 1 of the notebook that I gave you,
21 please.
22 A    Yes.
23 Q    Can you identify that for the record?
24 A    This is the management services agreement between
25 RHA Stroud and First Physicians Business Solutions.