**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re:<br><br>RHA STROUD, INC.,[1]<br>    Debtor. | Case No.: 20-13482<br>Chapter 11<br><br>[Jointly Administered] |

**RURAL HOSPITAL ACQUISITION'S SUR-REPLY TO THE DEBTORS' REQUEST
TO USE CASH COLLATERAL**

Submitted by:

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA # 17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
**CHRISTENSEN LAW GROUP, P.L.L.C.**
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
Clay@christensenlawgroup.com
Jeffrey@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

Christopher Tayback (CA Bar No. 145532 – *pro hac vice*)
Kristen Bird (CA Bar No. 192863 – *pro hac vice*)
Eric D. Winston (CA Bar No. 202407 – *pro hac vice*)
Jordan E. Alexander (CA Bar No. 305112; NY Bar No. 5300140 - admitted *pro hac vice*)
Kyle K. Batter (CA Bar No. 301803 – application for admission *pro hac vice* pending)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christophertayback@quinnemanuel.com
kristenbird@quinnemanuel.com
ericwinston@quinnemanuel.com
jordanalexander@quinnemanuel.com
kylebatter@quinnemanuel.com

*Attorneys for Creditors Rural Hospital Acquisition, LLC, First Physicians Realty Group, LLC, First Physicians Business Solutions, LLC, First Physicians Services, LLC, and First Physicians Resources, LLC (collectively referred to herein as "FP Group")*

Dated this 9th day of December 2020.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are:  RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528).  The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005, respectively.

### A. The Debtors are Hopelessly Administratively Insolvent[2]

Debtors admit that RH Acquisition holds first priority liens over all of Debtors' assets, including "cash-on-hand,"[3] and " all accounts of the Debtors and any and all rights of the Debtor to the payment of money or other forms of consideration of any kind." [4] Debtors' Schedules also declare that RHA Stroud had $1,092,992, and RHA Anadarko had $1,860,780.00 in cash when these cases were filed, not including other Cash Collateral such as accounts receivable. RH Acquisition believes Debtors had far more cash. Either way, RH Acquisition's Cash Collateral was real and significant. But, Debtors cannot provide any adequate protection to RH Acquisition.

The Income Statements and Six-Month Budgets attached to Debtors' December 2, 2020 *Initial Report* [Dkt. 217] show substantial losses for both Hospitals. Debtors' 13-week budgets, first provided on December 4, 2020, prove that Debtors are administratively insolvent. For example, RHA Stroud's 13-week budget shows that its weekly ***deficit*** ranges from a high mark of an 82% shortfall, to a low mark of a 35% weekly cash shortfall. Further, the 13-week budget (i) overestimates income, (ii) underestimates actual day to day expenses, and (iii) fails to include any accruals for adequate protection payments, real property usage, accrued professional fees, or other administrative expenses. *See* RHA Stroud 13-Week Budget attached hereto as **Exhibit 1**.[5]

RHA Anadarko's 13-week budget opines that it will not lose as much money as RHA Stroud but, it will lose money. It shows RHA Anadarko with deficits in 9 out of 13 weeks. The four weeks without deficits are believed to be error, again, because both budgets overestimate

---

[2] Capitalized terms not defined herein are as defined in RH Acquisition's *Limited Objection to Debtors' Motion to Use Cash Collateral* [Dkt. 20].
[3] *See Debtors' Motion to Use Cash Collateral* [Dkt. 4, page 3, at ¶4].
[4] *Id.* at page 11, ¶26; *see also* Dkt. 6, ¶¶85 and 93.
[5] The "Leases and Rentals" category on Debtors' 13-week budgets appear to be equipment leases, as Debtors' building holdover lease payment, or even what would have been a regular lease payment, is higher that what is projected in the lease and related category.

1

income, understate expenses, and omit accruals for adequate protection payments, real property usage, and other costs.  *See* RHA Anadarko 13-Week Budget attached hereto as **Exhibit 2**.

Additionally, the parties' *Order Authorizing the Hospitals' Use of Cash Collateral and Scheduling a Final Hearing on November 17, 2020* [Dkt. 100] (the "Interim Cash Collateral Order") authorized FP Group to submit weekly invoices to Debtors' representative, Charles Eldridge ("Mr. Eldridge"), the payment of which he must approve or disapprove within 36 hours of receipt.  *See* Interim Cash Collateral Order at ¶5(c.).  While Mr. Eldridge timely approved FP Business' first weekly invoice for management and staffing fees, he refused to approve the second weekly invoice, forcing FP Group to file its *Motion to Show Cause, With Brief, And with Notice of Expedited Opportunity for Hearing* [Dkt. 142].  This resulted in an Agreed Order in which Debtors approved and paid FP Group's second weekly invoice and third weekly invoice, which became due during that dispute.

FP Business' fourth weekly invoice was submitted to Mr. Eldridge last week, and he has again refused to approve staffing or management expenses.  He did not even approve $1.00 of the invoice on either Hospital.  It is anticipated that Mr. Eldridge will also refuse to approve this week's (i.e., week of December 7, 2020) management and staffing invoices.  Likewise, it appears that the Debtors are attempting to build up a new reserve, according to their budget, as opposed to paying for staffing and management.  *See* Exhibits 2 and 3, respectively.  Either way, RH Acquisition does not consent to the use of its Cash Collateral under these circumstances.

**B.    Debtors Admit the Leases Leave No Way to Reorganize**

Mr. Eldridge admitted at Debtors' 11 U.S.C. § 341 meeting of creditors (the "341(a) hearing") that Debtors' real property leases terminated before bankruptcy.[6] A lease agreement

---

[6] Section 341(a) hearing transcript, a true and correct copy of the pertinent pages of which is attached hereto as **Exhibit 3** at 35:4-11.

2

which is validly terminated under state law may not be resurrected by a bankruptcy petition. "[W]hatever rights a debtor has in property at the commencement of the case continue in bankruptcy – no more, no less." *In re Caisson Labs., Inc.*, BR 14-31344, 2015 WL 1239216, at *5 (Bankr. D. Utah Mar. 13, 2015). "Further, a court may not revive a terminated lease simply because it is important or essential to reorganization efforts. *See In re Mako, Inc.*, 102 B.R. 814 (Bankr. E.D. Okla. 1988) (finding that a lease terminated before bankruptcy will not be revived); *In re Caisson Laboratories, Inc.*, 2015 WL 1239216 at *1.

Courts examine the actions of the lessor when determining whether a lease agreement has terminated prior to bankruptcy. For example, the *Mako* court found that a notice of default was provided to the lessee, along with a cure period.[7] A forcible entry and detainer action was filed to evict the lessee from the property.[8] The *Mako* court determined these actions "serve as an 'unequivocal act' of the Lessor's intent to terminate…"[9]

Here, the Debtors failed to pay real property lease payments before the Receivership Case was filed. The Debtors were provided with a "right to cure" letter as required by the leases, but they failed to cure the default within the applicable 30-day cure period. To re-enter through lawful means, FP Realty sued the Debtors for (1) past due rents and (2) eviction, in conjunction with its request for a state court receiver over Debtors. These unequivocal actions evidenced FP Realty's termination of Debtors' leases.

Finally, Debtors have failed to either pay any amount for post-petition use of the hospital buildings, or even include such payments as a 13-week budget item. FP Realty has joined in FP

---

[7] *In re Mako*, 102 B.R. at 817.
[8] *Id*.
[9] *Id*.

3

Group's pending motion to dismiss this case for this and other reasons, and has not consented to Debtors' uncompensated used of its property. Ultimately, Debtors cannot reorganize without the terminated leases, and should not be allowed to squander RH Acquisition's Cash Collateral.[10]

### C. There is no Substantial Cost Savings Under New Management Agreements.

The Debtors' claim that replacing FP Group with Arcadia will result in substantial cost savings that will increase the Hospitals' profits. *See, e.g.,* Dkt. 134 at ¶31. This claim wholly ignores that Medicare reimbursement rules render it virtually impossible for the Debtors to generate any free cash flow by replacing a manager. The hospitals are critical access hospitals ("CAH") and, therefore, reimbursed by Medicare at 101% of costs. A CAH hospital does not work like a regular business where a decrease in costs increases profits. When management costs are lowered at a CAH, the reimbursement from Medicare will be lowered proportionally. Mr. Eldridge admits as much in the 341(a) hearing.[11] Thus, a decrease in management fees may potentially lower monthly losses on the hospitals' books, but it will also necessarily lower revenue, which will *not* provide meaningful free cash flow or profit to these hospitals.[12]

### D. The Debtors have no Funding Source to Rescue these Cases from Failure

RHA Stroud admits it owes RH Acquisition at least $8,097,684.06, while RHA Anadarko admits it owes at least $6,891,990.60. *See* Dkt. 1. Mr. Eldridge testified at the 341(a) hearing that Debtors only sporadically paid interest on RH Acquisition's notes before bankruptcy.[13] Debtors'

---

[10] A debtor engaged in a futile attempt to reorganize should not be permitted to jeopardize a creditor's cash collateral. *In re Hari Ram, Inc.*, 507 B.R. 114, 125 (Bankr. M.D. Pa. 2014) (citing *In re C.F. Simonin's Sons, Inc.*, 28 B.R. 707, 711 (Bankr. E.D.N.C. 1983); *Sharon Steel Corp. v. Citibank, N.A.*, 159 B.R. 165, 172 (Bankr. W.D. Pa. 1993) (holding that debtor could not use cash collateral when plan was unrealistic and unattainable).
[11] **Exhibit 3** at 38:24-39:10.
[12] *Id*. at 37:22-39:5.
[13] *Id.* at 32:11-16.

4

financial documents demonstrate that they are administratively insolvent, and cannot successfully exit bankruptcy. The question arises: can Debtors' sole owner, One Cura, provide the money needed for Debtors to emerge from bankruptcy? The answer is no.

Mr. Eldridge testified that One Cura's only source of income is what Debtors pay it.[14] He also stated that One Cura has paid between $100,000.00 and $500,000.00 to Akerman, LLP, for attorneys' fees owed by the Debtors.[15] This testimony is inconsistent with Akerman's recent Declaration stating that One Cura paid it $1,341,572.44 before bankruptcy, none of which was for bankruptcy related work. *See* Dkt. 249-1, at ¶ 6. It is reasonable to believe that Mr. Eldridge would remember paying Akerman over $1.3 million within the last 45 days; but, he did not divulge that information. Mr. Eldridge also testified that the payments to Akerman left One Curah with only $100,000.00 in the bank.[16] As One Cura has obligated itself to pay an *additional* $155,682.45 to Akerman for fees owed by Debtors, One Cura is insolvent and cannot help finance Debtors.[17]

Finally, Debtors have not brought any post-petition lenders to the Court. Mr. Eldridge has testified that the leases cannot be cured – even if FP Realty allowed them to be reinstated – as One Cura does not have sufficient funds to cure, and Debtors have no third party willing or able to cure the leases.[18] Consequently, RH Acquisition no longer consents to the use of its Cash Collateral because the Debtors are simply unable to reorganize the hospitals under current ownership.

---

[14] *Id.* at 22:10-13.
[15] *Id.* at 32:9-25.
[16] *Id.* at 67:21-68:15.
[17] *See* Declaration Dkt. 249.1 at ¶9.
[18] **Exhibit 3** at 35:12-37:2.

5

## **CERTIFICATE OF SERVICE**

This shall certify that on this 9th day of December, 2020, I electronically transmitted the attached document to the Court Clerk using the CM/ECF System and transmittal of a Notice of Electronic Filing to the counsel registered for ECF in this case.

This shall further certify that on this 9th day of December, 2020, I served a true and correct copy of the above and foregoing via U.S. Mail, postage prepaid, to the parties listed on the Matrix attached hereto and on all parties listed below:

RHA Anadarko, Inc.
1002 E. Central Blvd.
Anadarko, OK 73005-4405

Airgas USA, LLC
259 N. Radnor-Chester Road
Suite 100
Wayne, PA 19087-5240

Elaine's Transportation Company
3717 Vickie Drive
Oklahoma City, OK 73115-4345

Empire Paper Company
2708 Central Fwy E
Wichita Falls, TX 76301-8099

Henry Schein
Walter Siegel VP AMD Gen Counsel
135 Duryea Rd.
Melville, NY 11747-3834

Henry Schein
Box 371952
Pittsburgh, PA 15250-7952

Keystone Solutions, Inc.
6901 Shawnee Mission Pkwy #215
Mission, KS 66202-4005

Medtronic USA
710 Medtronic Parkway
Minneapolis, MN 55432-5604

McKesson Medical Surgical, Inc.
6555 State Hwy 161
Irving, TX 75039-2402

McKesson Medical Surgical, Inc.
c/o Corporation Service Company
100 Shockoe Slip FL 2
Richmond, VA 23219-4100

McKesson Medical Surgical, Inc.
Lisa Wong, GC Corp. Compliance Officer
9954 Maryland Drive, Suite 400
Richmond, VA 23233

Medline Industries, Inc.
3 Lakes Dr.
Northfield, IL 60093-2753

Medline Industries, Inc.
Alex Liberman, GC
Legal Dept.
One Medline Place
Mundelein, IL 60060-4485

Medline Industries, Inc.
Attn: Anne Kisha
One Medline Pl.
Mundelein, IL 60060-4486

Stryker Capital
c/o Jennifer Monique Cotton
6151 West Century Blvd., Ste. 906
Los Angeles, CA 90045-5310

Stryker Capital
CT Lien Solution
P.O. Box 29071
Glendale, CA 91209-9071

6

Medtronic USA
c/o Corporation Service Company
2345 Rice Street, Suite 230
Roseville, MN 55113-3769

Smith & Son Building Centers Inc.
117 SE 2nd St.
Anadarko, OK 73005-3415

Southern Plains Medical Center Inc.
2222 W. Iowa Ave.
Chickasha, OK 73018-2738

Southern Plains Medical Center Inc.
625 Wildmeadow Drive
Edmond, OK 73003-3034

Stability Biologics
2026 Fransworth Dr.
Nashville, TN 37205-2700

US Foodservice
7950 Spence Road
Fairburn, GA 30213-2907

US Foodservice
Attn: Kristin Coleman
9399 West Higgins Road, Ste. 500
Rosemond, IL 60018-49

/s/ *J. Clay Christensen*
J. Clay Christensen

7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 20-13482<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Nov  2 08:25:44 CST 2020 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| RHA Stroud, Inc.<br>2308 Highway 66 West<br>Stroud, OK 74079-6729 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | B BRAUN MEDICAL INC<br>824 TWELFTH AVE<br>BETHLEHEM PA 18018-3524 |
| BAXTER HEALTHCARE CORPORATION<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015-4633 | BRIDGE HEALTHCARE FINANCE LLC<br>233 SOUTH WACKER<br>SUITE 5350<br>CHICAGO IL 60606-6367 | ~~CHRISTOPHER TAYBACK~~<br>~~KRISTEN BIRD~~<br>~~QUINN EMANUEL URQUHART & SULLIVAN LLP~~<br>~~865 SOUTH FIGUEROA STREET 10TH FLOOR~~<br>~~LOS ANGELES  CA 90017-5003~~ |
| CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>801 ADLAI STEVENSON<br>SPRINGFIELD IL 62706-0001 | EVANS NATIONAL LEASING INC<br>ONE GRIMSBY DRIVE<br>HAMBURG NY 14075-3764 | FINANCIAL PACIFIC LEASING LLC<br>ATTM GARY BERGSTROM<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY 98001-9546 |
| FINANCIAL PACIFIC LEASING LLC<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 | ~~FIRST PHYSICIANS BUS SOL ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS BUS SOL STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS BUSINESS SOLUTIONS~~<br>~~4323 NW 63RD ST~~<br>~~OKLAHOMA CITY OK 73116-1547~~ | ~~FIRST PHYSICIANS BUSINESS SOLUTIONS LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS CAPITAL GROUP INC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY OK 73134-2521~~ |
| ~~FIRST PHYSICIANS CAPITAL GROUP INC~~<br>~~9663 SANTA MONICA BLVD SUITE 959~~<br>~~BEVERLY HILLS CA 90210-4303~~ | ~~FIRST PHYSICIANS REALTY GROUP LLC~~<br>~~C/O J CLAY CHRISTENSEN ESQ~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD ST SUITE 600~~<br>~~OKLAHOMA CITY  OK 73116-3796~~ | ~~FIRST PHYSICIANS RESOURCES ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS RESOURCES LLC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY OK 73134-2521~~ | ~~FIRST PHYSICIANS RESOURCES STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS SERVICES ANADARKO LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| ~~FIRST PHYSICIANS SERVICES LLC~~<br>~~14201 WIRELESS WAY~~<br>~~SUITE B-100~~<br>~~OKLAHOMA CITY  OK 73134-2521~~ | ~~FIRST PHYSICIANS SERVICES LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | ~~FIRST PHYSICIANS SERVICES STROUD LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICES INC~~<br>~~1833 S MORGAN ROAD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ |
| GE HFS LLC<br>20225 WATER TOWER BLVD<br>BROOKFIELD WI 53045-3530 | GE HFS LLC<br>901 MAIN AVENUE<br>THE TOWERS<br>NORWALK CT 06851-1168 | GE HFS LLC<br>9900 W INNOVATION DR<br>MILWAUKEE WI 53226-4856 |

| | | |
|---|---|---|
| GE HFS LLC<br>CT CORPORATION SYSTEM<br>301 S BEDFORD ST SUITE 1<br>MADISON WI 53703-3691 | GE HFS LLC<br>PO BOX 414 W-490<br>MILWAUKEE WI 53201-0414 | GENERAL ELECTRIC CAPITAL CORPORATION<br>3333 HESPER RD<br>BILLINGS MT 59102-6744 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>901 MAIN AVENUE<br>THE TOWERS<br>NORWALK CT 06851-1168 | GENERAL ELECTRIC CAPITAL CORPORATION<br>CT CORPORATION SYSTEM<br>3011 AMERICAN WAY<br>MISSOULA MT 59808-1921 | GENERAL ELECTRIC CAPITAL CORPORATION<br>LEGAL DEPT<br>207 MERIT 7<br>NORWALK CT 06851 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 35701<br>BILLINGS MT 59107-5701 | HANMI BANK<br>3660 WILSHIRE BLVD #PH-A<br>LOS ANGELES CA 90010-2719 | HANMI BANK<br>ATTN VIVIAN I KIM GC AND CORP SECTY<br>3660 WILSHIRE BLVD NO PH-A<br>LOS ANGELES CA 90010-2387 |
| HANMI BANK<br>C/O PRENTICE-HALL CORPORTION SYSTEM INC.<br>2710 GATEWAY OAKS DR SUITE 150N<br>SACRAMENTO CA 95833-3502 | INTERNAL REVENUE SERVICE<br>55 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102-9229 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~J CLAY CHRISTENSEN~~<br>~~T P HOWELL~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD STREET SUITE 600~~<br>~~OKLAHOMA CITY OK 73116-3796~~ | JOHNSON & JOHNSON CORP<br>ATTN MICHAEL H ULLMANN<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 | JOHNSON & JOHNSON CORP<br>FOR ORTHO CLINICAL DIAG INC<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901-1161 |
| JOHNSON & JOHNSON CORP<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 | JOHNSON AND JOHNSON FINANCE CORP<br>501 GEORGE STREET<br>NEW BRUNSWICK NJ 08901-1197 | JOHNSON AND JOHNSON FINANCE CORP<br>ATTN MICHAEL H ULLMANN<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933-0001 |
| JOHNSON AND JOHNSON FINANCE CORP<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK NJ 08933-0001 | ~~KYLE BATTER~~<br>~~QUINN EMANUEL URQUHART & SULLIVAN LLP~~<br>~~555 TWIN DOLPHIN DR 5TH FLOOR~~<br>~~REDWOOD SHORES CA 94065-2129~~ | ~~LISA M. MOLSBEE~~<br>~~JONATHAN M MILES~~<br>~~CHRISTENSEN LAW GROUP PLLC~~<br>~~3401 NW 63RD STREET SUITE 600~~<br>~~OKLAHOMA CITY OK 73116-3796~~ |
| MEDICARE PART A<br>C/O NOVITAS SOLUTIONS<br>2020 TECHNOLOGY PKWY<br>MECHANICSBURG PA 17050-9411 | MEDICARE PART A<br>CASHIER<br>PO BOX 890114<br>CAMP HILL PA 17089-0114 | MITCHELL BLACKBURN<br>ATTORNEY AT LAW<br>1700 ONE LEADERSHIP SQ<br>OKLAHOMA CITY OK 73102 |
| NFS LEASING INC<br>900 CUMMINGS CENTER<br>SUITE 226-U<br>BEVERLY MA 01915-6183 | NFS LEASING INC<br>ASHLEY WHYMAN VP GENERAL COUNSEL<br>900 CUMMINGS CENTER STE 226-U<br>BEVERLY MA 01915-6183 | NOVITAS SOLUTIONS<br>C/O COGENCY GLOBAL INC DAUPHIN<br>600 NORTH 2ND STREET<br>HARRISBURG PA 17101-1092 |
| OKLA STATE DEPT OF HEALTH<br>100 VALLEY DRIVE<br>PAULS VALLEY OK 73075-6613 | OKLA STATE DEPT OF HEALTH<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73117-1299 | OKLA STATE DEPT OF HEALTH<br>CHIEF COUNSEL - KIM BAILEY<br>LEGAL DEPT<br>1000 NE 10TH ST<br>OKLAHOMA CITY OK 73117-1207 |

| | | |
|---|---|---|
| OKLAHOMA COUNTY<br>FORREST BUTCH FREEMAN<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S. KERR ROOM 307<br>OKLAHOMA CITY OK  73102-3430 | OKLAHOMA COUNTY<br>SERVICE AGENT CAROLYN CAUDILL<br>OKLAHOMA COUNTY CLERK<br>320 ROBERT S KERR ROOM 203<br>OKLAHOMA CITY  OK 73102-3430 | OKLAHOMA EMPLOYMENT SECURITY COMMISSION<br>LEGAL DIVISION<br>PO BOX 53039<br>OKLAHOMA CITY  OK 73152-3039 |
| OKLAHOMA HEALTH CARE AUTHORITY<br>ATTN: CENTRAL FILES<br>4545 N LINCOLN BLVD STE 124<br>OKLAHOMA CITY OK 73105-3413 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL OFFICE<br>100 NORTH BROADWAY AVENUE SUITE 1500<br>OKLAHOMA CITY OK 73102-8601 | ORTHO-CLINICAL DIAGNOSTICS INC<br>1001 US HIGHWAY 202<br>RARITAN NJ 08869-1487 |
| PEOPLES UNITED BANK<br>ATTN ROBERT E TRAUTMANN SR EX VP GC<br>850 MAIN ST 13TH FL<br>BRIDGEPORT CT 06604-4904 | PEOPLES UNITED BANK<br>ONE POST OFFICE SQUARE<br>SUITE 3710<br>BOSTON MA 02109-2175 | PRIME ALLIANCE BANK<br>1868 500 WEST<br>WOODS CROSS UT 84010-7453 |
| PRIME ALLIANCE BANK<br>ATTN STEVEN SELLERS<br>1868 500 WEST<br>WOODS CROSS UT 84010-7453 | RICHARD BROSNICK<br>AKERMAN LLP<br>666 FIFTH AVE 20TH FLOOR<br>NEW YORK NY 10103-0020 | ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~3555 NW 58TH STREET 700~~<br>~~OKLAHOMA CITY OK 73112-4703~~ |
| ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~4323 NW 63RD ST  SUITE 100~~<br>~~OKLAHOMA CITY OK 73116-1513~~ | ~~RURAL HOSPITAL ACQUISITION LLC~~<br>~~C/O CAPITOL DOCUMENT SERVICE~~<br>~~1833 S MORGAN RD~~<br>~~OKLAHOMA CITY OK 73128-7004~~ | SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKRUPTCY COORDINATOR<br>OFFICE OF THE GEN COUNSEL REGION VI<br>1301 YOUNG STREET STE A702<br>DALLAS TX 75202-4813 |
| STERIS CORPORATION<br>5960 HEISLEY RD<br>MENTOR OH 44060-1834 | STERIS CORPORATION<br>ATTN J. ADAM ZANGERLE<br>5960 HEISLEY RD<br>MENTOR OH 44060-1834 | STROUD NATIONAL BANK<br>300 W MAIN ST<br>STROUD OK 74079-3612 |
| STROUD NATIONAL BANK<br>PO BOX 450<br>STROUD OK 74079-0450 | THE FIRST STATE BANK<br>3030 NW EXPRESSWAY<br>SUITE 130<br>OKLAHOMA CITY OK 73112-5466 | THERMO FISHER FINANCIAL SERVICES INC<br>168 THIRD AVE<br>WALTHAM  MA 02451-7551 |
| THERMO FISHER FINANCIAL SERVICES INC<br>81  WYMAN STREET<br>WALTHAM  MA 02451-1223 | THERMO FISHER FINANCIAL SERVICES INC<br>CAPITOL CORPORATE SERVICES INC<br>44 SCHOOL STREET SUITE 505<br>BOSTON MA 02108-4221 | TRIAD BANK NA<br>3030 NW EXPRESSWAY SUITE 130<br>TULSA OK 74153 |
| TRIAD BANK NA<br>PO BOX 35567<br>TULSA OK 74153-0567 | UNITED STATES TRUSTEE<br>215 DEAN  MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY OK 73102-3479 | US BANCOR<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>WILMINGTON DE 19801-1196 |
| US BANCORP<br>ATTN JAMES L CHOSY<br>LEGAL DEPT<br>800 NICOLLET MALL STE 1500<br>MINNEAPOLIS MN 55402-7014 | US BANCORP<br>C/O CT CORPORATION SYSTEM<br>1010 DALE ST N<br>ST PAUL MN 55117-5603 | US BANCORP<br>TWO APPLETREE SQUARE<br>SUITE 325<br>BLOOMINGTON MN 55425 |

| | | |
|---|---|---|
| ~~United States Trustee~~<br>~~United States Trustee~~<br>~~215 Dean A. McGee Ave., 4th Floor~~<br>~~Oklahoma City, OK 73102-3479~~ | VALLIANCE BANK<br>1501 24TH ABE NW<br>NORMAN  OK  73069 | VALLIANCE BANK<br>ATTN BRAD SWICKEY<br>1601 NW EXPRESSWAY<br>OKLAHOMA CITY OK 73118-1443 |
| WELLS FARGO BANK NA<br>625 MARQUETTE AVE FL 16<br>MINNEAPOLIS MN 55402-2308 | WELLS FARGO BANK NA<br>C/O CORPORATION SERVICE COMPANY<br>2345 RICE STREET SUITE 230<br>ROSEVILLE MN 55113-3769 | WELLS FARGO BANK NA<br>LEGAL DEPT<br>420 MONTGOMERY ST<br>SAN FRANCISCO CA 94104-1298 |
| WELLS FARGO BANK NA<br>LEGAL ORDER PROCESSING<br>PO BOX 1416<br>CHARLOTTE NC 28201-1416 | WELLS FARGO BANK NA<br>MAC N9311-161 SIXTH AND MARQUETTE<br>MINNEAPOLIS MN 55479-0001 | WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT ST MAC N0005-004<br>DES MOINES IA 50309-3891 |
| WELLS FARGO FINANCIAL LEASING INC<br>ATTN CRAIG LONG<br>800 WALNUT ST SUITE<br>DES MOINES IA 50309-3891 | WELLS FARGO FINANCIAL LEASING INC<br>ATTN SYLWIA DABROWSKA PERRY SR. COUNSEL<br>800 WALNUT ST SUITE<br>DES MOINES IA 50309-3891 | WINTHROP RESOURCES CORPORATION<br>11100 WAYZATA BLVD<br>SUITE 800<br>MINNETONKA MN 55305-5525 |
| WINTHROP RESOURCES CORPORATION<br>ANNE KRUGER SR. VP GC<br>1405 XENIUM LN. N<br>PLYMOUTHMN 55441-4402 | WINTHROP RESOURCES CORPORATION<br>C/O CORPORATION TRUST CO<br>129 ORANGE ST.SUITE 800<br>WILMINGTON DE 19801 | Jolene M. Wise<br>Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604-2908 |
| ~~Leif Swedlow~~<br>~~Rubenstein & Pitts, PLLC~~<br>~~1503 East 19th St.~~<br>~~Edmond, OK 73013-6737~~ | ~~Michael A Rubenstein~~<br>~~Rubenstein & Pitts, PLLC~~<br>~~1503 East 19th Street~~<br>~~Edmond, OK 73013-6737~~ | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Physicians Business Solutions, LLC | (u)First Physicians Realty Group, LLC | (u)First Physicians Resources, LLC |
| (u)First Physicians Services LLC | (u)Rural Hospital Acquisition, LLC | (d)FIRST PHYSICIANS CAPITAL GROUP INC<br>14201 WIRELESS WAY SUITE B-100<br>OKLAHOMA CITY OK 73134-2521 |

End of Label Matrix<br>
Mailable recipients    106<br>
Bypassed recipients      6<br>
Total                  112