# United States Bankruptcy Court
## Western District of Oklahoma

In re   **RHA Anadarko, Inc.**      Case No.   **20-13482-SAH**

Debtor(s)      Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F: Creditors Who Have Unsecured Claims**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **December 10, 2020**

**Esther McKean**
Attorney for Debtor(s)
**Akerman LLP**
**420 S. Orange Ave.**
**Suite 1200**
**Orlando, FL 32801**
**407-419-8583 Fax:407-843-6610**
**esther.mckean@akerman.com**

## United States Bankruptcy Court
### Western District of Oklahoma

In re   **RHA Anadarko, Inc.**                                   Case No.   **20-13482-SAH**

                                          Debtor(s)                        Chapter   **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule E/F: Creditors Who Have Unsecured Claims, consisting of ___**55**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 10, 2020**                Signature                                                                                           
                                                          **Charles M. Eldridge**
                                                          **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name ____RHA Anadarko, Inc.____ ___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: ____Western____ District of ____Oklahoma____
(State)

Case number (If known): ____20-13482-SH____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

| Part 1: | Summary of Assets |

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................

   $ ____0____

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................

   $ __18,621,725__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................

   $ __18,621,725__

---

| Part 2: | Summary of Liabilities |

---

**We were not provided with the information to complete this section. Our request #3 from our letter dated November 9, 2020**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

   $ __TBD__

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   $ __TBD__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   **+** $ __TBD__

4. **Total liabilities**............................................................................................
   Lines 2 + 3a + 3b

   $ __TBD__

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | RHA Anadarko,Inc. |
| United States Bankruptcy Court for the: | Western District of Oklahoma (State) |
| Case number (if known) | 20-13482-SH |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____ RHA Anadarko, In__

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.__** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____
Name

Case number (if known) _____ 20-13482-SH

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

**3.1** **Nonpriority creditor's name and mailing address**
24/7 RADIOLOGY, LLP

5820 Oberlin Drive, Suite 205

San Diego, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
A and J LABORATORY CONSULTANTS

14799 Fishtrap Road

Aubrey, TX 76227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ABBOTT DIABETES CARE SALES CORP

The Corporation Company

120 N Robinson, Suite 735
Oklahoma City, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ABBOTT POINT OF CARE

400 College Road East

Princeton, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AESCULAP

3773 Corporate Parkway

Center Valley, PA 18034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
ALAN TAYLOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ ___ See attached schedule

**Date or dates debt was incurred**    See attached schedule
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    RHA Anadarko, Inc.                                          20-13482-SH
                Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**
Alcon Laboratories, Inc

6201 South Freeway

Fort Worth, TX 76134

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
ALIGNED MEDICAL SOLUTIONS

1602 4th Ave, N.

Billings, MT 59101

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
ALIMED, INC.

297 High Street

Dedham, MA 02026

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
AMERIPATH OKLAHOMA CITY

c/o Corporation Services Company
1201 Hays Street

Tallahassee, FL 32301

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
ANADARKO CHAMBER OF COMMERCE

501 W Virginia Ave

Anadarko, OK 73005

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    RHA Anadarko, Inc.
Name

Case number *(if known)*    20-13482-SH

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**
ANADARKO FIRE/EMS

115 W Kentucky Ave

Anadarko, OK 73005

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___  **Nonpriority creditor's name and mailing address**
ANADARKO FLORAL SERVICE

121 W. Broadway Street

Anadarko, OK 73005

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___  **Nonpriority creditor's name and mailing address**
Anesthesia Service

1821 N. Classen Blvd

Oklahoma City, OK 73106

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___  **Nonpriority creditor's name and mailing address**
ANGELICA -DALLAS

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___  **Nonpriority creditor's name and mailing address**
APPLIED MEDICAL

22872 Avenida Empresa

Rancho Santa Margarita, CA 92688

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, LLC

Name

Case number (if known)    20-13482-SH

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___ Nonpriority creditor's name and mailing address**

APSP - APNEA SPECIALISTS

2410 W Memorial Road

Oklahoma City, OK 73134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

See attached schedule.

$_____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

AT&T

208 S. Akard Street

Dallas, TX 75202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

BROOKS INDUSTRIES

23291 Ventura Blvd

Woodland HIlls, CA 91364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

CARDINAL HEALTH

c/o CT Corporation System
4400 East Commons Way, Suite 125

Columbus, OH 43219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

CHRIS PARKS, CRNA

1515 N. Porter, Suite 100

Norman, OK 73071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

See attached schedule.

$_____

Date or dates debt was incurred    See attached schedule.

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number *(if known)* ___20-13482-SH___
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.___**  **Nonpriority creditor's name and mailing address**

CLINT PHARMACEUTICALS, INC

629 Shute Lane

Old Hickory, TN 37138

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

COMANCHE COUNTY MEMORIAL HOSP

3401 W. Gore Blvd

Lawton, OK 73505

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

COMANCHE MEMORIAL EMS

1301 SW 30th St.

Lawton, OK 73505

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

Conner & Winters, LLP

1700 One Leadership Square
211 North Robinson

Oklahoma City, OK 73102

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

COOK MEDICAL

1186 Montgomery Lane

Vandergrift, PA 15690

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, Inc.                                                20-13482-SH
          Name                                          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.__ Nonpriority creditor's name and mailing address**
CORPORATE EXPRESS, INC

1834 Walton Road

Saint Louis, MO 63114-5820

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.__ Nonpriority creditor's name and mailing address**
CULLIGAN WATER CONDITIONING

2521 S. Interstate 35 Service Road

Oklahoma City, Ok 73219

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.__ Nonpriority creditor's name and mailing address**
DIGITAL TRANSCRIPTIONS SYSTEMS

135 N. Cedar Branch Way, Ste 111

Mustang, OK 73064-9200

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.__ Nonpriority creditor's name and mailing address**
DIVERSIFIED BIOLOGICALS, LLC

4300 SW 73rd Ave, Ste 102

Miami, FL 33155

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.__ Nonpriority creditor's name and mailing address**
DON STOLZEBACH

558 Plate Dr. Unit #9

East Dundee, IL 60118

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** **Nonpriority creditor's name and mailing address**

DYNAMIC INFUSION THERAPY, INC

5156 Village Creek Drive, #102

Plano, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

E.T.C ( Elaine's Transportation Co)

3717 Vickie Drive

Oklahoma City, OK 73115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

EAGLE LABS

10201 Trademark St.

Rancho Cucamonga, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

EMPIRE PAPER COMPANY INC

c/o Jason Estes
2708 Central FWY E

Wichita Falls, TX 76301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

ENCORE ENERGY SERVICES , INC

12120 Port Grace Blvd. #200

La Vista, NE 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Debtor _____
Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.___** Nonpriority creditor's name and mailing address

EPIMED

141 Sal Landrio Drive

Johnstown, NY 12905

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

FIRST CHOICE COFFEE SERVICES

1 S 660 Midwest Road, Suite 120

Oakbrook Terrace, IL 60181

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

First Physicians Business Solutions

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

FIRST PHYSICIANS REALTY GROUP

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

First Physicians Resources

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

Date or dates debt was incurred   See attached schedule.

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**
First Physicians Services

c/o Christensen Law Group PLLC
3401 NW 63rd Street, Suite 600

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**     See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
FISHER HEALTHCARE

118 Whispering Woods Road

Charleston, WV 25304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**     See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
Fujifilm Medical Systems Endoscopy Divis

10 High Point Drive

Wayne, NJ 07470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**     See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
FUJINON

6200 Phyllis Drive

Cypress, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**     See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**
GLAUKOS CORPORATION

229 Avenida Fabricante

San Clemente, CA 92672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**     See attached schedule.

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

See attached schedule.
$_____

Debtor __RHA Anadarko, Inc._____
        Name

Case number (if known) _____20-13482-SH_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___** Nonpriority creditor's name and mailing address

GLIDEWELL PLUMBING HEATING

605 E. Georgia Ave

Anadarko, OK
73005

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

GLOBAL STAR

300 Holiday Square Blvd.

Covington, LA 70433

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

GRADY MEMORIAL HOSPITAL

80 Jesse Hill Jr. Drive SE

Atlanta, GA 30303

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

GRAINGER

100 Grainger Pkwy

Lake Forest, IL 60045

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** Nonpriority creditor's name and mailing address

GREMED PRODUCTS

8040 NW 14th St

Doral, FL 33126-1612

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, Inc.                                                   20-13482 SH
          Name                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
GULF COAST MEDICAL, INC.

13681 Doctors Way

Fort Myers, FL 33912

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
GULF COAST PHAMACEUTICALS

995 N. Halstead Road

Ocean Sprints, MS 39564

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
HAMPSHIRE CONTROLS CORP.

1 Grove Street

Dover, NH 03820

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
HEALTHCHOICE REFUNDS

P.O. Box 99011

Lubbock, TX 79490-4314

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**
HEALTHLAND

12755 Highway 55 St. 100

Minneapolis, MN  55441-4676

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____    Case number *(if known)* _____ 20-13482-SH
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** | **Nonpriority creditor's name and mailing address**
HENRY SCHEIN

135 Dduryea Road

Melville, NY 11747

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** | **Nonpriority creditor's name and mailing address**
Hill-Rom

1069 State Route 46 East

Batesville, IN 47006

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** | **Nonpriority creditor's name and mailing address**
HORIBA

20 Knightsbridge Road

Piscataway, NJ 08854

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** | **Nonpriority creditor's name and mailing address**
HOYA SURGICAL OPTICS, INC

15335 Fairfield Ranch Road

Chino Hills, CA  91709

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** | **Nonpriority creditor's name and mailing address**
INGENIX

12125 Technology Drive

Eden Prairie, MN 55344

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

RHA Anadarko, LLC

Debtor

Name

Case number (if known) 20-13482-SH

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** **Nonpriority creditor's name and mailing address**
Instrumentation Laboratory

526 NY-303

Orangeburg, NY 10962

**Date or dates debt was incurred**                See attached schedule.

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**
IPRGS, P.C.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**                See attached schedule.

**Last 4 digits of account number**       __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**
J & J Health Care Systems, Inc.

425 Hoes Lane

Piscataway, NJ 08854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**                See attached schedule.

**Last 4 digits of account number**       __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**
JETRAD, LLC

4005 NW Expway St. STE 410

Oklahoma City, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**                See attached schedule.

**Last 4 digits of account number**       __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

**3.___** **Nonpriority creditor's name and mailing address**
JOHNSTON MEMORIAL HOSPITAL

16000 Johnston Memorial Drive

Abingdon, VA 24211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**                See attached schedule.

**Last 4 digits of account number**       __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

| Debtor | RHA Anadarko, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | 20-13482-SH |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

KCI USA

Corporation Services Company
1800 Greenbriar Place

Oklahoma City, OK 73159

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

LAWTON COMMUNICATIONS

6210 NW Oak Ave

Lawton, OK 73505

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

LIPPINCOTT WILLIAMS & WILKINS

2700 Lake Cook Road

Riverwoods, IL 60015

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

MATHESON TRI GAS, INC

166 Keystone Drive

Montgomeryville, PA 18936

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

MED ASSETS

100 North Point Center East  , Suite 200

Alpharetta, GA 30022

**Date or dates debt was incurred**      See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

RHA Anadarko, LLC                                                                    20-13482 PSH

Debtor _____          Case number (*if known*) _____

Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES, INC.
_____

One Medline Place
_____

Mundelein, Il 60060
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

MEDTRONIC USA INC
_____

710 Medtronic Parkway
_____

Minneapolis, MN 55432
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

MMI, LLC
_____

1724 Rudder Indus Pk Dr.
_____

Fenton, MO 63026
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

MycroMed LLC
_____

2364 Highway 287 N , STE . 109
_____

Mansfield, TX 76063
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

NOVA BIOMEDICAL
_____

200 Prospect Street
_____

Waltham, MA 02454-9141
_____

**Date or dates debt was incurred**     See attached schedule.

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

Debtor _____

Case number (if known) _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

OFFICE DEPOT, INC.

6600 N. Military Trl.

Boca Raton, FL 33496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

OKLAHOMA DEPT OF LABOR

3017 N. Stiles Ave #100

Oklahoma City, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

OKLAHOMA NATURAL GAS COMPANY

5848 E15th St

Tulsa, OK 74112-6402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION

2501 N. Lincoln Blvd.

Oklahoma City, OK 73194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

ORGANOGENESIS INC

85 Dan Road

Canton, MA 02021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____
Name

Case number (*if known*) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.___ **Nonpriority creditor's name and mailing address**

OWENS and MINOR

9120 Lockwood Blvd

Mechanicsville, VA 23116

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

PC CONNECTIONS

730 Milford Road Route 101A

Merrimack, NH 03054

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

PHA - PETTY CASH - GRANT ACCT

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

PRECISION LENS

5715 West Old Shakopee Road, Suite 150

Blooington, MN 55437

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

3.___ **Nonpriority creditor's name and mailing address**

Sacrix LLC

350 Main Street, 3rd Floor

Malden Massachusetts, 02148

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor    RHA Anadarko, Inc.
          Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___** Nonpriority creditor's name and mailing address
SIZEWISE RENTALS

8601 Monrovia Street

Lenexa, KS 66125

Date or dates debt was incurred       See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address
Smith & Nephew

1450 Brooks Road

Memphis, TN 38116

Date or dates debt was incurred       See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address
Smith & Son Building Center

117 SE 2nd Street

Anadarko, OK 73005

Date or dates debt was incurred       See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address
SOMERSET CAPITAL GROUP,LTD

612 Wheelers Farm Road

Milford, CT 06461

Date or dates debt was incurred       See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address
SOONER COPY MACHINES, INC

650 Alameda St.

Norman, OK 73071

Date or dates debt was incurred       See attached schedule.

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

See attached schedule.

$_____

---

| Debtor | RHA Anadarko, Inc. | 20-13482-SH |
|---|---|---|
| | Name | |
| | | Case number *(if known)* _____ |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___  Nonpriority creditor's name and mailing address**
STANDLEY SYSTEMS

26 E. Main Street

Oklahoma City, OK 73104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Date or dates debt was incurred — See attached schedule.
Last 4 digits of account number ___ ___ ___ ___

---

**3.___  Nonpriority creditor's name and mailing address**
Staples

500 Staples Dr.

Framingham, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Date or dates debt was incurred — See attached schedule.
Last 4 digits of account number ___ ___ ___ ___

---

**3.___  Nonpriority creditor's name and mailing address**
STERICYCLE, INC

2355 Waukegan Road

Bannockburn, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Date or dates debt was incurred — See attached schedule.
Last 4 digits of account number ___ ___ ___ ___

---

**3.___  Nonpriority creditor's name and mailing address**
STERILMED, INC.

11400 73rd Avenue North, Suite 100

Maple Grove, Minnesota 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Date or dates debt was incurred — See attached schedule.
Last 4 digits of account number ___ ___ ___ ___

---

**3.___  Nonpriority creditor's name and mailing address**
STERIS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

Date or dates debt was incurred — See attached schedule.
Last 4 digits of account number ___ ___ ___ ___

Debtor _____

Case number *(if known)* _____

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.___** **Nonpriority creditor's name and mailing address**

STROUD REGIONAL MEDICAL CENTER

5960 Heisley Road

Mentor, OH 44060

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

STRYKER ENDOSCOPY

5900 Optical Ct.

San Jose, CA 95138

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

SUDDENLINK

12444 Powerscourt Dr.  Ste. 450

St. Louis, Missouri 63131

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

SURGICAL ADVANTAGE

PO Box 35565

Tulsa, OK 74153

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

Sysmex America, Inc.

577 Aptakisic Road

Lincolnshire, Illinois 60069

**Date or dates debt was incurred**          See attached schedule.

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____
       Name

Case number (*if known*) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.___** Nonpriority creditor's name and mailing address

THARA DAMODARAN, MD LLC
_____

515 N Mesa Drive
_____

Mesa, AZ 85201
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address

THE HOME DEPOT PRO
_____

2455 Paces Ferry Road SE
_____

Atlanta, GA 30339-1834
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address

THE T SYSTEM, INC.
_____

9300 W. 110th Street, Suite 350
_____

Overland Park, KS 66210
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address

TRAILBLAZER HEALTH ENTERPRISES
_____

8330 Lyndon B Johnson FWY
_____

Dallas, TX 75243
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

**3.___** Nonpriority creditor's name and mailing address

Tri-anim Health Services
_____

5000 Tuttle Crossing Blvd,
_____

Dublin, OH 43016
_____

**Date or dates debt was incurred**    See attached schedule.

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.

$_____

---

Debtor _____   20-13482-SH
Name

Case number (*if known*) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.___ Nonpriority creditor's name and mailing address**

TSG PHYSICIANS

12201 Merit Dr. Suite 1000

Dallas, TX 75251

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

ULINE

12575 Uline Drive

Pleasant Prairie, WI 53158

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

Internal Revenue Service

55 N. Robinson Ave

Oklahoma City, OK 73102

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

Southern Plains Medical Center

2222 West Iowa Avenue

Chickasha, OK 73018

**Date or dates debt was incurred** _October 22, 2020_

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

282,000
$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _See attached schedule._

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

See attached schedule.
$_____

---

Debtor _____
Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
       Name

Case number (*if known*)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____     Case number *(if known)* _____
　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   1

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110001 | 24/7 RADIOLOGY, LLP | | | | | | | | | | |
| 4064 | 01/31/10 | 02/14/10 | | | 01 | U | 6,391.60 | 5,691.60 | 0.00 | 5,691.60 | 0.00 |
| | | | | Vendor Total: | | | 6,391.60 | 5,691.60 | 0.00 | 5,691.60 | 0.00 |
| 110003 | A and J LABORATORY CONSULTANTS | | | | | | | | | | |
| CRDT110711 | 11/07/11 | 11/07/11 | | | 01 | U | -4,000.00 | -4,000.00 | 0.00 | -4,000.00 | 0.00 |
| | | | | Vendor Total: | | | -4,000.00 | -4,000.00 | 0.00 | -4,000.00 | 0.00 |
| 110013 | ANADARKO CHAMBER OF COMMERCE | | | | | | | | | | |
| 21212 | 01/12/11 | 01/12/11 | | | 01 | U | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| | | | | Vendor Total: | | | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| 110020 | AESCULAP | | | | | | | | | | |
| 96193898 | 11/12/09 | 12/12/09 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 96310764 | 12/12/09 | 01/11/10 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 98636166 | 12/21/09 | 01/20/10 | | | 01 | U | 364.00 | 364.00 | 0.00 | 364.00 | 0.00 |
| 99242388 | 04/22/10 | 05/22/10 | | | 01 | U | 132.30 | 132.30 | 0.00 | 132.30 | 0.00 |
| | | | | Vendor Total: | | | 1,224.30 | 1,224.30 | 0.00 | 1,224.30 | 0.00 |
| 110028 | ALIGNED MEDICAL SOLUTIONS | | | | | | | | | | |
| 115017 | 08/13/10 | 09/12/10 | | | 01 | U | 622.96 | 622.96 | 0.00 | 622.96 | 0.00 |
| | | | | Vendor Total: | | | 622.96 | 622.96 | 0.00 | 622.96 | 0.00 |
| 110047 | ANADARKO FIRE/EMS | | | | | | | | | | |
| 881010491 | 09/29/10 | 09/29/10 | | | 01 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 881010501 | 09/29/10 | 09/29/10 | | | 01 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 8810110610 | 11/03/10 | 11/03/10 | | | 01 | U | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| 8810110710 | 11/03/10 | 11/03/10 | | | 01 | U | 850.00 | 850.00 | 0.00 | 850.00 | 0.00 |
| 881011571 | 11/03/10 | 11/03/10 | | | 01 | U | 920.00 | 920.00 | 0.00 | 920.00 | 0.00 |
| | | | | Vendor Total: | | | 4,300.00 | 4,300.00 | 0.00 | 4,300.00 | 0.00 |
| 110048 | ANADARKO FLORAL SERVICE | | | | | | | | | | |
| 000916 | 06/30/10 | 06/30/10 | | | 01 | U | 37.85 | 37.85 | 0.00 | 37.85 | 0.00 |
| | | | | Vendor Total: | | | 37.85 | 37.85 | 0.00 | 37.85 | 0.00 |
| 110056 | APSP - APNEA SPECIALISTS | | | | | | | | | | |
| 108C | 10/29/10 | 12/28/10 | | | 01 | U | 6,800.00 | 1,820.55 | 0.00 | 1,820.55 | 0.00 |
| | | | | Vendor Total: | | | 6,800.00 | 1,820.55 | 0.00 | 1,820.55 | 0.00 |
| 110057 | APPLIED MEDICAL | | | | | | | | | | |
| 90591575 | 12/01/09 | 01/15/10 | | | 01 | U | -264.27 | -264.27 | 0.00 | -264.27 | 0.00 |
| | | | | Vendor Total: | | | -264.27 | -264.27 | 0.00 | -264.27 | 0.00 |
| 110101 | BROOKS INDUSTRIES | | | | | | | | | | |
| 0997609-IN | 04/13/10 | 04/13/10 | | | 01 | U | 71.13 | 71.13 | 0.00 | 71.13 | 0.00 |
| | | | | Vendor Total: | | | 71.13 | 71.13 | 0.00 | 71.13 | 0.00 |

The Vendor Balance Due Report was provided to the debtor by First Physician on November 20, 2020.  The report was produced on November 6, 2020 based on the date and time stamp.  The debtor is not able to determine if this accurately reflects the monies owing to vendors as of the petition date October 25, 2020.  Accordingly the debtor will supplement this list should additional information become available.

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   2

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110124 | CARDINAL HEALTH | | | | | | | | | | |
| 1600221260 | 11/01/10 | 11/01/10 | | | 01 | U | 13.41 | 13.41 | 0.00 | 13.41 | 0.00 |
| 1600388888 | 02/01/11 | 02/01/11 | | | 01 | U | 10.61 | 10.61 | 0.00 | 10.61 | 0.00 |
| 1600510311 | 04/05/11 | 04/05/11 | | | 01 | U | 14.88 | 14.88 | 0.00 | 14.88 | 0.00 |
| 1600614884 | 06/03/11 | 06/03/11 | | | 01 | U | 16.88 | 16.88 | 0.00 | 16.88 | 0.00 |
| 626753631 | 04/26/10 | 05/26/10 | | | 01 | U | 2,665.18 | 2,665.18 | 0.00 | 2,665.18 | 0.00 |
| 628986680 | 06/28/10 | 07/28/10 | | | 01 | U | 467.54 | 467.54 | 0.00 | 467.54 | 0.00 |
| 635558401 | 01/11/11 | 02/10/11 | | | 01 | U | 327.56 | 327.56 | 0.00 | 327.56 | 0.00 |
| | | | | Vendor Total: | | | 3,516.06 | 3,516.06 | 0.00 | 3,516.06 | 0.00 |
| 110144 | CLINT PHARMACEUTICALS, INC | | | | | | | | | | |
| 10202011 | 10/20/11 | 11/09/11 | | | 01 | U | 0.52 | 0.52 | 0.00 | 0.52 | 0.00 |
| | | | | Vendor Total: | | | 0.52 | 0.52 | 0.00 | 0.52 | 0.00 |
| 110146 | COMANCHE MEMORIAL EMS | | | | | | | | | | |
| 104343-A | 01/31/11 | 01/31/11 | | | 01 | U | 1,123.00 | 1,123.00 | 0.00 | 1,123.00 | 0.00 |
| | | | | Vendor Total: | | | 1,123.00 | 1,123.00 | 0.00 | 1,123.00 | 0.00 |
| 110147 | COMANCHE COUNTY MEMORIAL HOSP | | | | | | | | | | |
| 1028500618 | 10/12/10 | 10/12/10 | | | 01 | U | 1,140.00 | 1,140.00 | 0.00 | 1,140.00 | 0.00 |
| 1029800624 | 10/25/10 | 10/25/10 | | | 01 | U | 1,084.00 | 1,084.00 | 0.00 | 1,084.00 | 0.00 |
| | | | | Vendor Total: | | | 2,224.00 | 2,224.00 | 0.00 | 2,224.00 | 0.00 |
| 110159 | CORPORATE EXPRESS, INC | | | | | | | | | | |
| 90417109 | 09/26/08 | 10/26/08 | | | 01 | U | -23.62 | -23.62 | 0.00 | -23.62 | 0.00 |
| | | | | Vendor Total: | | | -23.62 | -23.62 | 0.00 | -23.62 | 0.00 |
| 110183 | DIVERSIFIED BIOLOGICALS, LLC | | | | | | | | | | |
| 101126-03 | 11/29/10 | 12/29/10 | | | 01 | U | 169.08 | 169.08 | 0.00 | 169.08 | 0.00 |
| | | | | Vendor Total: | | | 169.08 | 169.08 | 0.00 | 169.08 | 0.00 |
| 110193 | EAGLE LABS | | | | | | | | | | |
| 121980 | 08/19/10 | 09/18/10 | | | 01 | U | 85.90 | 85.90 | 0.00 | 85.90 | 0.00 |
| | | | | Vendor Total: | | | 85.90 | 85.90 | 0.00 | 85.90 | 0.00 |
| 110219 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| 0264 | 07/27/12 | 07/27/12 | | | 01 | U | 50,770.27 | 50,770.27 | 0.00 | 50,770.27 | 0.00 |
| | | | | Vendor Total: | | | 50,770.27 | 50,770.27 | 0.00 | 50,770.27 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 3

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110224 | FUJINON | | | | | | | | | | |
| 790161RI | 10/18/10 | 11/17/10 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 792675RI | 11/17/10 | 12/17/10 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 794417RI | 12/09/10 | 01/08/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 794692RI | 12/14/10 | 01/13/11 | | | 01 | U | 780.45 | 780.45 | 0.00 | 780.45 | 0.00 |
| 794694RI | 12/14/10 | 01/13/11 | | | 01 | U | 242.48 | 242.48 | 0.00 | 242.48 | 0.00 |
| 796592RI | 01/11/11 | 02/10/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 799372 RI | 02/16/11 | 03/18/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 801176RI | 03/11/11 | 04/10/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 803745 RI | 04/14/11 | 05/14/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 805608RI | 05/09/11 | 06/08/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 808490RI | 06/15/11 | 07/15/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| 810566RI | 07/13/11 | 08/12/11 | | | 01 | U | 920.83 | 920.83 | 0.00 | 920.83 | 0.00 |
| | | | Vendor Total: | | | | 10,231.23 | 10,231.23 | 0.00 | 10,231.23 | 0.00 |
| 110237 | GLIDEWELL PLUMBING HEATING | | | | | | | | | | |
| 020312 | 02/03/12 | 02/03/12 | | | 01 | U | 37.53 | 37.53 | 0.00 | 37.53 | 0.00 |
| 113011 | 11/30/11 | 11/30/11 | | | 01 | U | 36.43 | 36.43 | 0.00 | 36.43 | 0.00 |
| 178 | 04/30/12 | 04/30/12 | | | 01 | U | 39.25 | 39.25 | 0.00 | 39.25 | 0.00 |
| 183 | 05/30/12 | 05/30/12 | | | 01 | U | 39.84 | 39.84 | 0.00 | 39.84 | 0.00 |
| FC 202 | 06/30/12 | 06/30/12 | | | 01 | U | 40.43 | 40.43 | 0.00 | 40.43 | 0.00 |
| FC167 | 03/01/12 | 03/31/12 | | | 01 | U | 38.10 | 38.10 | 0.00 | 38.10 | 0.00 |
| FC173 | 03/13/12 | 03/13/12 | | | 01 | U | 38.67 | 38.67 | 0.00 | 38.67 | 0.00 |
| | | | Vendor Total: | | | | 270.25 | 270.25 | 0.00 | 270.25 | 0.00 |
| 110238 | GLOBAL STAR | | | | | | | | | | |
| 2770-P | 10/25/10 | 11/24/10 | | | 01 | U | 396.56 | 396.56 | 0.00 | 396.56 | 0.00 |
| 2770P | 10/25/10 | 10/25/10 | | | 01 | U | 183.84 | 183.84 | 0.00 | 183.84 | 0.00 |
| | | | Vendor Total: | | | | 580.40 | 580.40 | 0.00 | 580.40 | 0.00 |
| 110242 | GRADY MEMORIAL HOSPITAL | | | | | | | | | | |
| 000502437 | 02/04/10 | 02/04/10 | | | 01 | U | -127.98 | -127.98 | 0.00 | -127.98 | 0.00 |
| 031710 | 03/17/10 | 03/17/10 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 032310 | 03/23/10 | 03/23/10 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 093009 | 09/30/09 | 09/30/09 | | | 01 | U | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 |
| 100509 | 10/05/09 | 10/05/09 | | | 01 | U | 407.00 | 407.00 | 0.00 | 407.00 | 0.00 |
| 121409 | 12/14/09 | 12/14/09 | | | 01 | U | 569.00 | 569.00 | 0.00 | 569.00 | 0.00 |
| 520794 | 06/17/10 | 06/17/10 | | | 01 | U | 49.00 | 49.00 | 0.00 | 49.00 | 0.00 |
| G000502437 | 02/04/10 | 02/04/10 | | | 01 | U | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| | | | Vendor Total: | | | | 2,161.02 | 2,161.02 | 0.00 | 2,161.02 | 0.00 |
| 110247 | GREMED PRODUCTS | | | | | | | | | | |
| GP3704 | 08/31/10 | 09/30/10 | | | 01 | U | 167.43 | 167.43 | 0.00 | 167.43 | 0.00 |
| | | | Vendor Total: | | | | 167.43 | 167.43 | 0.00 | 167.43 | 0.00 |
| 110251 | GULF COAST PHAMACEUTICALS | | | | | | | | | | |
| 69464 | 11/23/10 | 12/23/10 | | | 01 | U | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| | | | Vendor Total: | | | | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |

11/06/20                    **The Physicians Hospital Anadarko**                    Page:   4
10:39                              Balance Due Report

**Application Code:**   AP                                    **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110252 | GULF COAST MEDICAL, INC. | | | | | | | | | | |
| 69341 | 07/21/10 | 08/20/10 | | 01 | | U | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| | | | | Vendor Total: | | | 340.00 | 340.00 | 0.00 | 340.00 | 0.00 |
| 110259 | HAMPSHIRE CONTROLS CORP. | | | | | | | | | | |
| 090517 | 05/13/09 | 06/12/09 | | 01 | | U | 282.00 | 282.00 | 0.00 | 282.00 | 0.00 |
| | | | | Vendor Total: | | | 282.00 | 282.00 | 0.00 | 282.00 | 0.00 |
| 110263 | HEALTHCHOICE REFUNDS | | | | | | | | | | |
| 21810 | 02/18/10 | 02/18/10 | | 01 | | U | 117.98 | 117.98 | 0.00 | 117.98 | 0.00 |
| | | | | Vendor Total: | | | 117.98 | 117.98 | 0.00 | 117.98 | 0.00 |
| 110282 | HORIBA | | | | | | | | | | |
| 90221736 | 11/01/09 | 12/01/09 | | 01 | | U | 3,550.08 | 3,550.08 | 0.00 | 3,550.08 | 0.00 |
| | | | | Vendor Total: | | | 3,550.08 | 3,550.08 | 0.00 | 3,550.08 | 0.00 |
| 110284 | HOYA SURGICAL OPTICS, INC | | | | | | | | | | |
| 10026743 | 12/17/10 | 01/16/11 | | 01 | | U | 630.00 | 630.00 | 0.00 | 630.00 | 0.00 |
| 10027357 | 12/31/10 | 01/30/11 | | 01 | | U | 230.00 | 230.00 | 0.00 | 230.00 | 0.00 |
| 10027909 | 01/13/11 | 02/12/11 | | 01 | | U | 530.00 | 530.00 | 0.00 | 530.00 | 0.00 |
| 10030934 | 03/15/11 | 04/14/11 | | 01 | | U | 830.00 | 830.00 | 0.00 | 830.00 | 0.00 |
| 10031510 | 03/25/11 | 04/24/11 | | 01 | | U | 700.00 | 700.00 | 0.00 | 700.00 | 0.00 |
| | | | | Vendor Total: | | | 2,920.00 | 2,920.00 | 0.00 | 2,920.00 | 0.00 |
| 110291 | INGENIX | | | | | | | | | | |
| 10566850 | 12/14/10 | 12/29/10 | | 01 | | U | 700.44 | 700.44 | 0.00 | 700.44 | 0.00 |
| 10612827 | 12/23/10 | 01/07/11 | | 01 | | U | 120.40 | 120.40 | 0.00 | 120.40 | 0.00 |
| | | | | Vendor Total: | | | 820.84 | 820.84 | 0.00 | 820.84 | 0.00 |
| 110308 | JETRAD, LLC | | | | | | | | | | |
| 835 | 10/31/09 | 11/30/09 | | 01 | | U | 518.41 | 518.41 | 0.00 | 518.41 | 0.00 |
| 864 | 10/31/09 | 11/20/09 | | 01 | | U | 3,195.00 | 3,195.00 | 0.00 | 3,195.00 | 0.00 |
| 871 | 11/30/09 | 12/30/09 | | 01 | | U | 511.29 | 511.29 | 0.00 | 511.29 | 0.00 |
| 900 | 11/30/09 | 12/30/09 | | 01 | | U | 2,610.00 | 2,610.00 | 0.00 | 2,610.00 | 0.00 |
| 909 | 12/31/09 | 01/30/10 | | 01 | | U | 310.55 | 310.55 | 0.00 | 310.55 | 0.00 |
| 937 | 12/31/09 | 01/20/10 | | 01 | | U | 1,530.00 | 1,530.00 | 0.00 | 1,530.00 | 0.00 |
| | | | | Vendor Total: | | | 8,675.25 | 8,675.25 | 0.00 | 8,675.25 | 0.00 |
| 110309 | DIGITAL TRANSCRIPTIONS SYSTEMS | | | | | | | | | | |
| 130689 | 01/16/09 | 01/26/09 | | 01 | | U | 552.00 | 552.00 | 0.00 | 552.00 | 0.00 |
| | | | | Vendor Total: | | | 552.00 | 552.00 | 0.00 | 552.00 | 0.00 |
| 110311 | JOHNSTON MEMORIAL HOSPITAL | | | | | | | | | | |
| 13105 | 04/30/12 | 04/30/12 | | 01 | | U | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| | | | | Vendor Total: | | | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 110337 | LAWTON COMMUNICATIONS | | | | | | | | | | |
| 024035 | 10/27/09 | 11/26/09 | | 01 | | U | 151.83 | 151.83 | 0.00 | 151.83 | 0.00 |
| 024035A | 10/27/09 | 11/26/09 | | 01 | | U | 300.11 | 300.11 | 0.00 | 300.11 | 0.00 |
| 024035B | 01/01/12 | 03/01/12 | | 01 | | U | 2.08 | 2.08 | 0.00 | 2.08 | 0.00 |
| | | | | Vendor Total: | | | 454.02 | 454.02 | 0.00 | 454.02 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   5

Balance Due Report

| Application Code: | AP | | | | | | | User Login Name: | | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110343 | LIPPINCOTT WILLIAMS & WILKINS | | | | | | | | | | |
| 61514298 | 10/04/10 | 11/03/10 | | | 01 | U | 188.26 | 188.26 | 0.00 | 188.26 | 0.00 |
| | | | | Vendor Total: | | | 188.26 | 188.26 | 0.00 | 188.26 | 0.00 |
| 110369 | MED ASSETS | | | | | | | | | | |
| 112995 | 01/05/10 | 02/04/10 | | | 01 | U | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| 164234 | 03/31/11 | 04/30/11 | | | 01 | U | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| | | | | Vendor Total: | | | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| 110386 | MMI, LLC | | | | | | | | | | |
| 9669MMI | 04/01/11 | 05/01/11 | | | 01 | U | 305.83 | 305.83 | 0.00 | 305.83 | 0.00 |
| 9773MMI | 05/01/11 | 05/31/11 | | | 01 | U | 305.84 | 305.84 | 0.00 | 305.84 | 0.00 |
| 9843MMI | 06/01/11 | 07/01/11 | | | 01 | U | 305.83 | 305.83 | 0.00 | 305.83 | 0.00 |
| 9846MMI | 07/01/11 | 07/31/11 | | | 01 | U | 305.84 | 305.84 | 0.00 | 305.84 | 0.00 |
| | | | | Vendor Total: | | | 1,223.34 | 1,223.34 | 0.00 | 1,223.34 | 0.00 |
| 110412 | NOVA BIOMEDICAL | | | | | | | | | | |
| 031009CR | 03/10/09 | 03/10/09 | | | 01 | U | -994.81 | -994.81 | 0.00 | -994.81 | 0.00 |
| | | | | Vendor Total: | | | -994.81 | -994.81 | 0.00 | -994.81 | 0.00 |
| 110429 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| 042012 | 04/20/12 | 04/20/12 | | | 01 | U | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| | | | | Vendor Total: | | | 30,951.36 | 30,951.36 | 0.00 | 30,951.36 | 0.00 |
| 110448 | OKLAHOMA TAX COMMISSION | | | | | | | | | | |
| 043011 | 04/30/11 | 05/20/11 | | | 01 | U | 173.43 | 173.43 | 0.00 | 173.43 | 0.00 |
| 053111 | 05/31/11 | 06/20/11 | | | 01 | U | 152.09 | 152.09 | 0.00 | 152.09 | 0.00 |
| 063011 | 06/30/11 | 07/20/11 | | | 01 | U | 106.57 | 106.57 | 0.00 | 106.57 | 0.00 |
| 073111 | 07/31/11 | 08/22/11 | | | 01 | U | 30.10 | 30.10 | 0.00 | 30.10 | 0.00 |
| | | | | Vendor Total: | | | 462.19 | 462.19 | 0.00 | 462.19 | 0.00 |
| 110449 | OKLAHOMA TAX COMMISSION | | | | | | | | | | |
| 112111 | 11/11/11 | 11/21/11 | | | 01 | U | 107.03 | 107.03 | 0.00 | 107.03 | 0.00 |
| | | | | Vendor Total: | | | 107.03 | 107.03 | 0.00 | 107.03 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   6

Balance Due Report

| Application Code:   AP | | | | | | | | | User Login Name:   jkohout | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
| 110452 | OWENS and MINOR | | | | | | | | | | |
| 0598142 | 09/15/10 | 09/22/10 | | | 01 | U | 57.98 | 57.98 | 0.00 | 57.98 | 0.00 |
| 0598927 | 09/20/10 | 09/27/10 | | | 01 | U | 40.39 | 40.39 | 0.00 | 40.39 | 0.00 |
| 0599022 | 09/20/10 | 09/27/10 | | | 01 | U | 145.47 | 145.47 | 0.00 | 145.47 | 0.00 |
| 0599024 | 09/20/10 | 09/27/10 | | | 01 | U | 658.63 | 658.63 | 0.00 | 658.63 | 0.00 |
| 0599491 | 09/22/10 | 09/29/10 | | | 01 | U | 16.48 | 16.48 | 0.00 | 16.48 | 0.00 |
| 0599492 | 09/22/10 | 09/29/10 | | | 01 | U | 149.10 | 149.10 | 0.00 | 149.10 | 0.00 |
| 0599581 | 09/22/10 | 09/29/10 | | | 01 | U | 16.48 | 16.48 | 0.00 | 16.48 | 0.00 |
| 0600271 | 09/27/10 | 10/04/10 | | | 01 | U | 186.19 | 186.19 | 0.00 | 186.19 | 0.00 |
| 0600505 | 09/27/10 | 10/04/10 | | | 01 | U | 102.50 | 102.50 | 0.00 | 102.50 | 0.00 |
| 0600904 | 09/29/10 | 10/06/10 | | | 01 | U | 34.96 | 34.96 | 0.00 | 34.96 | 0.00 |
| 0602133 | 10/06/10 | 10/13/10 | | | 01 | U | 96.55 | 96.55 | 0.00 | 96.55 | 0.00 |
| 0602151 | 10/06/10 | 10/13/10 | | | 01 | U | 11.01 | 11.01 | 0.00 | 11.01 | 0.00 |
| 0602197 | 10/06/10 | 10/13/10 | | | 01 | U | 86.92 | 86.92 | 0.00 | 86.92 | 0.00 |
| 0603106 | 10/11/10 | 10/18/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0603772 | 10/13/10 | 10/20/10 | | | 01 | U | 197.16 | 197.16 | 0.00 | 197.16 | 0.00 |
| 0604487 | 10/18/10 | 10/25/10 | | | 01 | U | 79.95 | 79.95 | 0.00 | 79.95 | 0.00 |
| 0605799 | 10/25/10 | 11/01/10 | | | 01 | U | 174.57 | 174.57 | 0.00 | 174.57 | 0.00 |
| 0605848 | 10/25/10 | 11/01/10 | | | 01 | U | 174.57 | 174.57 | 0.00 | 174.57 | 0.00 |
| 0605908 | 10/25/10 | 11/01/10 | | | 01 | U | 15.27 | 15.27 | 0.00 | 15.27 | 0.00 |
| 0606069 | 10/25/10 | 11/01/10 | | | 01 | U | 1,594.30 | 1,594.30 | 0.00 | 1,594.30 | 0.00 |
| 0606070 | 10/25/10 | 11/01/10 | | | 01 | U | 2,403.08 | 2,403.08 | 0.00 | 2,403.08 | 0.00 |
| 0606396 | 10/27/10 | 11/03/10 | | | 01 | U | 17.14 | 17.14 | 0.00 | 17.14 | 0.00 |
| 0606465 | 10/27/10 | 11/03/10 | | | 01 | U | 23.63 | 23.63 | 0.00 | 23.63 | 0.00 |
| 0606586 | 10/27/10 | 11/03/10 | | | 01 | U | 1,086.72 | 1,086.00 | 0.00 | 1,086.00 | 0.00 |
| 0607285 | 11/01/10 | 11/08/10 | | | 01 | U | 29.53 | 29.53 | 0.00 | 29.53 | 0.00 |
| 0607325 | 11/01/10 | 11/08/10 | | | 01 | U | 129.87 | 129.87 | 0.00 | 129.87 | 0.00 |
| 0607424 | 11/01/10 | 11/08/10 | | | 01 | U | 944.71 | 944.71 | 0.00 | 944.71 | 0.00 |
| 0607810 | 11/03/10 | 11/10/10 | | | 01 | U | 6.02 | 0.89 | 0.00 | 0.89 | 0.00 |
| 0608360 | 11/08/10 | 11/15/10 | | | 01 | U | 26.04 | 26.04 | 0.00 | 26.04 | 0.00 |
| 0608451 | 11/08/10 | 11/15/10 | | | 01 | U | 465.86 | 465.86 | 0.00 | 465.86 | 0.00 |
| 0608554 | 11/08/10 | 11/15/10 | | | 01 | U | 2,596.60 | 2,596.60 | 0.00 | 2,596.60 | 0.00 |
| 0608558 | 11/08/10 | 11/15/10 | | | 01 | U | 2,071.05 | 2,071.05 | 0.00 | 2,071.05 | 0.00 |
| 0608827 | 11/10/10 | 11/17/10 | | | 01 | U | 715.73 | 715.73 | 0.00 | 715.73 | 0.00 |
| 0608828 | 11/10/10 | 11/17/10 | | | 01 | U | 223.65 | 223.65 | 0.00 | 223.65 | 0.00 |
| 0608829 | 11/10/10 | 11/17/10 | | | 01 | U | 28.32 | 28.32 | 0.00 | 28.32 | 0.00 |
| 0608939 | 11/10/10 | 11/17/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0609040 | 11/10/10 | 11/17/10 | | | 01 | U | 220.00 | 220.00 | 0.00 | 220.00 | 0.00 |
| 0609172 | 11/11/10 | 11/18/10 | | | 01 | U | 439.05 | 439.05 | 0.00 | 439.05 | 0.00 |
| 0609540 | 11/15/10 | 11/22/10 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 0609561 | 11/15/10 | 11/22/10 | | | 01 | U | 197.39 | 197.39 | 0.00 | 197.39 | 0.00 |
| 0609620 | 11/15/10 | 11/22/10 | | | 01 | U | 426.71 | 426.71 | 0.00 | 426.71 | 0.00 |
| 0609622 | 11/15/10 | 11/22/10 | | | 01 | U | 159.87 | 159.87 | 0.00 | 159.87 | 0.00 |
| 0609712 | 11/15/10 | 11/22/10 | | | 01 | U | 3,511.47 | 3,511.47 | 0.00 | 3,511.47 | 0.00 |
| 0609714 | 11/15/10 | 11/22/10 | | | 01 | U | 1,214.37 | 1,214.37 | 0.00 | 1,214.37 | |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   7

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0631267 | 04/04/11 | 04/11/11 | | | 01 | U | 724.14 | 724.14 | 0.00 | 724.14 | 0.00 |
| 0631375 | 04/05/11 | 04/12/11 | | | 01 | U | 1,666.42 | 1,666.42 | 0.00 | 1,666.42 | 0.00 |
| 0631484 | 04/06/11 | 04/13/11 | | | 01 | U | 139.88 | 139.88 | 0.00 | 139.88 | 0.00 |
| 0631539 | 04/06/11 | 04/13/11 | | | 01 | U | 28.34 | 28.34 | 0.00 | 28.34 | 0.00 |
| 0631619 | 04/06/11 | 04/13/11 | | | 01 | U | 213.47 | 213.47 | 0.00 | 213.47 | 0.00 |
| 0631994 | 04/11/11 | 04/18/11 | | | 01 | U | 27.67 | 27.67 | 0.00 | 27.67 | 0.00 |
| 0632081 | 04/11/11 | 04/18/11 | | | 01 | U | 124.93 | 124.93 | 0.00 | 124.93 | 0.00 |
| 0632167 | 04/11/11 | 04/18/11 | | | 01 | U | 852.31 | 852.31 | 0.00 | 852.31 | 0.00 |
| 0632170 | 04/11/11 | 04/18/11 | | | 01 | U | 583.57 | 583.57 | 0.00 | 583.57 | 0.00 |
| 0632347 | 04/13/11 | 04/20/11 | | | 01 | U | 19.91 | 19.91 | 0.00 | 19.91 | 0.00 |
| 0632430 | 04/13/11 | 04/20/11 | | | 01 | U | 24.65 | 24.65 | 0.00 | 24.65 | 0.00 |
| 0632987 | 04/18/11 | 04/25/11 | | | 01 | U | 40.42 | 40.42 | 0.00 | 40.42 | 0.00 |
| 0633060 | 04/18/11 | 04/25/11 | | | 01 | U | 370.74 | 370.74 | 0.00 | 370.74 | 0.00 |
| 0633162 | 04/18/11 | 04/25/11 | | | 01 | U | 1,386.78 | 1,386.78 | 0.00 | 1,386.78 | 0.00 |
| 0633163 | 04/18/11 | 04/25/11 | | | 01 | U | 455.84 | 455.84 | 0.00 | 455.84 | 0.00 |
| 0633456 | 04/20/11 | 04/27/11 | | | 01 | U | 19.61 | 19.61 | 0.00 | 19.61 | 0.00 |
| 0633687 | 04/21/11 | 04/28/11 | | | 01 | U | 112.01 | 112.01 | 0.00 | 112.01 | 0.00 |
| 0633983 | 04/25/11 | 05/02/11 | | | 01 | U | 39.52 | 39.52 | 0.00 | 39.52 | 0.00 |
| 0633984 | 04/25/11 | 05/02/11 | | | 01 | U | 10.33 | 10.33 | 0.00 | 10.33 | 0.00 |
| 0634084 | 04/25/11 | 05/02/11 | | | 01 | U | 1,638.09 | 1,638.09 | 0.00 | 1,638.09 | 0.00 |
| 0634382 | 04/27/11 | 05/04/11 | | | 01 | U | 79.64 | 79.64 | 0.00 | 79.64 | 0.00 |
| 11/15/11 | 11/22/11 | 11/29/11 | | | 01 | U | 26.19 | 26.19 | 0.00 | 26.19 | 0.00 |
| 1688527 | 05/03/11 | 05/10/11 | | | 01 | U | 238.88 | 238.88 | 0.00 | 238.88 | 0.00 |
| 1688528 | 05/03/11 | 05/10/11 | | | 01 | U | 133.74 | 133.74 | 0.00 | 133.74 | 0.00 |
| 1688791 | 05/03/11 | 05/10/11 | | | 01 | U | 1,051.72 | 1,051.72 | 0.00 | 1,051.72 | 0.00 |
| 1691182 | 05/05/11 | 05/12/11 | | | 01 | U | 87.89 | 87.89 | 0.00 | 87.89 | 0.00 |
| 1694218 | 05/10/11 | 05/17/11 | | | 01 | U | 67.36 | 67.36 | 0.00 | 67.36 | 0.00 |
| 1694678 | 05/10/11 | 05/17/11 | | | 01 | U | 2,143.24 | 2,143.24 | 0.00 | 2,143.24 | 0.00 |
| 1697738 | 05/13/11 | 05/20/11 | | | 01 | U | 342.91 | 342.91 | 0.00 | 342.91 | 0.00 |
| 1697867 | 05/13/11 | 05/20/11 | | | 01 | U | 40.90 | 40.90 | 0.00 | 40.90 | 0.00 |
| 1697923 | 05/13/11 | 05/20/11 | | | 01 | U | 292.02 | 292.02 | 0.00 | 292.02 | 0.00 |
| 1697946 | 05/13/11 | 05/20/11 | | | 01 | U | 123.04 | 123.04 | 0.00 | 123.04 | 0.00 |
| 1699874 | 05/17/11 | 05/24/11 | | | 01 | U | 99.37 | 99.37 | 0.00 | 99.37 | 0.00 |
| 1700478 | 05/17/11 | 05/24/11 | | | 01 | U | 1,745.15 | 1,745.15 | 0.00 | 1,745.15 | 0.00 |
| 1702401 | 05/19/11 | 05/26/11 | | | 01 | U | 287.57 | 287.57 | 0.00 | 287.57 | 0.00 |
| 1705699 | 05/24/11 | 05/31/11 | | | 01 | U | -10.55 | -10.55 | 0.00 | -10.55 | 0.00 |
| 1705700 | 05/24/11 | 05/31/11 | | | 01 | U | -61.66 | -61.66 | 0.00 | -61.66 | 0.00 |
| 1705711 | 05/24/11 | 05/31/11 | | | 01 | U | 364.49 | 364.49 | 0.00 | 364.49 | 0.00 |
| 1705750 | 05/24/11 | 05/31/11 | | | 01 | U | -10.55 | -10.55 | 0.00 | -10.55 | 0.00 |
| 1705824 | 05/24/11 | 05/31/11 | | | 01 | U | -40.00 | -40.00 | 0.00 | -40.00 | 0.00 |
| 1706330 | 05/24/11 | 05/31/11 | | | 01 | U | 1,406.95 | 1,406.95 | 0.00 | 1,406.95 | 0.00 |
| 1708431 | 05/26/11 | 06/02/11 | | | 01 | U | 70.82 | 70.82 | 0.00 | 70.82 | 0.00 |
| 1708537 | 05/26/11 | 06/02/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 1711587 | 05/31/11 | 06/07/11 | | | 01 | U | 638.24 | 638.24 | 0.00 | 638.24 | 0.00 |
| 1713813 | 06/02/11 | 06/09/11 | | | 01 | U | 86.63 | 86.63 | 0.00 | 86.63 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:  8

Balance Due Report

| **Application Code:** | AP | | | | | | | **User Login Name:** | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1717169 | 06/07/11 | 06/14/11 | | | 01 | U | 35.19 | 35.19 | 0.00 | 35.19 | 0.00 |
| 1717956 | 06/07/11 | 06/14/11 | | | 01 | U | 1,693.33 | 1,693.33 | 0.00 | 1,693.33 | 0.00 |
| 1723377 | 06/14/11 | 06/21/11 | | | 01 | U | -16.00 | -16.00 | 0.00 | -16.00 | 0.00 |
| 1723397 | 06/14/11 | 06/21/11 | | | 01 | U | -17.57 | -17.57 | 0.00 | -17.57 | 0.00 |
| 1723398 | 06/14/11 | 06/21/11 | | | 01 | U | -9.85 | -9.85 | 0.00 | -9.85 | 0.00 |
| 1723703 | 06/14/11 | 06/21/11 | | | 01 | U | 8.52 | 8.52 | 0.00 | 8.52 | 0.00 |
| 1724226 | 06/14/11 | 06/21/11 | | | 01 | U | 1,050.80 | 1,050.80 | 0.00 | 1,050.80 | 0.00 |
| 1729866 | 06/21/11 | 06/28/11 | | | 01 | U | 68.21 | 68.21 | 0.00 | 68.21 | 0.00 |
| 1729876 | 06/21/11 | 06/28/11 | | | 01 | U | 27.22 | 27.22 | 0.00 | 27.22 | 0.00 |
| 1730186 | 06/21/11 | 06/28/11 | | | 01 | U | 783.31 | 783.31 | 0.00 | 783.31 | 0.00 |
| 1735317 | 06/28/11 | 07/05/11 | | | 01 | U | 28.78 | 28.78 | 0.00 | 28.78 | 0.00 |
| 1735378 | 06/28/11 | 07/05/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| CR010411 | 01/31/11 | 02/07/11 | | | 01 | U | -10,000.00 | -10,000.00 | 0.00 | -10,000.00 | 0.00 |
| CR012711 | 01/31/11 | 02/07/11 | | | 01 | U | -16,000.00 | -16,000.00 | 0.00 | -16,000.00 | 0.00 |
| CR021411 | 02/28/11 | 03/07/11 | | | 01 | U | -5,000.00 | -5,000.00 | 0.00 | -5,000.00 | 0.00 |
| CR022211 | 02/28/11 | 03/07/11 | | | 01 | U | -6,102.00 | -6,102.00 | 0.00 | -6,102.00 | 0.00 |
| CR030711 | 03/31/11 | 04/07/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR032511 | 03/31/11 | 04/07/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR0620WIRE | 08/01/11 | 08/08/11 | | | 01 | U | -4,145.09 | -4,145.09 | 0.00 | -4,145.09 | 0.00 |
| CR072811 | 07/31/11 | 08/07/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| CR0826WIRE | 08/26/11 | 09/02/11 | | | 01 | U | -6,000.00 | -6,000.00 | 0.00 | -6,000.00 | 0.00 |
| CR102710 | 10/27/10 | 11/03/10 | | | 01 | U | -1,900.34 | -1,900.34 | 0.00 | -1,900.34 | 0.00 |
| CR20406 | 04/30/11 | 05/07/11 | | | 01 | U | -3,445.00 | -3,445.00 | 0.00 | -3,445.00 | 0.00 |
| CRDT102411 | 10/24/11 | 10/31/11 | | | 01 | U | -10,000.00 | -10,000.00 | 0.00 | -10,000.00 | 0.00 |
| CRDT112311 | 11/23/11 | 11/30/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| CRDT122911 | 12/29/11 | 01/05/12 | | | 01 | U | -12,000.00 | -12,000.00 | 0.00 | -12,000.00 | 0.00 |
| CREDIT0504 | 05/31/11 | 06/07/11 | | | 01 | U | -7,618.66 | -7,618.66 | 0.00 | -7,618.66 | 0.00 |
| CREDIT0524 | 05/31/11 | 06/07/11 | | | 01 | U | -4,900.00 | -4,900.00 | 0.00 | -4,900.00 | 0.00 |
| CREDIT1121 | 11/30/10 | 12/07/10 | | | 01 | U | -11,000.00 | -11,000.00 | 0.00 | -11,000.00 | 0.00 |
| CREDIT1201 | 12/31/10 | 01/07/11 | | | 01 | U | -8,000.00 | -8,000.00 | 0.00 | -8,000.00 | 0.00 |
| CREDIT1203 | 12/31/10 | 01/07/11 | | | 01 | U | -8,000.00 | -8,000.00 | 0.00 | -8,000.00 | 0.00 |
| CREDIT1229 | 12/31/10 | 01/07/11 | | | 01 | U | -7,000.00 | -7,000.00 | 0.00 | -7,000.00 | 0.00 |
| 0618476 | 01/12/11 | 01/19/11 | | | 01 | U | 3.55 | 3.55 | 0.00 | 3.55 | 0.00 |
| 0618573 | 01/12/11 | 01/19/11 | | | 01 | U | 22.86 | 22.86 | 0.00 | 22.86 | 0.00 |
| 0619014 | 01/17/11 | 01/24/11 | | | 01 | U | 11.04 | 11.04 | 0.00 | 11.04 | 0.00 |
| 0619023 | 01/17/11 | 01/24/11 | | | 01 | U | 50.85 | 50.85 | 0.00 | 50.85 | 0.00 |
| 0619085 | 01/17/11 | 01/24/11 | | | 01 | U | 124.93 | 124.93 | 0.00 | 124.93 | 0.00 |
| 0619189 | 01/17/11 | 01/24/11 | | | 01 | U | 1,744.83 | 1,744.83 | 0.00 | 1,744.83 | 0.00 |
| 0619477 | 01/19/11 | 01/26/11 | | | 01 | U | 51.48 | 51.48 | 0.00 | 51.48 | 0.00 |
| 0619477A | 01/19/11 | 01/26/11 | | | 01 | U | -51.48 | -51.48 | 0.00 | -51.48 | 0.00 |
| 0619477B | 01/19/11 | 01/26/11 | | | 01 | U | 51.48 | 51.48 | 0.00 | 51.48 | 0.00 |
| 0619545 | 01/19/11 | 01/26/11 | | | 01 | U | 136.94 | 136.94 | 0.00 | 136.94 | 0.00 |
| 0619545A | 01/19/11 | 01/26/11 | | | 01 | U | -136.94 | -136.94 | 0.00 | -136.94 | 0.00 |
| 0619545B | 01/19/11 | 01/26/11 | | | 01 | U | 136.94 | 136.94 | 0.00 | 136.94 | 0.00 |
| 0619580 | 01/19/11 | 01/26/11 | | | 01 | U | 12.96 | 12.96 | 0.00 | 12.96 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   9

Balance Due Report

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0619580A | 01/19/11 | 01/26/11 | | | 01 | U | -12.96 | -12.96 | 0.00 | -12.96 | 0.00 |
| 0619580B | 01/19/11 | 01/26/11 | | | 01 | U | 12.96 | 12.96 | 0.00 | 12.96 | 0.00 |
| 0619630 | 01/19/11 | 01/26/11 | | | 01 | U | 85.46 | 85.46 | 0.00 | 85.46 | 0.00 |
| 0619630A | 01/19/11 | 01/26/11 | | | 01 | U | -85.46 | -85.46 | 0.00 | -85.46 | 0.00 |
| 0619630B | 01/19/11 | 01/26/11 | | | 01 | U | 85.46 | 85.46 | 0.00 | 85.46 | 0.00 |
| 0619723 | 01/19/11 | 01/26/11 | | | 01 | U | 146.64 | 146.64 | 0.00 | 146.64 | 0.00 |
| 0619723A | 01/19/11 | 01/26/11 | | | 01 | U | -146.64 | -146.64 | 0.00 | -146.64 | 0.00 |
| 0619723B | 01/19/11 | 01/26/11 | | | 01 | U | 146.64 | 146.64 | 0.00 | 146.64 | 0.00 |
| 0620207 | 01/24/11 | 01/31/11 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0620207A | 01/24/11 | 01/31/11 | | | 01 | U | -249.91 | -249.91 | 0.00 | -249.91 | 0.00 |
| 0620207B | 01/24/11 | 01/31/11 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0620243 | 01/24/11 | 01/31/11 | | | 01 | U | 89.29 | 89.29 | 0.00 | 89.29 | 0.00 |
| 0620243A | 01/24/11 | 01/31/11 | | | 01 | U | -89.29 | -89.29 | 0.00 | -89.29 | 0.00 |
| 0620243B | 01/24/11 | 01/31/11 | | | 01 | U | 89.29 | 89.29 | 0.00 | 89.29 | 0.00 |
| 0620300 | 01/24/11 | 01/31/11 | | | 01 | U | 68.84 | 68.84 | 0.00 | 68.84 | 0.00 |
| 0620300A | 01/24/11 | 01/31/11 | | | 01 | U | -68.84 | -68.84 | 0.00 | -68.84 | 0.00 |
| 0620300B | 01/24/11 | 01/31/11 | | | 01 | U | 68.84 | 68.84 | 0.00 | 68.84 | 0.00 |
| 0620341 | 01/24/11 | 01/31/11 | | | 01 | U | 35.10 | 35.10 | 0.00 | 35.10 | 0.00 |
| 0620341A | 01/24/11 | 01/31/11 | | | 01 | U | -35.10 | -35.10 | 0.00 | -35.10 | 0.00 |
| 0620341B | 01/24/11 | 01/31/11 | | | 01 | U | 35.10 | 35.10 | 0.00 | 35.10 | 0.00 |
| 0620425 | 01/24/11 | 01/31/11 | | | 01 | U | 1,474.03 | 1,474.03 | 0.00 | 1,474.03 | 0.00 |
| 0620425A | 01/24/11 | 01/31/11 | | | 01 | U | -1,474.03 | -1,474.03 | 0.00 | -1,474.03 | 0.00 |
| 0620425B | 01/24/11 | 01/31/11 | | | 01 | U | 1,474.03 | 1,474.03 | 0.00 | 1,474.03 | 0.00 |
| 0620428 | 01/24/11 | 01/31/11 | | | 01 | U | 1,761.79 | 1,761.79 | 0.00 | 1,761.79 | 0.00 |
| 0620428A | 01/24/11 | 01/31/11 | | | 01 | U | -1,761.79 | -1,761.79 | 0.00 | -1,761.79 | 0.00 |
| 0620428B | 01/24/11 | 01/31/11 | | | 01 | U | 1,761.79 | 1,761.79 | 0.00 | 1,761.79 | 0.00 |
| 0620627 | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620627A | 01/26/11 | 02/02/11 | | | 01 | U | -719.23 | -719.23 | 0.00 | -719.23 | 0.00 |
| 0620627B | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620630 | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620630A | 01/26/11 | 02/02/11 | | | 01 | U | -719.23 | -719.23 | 0.00 | -719.23 | 0.00 |
| 0620630B | 01/26/11 | 02/02/11 | | | 01 | U | 719.23 | 719.23 | 0.00 | 719.23 | 0.00 |
| 0620735B | 01/26/11 | 02/02/11 | | | 01 | U | 177.98 | 177.98 | 0.00 | 177.98 | 0.00 |
| 0620736B | 01/26/11 | 02/02/11 | | | 01 | U | 24.65 | 24.65 | 0.00 | 24.65 | 0.00 |
| 0620876B | 01/26/11 | 02/02/11 | | | 01 | U | 20.58 | 20.58 | 0.00 | 20.58 | 0.00 |
| 0620877B | 01/26/11 | 02/02/11 | | | 01 | U | 128.55 | 128.55 | 0.00 | 128.55 | 0.00 |
| 0621411 | 01/31/11 | 02/07/11 | | | 01 | U | 20.24 | 20.24 | 0.00 | 20.24 | 0.00 |
| 0610049 | 11/17/10 | 11/24/10 | | | 01 | U | 196.29 | 196.29 | 0.00 | 196.29 | 0.00 |
| 0610067 | 11/17/10 | 11/24/10 | | | 01 | U | 19.40 | 19.40 | 0.00 | 19.40 | 0.00 |
| 0610097 | 11/17/10 | 11/24/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0610160 | 11/17/10 | 11/24/10 | | | 01 | U | 310.33 | 310.33 | 0.00 | 310.33 | 0.00 |
| 0610179 | 11/17/10 | 11/24/10 | | | 01 | U | 35.78 | 35.78 | 0.00 | 35.78 | 0.00 |
| 0610357 | 11/19/10 | 11/26/10 | | | 01 | U | 935.03 | 935.03 | 0.00 | 935.03 | 0.00 |
| 0610629 | 11/22/10 | 11/29/10 | | | 01 | U | 249.91 | 249.91 | 0.00 | 249.91 | 0.00 |
| 0610631 | 11/22/10 | 11/29/10 | | | 01 | U | 230.79 | 230.79 | 0.00 | 230.79 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 10

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0610693 | 11/22/10 | 11/29/10 | | | 01 | U | 20.28 | 20.28 | 0.00 | 20.28 | 0.00 |
| 0610740 | 11/22/10 | 11/29/10 | | | 01 | U | 34.74 | 34.74 | 0.00 | 34.74 | 0.00 |
| 0610815 | 11/22/10 | 11/29/10 | | | 01 | U | 2,226.02 | 2,226.02 | 0.00 | 2,226.02 | 0.00 |
| 0611391 | 11/29/10 | 12/06/10 | | | 01 | U | 755.66 | 755.66 | 0.00 | 755.66 | 0.00 |
| 0611392 | 11/29/10 | 12/06/10 | | | 01 | U | 144.62 | 144.62 | 0.00 | 144.62 | 0.00 |
| 0611424 | 11/29/10 | 12/06/10 | | | 01 | U | 85.52 | 85.52 | 0.00 | 85.52 | 0.00 |
| 0611478 | 11/29/10 | 12/06/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0611510 | 11/29/10 | 12/06/10 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0611619 | 11/29/10 | 12/06/10 | | | 01 | U | 935.31 | 935.31 | 0.00 | 935.31 | 0.00 |
| 0611648 | 11/29/10 | 12/06/10 | | | 01 | U | 2,314.16 | 229.91 | 0.00 | 229.91 | 0.00 |
| 0611778 | 11/30/10 | 12/07/10 | | | 01 | U | 218.49 | 218.49 | 0.00 | 218.49 | 0.00 |
| 0611945 | 12/01/10 | 12/08/10 | | | 01 | U | 278.78 | 278.78 | 0.00 | 278.78 | 0.00 |
| 0612024 | 12/01/10 | 12/08/10 | | | 01 | U | 357.87 | 357.87 | 0.00 | 357.87 | 0.00 |
| 0612175 | 12/01/10 | 12/08/10 | | | 01 | U | 348.78 | 348.78 | 0.00 | 348.78 | 0.00 |
| 0612628 | 12/06/10 | 12/13/10 | | | 01 | U | 293.77 | 293.77 | 0.00 | 293.77 | 0.00 |
| 0612825 | 12/06/10 | 12/13/10 | | | 01 | U | 2,466.53 | 2,466.53 | 0.00 | 2,466.53 | 0.00 |
| 0612828 | 12/06/10 | 12/13/10 | | | 01 | U | 952.34 | 952.34 | 0.00 | 952.34 | 0.00 |
| 0613124 | 12/08/10 | 12/15/10 | | | 01 | U | 24.65 | 0.31 | 0.00 | 0.31 | 0.00 |
| 0613208 | 12/08/10 | 12/15/10 | | | 01 | U | 10.01 | 10.01 | 0.00 | 10.01 | 0.00 |
| 0613752 | 12/13/10 | 12/20/10 | | | 01 | U | 158.85 | 158.85 | 0.00 | 158.85 | 0.00 |
| 0613753 | 12/13/10 | 12/20/10 | | | 01 | U | 354.49 | 354.49 | 0.00 | 354.49 | 0.00 |
| 0613829 | 12/13/10 | 12/20/10 | | | 01 | U | 397.60 | 397.60 | 0.00 | 397.60 | 0.00 |
| 0613964 | 12/13/10 | 12/20/10 | | | 01 | U | 56.56 | 56.56 | 0.00 | 56.56 | 0.00 |
| 0614257 | 12/15/10 | 12/22/10 | | | 01 | U | 16.47 | 16.47 | 0.00 | 16.47 | 0.00 |
| 0614348 | 12/15/10 | 12/22/10 | | | 01 | U | 100.24 | 100.24 | 0.00 | 100.24 | 0.00 |
| 0614349 | 12/15/10 | 12/22/10 | | | 01 | U | 23.52 | 23.52 | 0.00 | 23.52 | 0.00 |
| 0614434 | 12/15/10 | 12/22/10 | | | 01 | U | 229.62 | 229.62 | 0.00 | 229.62 | 0.00 |
| 0614899 | 12/20/10 | 12/27/10 | | | 01 | U | 165.69 | 165.69 | 0.00 | 165.69 | 0.00 |
| 0614997 | 12/20/10 | 12/27/10 | | | 01 | U | 15.86 | 15.86 | 0.00 | 15.86 | 0.00 |
| 0615114 | 12/20/10 | 12/27/10 | | | 01 | U | 1,981.92 | 1,981.92 | 0.00 | 1,981.92 | 0.00 |
| 0615117 | 12/20/10 | 12/27/10 | | | 01 | U | 1,871.59 | 1,871.59 | 0.00 | 1,871.59 | 0.00 |
| 0615425 | 12/22/10 | 12/29/10 | | | 01 | U | 594.37 | 594.37 | 0.00 | 594.37 | 0.00 |
| 0615594 | 12/22/10 | 12/29/10 | | | 01 | U | 92.41 | 92.41 | 0.00 | 92.41 | 0.00 |
| 0615899 | 12/27/10 | 01/03/11 | | | 01 | U | 135.61 | 135.61 | 0.00 | 135.61 | 0.00 |
| 0615920 | 12/27/10 | 01/03/11 | | | 01 | U | 12.49 | 12.49 | 0.00 | 12.49 | 0.00 |
| 0616170 | 12/28/10 | 01/04/11 | | | 01 | U | 38.34 | 38.34 | 0.00 | 38.34 | 0.00 |
| 0616355 | 12/29/10 | 01/05/11 | | | 01 | U | 23.11 | 23.11 | 0.00 | 23.11 | 0.00 |
| 0616483 | 12/29/10 | 01/05/11 | | | 01 | U | 311.58 | 311.58 | 0.00 | 311.58 | 0.00 |
| 0616869 | 01/03/11 | 01/10/11 | | | 01 | U | 59.05 | 59.05 | 0.00 | 59.05 | 0.00 |
| 0616970 | 01/03/11 | 01/10/11 | | | 01 | U | 1,922.40 | 1,922.40 | 0.00 | 1,922.40 | 0.00 |
| 0616972 | 01/03/11 | 01/10/11 | | | 01 | U | 1,464.74 | 1,464.74 | 0.00 | 1,464.74 | 0.00 |
| 0616983 | 01/03/11 | 01/10/11 | | | 01 | U | 154.67 | 154.67 | 0.00 | 154.67 | 0.00 |
| 0617202 | 01/05/11 | 01/12/11 | | | 01 | U | 359.92 | 359.92 | 0.00 | 359.92 | 0.00 |
| 0617225 | 01/05/11 | 01/12/11 | | | 01 | U | 5.06 | 5.06 | 0.00 | 5.06 | 0.00 |
| 0617311 | 01/05/11 | 01/12/11 | | | 01 | U | 30.08 | 30.08 | 0.00 | 30.08 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   11

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0617822 | 01/10/11 | 01/17/11 | | | 01 | U | 84.97 | 84.97 | 0.00 | 84.97 | 0.00 |
| 0617850 | 01/10/11 | 01/17/11 | | | 01 | U | 5.06 | 5.06 | 0.00 | 5.06 | 0.00 |
| 0617911 | 01/10/11 | 01/17/11 | | | 01 | U | 176.09 | 176.09 | 0.00 | 176.09 | 0.00 |
| 0618372 | 01/12/11 | 01/19/11 | | | 01 | U | 293.85 | 293.85 | 0.00 | 293.85 | 0.00 |
| 0618373 | 01/12/11 | 01/19/11 | | | 01 | U | 9.07 | 9.07 | 0.00 | 9.07 | 0.00 |
| 0621438 | 01/31/11 | 02/07/11 | | | 01 | U | 36.35 | 36.35 | 0.00 | 36.35 | 0.00 |
| 0621476 | 01/31/11 | 02/07/11 | | | 01 | U | 15.59 | 15.59 | 0.00 | 15.59 | 0.00 |
| 0621641 | 01/31/11 | 02/07/11 | | | 01 | U | 1,649.35 | 1,649.35 | 0.00 | 1,649.35 | 0.00 |
| 0621681 | 01/31/11 | 02/07/11 | | | 01 | U | 59.05 | 59.05 | 0.00 | 59.05 | 0.00 |
| 0622418 | 02/07/11 | 02/14/11 | | | 01 | U | 9.60 | 9.60 | 0.00 | 9.60 | 0.00 |
| 0622552 | 02/07/11 | 02/14/11 | | | 01 | U | 1,273.48 | 1,273.48 | 0.00 | 1,273.48 | 0.00 |
| 0622558 | 02/07/11 | 02/14/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 0622577 | 02/07/11 | 02/14/11 | | | 01 | U | 214.44 | 214.44 | 0.00 | 214.44 | 0.00 |
| 0623491 | 02/14/11 | 02/21/11 | | | 01 | U | 83.50 | 83.50 | 0.00 | 83.50 | 0.00 |
| 0623547 | 02/14/11 | 02/21/11 | | | 01 | U | 14.66 | 14.66 | 0.00 | 14.66 | 0.00 |
| 0623548 | 02/14/11 | 02/21/11 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 0623559 | 02/14/11 | 02/21/11 | | | 01 | U | 17.81 | 17.81 | 0.00 | 17.81 | 0.00 |
| 0623644 | 02/14/11 | 02/21/11 | | | 01 | U | 788.11 | 788.11 | 0.00 | 788.11 | 0.00 |
| 0623963 | 02/16/11 | 02/23/11 | | | 01 | U | 61.91 | 61.91 | 0.00 | 61.91 | 0.00 |
| 0624018 | 02/16/11 | 02/23/11 | | | 01 | U | 115.19 | 115.19 | 0.00 | 115.19 | 0.00 |
| 0624237 | 02/16/11 | 02/23/11 | | | 01 | U | 540.28 | 540.28 | 0.00 | 540.28 | 0.00 |
| 0624746 | 02/21/11 | 02/28/11 | | | 01 | U | 3,003.94 | 3,003.94 | 0.00 | 3,003.94 | 0.00 |
| 0624813 | 02/21/11 | 02/28/11 | | | 01 | U | 101.36 | 101.36 | 0.00 | 101.36 | 0.00 |
| 0624899 | 02/21/11 | 02/28/11 | | | 01 | U | 1,537.88 | 1,537.88 | 0.00 | 1,537.88 | 0.00 |
| 0624900 | 02/21/11 | 02/28/11 | | | 01 | U | 18.19 | 18.19 | 0.00 | 18.19 | 0.00 |
| 0624906 | 02/21/11 | 02/28/11 | | | 01 | U | 181.36 | 181.36 | 0.00 | 181.36 | 0.00 |
| 0625135 | 02/23/11 | 03/02/11 | | | 01 | U | 7.95 | 7.95 | 0.00 | 7.95 | 0.00 |
| 0625878 | 02/28/11 | 03/07/11 | | | 01 | U | 76.58 | 76.58 | 0.00 | 76.58 | 0.00 |
| 0625959 | 02/28/11 | 03/07/11 | | | 01 | U | 77.61 | 77.61 | 0.00 | 77.61 | 0.00 |
| 0626095 | 02/28/11 | 03/07/11 | | | 01 | U | 1,506.21 | 1,506.21 | 0.00 | 1,506.21 | 0.00 |
| 0626096 | 02/28/11 | 03/07/11 | | | 01 | U | 1,116.34 | 1,116.34 | 0.00 | 1,116.34 | 0.00 |
| 0626387 | 03/02/11 | 03/09/11 | | | 01 | U | 7.95 | 7.95 | 0.00 | 7.95 | 0.00 |
| 0626498 | 03/02/11 | 03/09/11 | | | 01 | U | 14.18 | 14.18 | 0.00 | 14.18 | 0.00 |
| 0627088 | 03/07/11 | 03/14/11 | | | 01 | U | 280.51 | 280.51 | 0.00 | 280.51 | 0.00 |
| 0627200 | 03/07/11 | 03/14/11 | | | 01 | U | 1,520.63 | 1,520.63 | 0.00 | 1,520.63 | 0.00 |
| 0627203 | 03/07/11 | 03/14/11 | | | 01 | U | 1,034.49 | 1,034.49 | 0.00 | 1,034.49 | 0.00 |
| 0627451 | 03/09/11 | 03/16/11 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |
| 0627539 | 03/09/11 | 03/16/11 | | | 01 | U | 10.29 | 10.29 | 0.00 | 10.29 | 0.00 |
| 0627622 | 03/09/11 | 03/16/11 | | | 01 | U | 442.18 | 442.18 | 0.00 | 442.18 | 0.00 |
| 0628096 | 03/14/11 | 03/21/11 | | | 01 | U | 104.76 | 104.76 | 0.00 | 104.76 | 0.00 |
| 0628124 | 03/14/11 | 03/21/11 | | | 01 | U | 79.95 | 79.95 | 0.00 | 79.95 | 0.00 |
| 0628217 | 03/14/11 | 03/21/11 | | | 01 | U | 1,601.58 | 1,601.58 | 0.00 | 1,601.58 | 0.00 |
| 0628453 | 03/16/11 | 03/23/11 | | | 01 | U | 28.32 | 28.32 | 0.00 | 28.32 | 0.00 |
| 0628520 | 03/16/11 | 03/23/11 | | | 01 | U | 28.92 | 28.92 | 0.00 | 28.92 | 0.00 |
| 0628548 | 03/16/11 | 03/23/11 | | | 01 | U | 6.02 | 6.02 | 0.00 | 6.02 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   12

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0628674 | 03/16/11 | 03/23/11 | | | 01 | U | 1,005.76 | 1,005.76 | 0.00 | 1,005.76 | 0.00 |
| 0629109 | 03/21/11 | 03/28/11 | | | 01 | U | 9.96 | 9.96 | 0.00 | 9.96 | 0.00 |
| 0629152 | 03/21/11 | 03/28/11 | | | 01 | U | 19.92 | 19.92 | 0.00 | 19.92 | 0.00 |
| 0629246 | 03/21/11 | 03/28/11 | | | 01 | U | 1,303.41 | 1,303.41 | 0.00 | 1,303.41 | 0.00 |
| 0629247 | 03/21/11 | 03/28/11 | | | 01 | U | 1,203.92 | 1,203.92 | 0.00 | 1,203.92 | 0.00 |
| 0629265 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629267 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629268 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629269 | 02/25/11 | 03/04/11 | | | 01 | U | -322.08 | -322.08 | 0.00 | -322.08 | 0.00 |
| 0629468 | 03/23/11 | 03/30/11 | | | 01 | U | 226.69 | 226.69 | 0.00 | 226.69 | 0.00 |
| 0629531 | 03/23/11 | 03/30/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 0629611 | 03/23/11 | 03/30/11 | | | 01 | U | 82.02 | 82.02 | 0.00 | 82.02 | 0.00 |
| 0630071 | 03/28/11 | 04/04/11 | | | 01 | U | 41.35 | 41.35 | 0.00 | 41.35 | 0.00 |
| 0630106 | 03/28/11 | 04/04/11 | | | 01 | U | 71.46 | 71.46 | 0.00 | 71.46 | 0.00 |
| 0630207 | 03/28/11 | 04/04/11 | | | 01 | U | 1,567.03 | 1,567.03 | 0.00 | 1,567.03 | 0.00 |
| 0631106 | 04/04/11 | 04/11/11 | | | 01 | U | 107.97 | 107.97 | 0.00 | 107.97 | 0.00 |
| 0631128 | 04/04/11 | 04/11/11 | | | 01 | U | 4.27 | 4.27 | 0.00 | 4.27 | 0.00 |
| 0631165 | 04/04/11 | 04/11/11 | | | 01 | U | 16.40 | 16.40 | 0.00 | 16.40 | 0.00 |
| 1735921 | 06/28/11 | 07/05/11 | | | 01 | U | 989.64 | 989.64 | 0.00 | 989.64 | 0.00 |
| 1741267 | 07/05/11 | 07/12/11 | | | 01 | U | 1,650.95 | 1,650.95 | 0.00 | 1,650.95 | 0.00 |
| 1743222 | 07/07/11 | 07/14/11 | | | 01 | U | 370.32 | 370.32 | 0.00 | 370.32 | 0.00 |
| 1746318 | 07/12/11 | 07/19/11 | | | 01 | U | 95.48 | 95.48 | 0.00 | 95.48 | 0.00 |
| 1746957 | 07/12/11 | 07/19/11 | | | 01 | U | 1,240.16 | 1,240.16 | 0.00 | 1,240.16 | 0.00 |
| 1752664 | 07/19/11 | 07/26/11 | | | 01 | U | 620.05 | 620.05 | 0.00 | 620.05 | 0.00 |
| 1752841 | 07/19/11 | 07/26/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1757991 | 07/26/11 | 08/02/11 | | | 01 | U | 4.90 | 4.90 | 0.00 | 4.90 | 0.00 |
| 1758501 | 07/26/11 | 08/02/11 | | | 01 | U | 1,710.04 | 1,710.04 | 0.00 | 1,710.04 | 0.00 |
| 1764130 | 08/02/11 | 08/09/11 | | | 01 | U | 1,662.11 | 1,662.11 | 0.00 | 1,662.11 | 0.00 |
| 1766030 | 08/04/11 | 08/11/11 | | | 01 | U | 111.85 | 111.85 | 0.00 | 111.85 | 0.00 |
| 1766841 | 08/04/11 | 08/11/11 | | | 01 | U | 9.80 | 9.80 | 0.00 | 9.80 | 0.00 |
| 1769724 | 08/09/11 | 08/16/11 | | | 01 | U | 1,675.66 | 1,675.66 | 0.00 | 1,675.66 | 0.00 |
| 1775406 | 08/16/11 | 08/23/11 | | | 01 | U | 1,144.01 | 1,144.01 | 0.00 | 1,144.01 | 0.00 |
| 1777948 | 08/18/11 | 08/25/11 | | | 01 | U | 61.41 | 61.41 | 0.00 | 61.41 | 0.00 |
| 1781378 | 08/23/11 | 08/30/11 | | | 01 | U | 1,592.72 | 1,592.72 | 0.00 | 1,592.72 | 0.00 |
| 1787062 | 08/30/11 | 09/06/11 | | | 01 | U | 1,486.21 | 1,486.21 | 0.00 | 1,486.21 | 0.00 |
| 1789582 | 09/01/11 | 09/08/11 | | | 01 | U | 275.99 | 275.99 | 0.00 | 275.99 | 0.00 |
| 1792051 | 09/06/11 | 09/13/11 | | | 01 | U | 2,407.37 | 2,407.37 | 0.00 | 2,407.37 | 0.00 |
| 1792238 | 09/06/11 | 09/13/11 | | | 01 | U | 166.86 | 10.62 | 0.00 | 10.62 | 0.00 |
| 1793915 | 09/08/11 | 09/15/11 | | | 01 | U | 12.08 | 12.08 | 0.00 | 12.08 | 0.00 |
| 1797157 | 09/23/11 | 09/30/11 | | | 01 | U | 1.86 | 1.86 | 0.00 | 1.86 | 0.00 |
| 1797683 | 09/13/11 | 09/20/11 | | | 01 | U | 1,527.52 | 1,527.52 | 0.00 | 1,527.52 | 0.00 |
| 1800347 | 09/15/11 | 09/22/11 | | | 01 | U | 272.12 | 272.12 | 0.00 | 272.12 | 0.00 |
| 1803267 | 09/20/11 | 09/27/11 | | | 01 | U | 22.05 | 22.05 | 0.00 | 22.05 | 0.00 |
| 1803654 | 09/20/11 | 09/27/11 | | | 01 | U | 2,433.79 | 2,433.79 | 0.00 | 2,433.79 | 0.00 |
| 1809587 | 09/27/11 | 10/04/11 | | | 01 | U | 1,174.33 | 1,174.33 | 0.00 | 1,174.33 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   13

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Due Date** | **Discount Date** | **Location Code** | **Bank Code** | **Check Type** | **Original Amount** | **Current Balance** | **Discount Amount** | **Cash Required** | **Amount to be Paid** |
| 1811730 | 09/29/11 | 10/06/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1817084 | 10/04/11 | 10/11/11 | | | 01 | U | 21.93 | 21.93 | 0.00 | 21.93 | 0.00 |
| 1817608 | 10/04/11 | 10/11/11 | | | 01 | U | 1,662.54 | 1,662.54 | 0.00 | 1,662.54 | 0.00 |
| 1818255 | 10/06/11 | 10/13/11 | | | 01 | U | 6.89 | 6.89 | 0.00 | 6.89 | 0.00 |
| 1818709 | 10/06/11 | 10/13/11 | | | 01 | U | 97.75 | 97.75 | 0.00 | 97.75 | 0.00 |
| 1821558 | 10/11/11 | 10/18/11 | | | 01 | U | 98.28 | 98.28 | 0.00 | 98.28 | 0.00 |
| 1821709 | 10/11/11 | 10/18/11 | | | 01 | U | 103.17 | 103.17 | 0.00 | 103.17 | 0.00 |
| 1821976 | 10/11/11 | 10/18/11 | | | 01 | U | 1,262.00 | 1,262.00 | 0.00 | 1,262.00 | 0.00 |
| 1828144 | 10/18/11 | 11/02/11 | | | 01 | U | 2,268.73 | 2,268.73 | 0.00 | 2,268.73 | 0.00 |
| 1830010 | 10/20/11 | 10/27/11 | | | 01 | U | 4.10 | 4.10 | 0.00 | 4.10 | 0.00 |
| 1830103 | 10/20/11 | 10/27/11 | | | 01 | U | 4.10 | 4.10 | 0.00 | 4.10 | 0.00 |
| 1830324 | 10/20/11 | 10/27/11 | | | 01 | U | 12.31 | 12.31 | 0.00 | 12.31 | 0.00 |
| 1830532 | 10/20/11 | 10/27/11 | | | 01 | U | 27.25 | 27.25 | 0.00 | 27.25 | 0.00 |
| 1830533 | 10/20/11 | 10/27/11 | | | 01 | U | 36.53 | 36.53 | 0.00 | 36.53 | 0.00 |
| 1830546 | 10/20/11 | 10/27/11 | | | 01 | U | 39.33 | 39.33 | 0.00 | 39.33 | 0.00 |
| 1833581 | 10/19/11 | 10/26/11 | | | 01 | U | 27.25 | 27.25 | 0.00 | 27.25 | 0.00 |
| 1833583 | 10/25/11 | 11/01/11 | | | 01 | U | 49.17 | 49.17 | 0.00 | 49.17 | 0.00 |
| 1833948 | 10/25/11 | 11/01/11 | | | 01 | U | 2,379.30 | 2,379.30 | 0.00 | 2,379.30 | 0.00 |
| 1835931 | 10/27/11 | 11/03/11 | | | 01 | U | -88.45 | -88.45 | 0.00 | -88.45 | 0.00 |
| 1839245 | 11/01/11 | 11/08/11 | | | 01 | U | 67.41 | 67.41 | 0.00 | 67.41 | 0.00 |
| 1839511 | 10/20/11 | 10/27/11 | | | 01 | U | 19.60 | 19.60 | 0.00 | 19.60 | 0.00 |
| 1840043A | 11/01/11 | 11/08/11 | | | 01 | U | 1,660.57 | 1,660.57 | 0.00 | 1,660.57 | 0.00 |
| 1841981 | 11/03/11 | 11/10/11 | | | 01 | U | 31.56 | 12.67 | 0.00 | 12.67 | 0.00 |
| 1842259 | 11/03/11 | 11/10/11 | | | 01 | U | 235.91 | 235.91 | 0.00 | 235.91 | 0.00 |
| 1845348 | 11/08/11 | 11/15/11 | | | 01 | U | 98.28 | 98.28 | 0.00 | 98.28 | 0.00 |
| 1846032 | 11/08/11 | 11/15/11 | | | 01 | U | 1,794.38 | 1,794.38 | 0.00 | 1,794.38 | 0.00 |
| 1847928 | 11/10/11 | 11/17/11 | | | 01 | U | 41.98 | 41.98 | 0.00 | 41.98 | 0.00 |
| 1860448 | 11/28/11 | 12/05/11 | | | 01 | U | 3.97 | 3.97 | 0.00 | 3.97 | 0.00 |
| 2014816 | 06/05/12 | 06/12/12 | | | 01 | U | 1,500.63 | 1,462.37 | 0.00 | 1,462.37 | 0.00 |
| | | | | Vendor Total: | | | -14,085.99 | -16,413.82 | 0.00 | -16,413.82 | 0.00 |
| 110455 | CHRIS PARKS, CRNA | | | | | | | | | | |
| 113010 | 11/30/10 | 11/30/10 | | | 01 | U | 637.81 | 637.81 | 0.00 | 637.81 | 0.00 |
| 120110 | 12/01/10 | 12/01/10 | | | 01 | U | 240.00 | 240.00 | 0.00 | 240.00 | 0.00 |
| | | | | Vendor Total: | | | 877.81 | 877.81 | 0.00 | 877.81 | 0.00 |
| 110458 | PC CONNECTIONS | | | | | | | | | | |
| 45702019 | 11/17/09 | 12/17/09 | | | 01 | U | 835.82 | 835.82 | 0.00 | 835.82 | 0.00 |
| 45771735 | 12/07/09 | 01/06/10 | | | 01 | U | 104.73 | 104.73 | 0.00 | 104.73 | 0.00 |
| | | | | Vendor Total: | | | 940.55 | 940.55 | 0.00 | 940.55 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   14

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110465 | PHA - PETTY CASH - GRANT ACCT | | | | | | | | | | |
| 032012 | 03/20/12 | 03/31/12 | | 01 | | U | 309.23 | 309.23 | 0.00 | 309.23 | 0.00 |
| 052511 | 05/25/11 | 05/25/11 | | 01 | | U | 174.80 | 174.80 | 0.00 | 174.80 | 0.00 |
| 063011 | 06/30/11 | 06/30/11 | | 01 | | U | 133.57 | 17.96 | 0.00 | 17.96 | 0.00 |
| 082411 | 08/24/11 | 08/24/11 | | 01 | | U | 341.64 | 341.64 | 0.00 | 341.64 | 0.00 |
| 083111 | 08/31/11 | 08/31/11 | | 01 | | U | -180.70 | -180.70 | 0.00 | -180.70 | 0.00 |
| 093011 | 09/30/11 | 09/30/11 | | 01 | | U | -266.19 | -266.19 | 0.00 | -266.19 | 0.00 |
| 100110 | 10/01/10 | 10/01/10 | | 01 | | U | 2,688.86 | 2,688.86 | 0.00 | 2,688.86 | 0.00 |
| 103111 | 10/31/11 | 10/31/11 | | 01 | | U | 1,324.77 | 1,324.77 | 0.00 | 1,324.77 | 0.00 |
| 113011 | 11/30/11 | 11/30/11 | | 01 | | U | -373.61 | -373.61 | 0.00 | -373.61 | 0.00 |
| 123111 | 12/31/11 | 12/31/11 | | 01 | | U | 519.46 | 519.46 | 0.00 | 519.46 | 0.00 |
| | | | Vendor Total: | | | | 4,671.83 | 4,556.22 | 0.00 | 4,556.22 | 0.00 |
| 110544 | SOMERSET CAPITAL GROUP,LTD | | | | | | | | | | |
| 407062 | 11/30/09 | 12/05/09 | | 01 | | U | 1,045.09 | 1,045.09 | | 1,045.09 | |
| 409953 | 12/15/09 | 02/01/10 | | 01 | | U | 2,824.89 | 2,824.89 | | 2,824.89 | |
| 413382 | 03/01/10 | 04/15/10 | | 01 | | U | 2,824.89 | 2,824.89 | | 2,824.89 | |
| 413842 | 01/14/10 | 02/28/10 | | 01 | | U | 169.49 | 169.49 | | 169.49 | |
| 437386 | 08/04/10 | 09/18/10 | | 01 | | U | 296.61 | 296.61 | | 296.61 | |
| | | | Vendor Total: | | | | 7,160.97 | 7,160.97 | 0.00 | 7,160.97 | 0.00 |
| 110545 | SOONER COPY MACHINES, INC | | | | | | | | | | |
| 52851 | 06/07/12 | 06/07/12 | | 01 | | U | 150.00 | -150.00 | | -150.00 | |
| | | | Vendor Total: | | | | 150.00 | -150.00 | 0.00 | -150.00 | 0.00 |
| 110553 | STANDLEY SYSTEMS | | | | | | | | | | |
| 184606 | 11/17/11 | 12/17/11 | | 01 | | U | 571.09 | 469.10 | 0.00 | 469.10 | 0.00 |
| 184607 | 11/17/11 | 12/17/11 | | 01 | | U | 762.44 | 762.44 | 0.00 | 762.44 | 0.00 |
| 209217 | 03/16/12 | 03/31/12 | | 01 | | U | 728.34 | 728.34 | 0.00 | 728.34 | 0.00 |
| 209740 | 03/20/12 | 04/04/12 | | 01 | | U | 485.20 | 485.20 | 0.00 | 485.20 | 0.00 |
| INV185847 | 11/28/11 | 12/28/11 | | 01 | | U | 213.91 | 213.91 | 0.00 | 213.91 | 0.00 |
| INV190598 | 12/16/11 | 01/15/12 | | 01 | | U | 528.87 | 528.87 | 0.00 | 528.87 | 0.00 |
| INV190599 | 12/16/11 | 01/15/12 | | 01 | | U | 649.35 | 649.35 | 0.00 | 649.35 | 0.00 |
| INV191482 | 12/22/11 | 12/22/11 | | 01 | | U | 326.98 | 326.98 | 0.00 | 326.98 | 0.00 |
| INV192376 | 12/28/11 | 12/28/11 | | 01 | | U | 196.21 | 196.21 | 0.00 | 196.21 | 0.00 |
| INV196776 | 01/17/12 | 02/16/12 | | 01 | | U | 579.83 | 579.83 | 0.00 | 579.83 | 0.00 |
| INV196777 | 01/17/12 | 02/16/12 | | 01 | | U | 658.07 | 658.07 | 0.00 | 658.07 | 0.00 |
| INV198739 | 01/27/12 | 02/26/12 | | 01 | | U | 166.28 | 166.28 | 0.00 | 166.28 | 0.00 |
| INV203164 | 02/16/12 | 03/17/12 | | 01 | | U | 665.67 | 665.67 | 0.00 | 665.67 | 0.00 |
| INV203408 | 02/17/12 | 03/18/12 | | 01 | | U | 532.75 | 532.75 | 0.00 | 532.75 | 0.00 |
| INV204902 | 02/28/12 | 03/29/12 | | 01 | | U | 203.52 | 203.52 | 0.00 | 203.52 | 0.00 |
| | | | Vendor Total: | | | | 7,268.51 | 7,166.52 | 0.00 | 7,166.52 | 0.00 |
| 110555 | STAPLES ADVANTAGE | | | | | | | | | | |
| 3162044054 | 10/01/11 | 11/15/11 | | 01 | | U | 385.12 | 5.12 | 0.00 | 5.12 | 0.00 |
| | | | Vendor Total: | | | | 385.12 | 5.12 | 0.00 | 5.12 | 0.00 |

11/06/20

10:39

**The Physicians Hospital Anadarko**

Page: 15

Balance Due Report

| **Application Code:** | AP | | | | | | | | | **User Login Name:** | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110558 | STERILMED, INC. | | | | | | | | | | |
| 1032926 | 06/28/10 | 07/28/10 | | | 01 | U | 3,723.00 | 3,723.00 | 0.00 | 3,723.00 | 0.00 |
| 1033366 | 07/01/10 | 07/31/10 | | | 01 | U | 245.28 | 245.28 | 0.00 | 245.28 | 0.00 |
| | | | | Vendor Total: | | | 3,968.28 | 3,968.28 | 0.00 | 3,968.28 | 0.00 |
| 110559 | STERIS CORPORATION | | | | | | | | | | |
| 58137238 | 10/27/09 | 10/27/09 | | | 01 | U | 307.50 | 307.50 | 0.00 | 307.50 | 0.00 |
| | | | | Vendor Total: | | | 307.50 | 307.50 | 0.00 | 307.50 | 0.00 |
| 110561 | DON STOLZEBACH | | | | | | | | | | |
| 10-0613 | 06/14/10 | 06/14/10 | | | 01 | U | 1,168.00 | 584.00 | 0.00 | 584.00 | 0.00 |
| | | | | Vendor Total: | | | 1,168.00 | 584.00 | 0.00 | 584.00 | 0.00 |
| 110565 | STRYKER ENDOSCOPY | | | | | | | | | | |
| 3803369-E | 05/18/11 | 06/17/11 | | | 01 | U | -337.47 | -337.47 | 0.00 | -337.47 | 0.00 |
| | | | | Vendor Total: | | | -337.47 | -337.47 | 0.00 | -337.47 | 0.00 |
| 110571 | SURGICAL ADVANTAGE | | | | | | | | | | |
| 312537 | 05/07/09 | 06/06/09 | | | 01 | U | 133.30 | 133.30 | 0.00 | 133.30 | 0.00 |
| 329923B | 01/24/11 | 02/23/11 | | | 01 | U | 169.88 | 169.88 | 0.00 | 169.88 | 0.00 |
| 330495 | 02/15/11 | 03/17/11 | | | 01 | U | 42.80 | 42.80 | 0.00 | 42.80 | 0.00 |
| 582 | 05/20/09 | 06/19/09 | | | 01 | U | -752.55 | -752.55 | 0.00 | -752.55 | 0.00 |
| | | | | Vendor Total: | | | -406.57 | -406.57 | 0.00 | -406.57 | 0.00 |
| 110580 | ALAN TAYLOR | | | | | | | | | | |
| 013111B | 01/31/11 | 01/31/11 | | | 01 | U | 165.00 | 165.00 | 0.00 | 165.00 | 0.00 |
| 032311 | 03/23/11 | 03/23/11 | | | 01 | U | 125.00 | 125.00 | 0.00 | 125.00 | 0.00 |
| | | | | Vendor Total: | | | 290.00 | 290.00 | 0.00 | 290.00 | 0.00 |
| 110593 | TRAILBLAZER HEALTH ENTERPRISES | | | | | | | | | | |
| 121710 282 | 12/17/10 | 12/17/10 | | | 01 | U | 17,340.45 | 17,340.45 | 0.00 | 17,340.45 | 0.00 |
| 122010 363 | 12/20/10 | 12/20/10 | | | 01 | U | 34,115.59 | 34,115.59 | 0.00 | 34,115.59 | 0.00 |
| | | | | Vendor Total: | | | 51,456.04 | 51,456.04 | 0.00 | 51,456.04 | 0.00 |
| 110599 | TSG PHYSICIANS | | | | | | | | | | |
| 080811CASH | 08/31/11 | 08/31/11 | | | 01 | U | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| JUNINTERCO | 08/01/11 | 08/01/11 | | | 01 | U | 1,124.00 | 1,124.00 | 0.00 | 1,124.00 | 0.00 |
| | | | | Vendor Total: | | | 4,624.00 | 4,624.00 | 0.00 | 4,624.00 | 0.00 |

11/06/20

10:39

# The Physicians Hospital Anadarko

Page:   16

Balance Due Report

**Application Code:**    AP

**User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110600 | THE T SYSTEM, INC. | | | | | | | | | | |
| 5700244807 | 09/01/10 | 10/01/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700246553 | 10/01/10 | 10/31/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700248282 | 11/01/10 | 12/01/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700250185 | 12/01/10 | 12/31/10 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700253996 | 01/01/11 | 02/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700255852 | 02/01/11 | 03/03/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700258132 | 03/01/11 | 04/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700259980 | 04/01/11 | 05/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700261845 | 05/01/11 | 05/31/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| 5700263661 | 06/01/11 | 07/01/11 | | | 01 | U | 919.00 | 919.00 | 0.00 | 919.00 | 0.00 |
| | | | | Vendor Total: | | | 9,190.00 | 9,190.00 | 0.00 | 9,190.00 | 0.00 |
| 910026 | Alcon Laboratories, Inc Acct#100183523 | | | | | | | | | | |
| 9658814358 | 10/13/20 | 11/12/20 | | | 06 | U | 3,532.92 | 3,532.92 | 0.00 | 3,532.92 | 0.00 |
| | | | | Vendor Total: | | | 3,532.92 | 3,532.92 | 0.00 | 3,532.92 | 0.00 |
| 910053 | ANGELICA -DALLAS | | | | | | | | | | |
| 2100290728 | 10/17/20 | 10/24/20 | | | 06 | U | 3,025.64 | 3,025.64 | 0.00 | 3,025.64 | 0.00 |
| 2100290729 | 10/17/20 | 10/24/20 | | | 06 | U | 501.79 | 501.79 | 0.00 | 501.79 | 0.00 |
| | | | | Vendor Total: | | | 3,527.43 | 3,527.43 | 0.00 | 3,527.43 | 0.00 |
| 910067 | AT&T #405.247.5004 | | | | | | | | | | |
| 1020405247500 4 | 10/19/20 | 11/09/20 | | | 06 | U | 42.49 | 42.49 | 0.00 | 42.49 | 0.00 |
| | | | | Vendor Total: | | | 42.49 | 42.49 | 0.00 | 42.49 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   17

Balance Due Report

| **Application Code:** | AP | | | | | | | | **User Login Name:** | jkohout | | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910125 | Cardinal Health | | | | | | | | | | |
| 595368 | 10/22/20 | 10/22/20 | | | 06 | U | 2,417.80 | 2,417.80 | 0.00 | 2,417.80 | 0.00 |
| 595373 | 10/22/20 | 10/22/20 | | | 06 | U | 1,333.93 | 1,333.93 | 0.00 | 1,333.93 | 0.00 |
| 595391 | 10/22/20 | 10/22/20 | | | 06 | U | 328.74 | 328.74 | 0.00 | 328.74 | 0.00 |
| 597018 | 10/22/20 | 10/22/20 | | | 06 | U | 1,720.97 | 1,720.97 | 0.00 | 1,720.97 | 0.00 |
| 597019 | 10/22/20 | 10/22/20 | | | 06 | U | 9.08 | 9.08 | 0.00 | 9.08 | 0.00 |
| 600781 | 10/23/20 | 10/23/20 | | | 06 | U | 1,713.02 | 1,713.02 | 0.00 | 1,713.02 | 0.00 |
| 600782 | 10/23/20 | 10/23/20 | | | 06 | U | 23.87 | 23.87 | 0.00 | 23.87 | 0.00 |
| 601147 | 10/23/20 | 10/23/20 | | | 06 | U | 321.30 | 321.30 | 0.00 | 321.30 | 0.00 |
| 601149 | 10/23/20 | 10/23/20 | | | 06 | U | 1,380.30 | 1,380.30 | 0.00 | 1,380.30 | 0.00 |
| 557007 | 10/07/20 | 10/07/20 | | | 06 | U | 569.77 | 569.77 | 0.00 | 569.77 | 0.00 |
| 568233 | 10/12/20 | 10/12/20 | | | 06 | U | 3,449.45 | 3,449.45 | 0.00 | 3,449.45 | 0.00 |
| 568234 | 10/12/20 | 10/12/20 | | | 06 | U | 461.30 | 461.30 | 0.00 | 461.30 | 0.00 |
| 568236 | 10/13/20 | 10/13/20 | | | 06 | U | 1,380.30 | 1,380.30 | 0.00 | 1,380.30 | 0.00 |
| 572497 | 10/13/20 | 10/13/20 | | | 06 | U | 3,152.90 | 3,152.90 | 0.00 | 3,152.90 | 0.00 |
| 572498 | 10/13/20 | 10/13/20 | | | 06 | U | 8.44 | 8.44 | 0.00 | 8.44 | 0.00 |
| 585384 | 10/19/20 | 10/19/20 | | | 06 | U | 1,713.16 | 1,713.16 | 0.00 | 1,713.16 | 0.00 |
| 585385 | 10/19/20 | 10/19/20 | | | 06 | U | 14.83 | 14.83 | 0.00 | 14.83 | 0.00 |
| 585386 | 10/19/20 | 10/19/20 | | | 06 | U | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| 586130 | 10/19/20 | 10/19/20 | | | 06 | U | 1,412.17 | 1,412.17 | 0.00 | 1,412.17 | 0.00 |
| 586131 | 10/19/20 | 10/19/20 | | | 06 | U | 148.30 | 148.30 | 0.00 | 148.30 | 0.00 |
| 586753 | 10/19/20 | 10/19/20 | | | 06 | U | 103.82 | 103.82 | 0.00 | 103.82 | 0.00 |
| 590294 | 10/20/20 | 10/20/20 | | | 06 | U | 963.62 | 963.62 | 0.00 | 963.62 | 0.00 |
| 590295 | 10/20/20 | 10/20/20 | | | 06 | U | 384.63 | 384.63 | 0.00 | 384.63 | 0.00 |
| | | | Vendor Total: | | | | 23,013.20 | 23,013.20 | 0.00 | 23,013.20 | 0.00 |
| 910166 | CULLIGAN WATER CONDITIONING | | | | | | | | | | |
| 35502 | 10/25/20 | 11/24/20 | | | 06 | U | 186.14 | 186.14 | 0.00 | 186.14 | 0.00 |
| | | | Vendor Total: | | | | 186.14 | 186.14 | 0.00 | 186.14 | 0.00 |
| 910198 | EMPIRE PAPER COMPANY INC | | | | | | | | | | |
| 0606357 | 10/22/20 | 11/21/20 | | | 06 | U | 507.13 | 507.13 | 0.00 | 507.13 | 0.00 |
| | | | Vendor Total: | | | | 507.13 | 507.13 | 0.00 | 507.13 | 0.00 |
| 910209 | FISHER HEALTHCARE | | | | | | | | | | |
| 1461048 | 10/20/20 | 11/19/20 | | | 06 | U | 60.21 | 60.21 | 0.00 | 60.21 | 0.00 |
| 1262368 | 10/16/20 | 11/15/20 | | | 06 | U | 182.83 | 182.83 | 0.00 | 182.83 | 0.00 |
| | | | Vendor Total: | | | | 243.04 | 243.04 | 0.00 | 243.04 | 0.00 |
| 910219 | FIRST PHYSICIANS REALTY GROUP | | | | | | | | | | |
| TAX2012 | 02/28/13 | 03/30/13 | | | 01 | U | 15,002.79 | 15,002.79 | 0.00 | 15,002.79 | 0.00 |
| 2013TAX | 01/29/14 | 01/29/14 | | | 01 | U | 14,374.00 | 14,374.00 | 0.00 | 14,374.00 | 0.00 |
| 042315-PHA | 04/23/15 | 04/23/15 | | | 01 | U | 13,309.36 | 13,309.36 | 0.00 | 13,309.36 | 0.00 |
| | | | Vendor Total: | | | | 42,686.15 | 42,686.15 | 0.00 | 42,686.15 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   18

Balance Due Report

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Application Code:** | AP | | | | | | | | **User Login Name:** | jkohout | |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910373 | MEDLINE INDUSTRIES, INC. | | | | | | | | | | |
| 1927819261 | 10/17/20 | 11/16/20 | | | 06 | U | 26.99 | 26.99 | 0.00 | 26.99 | 0.00 |
| 1927819262 | 10/17/20 | 11/16/20 | | | 06 | U | 9,937.13 | 9,937.13 | 0.00 | 9,937.13 | 0.00 |
| 1928062726 | 10/20/20 | 11/19/20 | | | 06 | U | 69.82 | 69.82 | 0.00 | 69.82 | 0.00 |
| 1928344393 | 10/22/20 | 11/21/20 | | | 06 | U | 394.16 | 394.16 | 0.00 | 394.16 | 0.00 |
| 1928541880 | 10/23/20 | 11/22/20 | | | 06 | U | 117.52 | 117.52 | 0.00 | 117.52 | 0.00 |
| 1927819264 | 10/17/20 | 11/16/20 | | | 06 | U | 143.24 | 143.24 | 0.00 | 143.24 | 0.00 |
| 1928226307 | 10/21/20 | 11/20/20 | | | 06 | U | 35.73 | 35.73 | 0.00 | 35.73 | 0.00 |
| 1927000488 | 10/10/20 | 11/09/20 | | | 06 | U | 10.91 | 10.91 | 0.00 | 10.91 | 0.00 |
| 1927000489 | 10/10/20 | 11/09/20 | | | 06 | U | 18.18 | 18.18 | 0.00 | 18.18 | 0.00 |
| 1927000490 | 10/10/20 | 11/09/20 | | | 06 | U | 19.40 | 19.40 | 0.00 | 19.40 | 0.00 |
| 1927234687 | 10/13/20 | 11/12/20 | | | 06 | U | 105.39 | 105.39 | 0.00 | 105.39 | 0.00 |
| 1927234689 | 10/13/20 | 11/12/20 | | | 06 | U | 17.61 | 17.61 | 0.00 | 17.61 | 0.00 |
| | | | | Vendor Total: | | | 10,896.08 | 10,896.08 | 0.00 | 10,896.08 | 0.00 |
| 910419 | OFFICE DEPOT, INC. | | | | | | | | | | |
| 117273950001 | 08/20/20 | 09/19/20 | | | 06 | U | 271.22 | 271.22 | 0.00 | 271.22 | 0.00 |
| 117379801001 | 08/20/20 | 09/19/20 | | | 06 | U | 190.86 | 190.86 | 0.00 | 190.86 | 0.00 |
| 117273974001 | 08/20/20 | 09/19/20 | | | 06 | U | -271.22 | -271.22 | 0.00 | -271.22 | 0.00 |
| 117379953001 | 08/20/20 | 09/19/20 | | | 06 | U | -190.86 | -190.86 | 0.00 | -190.86 | 0.00 |
| 130999302001 | 10/19/20 | 11/18/20 | | | 06 | U | 217.28 | 217.28 | 0.00 | 217.28 | 0.00 |
| 131039420001 | 10/19/20 | 11/18/20 | | | 06 | U | 304.96 | 304.96 | 0.00 | 304.96 | 0.00 |
| 131044831001 | 10/19/20 | 11/18/20 | | | 06 | U | 259.23 | 259.23 | 0.00 | 259.23 | 0.00 |
| 131114659001 | 10/19/20 | 11/18/20 | | | 06 | U | 314.09 | 314.09 | 0.00 | 314.09 | 0.00 |
| 131125283001 | 10/19/20 | 11/18/20 | | | 06 | U | 2.28 | 2.28 | 0.00 | 2.28 | 0.00 |
| 131126171001 | 10/19/20 | 11/18/20 | | | 06 | U | 2.27 | 2.27 | 0.00 | 2.27 | 0.00 |
| 131042396001 | 10/19/20 | 10/26/20 | | | 06 | U | 54.73 | 54.73 | 0.00 | 54.73 | 0.00 |
| 131011200001 | 10/19/20 | 11/18/20 | | | 06 | U | -217.28 | -217.28 | 0.00 | -217.28 | 0.00 |
| 131040426001 | 10/19/20 | 11/18/20 | | | 06 | U | -304.96 | -304.96 | 0.00 | -304.96 | 0.00 |
| 131043245001 | 10/19/20 | 11/18/20 | | | 06 | U | -54.73 | -54.73 | 0.00 | -54.73 | 0.00 |
| 131054775001 | 10/19/20 | 11/18/20 | | | 06 | U | -259.23 | -259.23 | 0.00 | -259.23 | 0.00 |
| 131115056001 | 10/19/20 | 11/18/20 | | | 06 | U | -314.09 | -314.09 | 0.00 | -314.09 | 0.00 |
| 131126534001 | 10/19/20 | 11/18/20 | | | 06 | U | -2.28 | -2.28 | 0.00 | -2.28 | 0.00 |
| 131127297001 | 10/19/20 | 11/18/20 | | | 06 | U | -2.27 | -2.27 | 0.00 | -2.27 | 0.00 |
| | | | | Vendor Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 910432 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020139350982 | 10/14/20 | 10/29/20 | | | 06 | U | 97.15 | 97.15 | | 97.15 | |
| | | | | Vendor Total: | | | 97.15 | 97.15 | 0.00 | 97.15 | 0.00 |
| 910433 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020139351000 | 10/14/20 | 10/29/20 | | | 06 | U | 37.19 | 37.19 | | 37.19 | |
| | | | | Vendor Total: | | | 37.19 | 37.19 | 0.00 | 37.19 | 0.00 |
| 910436 | OKLAHOMA NATURAL GAS COMPANY | | | | | | | | | | |
| 1020208356382 | 10/14/20 | 10/29/20 | | | 06 | U | 41.76 | 41.76 | | 41.76 | |
| | | | | Vendor Total: | | | 41.76 | 41.76 | 0.00 | 41.76 | 0.00 |

11/06/20                          **The Physicians Hospital Anadarko**                    Page:   19
10:39                                      Balance Due Report

**Application Code:**    AP                                          **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910437 | OKLAHOMA NATURAL GAS CO | | | | | | | | | | |
| 1020208356400 | 10/14/20 | 10/29/20 | | | 06 | U | 41.06 | 41.06 | 0.00 | 41.06 | 0.00 |
| 1020139350864 | 10/14/20 | 10/29/20 | | | 06 | U | 292.28 | 292.28 | 0.00 | 292.28 | 0.00 |
| | | | Vendor Total: | | | | 333.34 | 333.34 | 0.00 | 333.34 | 0.00 |
| 910452 | OWENS and MINOR | | | | | | | | | | |
| 2059557614 | 10/13/20 | 10/28/20 | | | 06 | U | 131.24 | 131.24 | 0.00 | 131.24 | 0.00 |
| 2059557653 | 10/13/20 | 10/28/20 | | | 06 | U | 121.63 | 121.63 | 0.00 | 121.63 | 0.00 |
| 2059557654 | 10/13/20 | 10/28/20 | | | 06 | U | 108.01 | 108.01 | 0.00 | 108.01 | 0.00 |
| 2059455571 | 10/08/20 | 10/23/20 | | | 06 | U | 89.31 | 89.31 | 0.00 | 89.31 | 0.00 |
| 2059383829 | 10/06/20 | 10/21/20 | | | 06 | U | 1,157.41 | 1,157.41 | 0.00 | 1,157.41 | 0.00 |
| | | | Vendor Total: | | | | 1,607.60 | 1,607.60 | 0.00 | 1,607.60 | 0.00 |
| 910557 | STERICYCLE, INC | | | | | | | | | | |
| 4009672351 | 11/01/20 | 12/01/20 | | | 06 | U | 3,919.00 | 3,919.00 | 0.00 | 3,919.00 | 0.00 |
| | | | Vendor Total: | | | | 3,919.00 | 3,919.00 | 0.00 | 3,919.00 | 0.00 |
| 910569 | SUDDENLINK (-708068901) | | | | | | | | | | |
| 1020104675013 | 10/21/20 | 11/05/20 | | | 06 | U | 162.46 | 162.46 | 0.00 | 162.46 | 0.00 |
| | | | Vendor Total: | | | | 162.46 | 162.46 | 0.00 | 162.46 | 0.00 |
| 910606 | US FOOD SERVICE | | | | | | | | | | |
| 4228214 | 10/16/20 | 10/31/20 | | | 06 | U | 2,713.32 | 2,713.32 | 0.00 | 2,713.32 | 0.00 |
| 4128236 | 10/10/20 | 10/25/20 | | | 06 | U | 32.95 | 32.95 | 0.00 | 32.95 | 0.00 |
| 4289364 | 10/20/20 | 11/04/20 | | | 06 | U | 1,701.94 | 1,701.94 | 0.00 | 1,701.94 | 0.00 |
| 4173943 | 10/13/20 | 10/28/20 | | | 06 | U | 2,952.17 | 2,952.17 | 0.00 | 2,952.17 | 0.00 |
| 5934813 | 10/19/20 | 11/03/20 | | | 06 | U | -33.07 | -33.07 | 0.00 | -33.07 | 0.00 |
| | | | Vendor Total: | | | | 7,367.31 | 7,367.31 | 0.00 | 7,367.31 | 0.00 |
| 910645 | GRAINGER | | | | | | | | | | |
| 9685235955 | 10/15/20 | 11/14/20 | | | 06 | U | 134.35 | 134.35 | 0.00 | 134.35 | 0.00 |
| 9662925644 | 09/23/20 | 10/23/20 | | | 06 | U | -551.90 | -551.90 | 0.00 | -551.90 | 0.00 |
| | | | Vendor Total: | | | | -417.55 | -417.55 | 0.00 | -417.55 | 0.00 |
| 910656 | SIZEWISE RENTALS | | | | | | | | | | |
| CD99162550 | 10/06/20 | 11/05/20 | | | 06 | U | 1,171.65 | 1,171.65 | 0.00 | 1,171.65 | 0.00 |
| CD99163037 | 10/07/20 | 11/06/20 | | | 06 | U | 339.73 | 339.73 | 0.00 | 339.73 | 0.00 |
| CD99166828 | 10/12/20 | 11/11/20 | | | 06 | U | 52.56 | 52.56 | 0.00 | 52.56 | 0.00 |
| CD99166829 | 10/12/20 | 11/11/20 | | | 06 | U | 941.87 | 941.87 | 0.00 | 941.87 | 0.00 |
| CD99166830 | 10/12/20 | 11/11/20 | | | 06 | U | 151.37 | 151.37 | 0.00 | 151.37 | 0.00 |
| CD99172480 | 10/19/20 | 11/18/20 | | | 06 | U | 217.60 | 217.60 | 0.00 | 217.60 | 0.00 |
| CD99172481 | 10/19/20 | 11/18/20 | | | 06 | U | 262.80 | 262.80 | 0.00 | 262.80 | 0.00 |
| | | | Vendor Total: | | | | 3,137.58 | 3,137.58 | 0.00 | 3,137.58 | 0.00 |
| 910660 | ALIMED, INC. | | | | | | | | | | |
| RPSV03449587 | 10/19/20 | 11/03/20 | | | 06 | U | 101.02 | 101.02 | 0.00 | 101.02 | 0.00 |
| | | | Vendor Total: | | | | 101.02 | 101.02 | 0.00 | 101.02 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   20

Balance Due Report

| **Application Code:** | AP | | | | | | | | **User Login Name:** | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910672 | OKLAHOMA DEPT OF LABOR | | | | | | | | | | |
| 10192020 | 10/21/20 | 11/20/20 | | | 06 | U | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| | | | | | | Vendor Total: | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| 910695 | HEALTHLAND | | | | | | | | | | |
| L2010087198 | 10/08/20 | 10/08/20 | | | 06 | U | 12,931.43 | 12,931.43 | 0.00 | 12,931.43 | 0.00 |
| L2010157198 | 10/15/20 | 10/15/20 | | | 06 | U | 1,275.00 | 1,275.00 | 0.00 | 1,275.00 | 0.00 |
| | | | | | | Vendor Total: | 14,206.43 | 14,206.43 | 0.00 | 14,206.43 | 0.00 |
| 910703 | ONE CURA WELLNESS (WIRE ONLY) | | | | | | | | | | |
| OCW090120 | 08/31/20 | 08/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW100120 | 10/01/20 | 10/01/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW060120 | 05/26/20 | 05/26/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW070120 | 06/30/20 | 06/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW080120 | 07/30/20 | 07/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OWC033120 | 03/31/20 | 03/31/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| OCW050120 | 04/30/20 | 04/30/20 | | | 06 | U | 62,500.00 | 62,500.00 | 0.00 | 62,500.00 | 0.00 |
| | | | | | | Vendor Total: | 437,500.00 | 437,500.00 | 0.00 | 437,500.00 | 0.00 |
| 910725 | AMERIPATH OKLAHOMA CITY | | | | | | | | | | |
| 20200927 | 09/27/20 | 10/27/20 | | | 06 | U | 1,944.20 | 1,944.20 | 0.00 | 1,944.20 | 0.00 |
| | | | | | | Vendor Total: | 1,944.20 | 1,944.20 | 0.00 | 1,944.20 | 0.00 |
| 910733 | Hill-Rom | | | | | | | | | | |
| 1157447 | 10/13/20 | 11/12/20 | | | 06 | U | 465.38 | 465.38 | 0.00 | 465.38 | 0.00 |
| 2332241 | 10/31/20 | 11/30/20 | | | 06 | U | 410.63 | 410.63 | 0.00 | 410.63 | 0.00 |
| 2334122 | 10/31/20 | 11/30/20 | | | 06 | U | 679.34 | 679.34 | 0.00 | 679.34 | 0.00 |
| 2335819 | 10/31/20 | 11/30/20 | | | 06 | U | 2,939.20 | 2,939.20 | 0.00 | 2,939.20 | 0.00 |
| 2342603 | 10/31/20 | 11/30/20 | | | 06 | U | 1,380.80 | 1,380.80 | 0.00 | 1,380.80 | 0.00 |
| 2343791 | 10/31/20 | 11/30/20 | | | 06 | U | 881.47 | 881.47 | 0.00 | 881.47 | 0.00 |
| 2345569 | 10/31/20 | 11/30/20 | | | 06 | U | 251.85 | 251.85 | 0.00 | 251.85 | 0.00 |
| | | | | | | Vendor Total: | 7,008.67 | 7,008.67 | 0.00 | 7,008.67 | 0.00 |
| 910739 | Tri-anim Health Services | | | | | | | | | | |
| 64269245 | 10/16/20 | 11/15/20 | | | 06 | U | 160.10 | 160.10 | 0.00 | 160.10 | 0.00 |
| | | | | | | Vendor Total: | 160.10 | 160.10 | 0.00 | 160.10 | 0.00 |
| 910866 | KCI USA | | | | | | | | | | |
| 29800361 | 10/16/20 | 11/15/20 | | | 06 | U | 960.15 | 960.15 | 0.00 | 960.15 | 0.00 |
| 29803466 | 10/16/20 | 11/15/20 | | | 06 | U | 960.15 | 960.15 | 0.00 | 960.15 | 0.00 |
| 29828696 | 10/15/20 | 11/14/20 | | | 06 | U | 1,280.20 | 1,280.20 | 0.00 | 1,280.20 | 0.00 |
| 29801053 | 10/19/20 | 11/18/20 | | | 06 | U | 320.05 | 320.05 | 0.00 | 320.05 | 0.00 |
| 29815609 | 10/25/20 | 11/24/20 | | | 06 | U | 192.03 | 192.03 | 0.00 | 192.03 | 0.00 |
| 29827661 | 10/29/20 | 11/28/20 | | | 06 | U | 704.11 | 704.11 | 0.00 | 704.11 | 0.00 |
| | | | | | | Vendor Total: | 4,416.69 | 4,416.69 | 0.00 | 4,416.69 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   21

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 910874 | Smith & Son Building Center | | | | | | | | | | |
| 1069164 | 10/20/20 | 10/20/20 | | | 06 | U | 46.74 | 46.74 | 0.00 | 46.74 | 0.00 |
| 1069338 | 10/21/20 | 10/21/20 | | | 06 | U | 43.05 | 43.05 | 0.00 | 43.05 | 0.00 |
| 1069441 | 10/22/20 | 10/22/20 | | | 06 | U | 18.59 | 18.59 | 0.00 | 18.59 | 0.00 |
| | | | | Vendor Total: | | | 108.38 | 108.38 | 0.00 | 108.38 | 0.00 |
| 910914 | GRADY MEMORIAL HOSPITAL | | | | | | | | | | |
| G001227536 | 10/21/20 | 11/20/20 | | | 06 | U | 6,495.00 | 6,495.00 | 0.00 | 6,495.00 | 0.00 |
| | | | | Vendor Total: | | | 6,495.00 | 6,495.00 | 0.00 | 6,495.00 | 0.00 |
| 910944 | ULINE | | | | | | | | | | |
| 125244434 | 10/08/20 | 11/07/20 | | | 06 | U | 588.98 | 588.98 | 0.00 | 588.98 | 0.00 |
| | | | | Vendor Total: | | | 588.98 | 588.98 | 0.00 | 588.98 | 0.00 |
| 910961 | E.T.C ( Elaine's Transportation Co) | | | | | | | | | | |
| 99714 | 10/15/20 | 10/15/20 | | | 06 | U | 562.00 | 562.00 | 0.00 | 562.00 | 0.00 |
| 99715 | 10/15/20 | 10/15/20 | | | 06 | U | 865.00 | 865.00 | 0.00 | 865.00 | 0.00 |
| 99725 | 10/20/20 | 10/20/20 | | | 06 | U | 840.00 | 840.00 | 0.00 | 840.00 | 0.00 |
| 99718 | 10/16/20 | 10/16/20 | | | 06 | U | 420.00 | 420.00 | 0.00 | 420.00 | 0.00 |
| 99719 | 10/16/20 | 10/16/20 | | | 06 | U | 390.00 | 390.00 | 0.00 | 390.00 | 0.00 |
| 99721 | 10/19/20 | 10/19/20 | | | 06 | U | 1,195.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 |
| 99726 | 10/20/20 | 10/20/20 | | | 06 | U | 726.00 | 726.00 | 0.00 | 726.00 | 0.00 |
| | | | | Vendor Total: | | | 4,998.00 | 4,998.00 | 0.00 | 4,998.00 | 0.00 |
| 911087 | ENCORE ENERGY SERVICES , INC | | | | | | | | | | |
| 0036807-0 | 10/09/20 | 10/09/20 | | | 06 | U | 589.73 | 589.73 | 0.00 | 589.73 | 0.00 |
| | | | | Vendor Total: | | | 589.73 | 589.73 | 0.00 | 589.73 | 0.00 |
| 911098 | Anesthesia Service | | | | | | | | | | |
| 71620 | 10/19/20 | 11/18/20 | | | 06 | U | 121.17 | 121.17 | 0.00 | 121.17 | 0.00 |
| | | | | Vendor Total: | | | 121.17 | 121.17 | 0.00 | 121.17 | 0.00 |
| 911101 | Fujifilm Medical Systems Endoscopy Divis | | | | | | | | | | |
| 91061822 | 09/17/20 | 10/17/20 | | | 06 | U | 506.17 | 506.17 | 0.00 | 506.17 | 0.00 |
| | | | | Vendor Total: | | | 506.17 | 506.17 | 0.00 | 506.17 | 0.00 |
| 911106 | EPIMED | | | | | | | | | | |
| 37063-USA | 10/12/20 | 11/11/20 | | | 06 | U | 131.67 | 131.67 | 0.00 | 131.67 | 0.00 |
| | | | | Vendor Total: | | | 131.67 | 131.67 | 0.00 | 131.67 | 0.00 |
| 911111 | PRECISION LENS | | | | | | | | | | |
| 070277401 | 10/16/20 | 11/15/20 | | | 06 | U | 824.00 | 824.00 | 0.00 | 824.00 | 0.00 |
| | | | | Vendor Total: | | | 824.00 | 824.00 | 0.00 | 824.00 | 0.00 |
| 911115 | GLAUKOS CORPORATION | | | | | | | | | | |
| 10010014785 | 10/06/20 | 11/05/20 | | | 06 | U | 27,264.00 | 27,264.00 | 0.00 | 27,264.00 | 0.00 |
| | | | | Vendor Total: | | | 27,264.00 | 27,264.00 | 0.00 | 27,264.00 | 0.00 |
| 911121 | ABBOTT DIABETES CARE SALES CORP | | | | | | | | | | |
| 612836329 | 10/15/20 | 11/14/20 | | | 06 | U | 2,697.63 | 2,697.63 | | 2,697.63 | 0.00 |
| | | | | Vendor Total: | | | 2,697.63 | 2,697.63 | 0.00 | 2,697.63 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page: 22

Balance Due Report

**Application Code:** AP

**User Login Name:** jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911125 | COOK MEDICAL | | | | | | | | | | |
| V20154468 | 10/12/20 | 11/11/20 | | 06 | | U | 318.12 | 318.12 | 0.00 | 318.12 | 0.00 |
| | | | | Vendor Total: | | | 318.12 | 318.12 | 0.00 | 318.12 | 0.00 |
| 911160 | J & J Health Care Systems, Inc. | | | | | | | | | | |
| 923402019 | 10/06/20 | 11/05/20 | | 06 | | U | 401.19 | 401.19 | 0.00 | 401.19 | 0.00 |
| | | | | Vendor Total: | | | 401.19 | 401.19 | 0.00 | 401.19 | 0.00 |
| 911175 | MATHESON TRI GAS, INC | | | | | | | | | | |
| 22471071 | 10/19/20 | 11/18/20 | | 06 | | U | 1,984.47 | 1,984.47 | 0.00 | 1,984.47 | 0.00 |
| | | | | Vendor Total: | | | 1,984.47 | 1,984.47 | 0.00 | 1,984.47 | 0.00 |
| 911182 | Akerman LLP | | | | | | | | | | |
| 9591859 | 08/11/20 | 08/11/20 | | 06 | | U | 39,213.56 | 39,213.56 | 0.00 | 39,213.56 | 0.00 |
| 9591852 | 08/11/20 | 08/11/20 | | 06 | | U | 11,324.50 | 11,324.50 | 0.00 | 11,324.50 | 0.00 |
| 9584740 | 07/14/20 | 07/14/20 | | 06 | | U | 16,672.90 | 16,672.90 | 0.00 | 16,672.90 | 0.00 |
| 9584745 | 07/14/20 | 07/14/20 | | 06 | | U | 225.00 | 225.00 | 0.00 | 225.00 | 0.00 |
| 9584744 | 07/14/20 | 07/14/20 | | 06 | | U | 15,691.00 | 15,691.00 | 0.00 | 15,691.00 | 0.00 |
| 9577199 | 06/15/20 | 06/15/20 | | 06 | | U | 12,613.75 | 12,613.75 | 0.00 | 12,613.75 | 0.00 |
| 9568452 | 05/18/20 | 05/18/20 | | 06 | | U | 58,650.00 | 58,650.00 | 0.00 | 58,650.00 | 0.00 |
| 9553569 | 04/07/20 | 04/07/20 | | 06 | | U | 104,075.08 | 104,075.08 | 0.00 | 104,075.08 | 0.00 |
| 9544610 | 03/10/20 | 03/10/20 | | 06 | | U | 88,216.23 | 88,216.23 | 0.00 | 88,216.23 | 0.00 |
| 9538839 | 02/18/20 | 02/18/20 | | 06 | | U | 121,849.47 | 121,849.47 | 0.00 | 121,849.47 | 0.00 |
| 9602687 | 09/10/20 | 09/10/20 | | 06 | | U | 16,723.29 | 16,723.29 | 0.00 | 16,723.29 | 0.00 |
| 9530966 | 01/24/20 | 01/24/20 | | 06 | | U | 114,804.91 | 114,804.91 | 0.00 | 114,804.91 | 0.00 |
| | | | | Vendor Total: | | | 600,059.69 | 600,059.69 | 0.00 | 600,059.69 | 0.00 |
| 911205 | HENRY SCHEIN | | | | | | | | | | |
| 84153829 | 10/12/20 | 11/11/20 | | 06 | | U | 62.03 | 62.03 | 0.00 | 62.03 | 0.00 |
| 84387547 | 10/14/20 | 11/13/20 | | 06 | | U | 225.81 | 225.81 | 0.00 | 225.81 | 0.00 |
| 84721173 | 10/19/20 | 11/18/20 | | 06 | | U | 567.51 | 567.51 | 0.00 | 567.51 | 0.00 |
| 84555134 | 10/14/20 | 11/13/20 | | 06 | | U | 195.19 | 195.19 | 0.00 | 195.19 | 0.00 |
| 84721171 | 10/21/20 | 11/20/20 | | 06 | | U | 27.34 | 27.34 | 0.00 | 27.34 | 0.00 |
| 84847554 | 10/21/20 | 11/20/20 | | 06 | | U | 6,630.88 | 6,630.88 | 0.00 | 6,630.88 | 0.00 |
| | | | | Vendor Total: | | | 7,708.76 | 7,708.76 | 0.00 | 7,708.76 | 0.00 |
| 911206 | THE HOME DEPOT PRO | | | | | | | | | | |
| 579788340 | 10/20/20 | 11/19/20 | | 06 | | U | 310.10 | 310.10 | 0.00 | 310.10 | 0.00 |
| 579788357 | 10/20/20 | 11/19/20 | | 06 | | U | 60.53 | 60.53 | 0.00 | 60.53 | 0.00 |
| 579788365 | 10/20/20 | 11/19/20 | | 06 | | U | 557.37 | 557.37 | 0.00 | 557.37 | 0.00 |
| 578179020 | 10/12/20 | 11/11/20 | | 06 | | U | 65.57 | 65.57 | 0.00 | 65.57 | 0.00 |
| 578439937 | 10/13/20 | 11/12/20 | | 06 | | U | 107.79 | 107.79 | 0.00 | 107.79 | 0.00 |
| 578439929 | 10/13/20 | 11/12/20 | | 06 | | U | 353.98 | 353.98 | 0.00 | 353.98 | 0.00 |
| 578439945 | 10/13/20 | 11/12/20 | | 06 | | U | 77.31 | 77.31 | 0.00 | 77.31 | 0.00 |
| | | | | Vendor Total: | | | 1,532.65 | 1,532.65 | 0.00 | 1,532.65 | 0.00 |
| 911213 | FIRST CHOICE COFFEE SERVICES | | | | | | | | | | |
| 298189 | 10/19/20 | 10/29/20 | | 06 | | U | 293.63 | 293.63 | 0.00 | 293.63 | 0.00 |
| | | | | Vendor Total: | | | 293.63 | 293.63 | 0.00 | 293.63 | 0.00 |

11/06/20

10:39

**The Physicians Hospital Anadarko**

Page:   23

Balance Due Report

**Application Code:**   AP

**User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911215 | MEDTRONIC USA INC | | | | | | | | | | |
| 2551460129 | 10/13/20 | 11/12/20 | | | 06 | U | -17,892.30 | -17,892.30 | 0.00 | -17,892.30 | 0.00 |
| | | | Vendor Total: | | | | -17,892.30 | -17,892.30 | 0.00 | -17,892.30 | 0.00 |
| 911240 | Smith & Nephew | | | | | | | | | | |
| 929616912 | 10/19/20 | 11/18/20 | | | 06 | U | 2,210.38 | 2,210.38 | 0.00 | 2,210.38 | 0.00 |
| 929617625 | 10/19/20 | 11/18/20 | | | 06 | U | 1,320.03 | 1,320.03 | 0.00 | 1,320.03 | 0.00 |
| | | | Vendor Total: | | | | 3,530.41 | 3,530.41 | 0.00 | 3,530.41 | 0.00 |
| 911256 | ORGANOGENESIS INC | | | | | | | | | | |
| SI00963374 | 10/12/20 | 11/11/20 | | | 06 | U | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| SI00963416 | 10/12/20 | 11/11/20 | | | 06 | U | 450.00 | 450.00 | 0.00 | 450.00 | 0.00 |
| | | | Vendor Total: | | | | 4,200.00 | 4,200.00 | 0.00 | 4,200.00 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   24

Balance Due Report

**Application Code:**   AP

**User Login Name:**   jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911257 | First Physicians Resources-Anadarko | | | | | | | | | | |
| 0000168-IN | 10/25/20 | 11/24/20 | | | 06 | U | 993,087.20 | 993,087.20 | 0.00 | 993,087.20 | 0.00 |
| 0000159-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,181,283.98 | 1,181,283.98 | 0.00 | 1,181,283.98 | 0.00 |
| 0000165-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,231,157.26 | 1,231,157.26 | 0.00 | 1,231,157.26 | 0.00 |
| 0000052-IN | 06/30/18 | 07/10/18 | | | 06 | U | 10,937.54 | 10,937.54 | 0.00 | 10,937.54 | 0.00 |
| 0000053-IN | 06/30/18 | 07/30/18 | | | 06 | U | 8,572.06 | 8,572.06 | 0.00 | 8,572.06 | 0.00 |
| 0000054-IN | 06/30/18 | 07/30/18 | | | 06 | U | 438,645.14 | 438,645.14 | 0.00 | 438,645.14 | 0.00 |
| 0000063-IN | 07/14/18 | 08/13/18 | | | 06 | U | 469,668.43 | 469,668.43 | 0.00 | 469,668.43 | 0.00 |
| 0000065-IN | 07/31/18 | 08/30/18 | | | 06 | U | 17,391.80 | 17,391.80 | 0.00 | 17,391.80 | 0.00 |
| 0000066-IN | 07/31/18 | 08/30/18 | | | 06 | U | 3,223.58 | 3,223.58 | 0.00 | 3,223.58 | 0.00 |
| 0000067-IN | 07/31/18 | 08/30/18 | | | 06 | U | 455,737.75 | 455,737.75 | 0.00 | 455,737.75 | 0.00 |
| 0000050-IN | 06/16/18 | 07/16/18 | | | 06 | U | 430,374.34 | 430,374.34 | 0.00 | 430,374.34 | 0.00 |
| 0000051-IN | 06/30/18 | 07/30/18 | | | 06 | U | 3,597.92 | 3,597.92 | 0.00 | 3,597.92 | 0.00 |
| 0000069-IN | 08/11/18 | 09/10/18 | | | 06 | U | 472,921.56 | 472,921.56 | 0.00 | 472,921.56 | 0.00 |
| 0000071-IN | 08/25/18 | 09/24/18 | | | 06 | U | 467,805.43 | 467,805.43 | 0.00 | 467,805.43 | 0.00 |
| 0000073-IN | 08/31/18 | 09/30/18 | | | 06 | U | 22,764.26 | 22,764.26 | 0.00 | 22,764.26 | 0.00 |
| 0000074-IN | 09/08/18 | 10/08/18 | | | 06 | U | 477,237.24 | 477,237.24 | 0.00 | 477,237.24 | 0.00 |
| 0000112-IN | 04/30/19 | 05/30/19 | | | 06 | U | 1,188,891.32 | 1,188,891.32 | 0.00 | 1,188,891.32 | 0.00 |
| 0000116-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,221,790.67 | 1,221,790.67 | 0.00 | 1,221,790.67 | 0.00 |
| 0000120-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,066,823.02 | 1,066,823.02 | 0.00 | 1,066,823.02 | 0.00 |
| 0000086-IN | 11/17/18 | 12/17/18 | | | 06 | U | 478,036.77 | 478,036.77 | 0.00 | 478,036.77 | 0.00 |
| 0000108-IN | 03/31/19 | 04/30/19 | | | 06 | U | 1,048,617.40 | 1,048,617.40 | 0.00 | 1,048,617.40 | 0.00 |
| 0000076-IN | 09/30/18 | 10/30/18 | | | 06 | U | 456,414.10 | 456,414.10 | 0.00 | 456,414.10 | 0.00 |
| 0000078-IN | 09/30/18 | 10/30/18 | | | 06 | U | 6,493.06 | 6,493.06 | 0.00 | 6,493.06 | 0.00 |
| 0000083-IN | 10/31/18 | 11/30/18 | | | 06 | U | 2,385.00 | 2,385.00 | 0.00 | 2,385.00 | 0.00 |
| 0000081-IN | 10/31/18 | 11/30/18 | | | 06 | U | 456,867.30 | 456,867.30 | 0.00 | 456,867.30 | 0.00 |
| 0000079-IN | 10/06/18 | 11/05/18 | | | 06 | U | 478,045.25 | 478,045.25 | 0.00 | 478,045.25 | 0.00 |
| 0000084-IN | 11/03/18 | 12/03/18 | | | 06 | U | 478,678.42 | 478,678.42 | 0.00 | 478,678.42 | 0.00 |
| 00000088-IN | 11/30/18 | 12/30/18 | | | 06 | U | 4,642.86 | 4,642.86 | 0.00 | 4,642.86 | 0.00 |
| 0000099-IN | 01/31/19 | 03/02/19 | | | 06 | U | 11,364.16 | 11,364.16 | 0.00 | 11,364.16 | 0.00 |
| 0000091-INV | 10/31/18 | 11/30/18 | | | 06 | U | 79,412.00 | 79,412.00 | 0.00 | 79,412.00 | 0.00 |
| 0000094-INV | 11/30/18 | 12/30/18 | | | 06 | U | 57,177.87 | 57,177.87 | 0.00 | 57,177.87 | 0.00 |
| 0000089-INV | 12/31/18 | 01/30/19 | | | 06 | U | 1,115,635.94 | 1,115,635.94 | 0.00 | 1,115,635.94 | 0.00 |
| 0000098-INV | 01/31/19 | 03/02/19 | | | 06 | U | 1,151,214.86 | 1,151,214.86 | 0.00 | 1,151,214.86 | 0.00 |
| 0000096-INV | 12/31/18 | 01/30/19 | | | 06 | U | 60,481.00 | 60,481.00 | 0.00 | 60,481.00 | 0.00 |
| 0000105-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,218,916.45 | 1,218,916.45 | 0.00 | 1,218,916.45 | 0.00 |
| 0000133-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,127,382.47 | 1,127,382.47 | 0.00 | 1,127,382.47 | 0.00 |
| 0000137-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,167,799.19 | 1,167,799.19 | 0.00 | 1,167,799.19 | 0.00 |
| 0000139-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,229,355.07 | 1,229,355.07 | 0.00 | 1,229,355.07 | 0.00 |
| 0000123-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,209,151.73 | 1,209,151.73 | 0.00 | 1,209,151.73 | 0.00 |
| 0000129-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,219,821.62 | 1,219,821.62 | 0.00 | 1,219,821.62 | 0.00 |
| 0000313-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,021,571.93 | 1,021,571.93 | 0.00 | 1,021,571.93 | 0.00 |
| 0000146-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,169,300.45 | 1,169,300.45 | 0.00 | 1,169,300.45 | 0.00 |
| 0000148-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,260,246.20 | 1,260,246.20 | 0.00 | 1,260,246.20 | 0.00 |
| 0000126-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,030,260.31 | 1,030,260.31 | 0.00 | 1,030,260.31 | |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   25

Balance Due Report

| Application Code: | AP | | | | | | | | | User Login Name: | jkohout |

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000150-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,228,710.98 | 1,228,710.98 | 0.00 | 1,228,710.98 | 0.00 |
| 0000153-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,200,242.28 | 1,200,242.28 | 0.00 | 1,200,242.28 | 0.00 |
| 0000156-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,216,160.43 | 1,216,160.43 | 0.00 | 1,216,160.43 | 0.00 |
| 0000162-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,211,431.41 | 1,211,431.41 | 0.00 | 1,211,431.41 | 0.00 |
| | | | | Vendor Total: | | | 32,557,727.01 | 32,557,727.01 | 0.00 | 32,557,727.01 | 0.00 |
| 911258 | First Physicians Business Solutions-PHA | | | | | | | | | | |
| 0000073-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,389,917.86 | 1,389,917.86 | 0.00 | 1,389,917.86 | 0.00 |
| 0000075-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,553,929.50 | 1,553,929.50 | 0.00 | 1,553,929.50 | 0.00 |
| 0000071-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,108,155.01 | 1,108,155.01 | 0.00 | 1,108,155.01 | 0.00 |
| 0000052-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,185,873.01 | 1,185,873.01 | 0.00 | 1,185,873.01 | 0.00 |
| 0000069-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,708,137.85 | 1,708,137.85 | 0.00 | 1,708,137.85 | 0.00 |
| 0000065-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,270,947.51 | 1,270,947.51 | 0.00 | 1,270,947.51 | 0.00 |
| 0000067-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,287,307.66 | 1,287,307.66 | 0.00 | 1,287,307.66 | 0.00 |
| 0000059-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,156,841.23 | 1,156,841.23 | 0.00 | 1,156,841.23 | 0.00 |
| 0000054-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,529,662.22 | 1,529,662.22 | 0.00 | 1,529,662.22 | 0.00 |
| 0000056-IN | 09/30/19 | 10/30/19 | | | 06 | U | -100,000.00 | -100,000.00 | 0.00 | -100,000.00 | 0.00 |
| 0000057-IN | 10/31/19 | 11/30/19 | | | 06 | U | 1,746,683.67 | 1,746,683.67 | 0.00 | 1,746,683.67 | 0.00 |
| 0000061-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,265,491.34 | 1,265,491.34 | 0.00 | 1,265,491.34 | 0.00 |
| 0000063-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,591,597.78 | 1,591,597.78 | 0.00 | 1,591,597.78 | 0.00 |
| 0000040-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,056,117.60 | 1,056,117.60 | 0.00 | 1,056,117.60 | 0.00 |
| 0000030-IN | 10/31/18 | 11/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000031-IN | 10/31/18 | 11/30/18 | | | 06 | U | 974,339.41 | 974,339.41 | 0.00 | 974,339.41 | 0.00 |
| 0000042-IN | 03/31/19 | 04/30/19 | | | 06 | U | 1,067,489.08 | 1,067,489.08 | 0.00 | 1,067,489.08 | 0.00 |
| 0000034-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,448,418.04 | 1,448,418.04 | 0.00 | 1,448,418.04 | 0.00 |
| 0000033-IN | 12/31/18 | 01/30/19 | | | 06 | U | 1,224,677.22 | 1,224,677.22 | 0.00 | 1,224,677.22 | 0.00 |
| 00000032-IN | 11/30/18 | 12/30/18 | | | 06 | U | 1,017,690.20 | 1,017,690.20 | 0.00 | 1,017,690.20 | 0.00 |
| 0000048-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,553,487.33 | 1,553,487.33 | 0.00 | 1,553,487.33 | 0.00 |
| 0000050-IN | 07/31/19 | 08/30/19 | | | 06 | U | 1,731,487.91 | 1,731,487.91 | 0.00 | 1,731,487.91 | 0.00 |
| 0000044-IN | 04/30/19 | 05/30/19 | | | 06 | U | 1,817,831.95 | 1,817,831.95 | 0.00 | 1,817,831.95 | 0.00 |
| 0000046-IN | 05/31/19 | 06/30/19 | | | 06 | U | 1,892,149.02 | 1,892,149.02 | 0.00 | 1,892,149.02 | 0.00 |
| 0000029-IN | 09/30/18 | 10/30/18 | | | 06 | U | 659,514.11 | 659,514.11 | 0.00 | 659,514.11 | 0.00 |
| 0000028-IN | 09/30/18 | 10/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000027-IN | 08/31/18 | 08/31/18 | | | 06 | U | 705,452.87 | 705,452.87 | 0.00 | 705,452.87 | 0.00 |
| 0000023-IN | 06/30/18 | 07/30/18 | | | 06 | U | 530,411.06 | 530,411.06 | 0.00 | 530,411.06 | 0.00 |
| 0000025-IN | 07/31/18 | 08/30/18 | | | 06 | U | 1,056,399.11 | 1,056,399.11 | 0.00 | 1,056,399.11 | 0.00 |
| 0000026-IN | 08/23/18 | 09/22/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000024-IN | 07/31/18 | 08/30/18 | | | 06 | U | 321,292.34 | 321,292.34 | 0.00 | 321,292.34 | 0.00 |
| 0000022-IN | 06/30/18 | 07/30/18 | | | 06 | U | 321,292.34 | 202,473.31 | 0.00 | 202,473.31 | 0.00 |
| 0000079-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,512,708.66 | 1,512,708.66 | 0.00 | 1,512,708.66 | 0.00 |
| 0000077-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,518,835.58 | 1,518,835.58 | 0.00 | 1,518,835.58 | 0.00 |
| 0000081-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,515,068.65 | 1,515,068.65 | 0.00 | 1,515,068.65 | 0.00 |
| 0000083-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,380,575.99 | 1,380,575.99 | 0.00 | 1,380,575.99 | 0.00 |
| | | | | Vendor Total: | | | 40,963,660.13 | 40,844,841.10 | 0.00 | 40,844,841.10 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   26

Balance Due Report

| Application Code: | AP | | | | | | | | User Login Name: | jkohout | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911259 | First Physicians Services-Anadarko | | | | | | | | | | |
| 0000053-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,689,683.21 | 1,689,683.21 | 0.00 | 1,689,683.21 | 0.00 |
| 0000051-IN | 10/25/20 | 11/24/20 | | | 06 | U | 1,856,293.53 | 1,856,293.53 | 0.00 | 1,856,293.53 | 0.00 |
| 0000050-IN | 09/30/20 | 10/30/20 | | | 06 | U | 1,847,156.69 | 1,847,156.69 | 0.00 | 1,847,156.69 | 0.00 |
| 0000034-IN | 05/31/19 | 06/30/19 | | | 06 | U | 2,273,523.96 | 2,273,523.96 | 0.00 | 2,273,523.96 | 0.00 |
| 0000033-IN | 04/30/19 | 05/30/19 | | | 06 | U | 2,088,549.05 | 2,088,549.05 | 0.00 | 2,088,549.05 | 0.00 |
| 0000036-IN | 07/31/19 | 08/30/19 | | | 06 | U | 2,074,496.00 | 2,074,496.00 | 0.00 | 2,074,496.00 | 0.00 |
| 0000035-IN | 06/30/19 | 07/30/19 | | | 06 | U | 1,853,987.83 | 1,853,987.83 | 0.00 | 1,853,987.83 | 0.00 |
| 0000028-IN | 12/31/18 | 01/30/19 | | | 06 | U | 1,446,655.90 | 1,446,655.90 | 0.00 | 1,446,655.90 | 0.00 |
| 0000030-IN | 01/31/19 | 03/02/19 | | | 06 | U | 1,692,857.21 | 1,692,857.21 | 0.00 | 1,692,857.21 | 0.00 |
| 0000032-IN. | 03/31/19 | 04/30/19 | | | 06 | U | 1,251,930.28 | 1,251,930.28 | 0.00 | 1,251,930.28 | 0.00 |
| 00000027-IN | 11/30/18 | 12/30/18 | | | 06 | U | 1,190,239.15 | 1,190,239.15 | 0.00 | 1,190,239.15 | 0.00 |
| 0000031-IN | 02/28/19 | 03/30/19 | | | 06 | U | 1,237,843.23 | 1,237,843.23 | 0.00 | 1,237,843.23 | 0.00 |
| 0000043-IN | 02/29/20 | 03/30/20 | | | 06 | U | 1,547,661.52 | 1,547,661.52 | 0.00 | 1,547,661.52 | 0.00 |
| 0000041-IN | 12/31/19 | 01/30/20 | | | 06 | U | 1,540,902.40 | 1,540,902.40 | 0.00 | 1,540,902.40 | 0.00 |
| 0000042-IN | 01/31/20 | 03/01/20 | | | 06 | U | 1,913,914.88 | 1,913,914.88 | 0.00 | 1,913,914.88 | 0.00 |
| 0000039-IN | 10/31/19 | 11/30/19 | | | 06 | U | 2,137,006.34 | 2,137,006.34 | 0.00 | 2,137,006.34 | 0.00 |
| 0000040-IN | 11/30/19 | 12/30/19 | | | 06 | U | 1,406,305.99 | 1,406,305.99 | 0.00 | 1,406,305.99 | 0.00 |
| 0000038-IN | 09/30/19 | 10/30/19 | | | 06 | U | 1,824,473.14 | 1,824,473.14 | 0.00 | 1,824,473.14 | 0.00 |
| 0000044-IN | 03/31/20 | 04/30/20 | | | 06 | U | 1,567,928.58 | 1,567,928.58 | 0.00 | 1,567,928.58 | 0.00 |
| 0000037-IN | 08/31/19 | 09/30/19 | | | 06 | U | 1,398,584.99 | 1,398,584.99 | 0.00 | 1,398,584.99 | 0.00 |
| 0000045-IN | 04/30/20 | 05/30/20 | | | 06 | U | 1,996,345.09 | 1,996,345.09 | 0.00 | 1,996,345.09 | 0.00 |
| 0000046-IN | 05/31/20 | 06/30/20 | | | 06 | U | 1,345,993.22 | 1,345,993.22 | 0.00 | 1,345,993.22 | 0.00 |
| 0000047-IN | 06/30/20 | 07/30/20 | | | 06 | U | 1,695,042.72 | 1,695,042.72 | 0.00 | 1,695,042.72 | 0.00 |
| 0000048-IN | 07/31/20 | 08/30/20 | | | 06 | U | 1,898,221.31 | 1,898,221.31 | 0.00 | 1,898,221.31 | 0.00 |
| 0000049-IN | 08/31/20 | 09/30/20 | | | 06 | U | 1,854,746.79 | 1,854,746.79 | 0.00 | 1,854,746.79 | 0.00 |
| | | | Vendor Total: | | | | 42,630,343.01 | 42,630,343.01 | 0.00 | 42,630,343.01 | 0.00 |
| 911263 | IPRGS, P.C. | | | | | | | | | | |
| OCT2020DRTU | 10/31/20 | 10/31/20 | | | 06 | U | 5,645.16 | 5,645.16 | 0.00 | 5,645.16 | 0.00 |
| | | | Vendor Total: | | | | 5,645.16 | 5,645.16 | 0.00 | 5,645.16 | 0.00 |
| 911267 | ABBOTT POINT OF CARE | | | | | | | | | | |
| 612849824 | 10/19/20 | 11/18/20 | | | 06 | U | 2,919.55 | 2,919.55 | 0.00 | 2,919.55 | 0.00 |
| | | | Vendor Total: | | | | 2,919.55 | 2,919.55 | 0.00 | 2,919.55 | 0.00 |
| 911282 | DYNAMIC INFUSION THERAPY,INC | | | | | | | | | | |
| 89241 | 10/15/20 | 11/29/20 | | | 06 | U | 1,795.00 | 1,795.00 | 0.00 | 1,795.00 | 0.00 |
| 87281 | 09/30/20 | 11/14/20 | | | 06 | U | 1,570.00 | 1,570.00 | 0.00 | 1,570.00 | 0.00 |
| | | | Vendor Total: | | | | 3,365.00 | 3,365.00 | 0.00 | 3,365.00 | 0.00 |
| 911283 | THARA DAMODARAN, MD LLC | | | | | | | | | | |
| SEPT2020DRTHARA | 10/24/20 | 10/24/20 | | | 06 | U | 1,575.00 | 1,575.00 | 0.00 | 1,575.00 | 0.00 |
| | | | Vendor Total: | | | | 1,575.00 | 1,575.00 | 0.00 | 1,575.00 | 0.00 |

11/06/20
10:39

**The Physicians Hospital Anadarko**

Page:   27

Balance Due Report

**Application Code:**    AP    **User Login Name:**    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911290 | STROUD REGIONAL MEDICAL CENTER | | | | | | | | | | |
| WF090320 | 09/03/20 | 09/03/20 | | | 06 | U | 457.17 | 457.17 | 0.00 | 457.17 | 0.00 |
| WF-9012020 | 09/01/20 | 09/01/20 | | | 06 | U | 159.33 | 159.33 | 0.00 | 159.33 | 0.00 |
| WF100320 | 10/03/20 | 10/03/20 | | | 06 | U | 457.17 | 457.17 | 0.00 | 457.17 | 0.00 |
| WF-10012020 | 10/01/20 | 10/01/20 | | | 06 | U | 159.33 | 159.33 | 0.00 | 159.33 | 0.00 |
| | | | | Vendor Total: | | | 1,233.00 | 1,233.00 | 0.00 | 1,233.00 | 0.00 |
| 911297 | Conner & Winters, LLP | | | | | | | | | | |
| 2260347 JWF | 07/14/20 | 07/14/20 | | | 06 | U | 9,539.20 | 9,539.20 | 0.00 | 9,539.20 | 0.00 |
| 2259482 JWF | 06/19/20 | 06/19/20 | | | 06 | U | 359.50 | 359.50 | 0.00 | 359.50 | 0.00 |
| 2256113 JWF | 04/13/20 | 04/13/20 | | | 06 | U | 25,760.28 | 25,760.28 | 0.00 | 25,760.28 | 0.00 |
| 2254627 JWF | 03/05/20 | 03/05/20 | | | 06 | U | 31,106.20 | 31,106.20 | 0.00 | 31,106.20 | 0.00 |
| | | | | Vendor Total: | | | 66,765.18 | 66,765.18 | 0.00 | 66,765.18 | 0.00 |
| 911315 | MycroMed LLC | | | | | | | | | | |
| 318 | 10/12/20 | 11/11/20 | | | 06 | U | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| | | | | Vendor Total: | | | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| 911392 | AT&T #405-247-2845 | | | | | | | | | | |
| 1020405247284 5 | 10/19/20 | 10/19/20 | | | 06 | U | 284.30 | 284.30 | 0.00 | 284.30 | 0.00 |
| | | | | Vendor Total: | | | 284.30 | 284.30 | 0.00 | 284.30 | 0.00 |
| 911420 | Sysmex America, Inc. | | | | | | | | | | |
| 93428101 | 10/11/20 | 11/10/20 | | | 06 | U | 1,210.95 | 1,210.95 | 0.00 | 1,210.95 | 0.00 |
| | | | | Vendor Total: | | | 1,210.95 | 1,210.95 | 0.00 | 1,210.95 | 0.00 |
| 911421 | Staples | | | | | | | | | | |
| 3458606764 | 10/05/20 | 11/04/20 | | | 06 | U | 45.99 | 45.99 | 0.00 | 45.99 | 0.00 |
| 3458606765 | 10/05/20 | 11/04/20 | | | 06 | U | 283.92 | 283.92 | 0.00 | 283.92 | 0.00 |
| 3458606766 | 10/05/20 | 11/04/20 | | | 06 | U | 13.78 | 13.78 | 0.00 | 13.78 | 0.00 |
| 3459072599 | 10/12/20 | 11/11/20 | | | 06 | U | 5.88 | 5.88 | 0.00 | 5.88 | 0.00 |
| 3459072604 | 10/12/20 | 11/11/20 | | | 06 | U | 208.76 | 208.76 | 0.00 | 208.76 | 0.00 |
| 3459072607 | 10/12/20 | 11/11/20 | | | 06 | U | 158.76 | 158.76 | 0.00 | 158.76 | 0.00 |
| | | | | Vendor Total: | | | 717.09 | 717.09 | 0.00 | 717.09 | 0.00 |
| 911437 | Instrumentation Laboratory | | | | | | | | | | |
| 9110886678 | 10/13/20 | 11/12/20 | | | 06 | U | 397.50 | 397.50 | 0.00 | 397.50 | 0.00 |
| | | | | Vendor Total: | | | 397.50 | 397.50 | 0.00 | 397.50 | 0.00 |
| 911438 | Sacrix LLC | | | | | | | | | | |
| SXIN20/0020 | 09/15/20 | 10/15/20 | | | 06 | U | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 |
| SXIN20/0030 | 10/13/20 | 11/12/20 | | | 06 | U | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 |
| | | | | Vendor Total: | | | 18,000.00 | 18,000.00 | 0.00 | 18,000.00 | 0.00 |
| | | | | Grand Totals: | | | 117,701,118.99 | 117,572,811.08 | 0.00 | 117,572,811.08 | 0.00 |

11/06/20
10:39

# The Physicians Hospital Anadarko

Page:   28

Balance Due Report

Application Code:    AP                                                    User Login Name:    jkohout

| Invoice Number | Invoice Date | Due Date | Discount Date | Location Code | Bank Code | Check Type | Original Amount | Current Balance | Discount Amount | Cash Required | Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Number of Invoices Printed:**          806

**Vendor:**          From    110001          to    911438

**Location:**          From                    to

**Due Date:**          From    10/26/08          to    12/01/20

**Central Billing:**          No Central Billing Vendors

**Include Invoice Description:**          No

**Report Order:**          Vendor Number Order