**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: ) | Case No.: 20-13482 |
| ) | Chapter 11 |
| RHA STROUD, INC.[1], ) | |
|    Debtor. ) | [Jointly Administered] |
| ) | |

**THIRD AMENDED NOTICE OF CONSOLIDATED WITNESS AND EXHIBIT LISTS
OF FP GROUP FOR USE AT VIDEO HEARINGS SET DECEMBER 15, 2020**

Rural Hospital Acquisition, LLC ("RH Acquisition"), First Physicians Realty Group, LLC ("FP Realty"), First Physicians Business Solutions, LLC ("FP Business"), First Physicians Services, LLC ("FP Services"), and First Physicians Resources, LLC ("FP Resources") (collectively the "FP Group") submit this third amended consolidated list of Witnesses and Exhibits for potential use at the Video Hearings set December 15, 2020. **This amendment is necessitated by the production of documents that occurred Friday, December 11, 2020, and over the course of the weekend.** The witness and documents are as follows:

1.)     Dkt. # 65 - FP Group's Amended Motion to Dismiss or Abstain

2.)     Dkt. # 4 - Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Hospital to use Cash Collateral, (II) Granting Conditional Adequate Protection to the Secure versus the world d Party, (III) Scheduling a Further Interim Hearing, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief

       Dkt. # 15 – Response by United States Trustee
       Dkt. # 20 – Limited Objection of Rural Hospital Acquisition, LLC

3.)     Dkt. # 3 - Debtor's Emergency Motion for Entry of Order Authorizing Debtor in the Ordinary Course to use Cash Management System and Maintain use of Pre-Petition Lockbox Accounts

       Dkt. # 16 – Response by United States Trustee

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

4.)    Dkt. # 120 - Debtors' Expedited Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) for Entry of Interim and Final Orders Establishing Critical Vendor Payment Procedures in by United States Trustee

   Dkt. # 145 – Limited Response of FP Group

### A.    WITNESS LIST

| | Witness |
|---|---|
| 1. | Guy Adams<br>c/o Christensen Law Group |
| 2. | Adrian Reeder<br>c/o Christensen Law Group |
| 3. | Jeff Hill<br>c/o Christensen Law Group |
| 4. | Travis Villani<br>c/o Christensen Law Group |
| 5. | Jon Lowery<br>c/o Christensen Law Group |
| 6. | Michael Deeba<br>c/o Christensen Law Group |
| 7. | Dr. Thara Rani Damodaran |
| 8. | Craig Carter |
| 9. | C. David Rhoades |
| 10. | Charles Eldridge |
| 11. | Any witness listed by Debtors and not objected to by FP Group |
| 12. | Rebuttal Witnesses as Necessary |

FP Group reserves the right to amend and supplement this witness list.

### B.    EXHIBIT LIST

| | Description |
|---|---|
| 1. | 2011 Anadarko Note |
| 2. | 2011 Stroud Note |
| 3. | First Amended and Restated Seller Note – November 30, 2015, RHA Stroud |
| 4. | First Amended and Restated Seller Note – November 30, 2015, RHA Anadarko |

|    | Description |
|----|-------------|
| 5. | Summary of Amounts Due on Notes |
| 6. | Feb. 2019 Acknowledgment of loan debt – Stroud |
| 7. | Feb. 2019 Acknowledgment of loan debt – Anadarko |
| 8. | Feb. 17, 2020 Demand on Note – Anadarko |
| 9. | Feb. 17, 2020 Demand on Note – Stroud |
| 10. | One Cura Audit Confirmation Letter dated February 22, 2019 – Stroud |
| 11. | One Cura Audit Confirmation Letter dated February 22, 2019 – Anadarko |
| 12. | Security Agreement – Anadarko |
| 13. | Security Agreement – Stroud |
| 14. | UCC 1 Financing Statement – RHA Stroud, Inc. – Creditor Rural Health Acquisition, LLC |
| 15. | UCC 1 Financing Statement – RHA Anadarko, Inc. – Creditor Rural Health Acquisition, LLC |
| 16. | Bank Account Control Agreement |
| 17. | Amended and Restated Lease |
| 18. | February 22, 2019 RHA Anadarko Acknowledgement of Unpaid Lease |
| 19. | February 22, 2019 RHA Stroud Acknowledgement of Unpaid Lease |
| 20. | February 17, 2020 Demand for Lease Payment |
| 21. | Jan 29, 2020 RHA Stroud Acknowledgement of Unpaid Lease |
| 22. | Jan 29, 2020 RHA Anadarko Acknowledgement of Unpaid Lease |
| 23. | Summary of Amounts Due on Lease – Lease Schedule |
| 24. | October 29, 2019 One Cura Cash Disbursements Packet |
| 25. | Email from Charles Eldridge to Adrian Reeder dated April 10, 2018 |
| 26. | Email thread between Charles Eldridge and Adrian Reeder dated July 3, 2018 |
| 27. | Email from Charles Eldridge to Adrian Reeder dated October 11, 2018 |
| 28. | Email from Martin Monaco to Adrian Reeder dated April 4, 2019 |
| 29. | SRMC Financial Reporting Package – November 2019 |
| 30. | TPHA Financial Reporting Package – November 2019 |
| 31. | 2018 Akerman Invoices |
| 32. | 2019 Akerman Invoices |
| 33. | 8/19/2019 Email from C. Eldridge subject line "July Financial Statements" |
| 34. | 12/2/2014 Letter from Tamar Rosenberg (Sheppard Mullin) to Patrick Sternal (IRS) |

|     | **Description** |
| --- | --- |
| 35. | Email from Sheppard Mullin to Adrian Reeder, Martin Monaco et al., regarding a September 2014 IRS letter |
| 36. | 1/30/2015 IRS Letter to RHA Anadarko |
| 37. | Stroud Pledge Agreement |
| 38. | Anadarko Pledge Agreement |
| 39. | Demand Letter(s) on Pledge Agreements |
| 40. | Withum invoices |
| 41. | Draft Financial Statement for One Cura |
| 42. | September 6, 2019 Rep Letter from Charles Eldridge to Withum |
| 43. | Withum Email with Draft Audit and Rep Letter |
| 44. | Akerman Fee Chart |
| 45. | Curriculum Vitae of Michael E. Deeba |
| 46. | Curriculum Vitae of Craig D. Carter |
| 47. | Curriculum Vitae of C. David Rhoades |
| 48. | Management Services Agreement – April 1, 2011, between RHA Stroud and First Physicians Business Solutions, includes the April 1, 2013 Addendum, and the May 21, 2013 Addendum |
| 49. | Management Services Agreement – April 1, 2011, between RHA Anadarko and First Physicians Business Solutions, includes the April 1, 2013 Addendum, and the May 21, 2013 Addendum |
| 50. | Staff Leasing Agreement – April 1, 2011, between RHA Stroud and First Physicians Resources |
| 51. | Staff Leasing Agreement – April 1, 2011, between RHA Anadarko and First Physicians Resources |
| 52. | Ancillary Services Agreement – April 1, 2011, between RHA Stroud and First Physicians Services, includes the April 1, 2012, First Addendum and the April 1, 2013 Addendum |
| 53. | Ancillary Services Agreement – April 1, 2011, between RHA Anadarko and First Physicians Services, includes the April 1, 2012, First Addendum and the April 1, 2013 Addendum |
| 54. | Revenue Cycle Services Agreement – August 22, 2017, between First Physicians Business Solutions Stroud, LLC and the One Cura Family Clinic Stroud, Inc. |
| 55. | General Management and Administrative Services Agreement – August 22, 2017, between First Physicians Business Solutions Stroud, LLC and the One Cura Family Clinic Stroud, Inc. |

|     | **Description** |
| --- | --- |
| 56. | Staff and Provider Leasing Agreement – August 22, 2017, First Physicians Resources Carnegie, Stroud, LLC and the One Cura Family Clinic Stroud, Inc. |
| 57. | Jan. 2020 Surgery MSA - TPHA - SPMC |
| 58. | July 23, 2018 Second Amendment to Service Agreement – Stroud |
| 59. | July 23, 2018 Second Amendment to Service Agreement – Anadarko |
| 60. | Any other Amendments to Management or Services Agreements between the Parties |
| 61. | June 11, 2018 Akerman Invoice |
| 62. | Email from Jon Lowry to Charles Eldridge, et al., dated November 22, 2020, at 1:17 p.m. |
| 63. | Email from Charles Eldridge to Jon Lowry, et al., dated November 22, 2020, at 5:38 p.m. |
| 64. | Debtors' 2020 Bank Account Statements |
| 65. | Debtors' 2020 Financial Statements |
| 66. | Debtors' 2020 Balance Sheets |
| 67. | Historic Billing Statements and Balances Owed |
| 68. | Documents related to Debtors' 13-Week Budgets (which have not been provided to FP Group as of November 25, 2020 |
| 69. | State Court Receivership – Petition |
| 70. | State Court Receivership – Amended Answer |
| 71. | State Court Receivership – Motions to Appoint Receiver |
| 72. | State Court Receivership – September 24, 2020 Order Appointing Receiver |
| 73. | State Court Receivership – Transcript of Proceedings held September 14, 2020 |
| 74. | State Court Receivership – Exhibits used in Proceedings held September 14, 2020 |
| 75. | State Court Receivership – Defendants' October 9, 2020 Motion Regarding Payment of Fees to Akerman |
| 76. | All Other Pleadings filed in the State Court Receivership Action |
| 77. | Chapter 11 Petitions of RHA Stroud and RHA Anadarko |
| 78. | Debtors' Schedules, and all Amendments thereto |
| 79. | Debtors' Statement of Financial Affairs, and all Amendments thereto |
| 80. | Debtors' Monthly Operating Reports, if filed |
| 81. | Lists of Critical Vendors attached to Debtors' November 13, 2020 Critical Vendor Motion |
| 82. | Email from Mike Schuster to Martin Monaco on April 7, 2020, at 12:43 pm [B-RHA-0018164] |

|     | **Description** |
| --- | --- |
| 83. | Email from Charles Eldridge to Sean Kirrane on July 23, 2020, at 2:47 pm [B-RHA-0020729] |
| 84. | Expense Report – RHA Stroud & RHA Anadarko, dated 6/17/2016-7/6/2016 [B-RHA-0020731] |
| 85. | Expense Report – RHA Stroud & RHA Anadarko, dated 9/29/2016-10/19/2016 [B-RHA-0020732] |
| 86. | Expense Report – RHA Stroud & RHA Anadarko, dated 7/22/2016-8/3/2016 [B-RHA-0020733] |
| 87. | Expense Report – RHA Stroud & RHA Anadarko, dated 10/20/2016-11/3/2016 [B-RHA-0020734] |
| 88. | Expense Report – RHA Stroud & RHA Anadarko, dated 7/7/2016-7/21/2016 [B-RHA-0020735] |
| 89. | Expense Report – RHA Stroud & RHA Anadarko, dated 8/4/2016-8/17/2016 [B-RHA-0020737] |
| 90. | Expense Report – RHA Stroud & RHA Anadarko, dated 11/4/2016-1/13/2017 [B-RHA-0020738] |
| 91. | Expense Report – RHA Stroud & RHA Anadarko, dated 8/17/2016-9/7/2016 [B-RHA-0020739] |
| 92. | Expense Report – RHA Stroud & RHA Anadarko, dated 1/14/2017-3/27/2017 [B-RHA-0020740] |
| 93. | Emails between Charles Eldridge, Sean Gill, Matt Burke, and Courtney Beirne with subject line "One Cura Board Call" dated October 13, 2020. [B-RHA-0067917] |
| 94. | Email from Marty Monaco to Sean Kirrane, et al., dated November 13, 2020 at 5:59 a.m. [AHP 001064] |
| 95. | Email from Marty Monaco to Clay Christensen, et al., dated January 2, 2020 at 1:12 p.m. [B-RHA-0018973] |
| 96. | Email from Katherine Fackler to Sean Kirrane, et al., dated November 13, 2020 at 8:13 p.m. [AHP 000971] |
| 97. | Contract Pricing Analysis. [AHP 000473] |
| 98. | Email from Mike Schuster to Charles Eldridge, dated September 18, 2020 at 7:07 a.m. [B-RHA-0017265] |
| 99. | Email from Mike Schuster to Charles Eldridge, et al., dated September 18, 2019 at 10:58 a.m. [B-RHA-0018465] |
| 100. | Email from Marty Monaco to Robert Fischbein, et al., dated January 14, 2019 at 11:00 a.m. [B-RHA-0019634] |

6

|      | Description |
|------|-------------|
| 101. | Email from Charles Eldridge to, Mike Schuster et al., dated September 29, 2020 at 7:04 p.m. [B-RHA-0020796] |
| 102. | Demonstrative – Hospitals' Projected 2020 Financials |
| 103. | All Documents Subpoenaed in these bankruptcy cases |
| 104. | All Documents Received in Response to Document Requests Issues in these cases |
| 105. | All Transcripts of Depositions taken in these bankruptcy cases |
| 106. | All pleadings filed in the bankruptcy cases |
| 107. | All Exhibits listed by any other party in interest not otherwise objected to by FP Group |
| 108. | All additional documents discovered prior to the hearing |
| 109. | Demonstrative Exhibits |
| 110. | Rebuttal Exhibits |

FP Group reserves the right to amend and supplement this exhibit list.

### C.    ESTIMATED TIME TO PRESENT

FP Group estimates that it will take approximately the following times to present evidence and argument regarding:

1.) Dkt. #65 – 2½ hours

2.) Dkt #4 – 45 minutes

3.) Dkt. #3 – 5 minutes

4.) Dkt. #120 – 5 minutes

7

Dated: December 14, 2020.

          Respectfully submitted,

          By: s/ *J. Clay Christensen*
          J. Clay Christensen (OBA #11789)
          Jeffrey E. Tate (OBA # 17150)
          Jonathan M. Miles (OBA #31152)
          Brock Z. Pittman (OBA #32853)
          **CHRISTENSEN LAW GROUP, P.L.L.C.**
          3401 N.W. 63rd Street, Suite 600
          Oklahoma City, Oklahoma 73116
          Telephone: (405) 232-2020
          Facsimile:  (405) 228-1113
          Clay@christensenlawgroup.com
          Jeffrey@christensenlawgroup.com
          Jon@christensenlawgroup.com
          Brock@christensenlawgroup.com

          Christopher Tayback (CA Bar No. 145532 –
          *Admitted pro hac vice*)
          Kristen Bird (CA Bar No. 192863 –
          *Admitted pro hac vice*)
          Eric D. Winston (CA Bar No. 202407 –
          *Admitted pro hac vice*)
          Jordan E. Alexander (CA Bar No. 305112; NY Bar No. 5300140  – *Admitted pro hac vice*)
          **QUINN EMANUEL URQUHART & SULLIVAN LLP**
          865 S. Figueroa St., 10th Floor
          Los Angeles, California 90017
          Telephone: (213) 443-3000
          Facsimile: (213) 443-3100
          christayback@quinnemanuel.com
          kristenbird@quinnemanuel.com
          ericwinston@quinnemanuel.com
          *jordanalexander*@quinnemanuel.com

          *Attorneys for Creditors Rural Hospital Acquisition, LLC, First Physicians Realty Group, LLC, First Physicians Business Solutions, LLC, First Physicians Services, LLC, First Physicians Resources, LLC, and Interested Party First Physicians Capital Group, Inc.*

**CERTIFICATE OF SERVICE**

    This shall certify that on this 14th day of December, 2020, I electronically transmitted the attached document to the Court Clerk using the CM/ECF System and transmittal of a Notice of Electronic Filing to the counsel registered for ECF in this case.

                                          /s/ *J. Clay Christensen*
                                          J. Clay Christensen