**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: | ) Case No.: 20-13482 |
| | ) Chapter 11 |
| RHA STROUD, INC.,[1] | ) |
| Debtor. | ) |
| | ) [Jointly Administered] |
| | ) |

**FP GROUP'S DESIGNATION OF DEPOSITION TESTIMONY OF**
**<u>COURTNEY BEIRNE</u>**

Rural Hospital Acquisition, LLC ("**RH Acquisition**"), First Physicians Realty Group, LLC ("**FP Realty**"), First Physicians Business Solutions, LLC ("**FP Business**"), First Physicians Services, LLC ("**FP Services**"), First Physicians Resources, LLC ("**FP Resources**" and, collectively with RH Acquisition, FP Realty, FP Business, and FP Services, the "**FP Group**") designate the following testimony of the deposition of Courtney Beirne, taken on December 11, 2020, for potential use at the Video Hearings set December 15, 2020:

| PAGE | LINE | | PAGE | LINE |
|:---:|:---:|:---:|:---:|:---:|
| 6 | 21 | through | 7 | 5 |
| 50 | 12 | through | 51 | 23 |
| 52 | 24 | through | 55 | 12 |
| 61 | 2 | through | 61 | 14 |
| 78 | 2 | through | 78 | 19 |
| 95 | 25 | through | 96 | 14 |

---

[1]   The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are:  RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528).  The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005, respectively.

1

| 97 | 15 | through | 97 | 21 |
|---|---|---|---|---|
| 144 | 22 | through | 145 | 19 |

December 14, 2020

Respectfully submitted,

By: s/ *J. Clay Christensen*_____
J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA # 17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
**CHRISTENSEN LAW GROUP, P.L.L.C.**
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
Clay@christensenlawgroup.com
Jeffrey@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

Christopher Tayback (CA Bar No. 145532 –
*pro hac vice* )
Kristen Bird (CA Bar No. 192863 –
*pro hac vice* )
Eric D. Winston (CA Bar No. 202407 –
*pro hac vice* )
Jordan E. Alexander (CA Bar No. 305112;
NY Bar No. 5300140  -
*pro hac vice*)
Kyly K. Batter (CA Bar No. 301803 –
*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christophertayback@quinnemanuel.com
kristenbird@quinnemanuel.com
ericwinston@quinnemanuel.com
jordanalexander@quinnemanuel.com
kylebatter@quinnemanuel.com

*Attorneys for Creditors Rural Hospital
Acquisition, LLC, First Physicians Realty
Group, LLC, First Physicians Business
Solutions, LLC, First Physicians Services,
LLC, and First Physicians Resources, LLC*

## CERTIFICATE OF SERVICE

This shall certify that on this 14th day of December, 2020, I electronically transmitted the attached document to the Court Clerk using the CM/ECF System and transmittal of a Notice of Electronic Filing to the counsel registered for ECF in this case.


/s/ *J. Clay Christensen*
J. Clay Christensen