# U.S. BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
# TRANSCRIPT/AUDIO CD REQUEST

| 1. ORDER REQUEST  (●) TRANSCRIPT   ( ) AUDIO CD | 2. DATE OF ORDER  12/16/2020 |
|---|---|
| 3. NAME OF PERSON ORDERING  Jeffrey E. Tate | 4. EMAIL ADDRESS  jeffrey@christensenlawgroup.com |
| 5. MAILING ADDRESS  3401 NW 63rd Street, Suite 600 | 6. PHONE NUMBER  (405) 232-2020 |
| 7. CITY AND STATE  Oklahoma City, Oklahoma | 8. ZIP CODE  73116 |
| 9. CASE NUMBER OF HEARING  20-13482-SAH | 10. CASE STYLE OF HEARING  In re RHA Stroud |
| 11. JUDGE PRESIDING AT HEARING  Judge Sarah A. Hall | 12. DATE(S) OF HEARING  From 12/15/2020 to 12/15/2020 |

13. ORDER IS FOR: [ ] APPEAL  [✓] BANKRUPTCY  [ ] ADVERSARY  [ ] OTHER _____

14. PORTIONS REQUESTED (Indicate the portion of the hearing requested)
- [ ] Voir Dire
- [ ] Opening Statement (Plaintiff)
- [ ] Opening Statement (Defendant)
- [ ] Closing Statement (Plaintiff)
- [ ] Closing Statement (Defendant)
- [✓] Entire Proceeding
- [ ] Court Ruling Only
- [ ] Testimony of (Specify Name) _____
- [ ] Other: _____

15. TRANSCRIPTS ONLY: Specify the amount of time for the preparation of the transcript. Shorter time periods include higher transcription rates:
- [ ] Ordinary
- [ ] 14 Day Expedited
- [ ] 7 Day Expedited
- [✓] Daily
- [ ] Hourly

16. NUMBER OF COPIES REQUESTED: Transcript request includes 1 copy for the Court.
   1.00  Transcript    _____ Audio Disks

By signing below, I certify that I will pay all charges for the preparation of the transcript, including the deposit and additional charges as specified by the assigned court reporter/transcriptionist:

s/ Jeffrey E. Tate        12/16/2020
Signature of Person Ordering    Date