# U.S. BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
# TRANSCRIPT/AUDIO CD REQUEST

| | |
|---|---|
| 1. ORDER REQUEST<br>☐ TRANSCRIPT   ☉ AUDIO CD | 2. DATE OF ORDER<br>12/16/2020 |
| 3. NAME OF PERSON ORDERING<br>Jeffrey E. Tate | 4. EMAIL ADDRESS<br>jeffrey@christensenlawgroup.com |
| 5. MAILING ADDRESS<br>3401 NW 63rd Street, Suite 600 | 6. PHONE NUMBER<br>(405) 232-2020 |
| 7. CITY AND STATE<br>Oklahoma City, Oklahoma | 8. ZIP CODE<br>73116 |
| 9. CASE NUMBER OF HEARING<br>20-13482-SAH | 10. CASE STYLE OF HEARING<br>In re Stroud, Inc. |
| 11. JUDGE PRESIDING AT HEARING<br>Judge Sarah A. Hall | 12. DATE(S) OF HEARING<br>From 12/15/2020 to 12/15/2020 |

13. ORDER IS FOR: ☐ APPEAL  ☑ BANKRUPTCY  ☐ ADVERSARY  ☐ OTHER _____

14. PORTIONS REQUESTED (Indicate the portion of the hearing requested)
- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Statement (Plaintiff)
- ☐ Closing Statement (Defendant)
- ☑ Entire Proceeding
- ☐ Court Ruling Only
- ☐ Testimony of (Specify Name) _____
- ☐ Other: _____

15. TRANSCRIPTS ONLY: Specify the amount of time for the preparation of the transcript. Shorter time periods include higher transcription rates:

☐ Ordinary   ☐ 14 Day Expedited   ☐ 7 Day Expedited
☐ Daily      ☐ Hourly

16. NUMBER OF COPIES REQUESTED: Transcript request includes 1 copy for the Court.
_____ Transcript     1.00 Audio Disks

By signing below, I certify that I will pay all charges for the preparation of the transcript, including the deposit and additional charges as specified by the assigned court reporter/transcriptionist:

s/ Jeffrey E. Tate                                    12/16/2020
Signature of Person Ordering                          Date