**Dated: December 28, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re. | Case No.: 20-13482-SAH |
| | Chapter 11 |
| RHA Stroud, Inc.,[1] | |
| | [Jointly Administered] |
| Debtor. | |

## FIRST AMENDED ORDER AUTHORIZING THE HOSPITALS' INTERIM USE OF CASH COLLATERAL
[Related to Dkt. 100]

This matter came on for hearing on December 15, 2020 (the "Hearing"), upon the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Hospitals to Use Cash Collateral, (II) Granting Conditional Adequate Protection to the Secured Party, (III) Scheduling a Further Interim Hearing (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (Dkt.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005, respectively.

4) (the "Motion"). The Motion was properly noticed to all parties in interest on October 26, 2020, as evidenced by the Debtors' Certificate of Service [Dkt. 21].

The only responses filed to the Motion were:

a.) *Response of the United States Trustee to the Debtors' Motion for Use of Cash Collateral* [Dkt. 15] (the "UST Response"),

b.) Rural Hospital Acquisition, LLC's ("RH Acquisition") *Limited Objection to Debtor's Motion to use Cash Collateral* [Dkt. 20] (the "RHA Acquisition Limited Objection"),

c.) RH Acquisition's *Sur-Reply to the Debtors' Request to Use Cash Collateral* [Dkt. 266] (the "RHA Acquisition Sur-Reply"), and

d.) Debtors *Sur Sur Reply to Rural Hospital Acquisition's Sur-Reply to the Debtors' Request to Use Cash Collateral* [Dkt. 268] (the "Debtors Sur-Sur-Reply"), and

Pursuant to the Court's *Order Granting Application to Continue Final Hearing on Debtors' Request to Use Cash Collateral* [Dkt. 110] (the "Order"), the Court heard argument from the respective parties in attendance regarding the Motion, the UST Response, the RHA Acquisition Limited Objection, the RHA Acquisition Sur-Reply, and the Debtors Sur Sur Reply at the Hearing. Having reviewed the pleadings, and having afforded due weight to the various representations of counsel at the Hearing, the Court took the matter under advisement, and directed the Debtors and FP Group to submit an agreed order continuing the *Order Authorizing the Hospitals' Interim Use of Cash Collateral and Scheduling a Final Hearing on November 17, 2020* (the "Interim Cash Collateral Order") through and including December 31, 2020. Accordingly, it is hereby

**ORDERED**:

1. The Debtors and FP Group stipulate and agree that that the Interim Cash Collateral Order shall remain in effect through and including December 31, 2020, provided the staffing, service and management fees continue to be paid by Debtors, and as modified only as set forth herein.

2

2.  The Debtors and FP Group stipulate and agree that the Interim Cash Collateral Order shall be incorporated into this *First Amended Agreed Order Authorizing the Hospitals Interim Use of Cash Collateral* (the "First Amended Order") as if fully set forth herein.

3.  The Debtors and FP Group stipulate and agree that any and all other post-petition sums due FP Group to allow for the continued operations of the Debtors shall be approved and paid in the ordinary course including, without limitation, the monthly lease payment in the amount of 150% of the lease rate from the petition date forward, to be paid from the Hospital's operating accounts; provided, no party waives its right(s) as to whether the lease has terminated under state law prior to the commencement of these bankruptcy actions.

4.  This First Amended Order constitutes a compromise between the Debtors and FP Group, and is not and shall not be considered or construed as a release, waiver, estoppel, and/or discharge of on the part of either the Debtors or FP Group as to the other party, each of which expressly denies.

5.  The Debtors and FP Group reserve any and all rights related to this First Amended Order and the right to request an amendment or supplementation to this First Amended Order as may be appropriate.

*All finds of fact are based upon representation of counsel for the parties.*

# # #

55853669;1

Approved for Entry:

s/ *J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jeffrey E. Tate (OBA #17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
CHRISTENSEN LAW GROUP, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73013
Telephone: (405) 232-2020
Facsimile:  (405) 228-1113
clay@christensenlawgroup.com
jeffrey@christensenlawgroup.com
jon@christensenlawgroup.com
brock@christensenlawgroup.com
*Attorneys for FP Group*

By: *s/ David W. Parham*
David W. Parham
AKERMAN LLP
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
*Admitted Pro Hac Vice*
*Proposed Attorneys for Debtors*

*s/ Esther McKean*
Esther McKean
AKERMAN LLP
Florida Bar No. 028124
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Telephone: 407- 419-8583
Fax: 407-843-6610
esther.mckean@akerman.com
*Admitted Pro Hac Vice*
Proposed Attorneys for Debtors

*/s/ Marjorie J. Creasey*
Marjorie J. Creasey (OBA #17819)
Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
Telephone: (405) 231-4393
Facsimile: (405) 231-5958
Marjorie.creasey@usdoj.gov

55853669;1