IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RHA Stroud, Inc.,[1] | ) | Case No.: 20-13482-SAH |
| | ) | Chapter 11 |
| | ) | [Jointly Administered] |
| | ) | |
| Debtor. | ) | |

**Patient Care Ombudsman's Initial Report in re:**
**RHA Stroud/Stroud Regional Medical Center**

COMES NOW, Deborah Burian, Patient Care Ombudsman ("Ombudsman") and pursuant to 11 U.S.C. 333, submits her initial report.

**Factual Background**

1) On the 25th day of November, 2020, the United States Trustee for the Western District of Oklahoma appointed Deborah Burian as Patient Care Ombudsman in the case of RHA Stroud Inc, referred to herein as Stroud Regional Medical Center.

2) This is the Ombudsman's initial report and includes the reporting period from November 25th, 2020 to December 30, 2020.

**Report of Activity**

3) As with all public health facilities during the time of the pandemic, routine hospital survey and accreditation activities have been suspended. There have been no Centers for

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

Medicare and Medicaid Services (CMS) or Oklahoma State Department of Health surveys of this property in 2020. The last survey activity is reported to be a follow-up visit in June of 2017.

4) During the period of this report, Ombudsman reviewed available documents, conferred with leadership and on December 15th, 2020, conducted a site visit of Stroud Regional Medical Center. During the site visit Ombudsman interviewed staff, conducted rounds and received quality assurance and compliance documents.  Ombudsman observed hospital operations and discussed observations with hospital management.  Patient Care Ombudsman notice was provided and was posted within the facility.

5) Prior and subsequent to initial site visit, Ombudsman communicated with hospital staff and counsel via telephone and email to receive and exchange information as needed to answer questions regarding functioning of the hospital.

6) The facility is observed to be taking active steps to minimize the impact of the bankruptcy filing on the operations of the hospital.  Vendor relationships are in place to ensure that goods and services are available as needed.

7) Ombudsman has received excellent follow up and response from administrative staff during the reporting period. No concerns were noted during the site visit and subsequent review.

Wherefore, Ombudsman, Deborah Burian prays the Court accept and approve this First and Final report of Deborah Burian and for such other relief as the Court deems just and appropriate.

Respectfully submitted,


/s/ Deborah Burian
Deborah Burian
3101 N. Classen Blvd,
Suite 217
Oklahoma City, OK   73118
(405) 623-0778
burian.deborah@gmail.com



Submitted by:


/s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA No. 6410
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone:     (405) 232-0621
Facsimile:     (405) 232-9659
E-mail:smoriarty@fellerssnider.com

ATTORNEYS FOR DEBORAH BURIEN, PCO