IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **RHA Stroud, Inc.,**[1] | ) | **Case No.: 20-13482-SAH** |
| | ) | **Chapter 11** |
| | ) | **[Jointly Administered]** |
| | ) | |
| **Debtor.** | ) | |

**FIRST INTERIM AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF DEBORAH BURIAN,
NOTICE OF OPPORTUNITY FOR HEARING
AND NOTICE OF HEARING, IF NECESSARY**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who a required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification number is: RHA Stroud, Inc. (2635) and RHA Anadarko, Inc. (2528). The principal place of business for the Debtors is 2308 Highway 66 West, Stroud, OK 74079 and 1002 East Central Blvd. Anadarko, OK 73005.

Page | 1

## NOTICE OF HEARING, IF NECESSARY

You are hereby notified that the Application is set for hearing on February 3, 2020 at 9:30 a.m. before the Honorable Sarah A. Hall. This hearing will be conducted telephonically pursuant to General Order 20-6, as amended. The call-in information is as follows:

Phone number: 866-590-5055
Access code: 4489321

All parties participating by phone should familiarize themselves with General Order 20-6, as amended.

Deborah Burian, Patient Care Ombudsman ("Ombudsman") for RHA Stroud (Stroud Regional Medical Center) (the "Debtor"), hereby respectfully applies to this Court for allowance of her first and final fee application and award of compensation for her services and reimbursement for her expenses for the time period November 25, 2020 to December 30, 2020 pursuant to 11 U.S.C. §§330 and 331 and the orders of this Court. In support of her application, Ombudsman would show the Court as follows:

1. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334 and venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

2. Deborah Burian was appointed as Patient Care Ombudsman by the Court in an Order dated November 25, 2020.

3. This is Ms. Burian's first fee application.

4. Since the date of her appointment, the Ombudsman has conducted a site visit, has reviewed documents and filings, has conducted interviews with administrative and other staff, has had communication with clients; and has had communication with counsel for the Debtor and the United States Trustee for the Western District of Oklahoma.

5. The services provided by Ombudsman have been necessary to fulfill her duties as Patient Care Ombudsman for Debtor's health care facility.

6. The time and fees included in this Application are reasonable and customary according to the circumstances of the case and consistent with the experience of Ombudsman.

7. The services performed by the Ombudsman are set forth in detail in the billing statements attached hereto as Exhibit "A."

8. Expenses incurred by the Ombudsman are set forth in detail in the billing statements attached hereto as Exhibit "A."

9. Ombudsman submits that all services and expenses set forth as Exhibit "A" were reasonable and necessary under Bankruptcy Rules as construed by Courts of this Circuit.

10. Ombudsman hereby requests this Court approve $2,260.00 in total fees and $320.40 in expenses for total reimbursement of $2,580.40.

WHEREFORE, Ombudsman, Deborah Burian prays the Court grant her immediate payment of $2,580.40 in fees and expenses for the time period of November 25, 2020 to December 30, 2020 and for Debtor to be ordered to immediately pay in full the amount in excess of retainer of $80.40.

                    Respectfully submitted,

                    /s/ Deborah Burian
                    Deborah Burian, BSW
                    Patient Care Ombudsman
                    Deborah Burian
                    3101 N. Classen Blvd
                    Suite 217
                    Oklahoma City, OK 73118
                    (405) 623-0778
                    burian.deborah@gmail.com

Submitted by:

/s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA No. 6410
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone:     (405) 232-0621
Facsimile:     (405) 232-9659
E-mail:smoriarty@fellerssnider.com

ATTORNEYS FOR DEBORAH BURIEN

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

This is to certify that a true and correct copy of the foregoing was mailed via first-class mail on the 5th day of January, 2021, to the attached Mailing Matrix.

/s/ Stephen J. Moriarty
Stephen J. Moriarty